IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION**

MDL No. 6:20-2977-RJS-CMR

Hon. Robert J. Shelby

Hon. Cecilia M. Romero

## JOINT STIPULATION AND PROPOSED ORDER

Plaintiffs[1] and Defendants[2], through their respective undersigned counsel, are pleased to inform the Court that the Parties have reached the following agreement to avoid a dispute regarding the production of so-called "downstream" materials concerning Defendants' sales of broiler chicken:

1. Plaintiffs will defer at this time their requests for the production of downstream (*i.e.*, broiler sales) data and documents (*e.g.*, as called for in response to RFPs Nos. 4, 17, and 21 (to Perdue) and Nos. 5, 18, and 22 (to Tyson and Pilgrim's); Nos. 4, 16, 20, and 21 (to Sanderson and Koch)).

2. Each Defendant will inform Plaintiffs by July 29, 2021 (two weeks after the deadline set by the Court for the amendment of pleadings), whether: (1) the Defendant's expert(s) intend to rely on downstream data and documents and/or offer opinions based on downstream issues, or

---

[1] "Plaintiffs" includes Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles Weaver, Melissa Weaver, Marc McEntire, Karen McEntire, and Mitchell Mason on behalf of themselves and all others similarly situated, as well as all other named plaintiffs in any of the underlying actions that comprise this MDL.

[2] "Defendants" includes Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson"); Pilgrim's Pride Corporation ("Pilgrim's"); Perdue Foods, LLC ("Perdue"); Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) ("Sanderson"); and Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) ("Koch").

(2) the Defendant otherwise intends to make use of downstream data or documents in their defense of this action.

3. In the event Plaintiffs move for leave to amend their complaint after July 15, 2021, and the Court grants such relief, each Defendant shall have fourteen (14) days from the filing of each amended complaint to inform Plaintiffs whether it or its expert(s) intends to rely on or make use of downstream data or documents.

4. If all Defendants advise Plaintiffs that neither their experts nor the Defendants intend to rely on or make use of downstream data or documents by the applicable deadline contemplated in paragraphs (2) and (3), no further production will be required from any Defendant in response to requests for the production of downstream data and documents (*e.g.*, as called for in response to RFPs Nos. 4, 17, and 21 (to Perdue) and Nos. 5, 18, and 22 (to Tyson and Pilgrim's); Nos. 4, 16, 20, and 21 (to Sanderson and Koch)). If any Defendant advises Plaintiffs that its expert(s) or the Defendant intends to rely on or make use of downstream data or documents by the applicable deadline contemplated in paragraphs (2) and (3), the Defendants will meet and confer with Plaintiffs promptly and in good faith to agree on the timing and scope of production of downstream data and documents.

5. If all Defendants advise Plaintiffs that neither their expert(s) nor any of the Defendants intend to rely on or make use of downstream data or documents by the applicable deadline contemplated in paragraphs (2) and (3), then the parties do not intend to argue or present evidence to the Court or jury regarding procompetitive effects and anticompetitive effects in the downstream market, and the parties agree that (A) Plaintiffs and their expert(s) will not argue or present evidence to the Court or jury that downstream market effects support Plaintiffs' claims or damages or attack Defendants or their expert analyses based on their

purported failure to consider downstream market effects; and (B) Defendants will not argue or present evidence to the Court or jury that attack Plaintiffs' claims or expert analyses based on a purported failure to consider downstream market effects. Downstream data or documents for purposes of this stipulation includes downstream data or documents from any Party, third party, public entity, or other source.

Dated: April 12, 2021

Gary I. Smith, Jr.*
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
Facsimile: (215) 985-3271
Email: gsmith@hausfeld.com

Michael D. Hausfeld*
James J. Pizzirusso*
Melinda R. Coolidge*
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeld.com
Email: jpizzirusso@hausfeld.com
Email: mcoolidge@hausfeld.com

Samantha S. Derksen*
**HAUSFELD & CO. LLP**
12 Gough Square
London, EC4A 3DW
Telephone: +44 (0)20 7665-5000
Email: sderksen@hausfeld.com

Kimberly A. Fetsick*
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322

Respectfully submitted,

  */s/ J. Douglas Baldridge*
J. Douglas Baldridge*
Lisa Jose Fales*
Kristin M. Koger*
**VENABLE, LLP (DC)**
600 Massachusetts Ave, NW
Washington, DC 20001
202-344-4264
Fax: 202-344-8300
jbaldridge@venable.com
ljfales@venable.com
kmkoger@venable.com

Leonard L. Gordon*
**VENABLE, LLP (NY)**
1270 Ave of the Americas, 24th Flr
New York, NY 10020
212-370-6252
Fax: 212-307-5598
lgordon@venable.com

Mark K. Stonecipher, OBA # 10483
**FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS (OKC)**
100 N Broadway, Ste 1700
Oklahoma City, OK 73102
405-232-0621
Fax: 405-232-9659
mstonecipher@fellerssnider.com

***Counsel for Defendant Perdue Foods, LLC***

  */s/ Carrie C. Mahan*

Email: kfetsick@hausfeld.com

Daniel J. Walker*
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Email: dwalker@bm.net

Eric L. Cramer*
Patrick F. Madden*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ecramer@bm.net
Email: pmadden@bm.net

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs
Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
502 West Sixth Street
Tulsa, OK 74119
Telephone: (918) 699-8914
Facsimile: (918) 587-9708
Email: driggs@riggsabney.com
Email: don_bingham@riggsabney.com
Email: Email: kkoepsel@riggsabney.com

William A. Edmondson (OBA No. 2628)
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
Email: dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

Carrie C. Mahan*, DC Bar #459802
Christopher J. Abbott*, DC Bar #1014487
Robert A. Dahnke*, DC Bar #230583
**WEIL GOTSHAL & MANGES, LLP (DC)**
2001 M Street, NW, Ste 600
Washington, DC 20036
Tel: 202-682-7000
Fax: 202-857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com
robert.dahnke@weil.com

Larry D. Ottaway, OK Bar #6816
Amy Sherry Fischer, OK Bar #16651
**FOLIART HUFF OTTAWAY & BOTTOM**
201 Robert S. Kerr. Ave., 12th Floor
Oklahoma City, OK 73102
Tel: 405-232-4633
Fax: 405-232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com

*Counsel for Pilgrim's Pride Corporation*

 */s/ Rachel J. Adcox*
Rachel J. Adcox*
Bradley D. Justus*
Carmel R. Arikat*
**AXINN, VELTROP & HARKRIDER LLP**
950 F Street, NW
Washington, DC 20004
Tel: (202) 912-4700
Fax: (202) 912-4701
radcox@axinn.com
bjustus@axinn.com
carikat@axinn.com

John D. Harkrider*
Kail J. Jethmalani*
**AXINN, VELTROP & HARKRIDER LLP**
114 W 47th Street New York, NY 10036
Tel: 212-728-2200
Fax: 212-728-2201
jharkrider@axinn.com

Larry D. Lahman (OBA No. 5166)
Roger L. Ediger (OBA 19449)
**MITCHELL DECLERK, PLLC**
202 West Broadway Avenue
Enid, OK 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-8890
Email: ldl@mdpllc.com
Email: rle@mdpllc.com

Vincent J. Esades*
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com

Warren T. Burns*
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: wburns@burnscharest.com

Gregory L. Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001
Email: gldavis@knology.net

Charles D. Gabriel*
**CHALMERS & ADAMS LLC**
North Fulton Satellite Office
5755 North Point Parkway, Suite 251
Alpharetta, GA 30022
Telephone: (678) 735-5903
Facsimile: (678) 735-5905
Email: cdgabriel@cpblawgroup.com

Larry S. McDevitt*
David M. Wilkerson*

kjethmalani@axinn.com

Michael Burrage, OBA #1350
Patricia Sawyer, OBA #30712
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
Fax: 405-516-7859
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

*Counsel for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

 /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.*
Christa C. Cottrell, P.C.*
Stacy Pepper*
Kate Guilfoyle*
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com
kate.guilfoyle@kirkland.com

 /s/ *James Wesley S. Pebsworth*
James Wesley S. Pebsworth, OBA No. 30900
**GABLEGOTWALS**
1100 ONEOK Plaza
100 West Fifth Street, Suite 1100
Tulsa, OK 74103-4217
(918) 595-4800
(918) 595-4990 (fax)
wpebsworth@gablelaw.com

*Counsel for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division)*

| | |
|---|---|
| **VAN WINKLE LAW FIRM**<br>11 North Market Street Asheville, NC 28801<br>Telephone: (828) 258-2991<br>Facsimile: (828) 257-2767<br>Email: lmcdevitt@vwlawfirm.com<br>Email: dwilkerson@vwlawfirm.com |  /s/ Scott W. Pedigo<br>Scott W. Pedigo* (Admitted in Colorado) (MS Bar No. 10735)<br>Amy L. Champagne* (MS Bar No. 102447)<br>Samuel D. Gregory* (MS Bar No. 104563)<br>**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |

Harlan Hentges (OBA No. 17911)
**HENTGES & ASSOCIATES, PLLC**
102 East Thatcher Street
Edmond, OK 73034
Telephone: (405) 340-6554
Facsimile: (405) 340-6562
Email: harlan@organiclawyers.com

100 Vision Drive, Suite 400
Jackson, MS 39211
T: (601) 351-2400
F: (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com
sdgregory@bakerdonelson.com

John C. Whitfield*
Caroline R. Taylor*
**WHITFIELD BRYSON & MASON, LLP**
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
Facsimile: (270) 825-1163
Email: john@wbmllp.com
Email: caroline@wbmllp.com

John G. Calender** (DC Bar No. 939124)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
901 K Street NW, Ste 900
Washington, DC 20001
T: (202) 508-3474
F: (202) 220-2274
jcalendar@bakerdonelson.com

J. Dudley Butler*
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Drive
Benton, MS 39039
Telephone: (662) 673-0091
Facsimile: (662) 673-0091
Email: jdb@farmandranchlaw.com

Russell W. Gray* (TN Bar No. 16120)
Clinton P. Sanko* (TN Bar No.023354)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
T: (423)756-2010
F: (423)756-3447
rgray@bakerdonelson.com
csanko@bakerdonelson.com

Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202)789-1813
Danielc@cuneolaw.com

JOHN R. WOODARD, III, OBA # 9853
**COFFEY, SENGER & MCDANIEL PLLC**
4725 East 91st Street, Suite 100
Tulsa, Oklahoma 74137
T:(918)292-8787
F: (918)292-8788
John@csmlawgroup.com

**Application for admission Forthcoming
* admitted *pro hac vice*

David S. Muraskin*
**PUBLIC JUSTICE, PC**

1620 L Street NW, Suite 630  
Washington, DC 20036  
Telephone: (202) 861-5245  
Facsimile: (202) 232-7203  
Email: dmuraskin@publicjustice.net

Kellie Lerner*  
Matthew J. Geyer*  
**ROBINS KAPLAN, LLP**  
399 Park Avenue, Suite 3600  
New York, NY 10022  
Telephone: (212) 980-7400  
Facsimile: (212) 980-7499  
Email: KLerner@RobinsKaplan.com

Aaron Sheanin*  
**ROBINS KAPLAN, LLP**  
2440 West El Camino Real, Suite 100  
Mountain View, CA 94040  
Telephone: (650) 784-4040  
Facsimile: (650) 784-4041  
Email: ASheanin@RobinsKaplan.com

M. Stephen Dampier*  
**DAMPIER LAW FIRM**  
55 North Section Street  
P.O. Box 161  
Fairhope, AL 36532  
Telephone: (251) 929-0900  
Facsimile: (251) 929-0800  
Email: dampier.steve@gmail.com

Michael L. Silverman*  
**ROACH LANGSTON BRUNO LLP**  
205 North Michigan Ave., Suite 810  
Chicago, Ill 60601  
msilverman@rlbfirm.com

Grant L. Davis*  
Thomas C. Jones*  
Timothy Gaarder*  
Thomas E. Ruzicka, Jr.*  
**DAVIS BETHUNE & JONES, LLC**  
1100 Main St, Ste 2930  
Kansas City, MO 64105  
816-421-1600

*Attorneys for Defendants Koch Foods, Inc. and Koch Meat Co., Inc. d/b/a Koch Poultry Co.*

Email: gdavis@dbjlaw.net
Email: tgaarder@dbjlaw.net
Email: tjones@dbjlaw.net
Email: truzicka@dbjlaw.net

Robert Bonsignore, Esq.
**BONSIGNORE, PLLC 3771**
Meadowcrest Drive
Las Vegas, NV 89121
781-350-0000
Email: rbonsignore@classactions.us

*Additional Class Counsel for Plaintiffs and the Proposed Class*

\* admitted *pro hac vice*

**APPROVED AND SO ORDERED.**

DATED: _____

Honorable Robert J. Shelby
United States District Judge