# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

IN RE: BROILER CHICKEN
GROWER ANTITRUST LITIGATION
(NO. II)

CHANGE OF ADDRESS

CASE NUMBER: 6:20-md-02977-RJS-CMR

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for _____ plaintiff  __X__ defendant (name of party) Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.

s/ *Micheal L. Keeley*　　　　　　　　　　　May 13, 2021
Signature　　　　　　　　　　　　　　　　　　Date

Michael L. Keeley
Print Name

Axinn, Veltrop & Harkrider LLP
Firm

1901 L Street NW
New Address

Washington, DC 20036
City, State, Zip Code

202.721.5414
Telephone

202.912.4701
Facsimile Number

mkeeley@axinn.com
Internet E-mail Address

## Certificate of Service

__X__ I hereby certify that on (date) May 13, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

All counsel of record.

____ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ *Michael L. Keeley*
s/ Attorney Name