# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION<br><br>This Document Relates To All Cases | No. 6:20-md-02977-RJS-CMR<br><br>The Honorable Chief Judge<br>Robert J. Shelby<br>Hon. Cecilia M. Romero |

## STATUS REPORT REGARDING NON-PARTY HOUSE OF RAEFORD FARMS, INC.'S COMPLIANCE WITH SUBPOENAS

Pursuant to the Court's Minute Order, dated March 23, 2021 (Dkt. No. 64), Plaintiffs submit this status report regarding the Motion for an Order Compelling Non-Party House of Raeford Farms, Inc.'s Compliance with Subpoenas (the "Motion") (Dkt. No. 62).

Plaintiffs and House of Raeford Farms, Inc. ("HRF") (together, the "parties") are continuing to work together to resolve the various issues raised in Plaintiffs' Motion. Previously, the parties reached agreement on the time period for unstructured and structured data collections and the identity of HRF custodians. HRF has completed its production of Agri Stats Live Reports and exemplar grower contracts and agreed to produce the following by May 7, 2021: (1) custodial documents and ESI; (2) non-custodial documents; and (3) structured data.

HRF made the bulk of its production of custodian documents and ESI on April 30, 2021. Plaintiffs were surprised to find that the production contained only 849 documents, including fewer than 20 documents each from 7 of the agreed upon custodians, and fewer than 20 documents from each of the years 2009 through 2014. Plaintiffs were also surprised by the absence of certain types of documents that are abundant in the files of other integrators, including documents analyzing or discussing grower pay and the Agri Stats reports covering grower pay that HRF received.

Plaintiffs and HRF met and conferred on May 14, 2021. During the meet and confer, counsel for HRF asserted that HRF used the search terms listed in the Motion to Compel, a list of agreed upon custodians, and certain specified time periods, and that while the original collection of documents numbered in the hundreds of thousands of documents, the final production set of fewer than 900 documents was the result of the review for responsiveness.

Counsel for HRF discussed further quality control checks to determine whether specific types of document may need a re-review for responsiveness. Plaintiffs asked that HRF provide the total number of documents that hit on Plaintiffs' specified search terms, agreed custodians, and specified time periods so that Plaintiffs could focus in on those terms where there is a particular concern that documents were improperly marked as nonresponsive. HRF said it would consider that request, and a request by Plaintiffs to perform further review of documents that hit on a limited number of Plaintiffs' specified search terms.

Plaintiffs maintain their concern about the number of documents produced, but Plaintiffs will continue to work with HRF assuming HRF is committed to providing the information necessary to diagnose the issues. Plaintiffs are working diligently to resolve these issues and will renew the effort to compel a complete production as soon as possible if the parties reach impasse.

Dated: May 17, 2021

Respectfully submitted,

/s/ *Gary I. Smith, Jr.*
Gary I. Smith, Jr.*
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
Facsimile: (215) 985-3271
Email: gsmith@hausfeld.com

Michael D. Hausfeld*
James J. Pizzirusso*

Melinda R. Coolidge*
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeld.com
Email: jpizzirusso@hausfeld.com
Email: mcoolidge@hausfeld.com

Samantha S. Derksen*
**HAUSFELD & CO. LLP**
12 Gough Square
London, EC4A 3DW
Telephone: +44 (0)20 7665-5000
Email: sderksen@hausfeld.com

Kimberly A. Fetsick*
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
Email: kfetsick@hausfeld.com

Daniel J. Walker*
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Email: dwalker@bm.net

Eric L. Cramer*
Patrick F. Madden*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ecramer@bm.net
Email: pmadden@bm.net

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs

Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
502 West Sixth Street
Tulsa, OK 74119
Telephone: (918) 699-8914
Facsimile: (918) 587-9708
Email: driggs@riggsabney.com
Email: don_bingham@riggsabney.com
Email: Email: kkoepsel@riggsabney.com

William A. Edmondson (OBA No. 2628)
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
Email: dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

Larry D. Lahman (OBA No. 5166)
Roger L. Ediger (OBA 19449)
**MITCHELL DECLERK, PLLC**
202 West Broadway Avenue
Enid, OK 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-8890
Email: ldl@mdpllc.com
Email: rle@mdpllc.com

Vincent J. Esades*
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com

Warren T. Burns*
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202

Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: wburns@burnscharest.com

Gregory Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001
Email: gldavis@knology.net

Charles D. Gabriel*
**CHALMERS, BURCH & ADAMS, LLC**
North Fulton Satellite Office
5755 North Point Parkway, Suite 251
Alpharetta, GA 30022
Telephone: (678) 735-5903
Facsimile: (678) 735-5905
Email: cdgabriel@cpblawgroup.com

Larry S. McDevitt*
David M. Wilkerson*
**VAN WINKLE LAW FIRM**
11 North Market Street Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
Email: lmcdevitt@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

Harlan Hentges (OBA No. 17911)
**HENTGES & ASSOCIATES, PLLC**
102 East Thatcher Street
Edmond, OK 73034
Telephone: (405) 340-6554
Facsimile: (405) 340-6562
Email: harlan@organiclawyers.com

John C. Whitfield*
Caroline R. Taylor*
**WHITFIELD BRYSON LLP**
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
Facsimile: (270) 825-1163
Email: john@whitfieldbryson.com

Email: caroline@whitfieldbryson.com

J. Dudley Butler*
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Drive
Benton, MS 39039
Telephone: (662) 673-0091
Facsimile: (662) 673-0091
Email: jdb@farmandranchlaw.com

Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202)789-1813
Danielc@cuneolaw.com

David S. Muraskin*
**PUBLIC JUSTICE, PC**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5245
Facsimile: (202) 232-7203
Email: dmuraskin@publicjustice.net

Kellie Lerner*
Matthew J. Geyer*
**ROBINS KAPLAN, LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: KLerner@RobinsKaplan.com
Email: MGeyer@RobinsKaplan.com

Aaron Sheanin*
**ROBINS KAPLAN, LLP**
46 Shattuck Square, Suite 22
Berkeley, CA 94704
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
Email: ASheanin@RobinsKaplan.com

M. Stephen Dampier*
**LAW OFFICES OF M. STEPHEN DAMPIER, P.C.**
55 North Section Street
 P.O. Box 161
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800
Email: dampier.steve@gmail.com

Michael L. Silverman*
**ROACH LANGSTON BRUNO, LLP**
205 N Michigan Ave, Ste 810
Chicago, IL 60601
Telephone: (773) 969-6160
Email: msilverman@rlbfirm.com

Grant L. Davis*
Thomas C. Jones*
Timothy C. Gaarder*
Thomas E. Ruzicka, Jr.*
**DAVIS BETHUNE & JONES, LLC**
1100 Main St, Ste 2930
Kansas City, MO 64105
816-421-1600
Email: gdavis@dbjlaw.net
Email: tgaarder@dbjlaw.net
Email: tjones@dbjlaw.net
Email: truzicka@dbjlaw.net

Robert Bonsignore, Esq.
**BONSIGNORE, PLLC 3771**
Meadowcrest Drive
Las Vegas, NV 89121
781-350-0000
Email: rbonsignore@classactions.us


*Additional Class Counsel for Plaintiffs and the Proposed Class*

\* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record, and that I caused an email to be sent to counsel for House of Raeford Farms, Inc.

/s/ Gary I Smith, Jr.
Gary I. Smith, Jr.

*Co-Lead Counsel for Plaintiffs and the Proposed Class*