IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION** | MDL No. 6:20-md-2977-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

**ORDER GRANTING PLAINTIFFS' MOTION TO PROVISIONALLY FILE DOCUMENT UNDER SEAL**

Before the court is Plaintiffs' Motion to Provisionally File Document Under Seal (Motion) (ECF 90). The court, having reviewed the Motion concludes that nonparty House of Raeford Farms, Inc. (HRF) should be afforded an opportunity to show whether there is a substantial and real harm to it if the document in question is placed on the public docket, which would overcome the public's paramount interest in access to judicial documents.

Plaintiffs' Status Report Regarding Non-Party House of Raeford Farms, Inc.'s Compliance with Subpoenas (ECF 90) shall be provisionally placed under seal in accordance with LCvR 79.1. Within five (5) days from the date of this Order HRF shall file a response to Plaintiffs' Motion to Provisionally File Document Under Seal to satisfy its burden of showing substantial and real harm. Plaintiffs' counsel is instructed to forward a copy of this Order to counsel for HRF.

DATED this 19 May 2021.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah