IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)** | **ORDER TO UNSEAL**<br><br>Case No. 6:20-MD-02977-RJS<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

On May 19, 2021, the court provisionally sealed Plaintiffs' Status Report Regarding Non-Party House of Raeford Farms, Inc.'s (HRF) Compliance with Subpoenas (Order) (ECF 91). The court instructed HRF to file a response to satisfy its burden of showing substantial and real harm within five days from the date of the Order (ECF 91). To date, HRF has not submitted a response to the Order. On May 21, 2021, Plaintiff filed a Notice with the court indicating HRF would not be responding to the Order and requesting that the Status Report be filed on the public docket (ECF 92).

Based on Plaintiffs' withdraw of the motion and HRF's failure to respond to the court's Order, the court hereby ORDERS Docket Entry 90 be unsealed and remain on the public docket.

DATED this 25 May 2021.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1