# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)<br><br>*This document relates to all actions.* | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

## ORDER GRANTING PLAINTIFFS' MOTION TO PROVISIONALLY FILE DOCUMENTS UNDER SEAL

Before the court is Plaintiffs' Motion to Provisionally File Documents Under Seal (Motion) (ECF 98). The court, having reviewed the Motion concludes that defendant Pilgrim's Pride Corporation ("PPC") should be afforded an opportunity to show whether there is a substantial and real harm to it if the documents in question are placed on the public docket, which would overcome the public's paramount interest in access to judicial documents.

The exhibits filed in support of Plaintiffs' Motion for an Order Compelling Defendant Pilgrim's Pride to Produce Certain Documents for Failure to Show That the Documents are Privileged and Incorporated Memorandum in Support (ECF 97) shall be provisionally placed under seal in accord with Eastern District of Oklahoma Local Rule 79.1 until such time as PPC has responded to Plaintiffs' Motion to Provisionally File Documents Under Seal and the court has made a determination as to PPC's showing of harm. The court makes no finding at this time as to whether PPC can satisfy its burden.

DATED this 2 July 2021.

*/s/ Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah