**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER LITIGATION** | No. 6:20-md-02977-RJS-CMR<br><br>Hon. Robert J. Shelby<br>Hon. Cecilia M. Romero |

<u>**NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE**</u>

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for John C. Whitfield, attorney for Plaintiffs, will be as follows:

John C. Whitfield
WHITFIELD COLEMAN BULLOCK, PLLC
19 North Main Street
Madisonville, KY 42431
Telephone: 270-821-0656
Facsimile: 270-825-1163
Email: Jwhitfield@wcbfirm.com

Dated: July 22, 2021.

**Respectfully Submitted,**

BY: /s/ John C. Whitfield
John C. Whitfield
WHITFIELD COLEMAN BULLOCK, PLLC
19 North Main Street
Madisonville, KY 42431
(270) 821-0656 — Office
(270) 825-1163 - Fax
Jwhitfield@wcbfirm.com

***Counsel for the Plaintiffs***

## CERTIFICATE OF SERVICE

On July 22, 2021 I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ John C. Whitfield
John C. Whitfield

*Counsel for Plaintiffs*