# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II) | MDL No. 6:20-2977-RJS-CMR<br><br>Hon. Chief Judge Robert J. Shelby<br><br>Hon. Cecilia M. Romero |

### DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1. My name is Stephanie J. Fiereck, Esq. I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, unbiased, legal notification plans.

3. Epiq is a firm with more than 20 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

### CAFA NOTICE IMPLEMENTATION

5. At the direction of counsel for the Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson"), the following 58 officials were

identified to receive the CAFA notice: the Attorney General of the United States, the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories, and the U.S. Department of Agriculture.

6. Prior to mailing, the names and addresses of the 58 officials were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7. On August 5, 2021, Epiq sent 58 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States and the US Department of Agriculture. The CAFA Notice Service List (USPS Certified Mail and UPS) is included hereto as **Attachment 1**.

8. The materials sent to the 58 officials included a cover letter, which provided notice of the proposed settlement of the above-captioned case. The cover letter is included hereto as **Attachment 2**.

9. The cover letter was accompanied by a CD, which included the following:

- Copies of the following complaints:

    o  Plaintiffs Haff Poultry, Inc., Craig Watts, Johnny Upchurch, Jonathan Walters, and Brad Carr's original Class Action Complaint, dated January 27, 2017;

    o  Plaintiffs Triple R Ranch, LLC, Myles B. Weaver, Melissa Weaver, Jonathan Buttram, Paul Brown, Matt Purlee, Jeremy Souder, Vince Edwards, and William Beatty's original Class Action Complaint, dated March 27, 2017;

    o  Plaintiffs Triple R Ranch, LLC, Myles B. Weaver, Melissa Weaver, Jonathan Buttram, Paul Brown, Matt Purlee, Jeremy Souder, Vince Edwards,

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE**
2

      and William Beatty's corrected Class Action Complaint, dated May 16, 2017;

- o   Plaintiffs Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles B. Weaver, and Melissa Weaver's Consolidated Amended Class Action Complaint, dated July 10, 2017;

- o   Plaintiffs Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles B. Weaver, and Melissa Weaver's Second Consolidated Amended Class Action Complaint, dated February 21, 2020;

- o   Plaintiffs Marc McEntire and Karen McEntire's original Antitrust Class Action Complaint, dated September 11, 2020;

- o   Plaintiff Henry Randall Colvin's original Class Action Complaint, dated September 18, 2020;

- o   Plaintiffs Anna Mason, Barry Mason, Mitchell Mason, and Jonathan Tipton's original Class Action Complaint, dated October 8, 2020; and

- o   Plaintiffs Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles B. Weaver, Melissa Weaver, Marc McEntire, Karen McEntire, and Mitchell Mason's Consolidated Class Action Complaint, dated February 19, 2021.

- Plaintiffs' July 30, 2021 Motion and Memorandum of Law in Support of Motion for Preliminary Approval of Settlement with Tyson Defendants and for Certification of the Settlement Class, accompanied by all supporting documents and exhibits, including the Settlement Agreement between Plaintiffs and Tyson.[2]

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2021.

*[signature: Stephanie J. Fiereck]*

Stephanie J. Fiereck, Esq.

---

[2] Identical copies of these materials have been filed on the following dockets: *Haff Poultry, Inc. et al. v. Tyson Foods, Inc. et al.*, Case No. 6:17-cv-00033-RJS-CMR (E.D. Okla.), Dkt. No. 415; *In re: Sanderson and Koch Broiler Chicken Grower Litigation*, Case No. 6:20-cv-00478-RJS-CMR (E.D. Okla.), Dkt. No. 131; *Colvin v. Tyson Foods, Inc. et al.*, Case No. 6:20-cv-00480-RJS-CMR (E.D. Okla.), Dkt. No. 117; *McEntire et al. v. Tyson Foods, Inc. et al.*, Case No. 6:20-cv-00479-RJS-CMR (E.D. Okla.), Dkt. No. 114; *Mason et al. v. Tyson Foods, Inc. et al.*, Case No. 6:21-cv-00033-RJS-CMR (E.D. Okla.), Dkt. No. 69

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE**

3

# Attachment 1

CAFA Notice Service List
USPS Certified Mail

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Austin Knudsen | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Andrew J. Bruck | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Letitia James | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | John O'Connor | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

**CAFA Notice Service List**

UPS

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| US Department of Agriculture | Office of the General Counsel | Room 107 W Whitten Building | 1400 Independence Ave SW | Washington | DC | 20250 |

# Attachment 2

NOTICE ADMINISTRATOR<br>
HILSOFT NOTIFICATIONS<br>
10300 SW Allen Blvd<br>
Beaverton, OR 97005<br>
P 503-350-5800<br>
DL-CAFA@epiqglobal.com

August 5, 2021

**VIA UPS OR USPS CERTIFIED MAIL**

*All Addressees Listed in Attachment A*

    Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C § 1715
               *In re Broiler Chicken Grower Antitrust Litig. (No. II)*, No. 6:20-md-2977 (E.D. Okla.)

Dear Sir or Madam:

Pursuant to the "Class Action Fairness Act" ("CAFA"), 28 U.S.C. § 1715, please find enclosed information from Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson") to advise you of a proposed class action settlement between Tyson and Plaintiffs Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles Weaver, Melissa Weaver, Marc McEntire, Karen McEntire, Mitchell Mason, Anna Mason, Barry Mason, Jonathan Tipton, and Henry Randall Colvin (collectively, "Plaintiffs"), on behalf of themselves and the proposed settlement class, in the above-referenced action.

Plaintiffs filed a motion with the United States District Court for the Eastern District of Oklahoma on July 30, 2021, requesting preliminary approval of the proposed settlement with Tyson. As of this date, the Court has not granted preliminary approval of the proposed settlement, nor has it scheduled a hearing for final approval of the settlement.

Tyson denies all allegations of wrongdoing in the above-referenced action and denies any liability whatsoever, but has decided to settle this action in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

- Copies of the following complaints:

    - Plaintiffs Haff Poultry, Inc., Craig Watts, Johnny Upchurch, Jonathan Walters, and Brad Carr's original Class Action Complaint, dated January 27, 2017;

    - Plaintiffs Triple R Ranch, LLC, Myles B. Weaver, Melissa Weaver, Jonathan Buttram, Paul Brown, Matt Purlee, Jeremy Souder, Vince Edwards, and William Beatty's original Class Action Complaint, dated March 27, 2017;

    - Plaintiffs Triple R Ranch, LLC, Myles B. Weaver, Melissa Weaver, Jonathan Buttram, Paul Brown, Matt Purlee, Jeremy Souder, Vince Edwards, and William Beatty's corrected Class Action Complaint, dated May 16, 2017;

NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

- - Plaintiffs Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles B. Weaver, and Melissa Weaver's Consolidated Amended Class Action Complaint, dated July 10, 2017;

  - Plaintiffs Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles B. Weaver, and Melissa Weaver's Second Consolidated Amended Class Action Complaint, dated February 21, 2020;

  - Plaintiffs Marc McEntire and Karen McEntire's original Antitrust Class Action Complaint, dated September 11, 2020;

  - Plaintiff Henry Randall Colvin's original Class Action Complaint, dated September 18, 2020;

  - Plaintiffs Anna Mason, Barry Mason, Mitchell Mason, and Jonathan Tipton's original Class Action Complaint, dated October 8, 2020; and

  - Plaintiffs Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles B. Weaver, Melissa Weaver, Marc McEntire, Karen McEntire, and Mitchell Mason's Consolidated Class Action Complaint, dated February 19, 2021.

- Plaintiffs' July 30, 2021 Motion and Memorandum of Law in Support of Motion for Preliminary Approval of Settlement with Tyson Defendants and for Certification of the Settlement Class, accompanied by all supporting documents and exhibits, including the Settlement Agreement between Plaintiffs and Tyson.[1]

As of the date of this correspondence, no other settlement or agreement has been entered into by the parties to the Settlement Agreement between Plaintiffs and Tyson, with the exception of a Confidential Supplement to Long-Form Settlement Agreement Between Plaintiffs and Tyson ("Confidential Supplement") referenced in the Settlement Agreement and available to the court for *in camera* inspection. The Confidential Supplement contains certain confidential terms allowing rescission of the Settlement Agreement.

Plaintiffs have, in their Motion and Memorandum of Law in Support of Motion for Preliminary Approval of Settlement with Tyson Defendants and for Certification of the Settlement Class, moved under Rule 23(e) to determine whether the Court "will likely be able to: (i) approve the proposal under Rule 23(e)(2) and (ii) certify the class for purposes of judgment on the proposal," such that "giving notice [to the Settlement Class] is justified." At this time, Plaintiffs propose to bring a separate motion

---

[1] Identical copies of these materials have been filed on the following dockets: *Haff Poultry, Inc. et al. v. Tyson Foods, Inc. et al.*, Case No. 6:17-cv-00033-RJS-CMR (E.D. Okla.), Dkt. No. 415; *In re: Sanderson and Koch Broiler Chicken Grower Litigation*, Case No. 6:20-cv-00478-RJS-CMR (E.D. Okla.), Dkt. No. 131; *Colvin v. Tyson Foods, Inc. et al.*, Case No. 6:20-cv-00480-RJS-CMR (E.D. Okla.), Dkt. No. 117; *McEntire et al. v. Tyson Foods, Inc. et al.*, Case No. 6:20-cv-00479-RJS-CMR (E.D. Okla.), Dkt. No. 114; *Mason et al. v. Tyson Foods, Inc. et al.*, Case No. 6:21-cv-00033-RJS-CMR (E.D. Okla.), Dkt. No. 69.

NOTICE ADMINISTRATOR<br>
HILSOFT NOTIFICATIONS<br>
10300 SW Allen Blvd<br>
Beaverton, OR 97005<br>
P 503-350-5800<br>
DL-CAFA@epiqglobal.com

no later than August 20, 2021, to approve the form and manner of dissemination of notice to the members of the settlement class.

It is not feasible for Tyson to provide either "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement" or "a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." Tyson's best estimate is that class members could potentially reside in every state, the District of Columbia, and the U.S. territories, and that there are at least thousands of class members.

The proposed class is for the purposes of settlement only; no class has been certified by the court for the purposes of trial. At this time, there has been no final judgment or notice of dismissal, and there are no written judicial opinions relating to the matters detailed in this notice. No hearing on Plaintiffs' motion for preliminary approval of the settlement has yet been scheduled. If you have questions about this notice, the settlement, or how to access and view the documents on the enclosed CD, please contact this office.

Very truly yours,

Notice Administrator


Enclosures

Attachment A

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| US Department of Agriculture | Office of the General Counsel | Room 107 W Whitten Building | 1400 Independence Ave SW | Washington | DC | 20250 |
| Office of the Attorney General | Treg Taylor | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Austin Knudsen | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Andrew J. Bruck | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Letitia James | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | John O'Connor | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |