AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| In re: Broiler Chicken Grower Antitrust Litigation (No. II) ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  6:20-MD-02977-RJS-CMR |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Haff Poultry Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles B. Weaver, Melissa Weaver, Marc McEntire, Karen McEntire and Mitchell Mason            .

Date:    08/12/2021

/s/ David A. Langer
*Attorney's signature*

David A. Langer/PA84394
*Printed name and bar number*

Berger Montague PC
1818 Market St., Suite 3600
Philadelphia, PA 19103

*Address*

dlanger@bm.net
*E-mail address*

(215) 875-3000
*Telephone number*

(215) 875-4604
*FAX number*