**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION** | MDL No. 6:20-2977-RJS-CMR<br><br>Hon. Robert J. Shelby<br><br>Hon. Cecilia M. Romero |

**PLAINTIFF BARRY MASON CONSENT NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Barry Mason hereby gives notice to the Court of the dismissal of his above-captioned lawsuit. Plaintiff Mason and Defendants[1] agree and stipulate that this dismissal shall be without prejudice, and that each party shall bear its own attorneys' fees and costs incurred to-date.

Dated: August 12, 2021                                   Respectfully submitted,


/s/ Melinda R. Coolidge
Melinda R. Coolidge*
Michael D. Hausfeld*
James J. Pizzirusso*
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mcoolidge@hausfeld.com
Email: mhausfeld@hausfeld.com
Email: jpizzirusso@hausfeld.com
Email: mcoolidge@hausfeld.com

Gary I. Smith, Jr.*
**HAUSFELD LLP**
325 Chestnut Street, Suite 900

  */s/ J. Douglas Baldridge*
J. Douglas Baldridge*
Lisa Jose Fales*
Kristin M. Koger*
**VENABLE, LLP (DC)**
600 Massachusetts Ave, NW
Washington, DC 20001
202-344-4264
Fax: 202-344-8300
jbaldridge@venable.com
ljfales@venable.com
kmkoger@venable.com

Leonard L. Gordon*
**VENABLE, LLP (NY)**
1270 Ave of the Americas, 24th Flr
New York, NY 10020

---

[1] "Defendants" include Pilgrim's Pride Corporation ("Pilgrim's"); Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) ("Sanderson"); and Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) ("Koch").

Philadelphia, PA 19106
Telephone: (215) 985-3270
Facsimile: (215) 985-3271
Email: gsmith@hausfeld.com


Samantha S. Derksen*
**HAUSFELD & CO. LLP**
12 Gough Square
London, EC4A 3DW
Telephone: +44 (0)20 7665-5000
Email: sderksen@hausfeld.com


Kimberly A. Fetsick*
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
Email: kfetsick@hausfeld.com


Daniel J. Walker*
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Email: dwalker@bm.net


Eric L. Cramer*
Patrick F. Madden*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ecramer@bm.net
Email: pmadden@bm.net

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs
Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**

212-370-6252
Fax: 212-307-5598
lgordon@venable.com

Mark K. Stonecipher, OBA # 10483
**FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS (OKC)**
100 N Broadway, Ste 1700
Oklahoma City, OK 73102
405-232-0621
Fax: 405-232-9659
mstonecipher@fellerssnider.com

*Counsel for Defendant Perdue Foods, LLC*

 /s/ Carrie C. Mahan 
Carrie C. Mahan*, DC Bar #459802
Christopher J. Abbott*, DC Bar #1014487
Robert A. Dahnke*, DC Bar #230583
**WEIL GOTSHAL & MANGES, LLP (DC)**
2001 M Street, NW, Ste 600
Washington, DC 20036
Tel: 202-682-7000
Fax: 202-857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com
robert.dahnke@weil.com

Larry D. Ottaway, OK Bar #6816
Amy Sherry Fischer, OK Bar #16651
**FOLIART HUFF OTTAWAY & BOTTOM**
201 Robert S. Kerr. Ave., 12th Floor
Oklahoma City, OK 73102
Tel: 405-232-4633
Fax: 405-232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com

*Counsel for Pilgrim's Pride Corporation*

 /s/ Bradley D. Justus 
Rachel J. Adcox*
Bradley D. Justus*
Carmel R. Arikat*

2

502 West Sixth Street
Tulsa, OK 74119
Telephone: (918) 699-8914
Facsimile: (918) 587-9708
Email: driggs@riggsabney.com
Email: don_bingham@riggsabney.com
Email: Email: kkoepsel@riggsabney.com

William A. Edmondson (OBA No. 2628)
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
Email: dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

Larry D. Lahman (OBA No. 5166)
Roger L. Ediger (OBA 19449)
**MITCHELL DECLERK, PLLC**
202 West Broadway Avenue
Enid, OK 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-8890
Email: ldl@mdpllc.com
Email: rle@mdpllc.com

Vincent J. Esades*
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com

Warren T. Burns*
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: wburns@burnscharest.com

**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
radcox@axinn.com
bjustus@axinn.com
carikat@axinn.com

John D. Harkrider*
Kail J. Jethmalani*
**AXINN, VELTROP & HARKRIDER LLP**
114 W 47th Street
New York, NY 10036
Tel: 212-728-2200
Fax: 212-728-2201
jharkrider@axinn.com
kjethmalani@axinn.com

Michael Burrage, OBA #1350
Patricia Sawyer, OBA #30712
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
Fax: 405-516-7859
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

*Counsel for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

 */s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.*
Christa C. Cottrell, P.C.*
Stacy Pepper*
Kate Guilfoyle*
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

Gregory L. Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive Montgomery, AL
36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001
Email: gldavis@knology.net

Charles D. Gabriel*
**CHALMERS & ADAMS LLC**
North Fulton Satellite Office
5755 North Point Parkway, Suite 251
Alpharetta, GA 30022
Telephone: (678) 735-5903
Facsimile: (678) 735-5905
Email: cdgabriel@cpblawgroup.com

Larry S. McDevitt*
David M. Wilkerson*
**VAN WINKLE LAW FIRM**
11 North Market Street Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
Email: lmcdevitt@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

Harlan Hentges (OBA No. 17911)
**HENTGES & ASSOCIATES, PLLC**
102 East Thatcher Street
Edmond, OK 73034
Telephone: (405) 340-6554
Facsimile: (405) 340-6562
Email: harlan@organiclawyers.com

John C. Whitfield*
Caroline R. Taylor*
**WHITFIELD BRYSON & MASON, LLP**
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
Facsimile: (270) 825-1163
Email: john@wbmllp.com
Email: caroline@wbmllp.com

J. Dudley Butler*

kate.guilfoyle@kirkland.com

*/s/ James Wesley S. Pebsworth*
James Wesley S. Pebsworth, OBA No. 30900
**GABLEGOTWALS**
1100 ONEOK Plaza
100 West Fifth Street, Suite 1100
Tulsa, OK 74103-4217
(918) 595-4800
(918) 595-4990 (fax)
wpebsworth@gablelaw.com

***Counsel for Sanderson Farms, Inc.,
Sanderson Farms, Inc. (Foods Division),
Sanderson Farms, Inc. (Processing
Division), and Sanderson Farms, Inc.
(Production Division)***

*/s/ Scott W. Pedigo*
Scott W. Pedigo* (Admitted in Colorado) (MS
Bar No. 10735)
Amy L. Champagne* (MS Bar No. 102447)
Samuel D. Gregory* (MS Bar No. 104563)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
100 Vision Drive, Suite 400
Jackson, MS 39211
T: (601) 351-2400
F: (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com
sdgregory@bakerdonelson.com

John G. Calender** (DC Bar No. 939124)
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**
901 K Street NW, Ste 900
Washington, DC 20001
T: (202) 508-3474
F: (202) 220-2274
jcalender@bakerdonelson.com

Russell W. Gray* (TN Bar No. 16120)
Clinton P. Sanko* (TN Bar No.023354)

4

**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Drive
Benton, MS 39039
Telephone: (662) 673-0091
Facsimile: (662) 673-0091
Email: jdb@farmandranchlaw.com


Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202)789-1813
Danielc@cuneolaw.com

David S. Muraskin*
**PUBLIC JUSTICE, PC**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5245
Facsimile: (202) 232-7203
Email: dmuraskin@publicjustice.net

Kellie Lerner*
Matthew J. Geyer*
**ROBINS KAPLAN, LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: KLerner@RobinsKaplan.com

Aaron Sheanin*
**ROBINS KAPLAN, LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
Email: ASheanin@RobinsKaplan.com

M. Stephen Dampier*
**DAMPIER LAW FIRM**
55 North Section Street

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
T: (423)756-2010
F: (423)756-3447
rgray@bakerdonelson.com
csanko@bakerdonelson.com

JOHN R. WOODARD, III, OBA # 9853
**COFFEY, SENGER & MCDANIEL PLLC**
4725 East 91st Street, Suite 100
Tulsa, Oklahoma 74137
T:(918)292-8787
F: (918)292-8788
John@csmlawgroup.com

**Application for admission Pending

*Attorneys for Defendants Koch Foods, Inc. and Koch Meat Co., Inc. d/b/a Koch Poultry Co.*

* admitted *pro hac vice*

5

P.O. Box 161
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800
Email: dampier.steve@gmail.com

Grant L. Davis*
Thomas C. Jones*
Timothy Gaarder*
Thomas E. Ruzicka, Jr.*
**DAVIS BETHUNE & JONES, LLC**
1100 Main St, Ste 2930
Kansas City, MO 64105
816-421-1600
Email: gdavis@dbjlaw.net
Email: tgaarder@dbjlaw.net
Email: tjones@dbjlaw.net
Email: truzicka@dbjlaw.net

Robert Bonsignore, Esq.
**BONSIGNORE, PLLC 3771**
Meadowcrest Drive
Las Vegas, NV 89121
781-350-0000
Email: rbonsignore@classactions.us
Email: kschutte@sbbolaw.com

Michael L. Silverman*
**ROACH LANGSTON BRUNO, LLP**
205 N Michigan Ave, Ste 810
Chicago, IL 60601
Telephone: (773) 969-6160
Email: msilverman@rlbfirm.com

*Additional Class Counsel for Plaintiffs and
the Proposed Class*

\* admitted *pro hac vice*