# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER LITIGATION** *This document relates to all actions.* | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

## ENTRY OF APPEARANCE

Meegan Hollywood hereby enters her appearance as counsel for Plaintiffs Haff Poultry, Inc., Johnny Upchurch, Jonathan Walters, Myles B. Weaver, Melissa Weaver and Nancy Butler on behalf of themselves and all other similarly situated.

I certify that I am admitted to practice in this court and am registered in this Court's Electronic Case Filing System.

Dated: August 19, 2021.   Respectfully submitted,

 /s/ Meegan Hollywood
Meegan Hollywood
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Tel (212) 980-7400
Fax (212) 980-7499
MHollywood@RobinsKaplan.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2021, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Meegan Hollywood*
Meegan Hollywood
