IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:  BROILER CHICKEN GROWER LITIGATION (NO. II)<br><br>*This document relates to all actions.* | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

## SPECIAL APPEARANCE OF COUNSEL

Pamela S. Anderson hereby enters her appearance as counsel for the Subpoenaed Non-Party, Jayson Penn.

I certify that I am admitted to practice in this Court and am registered in this Court's Electronic Case Filing System.

Dated:  August 24, 2021

                                              Respectfully submitted,

                                              **HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**

                                              */s/ Pamela S. Anderson*
Pamela S. Anderson, OBA #11613
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email:  panderson@hallestill.com

**ATTORNEYS FOR SUBPOENAED
NON-PARTY, JAYSON PENN**

4992853.1:009364.00001

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notifications of such filing to all counsel of record.

/s/ Pamela S. Anderson
Pamela S. Anderson

4992853.1:009364.00001