# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:  BROILER CHICKEN GROWER    )
LITIGATION (NO. II)                               )  Case No. 6:20-md-02977-RJS-CMR

## SPECIAL APPEARANCE OF COUNSEL

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I specially appear in this case as counsel for:

Subpoenaed Non-Party William Lovette.

Date:  August 27, 2021          s/Chance L. Pearson
                                                          *Attorney's Signature*

                                                 Chance L. Pearson, OBA No. 22269
                                                          *Printed Name and Bar Number*

                                                 RYAN WHALEY
                                                 400 North Walnut Avenue
                                                 Oklahoma City, OK  73104
                                                          *Address*

                                                 cpearson@ryanwhaley.com
                                                          *E-mail Address*

                                                 (405) 239-6040
                                                          *Telephone Number*

                                                 (405) 239-6766
                                                          *Fax Number*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Chance L. Pearson*
Chance L. Pearson