IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II) | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Judge Cecilia M. Romero |

**ORDER GRANTING PLAINTIFFS' MOTION TO PROVISIONALLY
FILE DOCUMENTS UNDER SEAL**

Before the court is Plaintiffs' Motion to Provisionally File Documents Under Seal (ECF 172) (Motion). The court, having reviewed the Motion concludes that defendant Pilgrim's Pride Corporation ("PPC") should be afforded an opportunity to show whether there is a substantial and real harm to it if the documents in question, and information contained therein, are placed on the public docket, which would overcome the public's paramount interest in access to judicial documents.

Plaintiffs' Opposition to Non-Parties Penn's and Lovette's Motions to Stay Depositions and the sealed exhibits to declaration in support of the Opposition (ECF 172) shall remain provisionally sealed in accordance with Local Civil Rule 79.1 until such time as PPC has responded to Plaintiffs' Motion to Provisionally File Documents Under Seal and the court has made a determination as to PPC's showing of harm. The court makes no finding at this time as to whether PPC can satisfy its burden.

DATED this 29 September 2021.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah