UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II) | Case No. 6:20-MD-02977-RJS-CMR |
| This Document Relates To: *All actions* | Chief Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.3(b), Amy Sherry Fischer hereby moves this Court to enter an order admitting Alli G. Katzen *pro hac vice* for the purpose of representing Defendant Pilgrim's Pride Corporation in this action. In support of this Motion, Ms. Fischer states as follows:

1. As evidenced by the attached Request for Admission Pro Hac Vice ("Exhibit 1"), Ms. Katzen is a member of the bar of the State of Florida. She is also admitted to the Northern District of Florida, and the Southern District of Florida.

2. Ms. Katzen has associated with the undersigned counsel who is a resident of the State of Oklahoma, and who maintains her law office within this State and who has been duly and regularly admitted to practice in this Court.

WHEREFORE, undersigned counsel respectfully applies for an order admitting Alli G. Katzen to practice *pro hac vice* for the purpose of representing Defendant Pilgrim's Pride Corporation in the above captioned action.

Dated: October 5, 2021

Respectfully submitted,

*s/ Amy Sherry Fischer*
Larry D. Ottaway, OBA #6816
Amy Sherry Fischer, OBA #16651
**FOLIART HUFF OTTAWAY & BOTTOM**
201 Robert S. Kerr. Ave., 12th Floor
Oklahoma City, OK 73102
Tel: 405-232-4633
Fax: 405-232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com

*Attorneys for Defendants*
*Pilgrim's Pride Corporation*

## CERTIFICATE OF SERVICE

I hereby certify on October 5, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF system.

*s/Amy Sherry Fischer*
Amy Sherry Fischer
