UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)<br><br>This Document Relates To: *All actions* | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Alli Genna Katzen

2. State bar membership number: 1024803 (Florida)

3. Business address, telephone and fax numbers: Weil, Gotshal & Manges LLP, 1395 Brickell Ave., Ste. 1200, Miami, FL 33131, Telephone: 305-577-3100, Fax: 305-374-7159

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: State of Florida; Northern District of Florida, Southern District of Florida

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes_____   No___X____

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes_____   No___X____

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?   Yes____X_____   No_____

8. Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.   Yes_____X_____   No_____: Southern District of Florida, Completed 2/25/2021

DATED this __4th__ day of _____October_____, 2021

*/s/ Alli G. Katzen*_____
Alli G. Katzen

**Exhibit 1**