# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER<br>ANTITRUST LITIGATION (NO. II) | MDL Case No. 6:20-MD-2977-RJS-CMR<br>Member Case Nos.:<br>   6:17-CV-00033-RJS<br>   6:20-CV-00478-RJS<br>   6:20-CV-00480-RJS<br>   6:20-CV-00479-RJS |

## **MOTION FOR ADMISSION**

I, John R. Woodard, III, a member of the Bar of the United States District Court for the Eastern District of Oklahoma, hereby move for the pro hac vice admission of JENNIFER GRAHAM HALL (Exhibit 1), ROBERT CHRISTOPHER WHITE (Exhibit 2), JOHN GEORGE CALENDAR (Exhibit 3) whose Applications are attached hereto. I am satisfied that these applicants are of good moral and professional character and are admitted to practice before the highest court of a state.

I certify that I am admitted to practice in this court and am registered in this Court's Electronic Case Filing System.

This the 12th day of October, 2021.

    /s/ John R. Woodard, III
    John R. Woodard, III, OBA #9853
    Robert P. Coffey, Jr., OBA #14628
    Coffey, Senger & Woodard, PLLC
    4725 East 91st Street, Suite 100
    Tulsa, OK 74137
    918.292.8787
    918.292.8788 – Fax
    john@cswlawgroup.com
    robert@cswlawgroup.com
    *Attorneys for Defendants Koch Foods, Inc. and Koch Meat Co., Inc., d/b/a Koch Poultry Co.*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 12th day of October, 2021, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing.

                   /s/ John R. Woodard, III
                   John R. Woodard, III