# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: BROILER CHICKEN GROWER  ANTITRUST LITIGATION (NO. II)

Case Number: 6:20-MD-2977-RJS-CMR

**REQUEST FOR ADMISSION PRO HAC VICE**
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Jennifer Graham Hall
2. State bar membership number: 100809
3. Business address, telephone and fax numbers: Baker, Donelson, Bearman, Caldwell & Berkowitz, PC; Post Office Box 14167, Jackson, MS 39236-4167; 601-351-2400; 601-351-2424
4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: See attached.
5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes_____ No__X__
6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes_____ No__X__

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court? Yes__x__ No_____
8. Have you completed a training course for the CM/ECF application in any Court? If yes, list where and the date of completion. Yes__x__ No_____ *See attached*

DATED this __5th__ day of __October__, 20__21__.

/s/ Jennifer G. Hall
_____
Signature

<span style="color:red">Exhibit 1</span>

4. Mississippi Supreme Court – September 27, 2018
   U.S. Court of Appeals –
   U. S. District Courts of Mississippi – September 27, 2018

8. Southern District of Mississippi - Jackson, MS, in-person training when ECF originally began (2004?)

# The Supreme Court of Mississippi



### *Certificate of Good Standing*

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Jennifer Graham Hall** was duly and legally admitted to practice law before the Supreme Court of Mississippi on September 24, 2002, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on October 6, 2021, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

_____
CLERK