# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: BROILER CHICKEN GROWER
ANTITRUST LITIGATION (NO. II)

Case Number: Case No.
6:20-MD-02977-RJS-CMR

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name:  Robert Christopher White

2. State bar membership number:  MS Bar No. 105509

3. Business address, telephone and fax numbers:  One Eastover Center, 100 Vision Drive Suite 400, Jackson, MS 39211; 601-351-2400; 601-351-2424

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:  See attached

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes_____  No___X____

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes_____  No___X____

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?  Yes___X_____  No_____

8. Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.  Yes_____X_____  No_____   Jackson, MS – October 2, 2017

DATED this 6th day of October, 2021.

_____
Signature

Exhibit 2

| | |
|---|---|
| Mississippi Supreme Court | September 28, 2017 |
| U.S. Court of Appeals for the Fifth Circuit | October 4, 2017 |
| U.S. Court of Appeals for the Eleventh Circuit | June 30, 2021 |
| U.S. Supreme Court | September 28, 2017 |
| U.S. District Court Northern District Mississippi | October 3, 2017 |
| U.S. District Court Southern District Mississippi | October 2, 2017 |
| U.S. Bankruptcy Court Northern District Mississippi | July 6, 2017 |
| U.S. Bankruptcy Court Southern District Mississippi | July 5, 2017 |
| U.S. District Court Northern District Alabama | March 17, 2021 |

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Robert Christopher White** was duly and legally admitted to practice law before the Supreme Court of Mississippi on September 28, 2017, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on August 18, 2021, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

*D. S. Whitmire*
CLERK