# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: BROILER CHICKEN GROWER LITIGATION (NO. II)

Case Number: 6:20-md-2977-RJS-CMR

**REQUEST FOR ADMISSION PRO HAC VICE**
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. **Full Name:** John George Calender

2. **State bar membership number:** District of Columbia, Bar No. 939124

3. **Business address, telephone and fax numbers:**

   BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
   901 K Street, NW, Suite 900, Washington, DC 20001
   Telephone: 202-508-3474; Facsimile: 202-508-3402
   Email: jcalender@bakerdonelson.com

4. **List all state and federal courts or bar associations in which you are a member "in good standing" to practice law**:
   District of Columbia Bar
   U.S. District Court for the D.C. Circuit
   U.S. Court of Appeals for the District of Columbia

5. **Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?** Yes_____ No__X____

6. **Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?** Yes_____ No__X____

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. **Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?** Yes__X____ No_____

8. **Have you completed a training course for the CM/ECF application in any Court? If yes, list where and the date of completion.** Yes__X____ No_____ See Attached

DATED this 8th day of October, 2021.

*s/ John G. Calender*
Signature

<span style="color:red">Exhibit 3</span>

8. US District Court for DC - In-person training when ECF originally began.

 

# United States District & Bankruptcy Courts
# for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## JOHN G. CALENDER

was, on the __6th__ day of __November__ A.D. __1978__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __8th__ day of __October__ A.D. __2021__.



*Angela D. Caesar* (signature)
**ANGELA D. CAESAR,** Clerk of Courts

By: *Natalee McClure*
**Deputy Clerk**