From;  Paul Gingerich

3309 Sr 408 West
Hickory Ky 42051

PHONE : 270-970-8345

Claim Number: ACR1019253          CONFIRMATION CODE: 9AD12FF0

I am a grower for Pilgrims.  Vendor # 147271   I object to the settlements, the proposed plan of allocations, the requests for fees, expenses and service awards, or another component in *re Broiler chicken Grower Antitrust Litigation (No. II) , No.620*-md-02977-RJS-CMR;

I do not intend to appear at the Fairness Hearing.

I wish to be excluded from the Tyson settlement, and the Perdue settlement, or any settlement arising from these issues.

I do not wish to sue Pilgrim or JBS, as they have always teated me fairly, and it would seem unjust to take money from them in this way.  I have never been sued, and would not want to be sued myself.

Therefore all things whatsoever ye would that men should do unto you, do ye even so to them: for this is the law and the prophets.  Mathew 7:12

*Paul Gingerich*