# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)

CHANGE OF ADDRESS

V.

CASE NUMBER: 6:20-md-02977-RJS-CMR

To the Clerk of this court and all parties of record:

✓ Please note my change of address as counsel in the above styled case for ___ plaintiff ___ defendant (name of party) Nancy Butler, Haff Poultry, Inc., Johnny Upchurch, Jonathan Walters, Melissa Weaver, Myles B. Weaver.

s/ Meegan F. Hollywood     October 18, 2021
Signature                                    Date

Meegan F. Hollywood
Print Name

Robins Kaplan LLP
Firm

900 Third Avenue, Suite 1900
New Address

New York, New York 10022
City, State, Zip Code

212-980-7400
Telephone

212-980-7499
Facsimile Number

Mhollywood@Robinskaplan.com
Internet E-mail Address

*Certificate of Service*

☑ I hereby certify that on (date) __October 18, 2021__, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

All counsel of record.

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

/s/ Meegan F. Hollywood
s/ Attorney Name