UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO.II)   MDL Case No. 6:20-MD-2977-RJS-CMR

APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: <u>Defendants Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) ("Koch").</u>

Date: 10/14/2021

/s/ *Jennifer G. Hall*
JENNIFER G. HALL MSB# 100809
Post Office Box 14167
Jackson, MS 39236-4167
JHall@BakerDonelson.com
601-351-2400
601-351-2424