UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

IN RE: BROILER CHICKEN GROWER         MDL Case No. 6:20-MD-2977-RJS-CMR
ANTITRUST LITIGATION (NO.II)

APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: <u>Defendants Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) ("Koch").</u>

Date: 10/14/2021

/s/ *John George Calender*
JOHN GEORGE CALENDER
DCB# 939124
901 K Street, NW, Suite 900,
Washington, DC 20001
JCalender@BakerDonelson.com
202-508-3474
202-508-3402