# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

| | |
|---|---|
| In Re: Broiler Chicken Grower Antitrust Litigation | Case No. 6:20-md-02977-RJS-CMR |
| | Chief Judge Robert J. Shelby |
| *This document relates to all actions.* | Magistrate Judge Cecilia M. Romero |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiffs, Haff Poultry Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles B. Weaver, Melissa Weaver, Marc McEntire, Karen McEntire and Mitchell Mason.

Date: October 26, 2021            */s/ Haley Brogan Pritchard*
                                               Haley Brogan Pritchard (PA Bar #329257)
                                               Berger Montague PC
                                               1818 Market Street, Suite 3600
                                               Philadelphia, PA 19103
                                               Telephone: 215-875-3093
                                               Fax: 215-875-4604
                                               E-mail: hpritchard@bm.net