IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|   |   |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)<br><br>*This document relates to all actions.* | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero<br><br>**JOINT MOTION FOR ENTRY OF REVISED CASE SCHEDULE AS MDL PRETRIAL ORDER NO. 4** |

  Plaintiffs[1] and Defendants[2] (the "Parties") have met and conferred and submit a proposed, agreed upon amended scheduling order governing this MDL. The proposed MDL Pretrial Order No. 4 is attached as Exhibit 1.

  The Parties respectfully submit that the proposed schedule extension is necessary and appropriate for the following reasons:

  1. As previewed in the Parties' Joint Status Report, ECF No. 212 at 4-6, reasons beyond the Parties' control have frustrated the scheduling of depositions. The extension will allow the Parties the time necessary to develop their claims and defenses.

  2. As the Parties indicated, the Parties have resolved their dispute about the scope of so-called "downstream" discovery. In connection with that agreement, Plaintiffs will need adequate time to review and analyze these materials from the downstream litigation. Further, many of the materials in question cannot be produced to Plaintiffs until Plaintiffs either (a) obtain consent from dozens of non-parties whose materials are cited in or relied upon in those materials or (b) obtain a Court order compelling production of those materials. Plaintiffs will

---

[1] "Plaintiffs" refers to Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles Weaver, Melissa Weaver, Marc McEntire, Karen McEntire, Anna Mason, and Mitchell Mason, on behalf of themselves and all others similarly situated.

[2] "Defendants" refers to Pilgrim's Pride Corporation ("Pilgrim's"); Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) ("Sanderson"); and Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) ("Koch").

1

need adequate time not just to analyze and review these materials, but also to obtain them either through negotiated resolutions with these non-parties or through motion practice.

Dated: November 4, 2021                                                  Respectfully submitted,

 /s/ Gary I. Smith, Jr.                                                           /s/ Daniel E. Laytin, P.C.
Gary I. Smith, Jr.*                                                              Daniel E. Laytin, P.C.
**HAUSFELD LLP**                                                         Illinois Bar No. 6257119
325 Chestnut Street, Suite 900                                         Christa C. Cottrell, P.C.
Philadelphia, PA 19106                                                    Illinois Bar No. 6284749
Telephone: (215) 985-3270                                              Kate Guilfoyle
Facsimile: (215) 985-3271                                               Illinois Bar No. 6309150
Email: gsmith@hausfeld.com                                         **KIRKLAND & ELLIS LLP**
                                                                                           300 North LaSalle Street
Michael D. Hausfeld*                                                      Chicago, IL 60654
James J. Pizzirusso*                                                        (312) 862-2000
Melinda R. Coolidge*                                                      Fax: (312) 862-2200
**HAUSFELD LLP**                                                          dlaytin@kirkland.com
888 16th Street, NW, Suite 300                                       ccottrell@kirkland.com
Washington, DC 20006                                                   kate.guilfoyle@kirkland.com
Telephone: (202) 540-7200
Facsimile: (202) 540-7201                                                /s/ James Wesley S. Pebsworth
Email: mhausfeld@hausfeld.com                                  James Wesley S. Pebsworth, OBA No. 30900
Email: jpizzirusso@hausfeld.com                                  **GABLEGOTWALS**
Email: mcoolidge@hausfeld.com                                  1100 ONEOK Plaza
                                                                                          100 West Fifth Street, Suite 1100
Samantha S. Derksen*                                                   Tulsa, OK 74103-4217
**HAUSFELD & CO. LLP**                                              (918) 595-4800
12 Gough Square                                                             (918) 595-4990 (fax)
London, EC4A 3DW                                                        wpebsworth@gablelaw.com
Telephone: +44 (0)20 7665-5000
Email: sderksen@hausfeld.com                                     *Counsel for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division)*

Kimberly A. Fetsick*
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100                                              /s/ Scott W. Pedigo
Facsimile: (212) 202-4322                                                Scott W. Pedigo* (Admitted in Colorado) (MS
Email: kfetsick@hausfeld.com                                         Bar No. 10735)
                                                                                          Amy L. Champagne* (MS Bar No. 102447)
Kyle G. Bates                                                                     Samuel D. Gregory* (MS Bar No. 104563)
**HAUSFELD LLP**                                                         **BAKER, DONELSON, BEARMAN,**
600 Montgomery St.,                                                       **CALDWELL & BERKOWITZ, PC**
San Francisco, CA  94111                                               100 Vision Drive, Suite 400

2

Telephone: (415) 633-1098
Facsimile: (415) 633 4980
Email: kbates@hausfeld.com

Daniel J. Walker*
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Email: dwalker@bm.net

Eric L. Cramer*
Patrick F. Madden*
David Langer
Haley B. Pritchard*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ecramer@bm.net
Email: pmadden@bm.net
Email : dlanger@bm.net
Email : hpritchard@bm.net

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs
Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
502 West Sixth Street
Tulsa, OK 74119
Telephone: (918) 699-8914
Facsimile: (918) 587-9708
Email: driggs@riggsabney.com
Email: don_bingham@riggsabney.com
Email: kkoepsel@riggsabney.com

William A. Edmondson (OBA No. 2628)
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103

Jackson, MS 39211
T: (601) 351-2400
F: (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com
sdgregory@bakerdonelson.com

John G. Calender* (DC Bar No. 939124)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
901 K Street NW, Ste 900
Washington, DC 20001
T: (202) 508-3474
F: (202) 220-2274
jcalender@bakerdonelson.com

Russell W. Gray* (TN Bar No. 16120)
Clinton P. Sanko* (TN Bar No.023354)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
T: (423)756-2010
F: (423)756-3447
rgray@bakerdonelson.com
csanko@bakerdonelson.com

JOHN R. WOODARD, III, OBA # 9853
**COFFEY, SENGER & MCDANIEL PLLC**
4725 East 91st Street, Suite 100
Tulsa, Oklahoma 74137
T:(918)292-8787
F: (918)292-8788
John@csmlawgroup.com

*Attorneys for Defendants Koch Foods, Inc. and Koch Meat Co., Inc. d/b/a Koch Poultry Co.*

 /s/ Carrie C. Mahan
Carrie C. Mahan*, DC Bar #459802
Christopher J. Abbott*, DC Bar #1014487
**WEIL GOTSHAL & MANGES, LLP**
2001 M Street, NW, Ste 600
Washington, DC 20036
Tel: 202-682-7000

3

Telephone: (405) 843-9909
Facsimile: (405) 842-2913
Email: dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

Kellie Lerner*
Matthew J. Geyer*
Meegan Hollywood*
**ROBINS KAPLAN, LLP**
900 Third Avenue, Suite 1900
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: KLerner@RobinsKaplan.com
Email: mgeyer@RobinsKaplan.com
Email: Mhollywood@RobinsKaplan.com

Aaron Sheanin*
**ROBINS KAPLAN, LLP**
2006 Kala Bagai Way, Suite 22
Berkeley, CA  94704
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
Email: ASheanin@RobinsKaplan.com

Larry D. Lahman (OBA No. 5166)
Roger L. Ediger (OBA 19449)
**MITCHELL DECLERK, PLLC**
202 West Broadway Avenue
Enid, OK 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-8890
Email: ldl@mdpllc.com
Email:  rle@mdpllc.com

Vincent J. Esades*
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com

Warren T. Burns*

Fax: 202-857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

Brian G. Liegel*
**WEIL GOTSHAL & MANGES, LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Tel: 305-577-3180
Fax: 305-374-7159
Brian.Liegel@weil.com

Larry D. Ottaway, OK Bar #6816
Amy Sherry Fischer, OK Bar #16651
**FOLIART HUFF OTTAWAY & BOTTOM**
201 Robert S. Kerr. Ave., 12th Floor
Oklahoma City, OK 73102
Tel: 405-232-4633
Fax: 405-232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com

*Counsel for Pilgrim's Pride Corporation*

 */s/ J. Douglas Baldridge*
J. Douglas Baldridge*
Lisa Jose Fales*
Kristin M. Koger*
**VENABLE, LLP (DC)**
600 Massachusetts Ave, NW
Washington, DC 20001
202-344-4264
Fax: 202-344-8300
jbaldridge@venable.com
ljfales@venable.com
kmkoger@venable.com

Leonard L. Gordon*
**VENABLE, LLP (NY)**
1270 Ave of the Americas, 24th Flr
New York, NY 10020
212-370-6252
Fax: 212-307-5598
lgordon@venable.com

**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: wburns@burnscharest.com

Gregory Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001
Email: gldavis@knology.net

Charles D. Gabriel*
**CHALMERS, BURCH & ADAMS, LLC**
North Fulton Satellite Office
5755 North Point Parkway, Suite 251
Alpharetta, GA 30022
Telephone: (678) 735-5903
Facsimile: (678) 735-5905
Email: cdgabriel@cpblawgroup.com

Larry S. McDevitt*
David M. Wilkerson*
**VAN WINKLE LAW FIRM**
11 North Market Street Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
Email: lmcdevitt@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

Harlan Hentges (OBA No. 17911)
**HENTGES & ASSOCIATES, PLLC**
102 East Thatcher Street
Edmond, OK 73034
Telephone: (405) 340-6554
Facsimile: (405) 340-6562
Email: harlan@organiclawyers.com

John C. Whitfield*
Carolyn Ramsey Taylor*
**WHITFIELD COLEMAN BULLOCK, PLLC**
19 North Main Street
Madisonville, KY 42431

Mark K. Stonecipher, OBA # 10483
**FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS (OKC)**
100 N Broadway, Ste 1700
Oklahoma City, OK 73102
405-232-0621
Fax: 405-232-9659
mstonecipher@fellerssnider.com

*Counsel for Defendant Perdue Foods, LLC*

 */s/ Bradley D. Justus*
Rachel J. Adcox*
Bradley D. Justus*
Carmel R. Arikat*
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
radcox@axinn.com
bjustus@axinn.com
carikat@axinn.com

John D. Harkrider*
Kail J. Jethmalani*
**AXINN, VELTROP & HARKRIDER LLP**
114 W 47th Street
New York, NY 10036
Tel: 212-728-2200
Fax: 212-728-2201
jharkrider@axinn.com
kjethmalani@axinn.com

Michael Burrage, OBA #1350
Patricia Sawyer, OBA #30712
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
Fax: 405-516-7859
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

Telephone: (270) 821-0656
Facsimile: (270) 825-1163
Email: john@wbmllp.com
Email: caroline@wbmllp.com

J. Dudley Butler*
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Drive
Benton, MS 39039
Telephone: (662) 673-0091
Facsimile: (662) 673-0091
Email: jdb@farmandranchlaw.com

Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202)789-1813
Email: Danielc@cuneolaw.com

David S. Muraskin*
**PUBLIC JUSTICE, PC**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5245
Facsimile: (202) 232-7203
Email: dmuraskin@publicjustice.net

M. Stephen Dampier*
**THE DAMPIER LAW FIRM, P.C.**
55 North Section Street
P.O. Box 161
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800
Email: stevedampier@dampierlaw.com

Michael L. Silverman*
**ROACH LANGSTON BRUNO LLP**
205 North Michigan Ave., Suite 810
Chicago, Ill 60601
Telephone: (773) 969-6160
msilverman@rlbfirm.com

*Counsel for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

\* admitted *pro hac vice*

6

Grant L. Davis*
Thomas C. Jones*
Timothy Gaarder*
Thomas E. Ruzicka, Jr.*
**DAVIS BETHUNE & JONES, LLC**
1100 Main St, Ste 2930
Kansas City, MO 64105
Telephone: 816-421-1600
Email: gdavis@dbjlaw.net
Email: tgaarder@dbjlaw.net
Email: tjones@dbjlaw.net
Email: truzicka@dbjlaw.net

Robert Bonsignore, Esq.
**BONSIGNORE, PLLC**
3771 Meadowcrest Drive
Las Vegas, NV 89121
781-350-0000
Email: rbonsignore@classactions.us

*Additional Class Counsel for Plaintiffs and the Proposed Class*

* admitted *pro hac vice*