IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II) | CASE MANAGEMENT ORDER<br><br>(MDL Pretrial Order No. 4)<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero<br><br>Case No. 6:20-MD-02977-RJS-CMR<br><br>To be entered additionally in member cases:<br><br>6:17-cv-00033-RJS-CMR<br>6:20-cv-00478-RJS-CMR<br>6:20-cv-00480-RJS-CMR<br>6:20-cv-00479-RJS-CMR<br>6:21-cv-00033-RJS-CMR |

The case deadlines in the above-captioned MDL are amended as follows:

| DATE IN MDL PRETRIAL ORDER NO. 3 | REVISED DATE | EVENT |
|---|---|---|
| Feb. 1, 2022 | Aug. 1, 2022 | Close of Fact Discovery[6] |
| Feb. 17, 2022 | Aug. 19, 2022 | Deadline to Serve Expert Reports on all Issues on Which a Party has the Burden of Proof |
| Apr. 28, 2022 | Oct. 28, 2022 | Deadline to Serve Opposing Expert Reports |
| June 9, 2022 | Dec. 9, 2022 | Deadline to Serve Rebuttal Expert Reports |
| Aug. 4, 2022 | Feb. 3, 2023 | Completion of Expert Discovery[7] |
| Sept. 15, 2022 | Mar. 17, 2023 | Deadline to File Class Certification Motions |
| Sept. 15, 2022 | Mar. 17, 2023 | Deadline to File *Daubert* Motions |
| Oct. 27, 2022 | Apr. 28, 2023 | Deadline to File Opposition Memoranda to Class Certification and *Daubert* Motions |

---

[6] All Interrogatories and Requests for Admission must be served at least 45 days before the close of fact discovery.

[7] Absent agreement of the Parties, each expert is subject to a maximum of one deposition lasting no more than seven hours, assuming no additional report submitted beyond opening, opposing and rebuttal report.

| Dec. 1, 2022 | June 2, 2023 | Deadline to File Reply Memoranda in Support of *Daubert* Motions |
| --- | --- | --- |
| Dec. 8, 2022 | June 9, 2023 | Deadline to File Reply Memoranda in Support of Class Certification |
| Feb. 1, 2023 | July 31, 2023 | Deadline to File Motions for Summary Judgment |
| Mar. 22, 2023 | Sept. 22, 2023 | Deadline to File Oppositions to Motions for Summary Judgment |
| Apr. 12, 2023 | Oct. 13, 2023 | Deadline to File Reply Memoranda in Support of Summary Judgment |

The remaining deadlines not addressed in the above case schedule and agreed upon in Case Management Order 3, Dkt. No. 57, will remain in effect.

IT IS SO ORDERED.

Date: _____                                                    _____

Hon. Robert J. Shelby
Chief United States District Judge