# Exhibit B

**From:**       Gary I. Smith, Jr.
**To:**         Abbott, Christopher
**Subject:**    RE: Broiler Growers Fred Heatherly Deposition
**Date:**       Tuesday, October 19, 2021 10:52:52 AM
**Attachments:** image001.png
                image368657.png

---

Further to the below, Mr. Heahterly has requested November 1, and Plaintiffs can make that work.



**GARY I. SMITH, JR.**
Partner
gsmith@hausfeld.com
+1 267-702-2318 direct
*Pronouns: he/him/his*



325 Chestnut Street
Suite 900
Philadelphia, PA 19106
+1 215 985 3270
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Gary I. Smith, Jr. <GSmith@hausfeld.com>
**Sent:** Tuesday, October 19, 2021 9:37 AM
**To:** Abbott, Christopher <Christopher.Abbott@weil.com>
**Subject:** Broiler Growers Fred Heatherly Deposition

Chris,

Mr. Heatherly is ready to move forward with his deposition. He's about to undergo treatment for a major health condition. He has asked if his deposition can be "remote," but with his lawyer (and only his lawyer) present. Although that is not permitted by the deposition protocol, I am amenable to it because of his health issues.

Let me know if defendants have any objection to this. Once I get confirmation that you're fine with it, I'll work on a date.

Thanks and hope all is well,

Gary



**GARY I. SMITH, JR.**

Partner

gsmith@hausfeld.com

+1 267-702-2318 direct

*Pronouns: he/him/his*

325 Chestnut Street
Suite 900
Philadelphia, PA 19106

+1 215 985 3270

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.