# Exhibit F

| | |
|---|---|
| **From:** | PJ |
| **To:** | Abbott, Christopher |
| **Subject:** | FW: In re Broiler Chicken Grower Antitrust Litig., MDL No. 6:20-2977-RJS-CMR (E.D. Okla.) \| Fred Heatherly Deposition |
| **Date:** | Thursday, November 18, 2021 3:58:31 PM |
| **Attachments:** | image002.png |

What I sent earlier.


P.J. Harris

Beard & Beard Attorneys

Post Office Box 88

Guntersville, AL 35976

PH 256-582-3189 • FAX 256-582-6787

www.beardandbeard.com



**From:** PJ
**Sent:** Thursday, November 18, 2021 10:15 AM
**To:** Kyle Bates <kbates@hausfeld.com>
**Subject:** RE: In re Broiler Chicken Grower Antitrust Litig., MDL No. 6:20-2977-RJS-CMR (E.D. Okla.) | Fred Heatherly Deposition

Kyle, trying to get in touch with Mr. Heatherly. I will let you know his position. Thanks.


P.J. Harris

Beard & Beard Attorneys

Post Office Box 88

Guntersville, AL 35976

PH 256-582-3189 • FAX 256-582-6787

www.beardandbeard.com



**From:** Kyle Bates <kbates@hausfeld.com>
**Sent:** Monday, November 15, 2021 6:54 PM
**To:** PJ <pj@beardandbeard.com>

**Cc:** Gary I. Smith, Jr. <GSmith@hausfeld.com>
**Subject:** FW: In re Broiler Chicken Grower Antitrust Litig., MDL No. 6:20-2977-RJS-CMR (E.D. Okla.) | Fred Heatherly Deposition

PJ,

Please let us know Mr. Heatherly's availability to resume his deposition between now and December 8. Please also confirm, no later than close of business on Wednesday, November 24, that Mr. Heatherly agrees to testify substantively about his conversations with Mr. Abbott, including the meeting that took place prior to his deposition during which Mr. Abbott reviewed documents with Mr. Heatherly. If Mr. Heatherly does not agree to appear and to testify substantively about these conversations, we intend to move for a court order requiring Mr. Heatherly to do so. If we are forced to do that, Plaintiffs reserve all rights including the right to seek the recovery of their attorneys' fees and costs associated with making such a motion.

Best,
Kyle

**KYLE BATES**
Associate
kbates@hausfeld.com
+1 415-744-1966 direct



600 Montgomery Street
Suite 3200
San Francisco, CA 94111
+1 415 633 1908
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Kyle Bates
**Sent:** Monday, November 15, 2021 4:52 PM
**To:** Abbott, Christopher <Christopher.Abbott@weil.com>
**Cc:** BroilerGrowerAT@hausfeld.com; KochGrowers <KochGrowers@bakerdonelson.com>; PilgrimsGrowers <PilgrimsGrowers@weil.com>; #SFGrowers <SFGrowers@kirkland.com>; pj@beardandbeard.com
**Subject:** RE: In re Broiler Chicken Grower Antitrust Litig., MDL No. 6:20-2977-RJS-CMR (E.D. Okla.) | Fred Heatherly Deposition

Chris,

Please see the attached correspondence in response to your November 10 letter.

Best,
Kyle



**KYLE BATES**

Associate
kbates@hausfeld.com
+1 415-744-1966 direct

600 Montgomery Street
Suite 3200
San Francisco, CA 94111

+1 415 633 1908

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Abbott, Christopher <Christopher.Abbott@weil.com>
**Sent:** Wednesday, November 10, 2021 6:59 AM
**To:** Kyle Bates <kbates@hausfeld.com>
**Cc:** BroilerGrowerAT@hausfeld.com; KochGrowers <KochGrowers@bakerdonelson.com>; PilgrimsGrowers <PilgrimsGrowers@weil.com>; #SFGrowers <SFGrowers@kirkland.com>; pj@beardandbeard.com
**Subject:** RE: In re Broiler Chicken Grower Antitrust Litig., MDL No. 6:20-2977-RJS-CMR (E.D. Okla.) | Fred Heatherly Deposition

Kyle,

Please see the attached correspondence.

Best,
Chris



**Christopher J. Abbott**

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
christopher.abbott@weil.com
+1 202 682 7197 Direct
+1 202 329 3183 Mobile

**From:** Kyle Bates <kbates@hausfeld.com>
**Sent:** Tuesday, November 2, 2021 8:13 PM
**To:** Abbott, Christopher <Christopher.Abbott@weil.com>
**Cc:** BroilerGrowerAT@hausfeld.com; KochGrowers <KochGrowers@bakerdonelson.com>; PilgrimsGrowers <PilgrimsGrowers@weil.com>; #SFGrowers <SFGrowers@kirkland.com>; pj@beardandbeard.com
**Subject:** In re Broiler Chicken Grower Antitrust Litig., MDL No. 6:20-2977-RJS-CMR (E.D. Okla.) | Fred Heatherly Deposition

Chris,

Please see the attached correspondence.

Best,
Kyle


**KYLE BATES**
Associate
kbates@hausfeld.com
+1 415-744-1966 direct



600 Montgomery Street
Suite 3200
San Francisco, CA 94111
+1 415 633 1908
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.