# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)  *This document relates to all actions.* | Case No. 6:20-MD-02977-RJS-CMR  Chief Judge Robert J. Shelby  Judge Cecilia M. Romero |

### ORDER GRANTING PLAINTIFFS' MOTION TO PROVISIONALLY FILE DOCUMENTS UNDER SEAL

Before the court is Plaintiffs' Motion to Provisionally File Documents Under Seal (ECF 226). The court, having reviewed the Motion concludes that defendant Pilgrim's Pride Corporation (PPC) should be afforded an opportunity to show whether there is a substantial and real harm to it if the documents in question, and information contained therein, are placed on the public docket, which would overcome the public's paramount interest in access to judicial documents.

The unredacted version of the brief, declaration in support, and certain exhibit shall be provisionally placed under seal in accord with LCvR 79.1 until such time as PPC has responded to Plaintiffs' Motion to Provisionally File Documents Under Seal and the court has made a determination as to PPC's showing of harm. The court makes no finding at this time as to whether PPC can satisfy its burden.

DATED this 9 December 2021.

*/s/ Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah