**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II) | MDL No. 6:20-MD-2977-RJS-CMR<br><br>Hon. Chief Judge Robert J. Shelby<br><br>Hon. Cecilia M. Romero |

**DECLARATION OF STEVEN WEISBROT
REGARDING THE IMPLEMENTATION OF NOTICE PLAN**

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.  My credentials were previously provided in the Declaration of Steven Weisbrot on Angeion Group Qualifications & Proposed Notice Plan ("Notice Plan Declaration") (ECF No. 135-1).

3.  The purpose of this declaration is to provide the parties and the Court with a summary of the work performed by Angeion to effectuate notice pursuant to the Court's Order Approving Notice Plan and Authorizing Issuance of Notice to the Tyson and Perdue Settlement Classes (ECF No. 146).

**<u>SUMMARY OF THE NOTICE PROGRAM</u>**

4.  The notice plan approved by the Court included individual direct notice to all reasonably identifiable members of the Settlement Class via direct mail. It also included a strategic print publication schedule, programmatic display advertising, social media advertising, a press release, and the implementation of a dedicated website and a toll-free telephone line where members of

1

the Settlement Class were able to learn more about their rights and options pursuant to the terms of the Settlement.[1]

## **DIRECT NOTICE**

5.      The direct notice effort in this matter consisted of sending an individual long form notice to all members of the Settlement Class for which Plaintiffs had sufficient address information. For all members of the Settlement Class where the Plaintiffs possessed sufficient structured data, a pre-populated claim form was also included with the long form notice mailing. As delineated below, the overwhelming majority of members of the Settlement Class received pre-populated claim forms. However, for those members of the Settlement Class where Plaintiffs lacked sufficient structured data to pre-populate a claim form, Settlement Class members were able to answer a series of simple questions on an unpopulated claim form that enabled Settlement Class Counsel to estimate their *pro rata* share based on available industry data from certain alleged co-conspirators, including data available from Agri Stats, Inc. or, alternatively, to submit their own documentation to substantiate their *pro rata* share.

6.      Between September 9, 2021 and September 14, 2021, Angeion received Grower compensation data and mailing address information for members of the Settlement Class from Plaintiffs' counsel. Angeion analyzed the data and identified approximately 24,186 records. After consolidating records (where multiple compensation records applied to the same Grower) and identifying records that also provided mailing address information, Angeion determined 22,625 records had sufficient structured data for the Growers associated with those records to be issued direct notice with a pre-populated claim form (records that had both (a) address data and (b) compensation history data). Angeion identified 653 records providing address information but no compensation information such that those 653 Growers could not be mailed direct notice with a pre-populated claim form but could be issued direct notice with an unpopulated claim form.

---

[1] Although there are two Settlement Classes, because they are identically defined and notice was disseminated to the same members of those Settlement Classes in the same manner, I refer to the "Settlement Class" throughout.

7.      On September 22, 2021, Angeion commenced dissemination of the long form notice and claim form by mail to the 23,278 Growers identified in the preceding paragraph. Prior to mailing, the address information was processed through the USPS National Change of Address database, which provides updated address information for individuals or entities who have moved during the previous four (4) years and filed a change of address with the USPS. True and correct copies of the long form notice, pre-populated claim form and unpopulated claim form are attached as **Exhibits A**, **B** and **C**, respectively.

8.      On October 7, 2021, Angeion received supplemental data from Plaintiffs' counsel which included additional data and mailing address information that I was advised Plaintiffs' counsel had either only recently received and/or processed. Angeion analyzed the data and, as a result, beginning on October 18, 2021, mailed a pre-populated claim form in addition to the previously sent long form notice (as reflected in Exhibit A) to 669 Growers, including 23 entirely new records.

9.      As of December 3, 2021, a total of 1,806 mailings were returned by the USPS as undeliverable. Mailings returned to Angeion by the USPS with a forwarding address were re-mailed to the new address provided by the USPS. Mailings returned to Angeion by the USPS without a forwarding address were subjected to address verification searches ("skip traces") in an attempt to locate updated address information. In total, 725 mailings were re-mailed because of the above-described efforts.

10.     In summary, as of December 3, 2021, there were 22,220 mailings sent out that were not returned undeliverable.

11.     Angeion will continue skip tracing efforts through distribution and will process the records through the USPS National Change of Address database prior to sending out payments from the net settlement fund.

## MEDIA & PUBLICATON NOTICE

12.     In my Notice Plan Declaration, I indicated programmatic advertising is a method of advertising where an algorithm identifies and examines demographic profiles and uses advanced technology to place advertisements on the websites where members of the audience are most

3

likely to visit (these websites are accessible on computers, mobile phones and tablets). On September 22, 2021, Angeion implemented the internet banner portion of the notice plan using a desktop and mobile ad campaign to notify and drive Settlement Class members to the dedicated Settlement website where they could find more information about the Settlements and submit a claim form. True and correct copies of the internet banner notices are attached as **Exhibit D**.

13.     In my Notice Plan Declaration, I explained that the social media campaign uses an interest-based approach which focuses on the interests that users exhibit while on the social media platform. On September 22, 2021, Angeion implemented a social media campaign via Facebook and Instagram to engage with the audience via a mix of news feed and story units to optimize performance via the Facebook and Instagram desktop sites, mobile sites, and mobile apps. A true and correct copy of the Social Media advertisements are attached hereto as **Exhibit E**.

14.     The internet banner ads delivered 889,067 impressions and the Social Media ads delivered 1,568,830 impressions. An internet impression is generally defined as an instance where an advertisement loads and displays in front of a user. So if our advertisement was shown on www.cnn.com to one Internet user, for example, that would count as one impression.

15.     In addition to the notice efforts described above, the notice plan also featured a media strategy designed to reach members of the Settlement Class via a strategically geo-targeted publication notice campaign, targeted at those geographic regions for alleged co-conspirators whose Growers are members of the Settlement Class, but which produced incomplete data making direct notice to those Growers less practicable. To that end, a 1/8-page advertisement was published one time in each of the publications listed below. True and correct copies of the tear-sheets from the publications are attached hereto as **Exhibit F**.

| PUBLICATION | DATE OF PUBLICATION | CIRCULATION |
|---|---|---|
| Savannah Morning News | October 7, 2021 | 14,855 |
| The Claxton Enterprise | September 22, 2021 | 3,800 |
| Atlanta Journal Constitution | September 22, 2021 | 79,753 |

4

| Barrow News-Journal | September 22, 2021 | 5,000 |
|---|---|---|
| Goldsboro News Argus | September 22, 2021 | 15,000 |
| Morganton News Herald | September 22, 2021 | 6,993 |
| Wooster Daily Record | September 22, 2021 | 10,657 |
| Canton Repository | September 22, 2021 | 24,382 |
| | TOTAL: | 160,440 |

16.     On September 27, 2021, a 1/2-page advertisement was published in the Poultry Times, which has a paid circulation of over 13,000 targeted readers, of which approximately 65% are Growers, Integrators, and hatcheries. A true and correct copy of the tear-sheet from that publication is attached hereto as **Exhibit G**.

**PRESS RELEASE**

17.     On September 22, 2021, Angeion caused a press release to be distributed over the National & Agriculture circuit on PR Newswire to further disseminate news of the Settlements. A true and correct copy of the press release is attached hereto as **Exhibit H**.

**SETTLEMENT WEBSITE AND TOLL-FREE HOTLINE**

18.     On September 22, 2021, Angeion established the following website devoted to this Settlement: www.broilergrowersantitrustsettlement.com. The home page of the website includes all important dates and deadlines, a summary of Settlement Class members' legal rights and options, as well as general information about the Action and the Settlements.  The website includes an "Important Documents" page where the Settlement Agreements, long-form notice, publication notice, and claim form can be found. That page also provides relevant Court orders and court filings, including Plaintiffs' Motion and Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and an Award of Interim Service Awards to Class Representatives, which was posted on November 6, 2021. Additionally, the site provides answers to frequently asked questions and a "Contact Us" page whereby Settlement Class Members can submit questions regarding the Settlement to a dedicated email address: Info@BroilerGrowersAntitrustSettlement.com. Visitors to the settlement website can download a copy of the long form notice, claim form, and other pertinent documents. Members of

the Settlement Class can also submit claim forms via the Settlement Website.

19.     As of December 15, 2021, the settlement website has had 7,426 page views, 4,165 unique visitors and 5,032 sessions, which represents the number of individual sessions initiated by all users. Google defines a session as a group of user interactions within a website that take place within a given time frame. For example, a single session can contain multiple page views, events, social interactions, and ecommerce transactions, provided they occur relatively simultaneously.

20.     On September 22, 2021, Angeion established the following toll-free line dedicated to this case: 1-833-907-3700. The toll-free line utilizes an interactive voice response ("IVR") system to provide members of the Settlement Class with responses to frequently asked questions, the ability to request a claim form, and includes information about filing a claim and important dates and deadlines. The toll-free line is accessible 24 hours a day, 7 days a week, and has an option to speak with a live operator during normal business hours.

21.     As of December 15, 2021, the toll-free line has received 688 calls totaling 4,770 minutes.

## CLAIM FORM SUBMISSIONS

22.     The deadline for members of the Settlement Class to submit a claim form is April 10, 2022. Submission of a claim form is not necessary to receive payment from the Settlements. Rather, Settlement Class members who were sent a pre-populated claim form will automatically receive a *pro rata* payment unless they exclude themselves from the Settlements. As of December 3, 2021, Angeion has received a total of 649 claim form submissions and/or updated address forms. These claim form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to keep the parties apprised of the number of claim form submissions received.

## REQUESTS FOR EXCLUSION & OBJECTIONS TO THE SETTLEMENT

23.     The deadline for members of the Settlement Class to request exclusion from the Settlement(s) or object to the Settlement(s) was December 6, 2021. As of December 16, 2021, Angeion has received 2 timely requests for exclusion from the Perdue Settlement only, 25 timely requests for exclusion from the Tyson Settlement only, and 30 timely requests for exclusion from

both the Perdue and Tyson Settlements. Angeion also received one late request for exclusion from both the Perdue and Tyson Settlements. Angeion will inform the parties of any additional requests for exclusion it receives. A list containing the names of the individuals or entities requesting exclusion is attached hereto as **Exhibit I**, as well as an indication of whether they are timely.

24.     Angeion has been made aware of one objection to the Settlements, which was lodged by an excluded party and is reflected on the MDL docket (*see* ECF No. 200).

<u>**CONCLUSION**</u>

25.     The notice plan described herein included direct notice to all reasonably identifiable members of the Settlement Class via mail, coupled with a strategic print publication campaign, programmatic display advertising, social media advertising, a press release, and the implementation of a dedicated Settlement Website and toll-free hotline to further inform members of the Settlement Class of their rights and options pursuant to the terms of the Settlement.

26.     It is my professional opinion that the notice plan provided full and proper notice to members of the Settlement Class before the claims, opt-out, and objection deadlines. Moreover, it is my opinion that the notice plan was the best notice that is practicable under the circumstances and fully comported with due process and Federal Rule of Civil Procedure 23.

     I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  December 16, 2021

STEVEN WEISBROT

Exhibit A

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

# NOTICE OF CLASS ACTION SETTLEMENT

---

# If You Were Paid to Provide Broiler Grow-Out Services At Any Time Between January 27, 2013, and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A class action lawsuit has been filed against companies that contract with Broiler chicken growers to provide Broiler[1] Grow-Out Services,[2] alleging that Defendants[3] and certain other companies (known as Alleged Co-Conspirators)[4] unlawfully conspired to artificially reduce the amount the Defendants and Alleged Co-Conspirators paid to Broiler chicken growers for Broiler Grow-Out Services in violation of the federal antitrust laws and the Packers and Stockyards Act ("PSA"). Broiler Grow-Out Services refers to arrangements in which Broiler chicken growers grow young chickens until the birds reach slaughtering age, under contract with companies that supply the young birds, commonly referred to as "Integrators."

- Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") have agreed to pay $21 million into a Settlement Fund to settle the class action antitrust and PSA claims against them and to provide certain cooperation to Plaintiffs in this litigation as it continues against the remaining Defendants (the "Tyson Settlement"). Tyson denies that it did anything wrong and has asserted defenses to the claims against it.

- Defendant Perdue Foods, LLC ("Perdue") has agreed to pay $14.75 million into a Settlement Fund to settle the class action antitrust and PSA claims against it and to provide certain cooperation to Plaintiffs in this litigation against the remaining Defendants (the "Perdue

---

[1] "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1(d).

[2] "Broiler Grow-Out Services" means Broiler chicken growing services.

[3] Defendants are Tyson Foods, Inc.; Tyson Chicken Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Pilgrim's Pride Corporation; Perdue Foods, LLC; Koch Foods, Inc.; Koch Meat Co. Inc. d/b/a Koch Poultry Co.; Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division).

[4] Alleged Co-Conspirators for purposes of the Settlements are Foster Farms, Mountaire Farms, Wayne Farms, George's, Inc., Peco Foods, Inc., House of Raeford Farms, Simmons Foods, Keystone Foods, Fieldale Farms Corp., O.K. Industries, Case Foods, Marshall Durbin Companies, Amick Farms, Inc., Mar-Jac Poultry, Inc., Harrison Poultry, Inc., Claxton Poultry Farms, Norman W. Fries, Inc., and Agri Stats, Inc.

1

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

Settlement" and together with the Tyson Settlement, the "Settlements"). In addition, Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against Broiler chicken growers. Perdue Settlement § 10(e). Perdue denies that it did anything wrong and has asserted defenses to the claims against it.

- The Settlement Classes for both the Tyson Settlement and the Perdue Settlement (together, the "Settlement Classes") are defined the same. Each Settlement Class is defined as all individuals and entities in the United States and its territories that were paid to provide Broiler Grow-Out Services by <u>any</u> Defendant or <u>any</u> Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator, at any time between January 27, 2013, through December 31, 2019 (the "Class Period").

- The Court in charge of the lawsuit will decide whether to finally approve the Settlements. If approved by the Court, the Settlements will resolve all of the claims of the members of the Settlement Classes against Tyson and Perdue and release Tyson and Perdue from all liability for the claims alleged against them in the lawsuit, including related claims or claims referred to in the lawsuit. All the claims against the non-settling Defendants in the lawsuit will continue.

**Please read this notice carefully. Your rights and options—and the deadlines to exercise them—are explained in this Notice**.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **RECEIVE AN AUTOMATIC PAYMENT** | If you received this Notice of Class Action Settlement with a Pre-Populated Claim Form that contains information about the amount you were paid by Defendants and/or Alleged Co-Conspirators for Broiler Grow-Out Services during the Class Period ("pre-populated payment information"), <u>you will receive a payment from the Settlement Funds automatically and you do not need to submit the Pre-Populated Claim Form or do anything else to receive a Settlement payment.</u><br><br>If you disagree with the pre-populated payment information in the Pre-Populated Claim Form and wish to challenge or correct it, you have the right to submit a Claim Form with corrected information postmarked by **April 10, 2022**. For more information, see Question 9.<br><br><u>If you do not submit an updated Claim Form with corrected information postmarked by **April 10, 2022**, the pre-populated payment will be deemed accepted and you will be compensated based on that information.</u><br><br>By receiving a payment, you give up the right to sue Tyson and Perdue in a separate lawsuit related to the legal claims these Settlements resolve. Please see Question 16, which describes the release of claims in this action. | **April 10, 2022 (to dispute Pre-Populated payment information)** |

2

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| SUBMIT A CLAIM | If you are a member of the Settlement Classes and received an Unpopulated Claim Form without pre-populated payment information, you **must** complete and submit an Unpopulated Claim Form and either (a) include supporting documentation concerning the amount you were paid for Broiler Grow-Out Services by Defendants and Alleged Co-Conspirators, or (b) answer a series of questions on the Unpopulated Claim Form, by which a reasonable estimate of the amount you were paid can be determined, postmarked by **April 10, 2022** if you wish to receive a payment from the Settlement Funds. For more information, see Question 9.<br><br>If you are a member of the Settlement Classes and received an Unpopulated Claim Form, you will give up the right to sue Tyson and Perdue in separate lawsuits about the legal claims these Settlements resolve regardless of whether you complete the Unpopulated Claim Form and submit it, unless you exclude yourself from the Settlements.<br><br>If you are a member of the Settlement Classes and received an Unpopulated Claim Form and did **not** receive a Pre-Populated Claim Form with pre-populated payment information, completing and submitting the Unpopulated Claim Form is the **only** way to receive a payment from the Settlements. Please see Question 16, which describes the release of claims in this action. | **April 10, 2022** |
| EXCLUDE YOURSELF | You may submit a written request to exclude yourself from the Tyson Settlement, the Perdue Settlement, or both Settlements. If you do so, you will not participate in the Settlement(s) or get any monetary compensation from the Settlement Funds. You will keep any rights you currently have to separately sue Tyson and/or Perdue related to the legal claims these Settlements resolve, but you must retain your own lawyer at your own expense if you wish to have legal representation to do so, Settlement Class Counsel (defined infra) represent the Settlement Classes but do not represent excluded parties. For more information, see Question 17. | **December 6, 2021** |
| OBJECT AND/OR ATTEND A HEARING | **If you do not exclude yourself** from the Settlements, you still have the right to file a written objection to the Tyson Settlement, the Perdue Settlement, or both Settlements or anything else referenced in this Notice, to attend the Final Approval Hearing, and to request to be heard at the Final Approval Hearing. You may also retain a lawyer at your own expense to assist you in doing so, although it is not necessary to hire a lawyer in order to object or attend the hearing. See Question 14. Because of the ongoing coronavirus pandemic, the hearing may occur virtually or in person at the United | **December 6, 2021** |

3

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | States District Court for the Eastern District of Oklahoma, located at 101 N 5th St, Muskogee, OK 74401. Please monitor the Settlement Website at www.BroilerGrowersAntitrustSettlement.com for updates on the Final Approval Hearing date and location. For more information, see Questions 18, 21-23. | |

**Please note, all information you provide in connection with <u>receiving an automatic payment or submitting a Claim Form</u> in this action will be maintained strictly confidentially and will not be made available publicly or to any Defendant or Alleged Co-conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including your identity, in connection with receiving an automatic payment or submitting a Claim Form in this action. The only way your identity will become public is if you exclude yourself from the Settlement(s) or file an objection to the Settlement(s).**

| WHAT THIS NOTICE CONTAINS |
|---|

BASIC INFORMATION.................................................................................................................4

WHO IS IN THE CLASSES?.........................................................................................................6

THE SETTLEMENTS...................................................................................................................6

HOW TO GET A PAYMENT—MAKING A CLAIM ....................................................................7

THE LAWYERS REPRESENTING YOU......................................................................................10

EXCLUDING YOURSELF FROM THE SETTLEMENT CLASS ....................................................11

OBJECTING TO THE SETTLEMENTS........................................................................................12

THE COURT'S FAIRNESS HEARING.........................................................................................14

IF I DO NOTHING...................................................................................................................144

GETTING MORE INFORMATION..............................................................................................15

## BASIC INFORMATION

| 1. Why did I receive a Notice? |
|---|

A federal court directed this notice because it has preliminarily approved the proposed class action Settlements with Tyson and Perdue. You have the right to know about the Settlements, your rights, and your options before the Court decides whether to grant final approval to the Settlements.

The Honorable Chief Judge Robert J. Shelby is overseeing this lawsuit, which is called *In Re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR (the "Action"), in the United States District Court for the Eastern District of Oklahoma (the "Court").

4

You received this Notice because you may be a member of the Settlement Classes. **To find out if you are a member of the Settlement Classes, see Question 5 below.**

The people who sued are called the Plaintiffs. The companies they sued are called Defendants. The Defendants are Tyson; Perdue; Pilgrim's Pride Corporation ("Pilgrim's Pride"); Koch Foods, Inc.; Koch Meat Co. Inc. d/b/a Koch Poultry Co. (together, "Koch"); Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together, "Sanderson"), including each of their past, present, and future, direct and indirect, corporate parents (including holding companies), owners, subsidiaries, related entities, affiliates, associates, divisions, departments, joint ventures, predecessors, and/or successors. As noted herein, Tyson and Perdue are the Defendants that have agreed to settle with Plaintiffs.

"Alleged Co-Conspirator" means a person or entity that Plaintiffs alleged participated in the conspiracy but are not named as Defendants in this Action. They are: Agri Stats, Inc., Foster Farms, Mountaire Farms, Wayne Farms, George's, Inc., Peco Foods, Inc., House of Raeford Farms, Simmons Foods, Keystone Foods Fieldale Farms Corp., O.K. Industries, Case Foods, Marshall Durbin Companies, Amick Farms, Inc., Mar-Jac Poultry, Inc., Harrison Poultry, Inc., Claxton Poultry Farms, and Norman W. Fries, Inc., including each of their past, present, and future, direct and indirect, corporate parents (including holding companies), owners, subsidiaries, related entities, affiliates, associates, divisions, departments, joint ventures, predecessors, and/or successors.

## 2. What is this lawsuit about?

Plaintiffs in this Action are Broiler chicken growers who provided Broiler Grow-Out Services. They grow young chickens bred for meat under contract with Integrators. The Plaintiffs represent a group of Broiler chicken growers who have similar claims against the Defendants. For purposes of these Settlements, this group is referred to as the Settlement Classes (*see* Questions 3 and 5 for more information about the Settlement Classes and whether you are part of them).

This lawsuit alleges, among other things, that Defendants entered into a conspiracy that violated federal antitrust law and the PSA by agreeing with one another and the Alleged Co-Conspirators to reduce the prices paid to Broiler chicken growers, causing the growers to be underpaid for Broiler Grow-Out Services.

All Defendants deny Plaintiffs' antitrust and PSA claims and have asserted defenses to those claims. However, Plaintiffs have reached a Settlement with Tyson for a total of $21,000,000 and with Perdue for a total of $14,750,000 (for a total of $35,750,000) plus cooperation in the prosecution of Plaintiffs' claims against the non-settling Defendants. In addition, Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against Growers. *See* Perdue Settlement § 10(e). Tyson and Perdue both deny any wrongdoing.

The Tyson and Perdue Settlements do not impact the claims against Pilgrim's Pride, Sanderson, and Koch; this lawsuit continues against them. If the Plaintiffs reach Settlements with the other Defendants or the Plaintiffs receive a favorable money judgment against the other Defendants at trial, you will receive additional notice of those Settlements and/or that judgment.

It is possible, however, that the remaining Defendants will prevail against the Plaintiffs and there will be no further money to distribute to the members of the Settlement Classes. There is no guarantee about the outcome of this Action.

Important information about the Action and these Settlements will be posted on the website, www.BroilerGrowersAntitrustSettlement.com, as it becomes available. Please check the website regularly to be kept informed about any future developments or important new case documents.

## 3. What is a class action?

5

QUESTIONS? CALL 1- 833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.

In a class action, the Plaintiffs act as "class representatives" and sue on behalf of themselves and other people or entities who have similar claims. This group is called the "class," and the people and entities in the class are called "class members." A single court resolves the issues for all class members, except for people who exclude themselves from the class.

In this Action, the Class Representatives are: Haff Poultry, Inc.; Nancy Butler; Johnny Upchurch; Jonathan Walters; Myles B. Weaver; Melissa Weaver; Marc McEntire; Karen McEntire; and Mitchell Mason. They are or were all Broiler chicken growers.

## 4. Why did the parties settle this lawsuit?

The Court did not decide in favor of Plaintiffs, Tyson, or Perdue. Instead, Plaintiffs and Tyson and Plaintiffs and Perdue have agreed to their respective Settlement Agreements to avoid the costs and risks of continued litigation. The Class Representatives and their attorneys think the Settlements are an excellent result, which will provide members of the Settlement Classes with monetary compensation and cooperation from both Tyson and Perdue that Settlement Class Counsel believe will help them prosecute Plaintiffs' claims against the remaining Defendants.

# WHO IS IN THE CLASSES?

## 5. How do I know if I am a Member of the Settlement Classes?

You are a member of the Settlement Classes if you are a person or entity in the United States or its territories that was paid for Broiler Grow-Out Services by any Defendant or Alleged Co-Conspirator (or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator) at any time between January 27, 2013, through December 31, 2019.

You are a member of the Settlement Classes and eligible to participate in the Tyson and Perdue Settlements if you provided Broiler Grow-Out Services for <u>any</u> one of the Defendants or Alleged Co-Conspirators during the Class Period. Because this case involves conspiracy claims, it is <u>not</u> necessary for you to have provided Broiler Grow-Out Services for Tyson or Perdue to receive a payment.

## 6. What should I do if I am still not sure whether I am included?

If you are not sure whether you are included in the Settlement Classes, you can ask for free help by calling the Settlement Administrator at 1-833-907-3700 or email Info@BroilerGrowersAntitrustSettlement.com for more information.

An operator is available to answer your questions during normal business hours.

# THE SETTLEMENTS

## 7. What do the Settlements provide?

Tyson has agreed to pay $21,000,000 into a Settlement Fund and Perdue has agreed to pay $14,750,000 into a Settlement Fund to settle the lawsuit against them in exchange for the release by the members of the Settlement Classes of the claims against them in this Action. In addition, the Settlements will help the Plaintiffs pursue their claims against the remaining Defendants because Tyson and Perdue have agreed to provide certain cooperation to Plaintiffs in the litigation against the remaining Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against Growers. Perdue Settlement § 10(e). You can view the Settlement Agreements, including the release of claims, at the Settlement Website www.BroilerGrowersAntitrustSettlement.com.

6

A portion of the Settlement Funds, subject to approval by the Court, will be used to pay Settlement Class Counsel for their time in pursuing this lawsuit, to reimburse them for out-of-pocket costs they have incurred, and for incentive awards to the Class Representatives. Amounts remaining after deductions for attorneys' fees, litigation costs and other expenses, and incentive awards (*see* Questions 3, 15) will be distributed to members of the Settlement Classes who do not exclude themselves from the Settlements *pro rata*, based on their qualifying payments from Defendants and Alleged Co-Conspirators for the provision of Broiler Grow-Out Services (*see* Question 10).

Additional details about the Settlements are contained in the Settlement Agreements, which are available at www.BroilerGrowersAntitrustSettlement.com.

| 8. How will payments be calculated? |
| --- |

At this time, it cannot be known how much you will receive from the Settlements.

The amount remaining in the Settlement Funds after deductions for attorneys' fees and litigation expenses, Class Representative service awards, and costs for notice and Settlement administration, will be distributed *pro rata* to eligible members of the Settlement Classes with valid claims based on payments received from Defendants and Alleged Co-Conspirators for Broiler Grow-Out Services. That means your payment will be based on the total payments you received from Defendants and Alleged Co-Conspirators during the Class Period as a proportion of the total payments received by all eligible members of the Settlement Classes with valid claims.

As a simple example, if a member of the Settlement Classes received payments totaling $100 dollars, and the total payments to all eligible members of the Settlement Classes with valid claims is $10,000, that member would be entitled to 1% of the total amount to be distributed.

The amount you receive will depend on how much the Court allows in attorneys' fees and litigation expenses, Class Representative service awards, costs for notice and Settlement administration, how many valid claims are submitted by eligible members of the Settlement Classes, and the total amount of payments made for Broiler Grow-Out Services during the Class Period to eligible members of the Settlement Classes with valid claims.

As described below (*see* Questions 21-23), the Court will conduct a Fairness Hearing and decide whether a) to finally approve the Settlements, b) to approve the proposed *pro rata* allocation plan; and c) to approve Settlement Class Counsel's request for fees and reimbursement of costs and requests for incentive awards to the Class Representatives.

 For information on how to make a claim, *see* Question 9 and www.BroilerGrowersAntitrustSettlement.com.

## HOW TO GET A PAYMENT—MAKING A CLAIM

| 9. How can I get a payment? |
| --- |

If you are a member of the Settlement Classes, there are two ways for you to receive a payment from the Settlements:

1.  **Pre-Populated Claims Forms <u>with</u> Pre-Populated Payment Information:** If you received a Pre-Populated Claim Form that already contains pre-populated payment information and you have not excluded yourself from the Settlements, you do not need to do anything further to receive a payment. This payment information was provided by Defendants and Alleged Co-Conspirators from their payment records. Your *pro rata* share will be calculated based on the payment amounts in your Claim Form. If you agree with the pre-populated payment information or

7

otherwise do not respond to the Pre-Populated Claim Form, your pro rata share will be determined based on the pre-populated amount.

If you disagree with the pre-populated payment information in the Pre-Populated Claim Form *or* if you believe the information in the Pre-Populated Claim Form is incomplete (for example, it is missing payments you received during certain years), you have the right to submit a corrected Claim Form, which must be accompanied by supplemental documentation supporting your additions or clarifications (such as settlement sheets for Broiler flocks you raised or yearend statements from the Integrator with whom you contract or contracted) postmarked by **April 10, 2022**. If validated by the Settlement Administrator, your *pro rata* share will be based on this corrected or supplemental information. Please follow the instructions on the Pre-Populated Claim Form to submit a corrected and/or supplemental Claim Form.

2.   **Unpopulated Claims Forms <u>without</u> Pre-Populated Payment Information:** If you have received a Claim Form that does not include any pre-populated payment information (or you did not receive a Claim Form at all) and you want to receive a payment, you **MUST** complete and submit a Claim Form, postmarked by **April 10, 2022**. If your Claim Form does not have pre-populated payment information this means that the Settlement Administrator does not have information from Defendants or Alleged Co-Conspirators about the amount you were paid for Broiler Grow-Out Services during the Class Period. If you are or were a Grower for Wayne Farms, Fieldale Farms, Claxton Poultry, Case Farms, or Keystone Foods, it is more likely you received an Unpopulated Claim Form or no Claim Form at all and will have to complete and submit a Claim Form to receive a payment.

An Unpopulated Claim Form can be obtained at the Settlement Website www.BroilerGrowersAntitrustSettlement.com. You have two options for completing and submitting an Unpopulated Claim Form.

First, if you have information on your total payments for Broiler Grow-Out Services by year, provide that information with supporting documentation of those payments. If validated by the Settlement Administrator, your *pro rata* share will be based on the payment information you provide.

Second, if you do not have information or documentation regarding the total payments you received for Broiler Grow-Out Services, you must provide the years in which you provided Broiler Grow-Out Services, the name of the company (or companies) for which you provided Broiler Grow-Out Services in each year, the number of farms you operated (if more than one), and for any partial years you provided Broiler Grow-Out Services (for example, if you quit raising Broilers in the middle of a year covered by the Class Period) the number of flocks you grew during each partial year. If validated by the Settlement Administrator, your *pro rata* share will be based on that information along with available industry payment data.

Please follow the instructions on the Unpopulated Claim Form.

If you did not receive a Pre-Populated Claim Form and you do not complete and submit a valid Claim Form postmarked by the deadline, you will not receive a payment from the Settlement Funds, but you will still give up the right to sue Tyson and Perdue in a separate lawsuit related to the legal claims these Settlements resolve.

You should mail your corrected or supplemented Pre-Populated Claim Form or completed Unpopulated Claim Form to the address below, postmarked no later than **April 10, 2022** or upload it to the Settlement Website at www.BroilerGrowersAntitrustSettlement.com using the instructions there. You can also request that a Claim Form be sent to you by calling the Settlement Administrator or by sending a written request to the Settlement Administrator by mail or by email:

In re Broiler Chicken Grower Antitrust Litigation
c/o Settlement Administrator
1650 Arch Street, Suite 2210

Philadelphia, PA 19103
(833) 907-3700
Info@BroilerGrowersAntitrustSettlement.com

If you have questions regarding your Claim Form or participating in the Settlements, contact the Settlement Administrator using the contact information set forth immediately above.

## 10. When will I get my payment?

Even if the Court finally approves the Settlements and approves the allocation and distribution plan, there still may be appeals of those decisions. The Settlement Funds cannot be distributed until all appeals are resolved. It is hard to estimate how long that might take. Further, even if there are no appeals, it is difficult to predict how long the claims process will take. Further, it is possible that other Defendants may settle the claims against them and that distribution of the proceeds from the Tyson and Perdue Settlements may be delayed so that the proceeds from multiple settlements may be distributed at the same time.

Updates regarding the Settlements and when payments will be made will be posted on the Settlement website www.BroilerGrowersAntitrustSettlement.com.

## 11. Will Tyson or Perdue, any of the other Defendants, or any of the Alleged Co-Conspirators know that I have submitted a claim or received an award from the Settlements?

No. All information you provide in connection with receiving an automatic payment or submitting a Claim Form in this action will be maintained strictly confidentially and will not be made available publicly or to any Defendant or Alleged Co-conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including your identity, in connection with receiving an automatic payment or submitting a Claim Form in this action.

If, however, you exclude yourself from either or both of the Settlements or object to either or both of the Settlements, the filings of exclusions and objections with the Court will publicly reveal your identity.

## 12. What happens if I move or change my mailing address?

If you have moved since you received this Notice, you may update your address with the Settlement Administrator by completing the "Claimant Information" section of the Pre- or Un-Populated Claim Form and by mailing or emailing completed information to:

In re Broiler Chicken Grower Antitrust Litigation
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
(833) 907-3700
Info@BroilerGrowersAntitrustSettlement.com

You may update your mailing address even if you are not disputing or supplementing any of the pre-populated payment information in the Pre-Populated Claims Form you received.

9

You may also update your address at *any time* during this litigation by contacting the Settlement Administrator at the above address to notify them of your new mailing address. Because there may be additional settlements reached with the other Defendants or there may be a judgment in Plaintiffs' favor, it is important that the Settlement Administrator have updated address information so they may send you notice of such settlements or judgment.

# THE LAWYERS REPRESENTING YOU

## 13. Do I have a lawyer in the case?

Yes. The Court appointed the law firms of Hausfeld LLP and Berger Montague PC ("Settlement Class Counsel") to represent you and the other members of the Settlement Classes.

They can be contacted at:

| | | |
|---|---|---|
| Eric L. Cramer<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Melinda R. Coolidge<br>HAUSFELD LLP<br>888 16th Street, NW, Suite 300<br>Washington, DC 20006 | Gary I. Smith, Jr.<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106 |

You will not be charged for their services or for contacting them. If you want to be represented by your own lawyer, you may hire one at your own expense. See Question 14.

## 14. Should I get my own lawyer?

You do not need to hire your own lawyer because Settlement Class Counsel is working on your behalf at no out of pocket charge to you. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in Court for you if you want someone other than Settlement Class Counsel to speak for you. You may also appear for yourself at the Fairness Hearing without a lawyer. See Questions 21-23.

## 15. How will the lawyers be paid?

You do not have to pay Settlement Class Counsel. Settlement Class Counsel, who have not yet been paid for their services or reimbursed for their expenses, will seek approval from the Court for a) an award of attorneys' fees up to one third of the gross Settlements amounts, b) reimbursement for litigation costs they advanced in pursuing the Claims up to $3,000,000, also from the Settlement Funds, and c) incentive awards to the Class Representatives up to $50,000 each. The fees will compensate Settlement Class Counsel for investigating the facts, litigating the case, and negotiating and administering the Settlements over the last five years. The Court will decide the amount of fees and/or expenses to award.

Settlement Class Counsel will file their motion for fees, reimbursement of litigation expenses, and incentive awards at least 30 days before the deadline to object to the Settlements. The motion will be filed on the Settlement Website at www.BroilerGrowersAntitrustSettlement.com, where you will also be able to review it.

| **16. If I participate in the Settlements, can I sue Tyson or Perdue for the same thing later?** |
|---|

No. Unless you exclude yourself from the Tyson Settlement (See Question 17), you will give up the right to sue Tyson related to the legal claims the Tyson Settlement resolves. Unless you exclude yourself from the Perdue Settlement, you will give up the right to sue Perdue related to the legal claims the Perdue Settlement resolves.

Details on the claims that you release unless you exclude yourself are detailed in the Tyson Settlement and Perdue Settlement, which are available at www.BroilerGrowersAntitrustSettlement.com.

## EXCLUDING YOURSELF FROM THE SETTLEMENT CLASS

| **17. Can I get out of the Settlement Class?** |
|---|

If you do not want to receive any benefits from the Settlements, and you want to keep your right, if any, to sue Tyson or Perdue on your own about the legal issues in this Action, then you must exclude yourself from the Settlement Class for the Tyson Settlement, the Perdue Settlement, or both Settlements. This is called "opting out" of the Settlement Class. The deadline for requesting exclusion from these Settlements is **December 6, 2021** (postmarked).

To exclude yourself from the Settlement, you must submit a written request by mail. Your request for exclusion must include:

- The name of the Class member wishing to opt out;

- Their current address;

- A statement that the opt out is a Settlement Class member and was compensated for Broiler Grow-Out Services by a Defendant or Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator during the Class Period, along with documentation showing membership in the Settlement Class;

- an express statement that they wish to be excluded from either (a) the Tyson Settlement, (b) the Perdue Settlement, or (c) both Settlements in *In re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR; and

- The Class member's signature.

Your request(s) for exclusion must be mailed to the Settlement Administrator with a postmarked date on or before **December 6, 2021**:

In re Broiler Chicken Grower Antitrust Litigation
ATTN: Exclusion Request
PO Box 58220
Philadelphia, PA 19102

If you exclude yourself from a Settlement or both Settlements, you are telling the Court you do not want to be part of the Settlement(s). You will not be eligible to receive any money from each Settlement you exclude yourself from. You will not be eligible to object to each Settlement you exclude yourself from. For each Settlement you exclude yourself from, you will keep any rights you currently have to separately sue Tyson and/or Perdue related to the legal claims the Settlements resolve.

11

## OBJECTING TO THE SETTLEMENTS

| 18. How do I tell the Court if I do not like the Settlement? |
| --- |

If you are a member of the Settlement Classes and do not exclude yourself from the Tyson Settlement, you may object to the Tyson Settlement. If you are a member of the Settlement Classes and do not exclude yourself from the Perdue Settlement, you may object to the Perdue Settlement. If you are a member of the Settlement Classes and do not exclude yourself from either Settlement, you can object to both Settlements. If you are a member of the Settlement Classes and do not exclude yourself from one or both Settlements, you may also object to Settlement Class Counsel's request for attorney's fees, unreimbursed litigation costs and expenses, and service awards for the Class Representatives, and the proposed plan of allocation.

You cannot ask the Court to modify the Settlements; the Court can only approve or deny the Settlements.

If you wish to object to one or both of the proposed Settlements, the proposed plan of allocation or distribution, or Settlement Class Counsel's request for attorney's fees, unreimbursed litigations costs and expenses, and service awards for the Class Representatives, you must do so in writing. To object, you must file a document with the Court by **December 6, 2021,** saying that you object to the Settlements in *In re Broiler Chicken Grower Antitrust Litigation No. II*, No. 6:20-md-02977-RJS-CMR. You must include:

- The objector's full name, address, and telephone number;
- A statement saying that the objector objects to the Settlements, the proposed plan of allocation, the request for fees, expenses and service awards, or another component in *In re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR;
- Whether the objector plans to appear at the Fairness Hearing;
- Proof of membership in the Settlement Classes, including any documentation evidencing the objector was compensated for Broiler Grow-Out Services by a Defendant or Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator, during the Class Period;
- The specific reasons supporting the objection, along with any supporting materials or documents that you want the Court to consider;
- Whether the objector is objecting to the Perdue Settlement, the Tyson Settlement, or both;
- The identity of the objector's legal counsel, if any; and
- The objector's signature.

You must mail the written objection by First Class U.S. Mail, postmarked no later than **December 6, 2021**, to the Court at the following address: United States District Court for the Eastern District of Oklahoma, 101 N. 5th St., Muskogee, OK 74401.

You must also mail your objection by First Class U.S. Mail to Settlement Class Counsel, Counsel for Tyson, and Counsel for Perdue at each of the following addresses postmarked by **December 6, 2021**:

| Settlement Class Counsel | Settlement Class Counsel |
|---|---|
| Eric L. Cramer<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Gary I. Smith, Jr.<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106 |

| Counsel for Tyson | Counsel for Tyson |
|---|---|
| Bradley D. Justus<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street, NW<br>Washington, DC 20036 | Eli J. Glasser<br>Executive Counsel, Antitrust and Global Competition<br>Tyson Foods, Inc.<br>2200 Don Tyson Parkway<br>Springdale, AR 72762 |

| Counsel for Perdue |
|---|
| Lisa Jose Fales<br>VENABLE, LLP<br>600 Massachusetts Ave, NW<br>Washington, DC 20001 |

If your objection is not postmarked by **December 6, 2021**, and does not include the information listed above, it may be rejected by the Court.

You may also appear at the Fairness Hearing, either in person or through your own attorney. See Questions 14, 21-23. If you wish to appear at the Fairness Hearing you must include a statement in your written objection that you intend to appear at the hearing and wish to be heard. If you appear through your own attorney, you are responsible for paying that attorney.

### 19. What is the difference between objecting and asking to be excluded?

Objecting is telling the Court that you disagree with something about the Settlements while excluding yourself tells the Court that you do not wish to participate in the Settlements at all. You cannot object to a Settlement if you exclude yourself from it. If you exclude yourself from one or both Settlement(s), you cannot object to the Settlement(s) you excluded yourself from because the Settlement(s) no longer affect you.

### 20. Will anyone other than the Court and the lawyers know that I have objected or excluded myself?

Yes. If you exclude yourself or object to one or both Settlement(s), the filings of exclusions and objections with the Court will publicly reveal your identity.

## THE COURT'S FAIRNESS HEARING

**21. When and where will the Court decide whether to approve the Settlements with Tyson and Perdue?**

The Court will hold a Fairness Hearing at **10:00 a.m. CT on February 18, 2022**, at the United States District Court for the Eastern District of Oklahoma, located at 101 N 5th St, Muskogee, OK 74401. If the Court determines that it is appropriate, the hearing may be conducted remotely by telephone or other electronic means. If the Court decides to hold the hearing remotely, Settlement Class Counsel will post that information on the website devoted to the litigation www.BroilerGrowersAntitrustSettlement.com and provide any Settlement Class member that has informed the Court that it intends to participate at the hearing with the information required to participate remotely.

The Court may reschedule the Fairness Hearing or change any of the deadlines described in this notice. The date of the Fairness Hearing may change without further notice. Be sure to check the website, www.BroilerGrowersAntitrustSettlement.com, for news of any such changes.

At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. The Court will also consider Settlement Class Counsel's request for attorney's fees of up to one third of the gross Settlement Funds, unreimbursed litigation costs and expenses not to exceed $3,000,000, and service awards for the Class Representatives up to $50,000 each, and the proposed plan of allocation and distribution. If there are objections, the Court will consider them at the hearing. The Court may decide to permit those Settlement Class members who have previously notified the Court that they wished to appear to speak at the hearing.

At or after the Fairness Hearing, the Court will decide whether to finally approve the Settlements and the related matters raised by Settlement Class Counsel.

**22. Do I have to come to the Fairness Hearing?**

No. Settlement Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish or pay your own lawyer to attend, but it is not necessary. If you send an objection, you do not have to come to Court to talk about it. So long as you mailed your written objection postmarked by **December 6, 2021**, the Court will consider it.

**23. May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must include a statement in your written objection (*see* Question 18) that you intend to appear at the hearing. Be sure to include your name, address, telephone number, and signature as well. You cannot speak at the hearing if you excluded yourself from both Settlement Classes.

If you do not object to the Settlements but still wish to speak at the Fairness Hearing, you must send a letter or other written document that expressly states that the letter or document is your "Notice of Intention to Appear" in *In Re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR. Include your name, address, telephone number, and your signature. You must send your "Notice of Intention to Appear" to the addresses listed in Question 18, postmarked no later than **December 6, 2021**.

The Court will decide whether you will be allowed to speak at the Fairness Hearing.

## IF I DO NOTHING

**24. What happens if I do nothing at all?**

14

If you do nothing, you will remain a member of the Settlement Classes and will have released all your claims against Tyson and Perdue related to the claims in this Action.

If you received a Pre-Populated Claim Form that already has information about the total payments you received from any Defendant or Alleged Co-Conspirator on the Claim Form, and you do nothing, you will still receive a payment. But you may correct or supplement that information by returning the Claim Form if you wish (*see* Question 9.1).

If you received an Unpopulated Claim Form that does not include any information about the total payments you received from any Defendant or Alleged Co-Conspirator, or you did not receive a Claim Form at all, and you do nothing, you will not have the right receive any portion of the Settlement Funds. You must complete and submit a Claim Form to the Settlement Administrator to receive a payment (*see* Question 9.2).

## GETTING MORE INFORMATION

| 25. Are more details about the Settlements available? |
| --- |

Yes. This notice summarizes the Settlements with Tyson and Perdue. You can review the complete Tyson and Perdue Settlement Agreements and get copies of case-related documents, and the lawyers' application to the Court for fees and cost reimbursement and their proposed plan of allocation when it becomes available, as well as other information about the Action at www.BroilerGrowersAntitrustSettlement.com.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS ACTION.

| 26. How do I get more information? |
| --- |

The website www.BroilerGrowersAntitrustSettlement.com has important Court documents and answers to questions about the Action. You can also call, email, or write to the Settlement Administrator at:

In re Broiler Chicken Grower Antitrust Litigation
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
(833) 907-3700
Info@BroilerGrowersAntitrustSettlement.com

# Exhibit B

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

<<NAME>>
<<C/O>>
<<ADDRESS 1>>
<<ADDRESS2>>
<<CITY>>, <<STATE>> <<ZIP>>
<<COUNTRY>>

[BARCODE]

YOUR CLAIM NUMBER: _____ CONFIRMATION CODE: _____

| BROILER CHICKEN GROWER PRE-POPULATED CLAIM FORM |
|---|

Compensation records maintained by the Defendants and Alleged Co-Conspirators indicate that you are a member of the Settlement Classes in this action, and are therefore eligible to receive payments from Settlements with Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively referred to as "Tyson") and Perdue Foods, LLC ("Perdue").

The Settlement Classes each include: "All individuals and entities in the United States and its territories that were compensated for Broiler[1] Grow-Out Services[2] by a Defendant or Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator, at any time during the period of January 27, 2013, through December 31, 2019 (the "Class Period"). Of note, you do not need to have provided Broiler Grow-Out Services for Tyson or Perdue to receive a payment from the Tyson or Perdue Settlement Fund, you need only have provided Broiler Grow-Out Services for **any** Defendant **or** Alleged Co-Conspirator.

Defendants and Alleged Co-Conspirators have provided to Settlement Class Counsel the total compensation that you were paid by one or more of them for Broiler Grow-Out Services between January 27, 2013, and December 31, 2019. Your payment from the Tyson and Perdue Settlement Funds will be based on that information unless you dispute it.

**Please follow the steps on the following pages below to review and submit this Claim Form. If you do nothing, you will still be eligible for and receive a payment from the Settlements based on the information contained on this Claim Form, but you will waive the right to contest any information contained on this Form. If you want to participate in one Settlement, but not both, you may do so by submitting a notice of exclusion for the Settlement you do not want to participate in. Submitting this form does not preclude you from excluding yourself from the other Settlement. If you exclude yourself from both Settlements, you will not be able to receive a**

---

[1] "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1(d).

[2] "Broiler Grow-Out Services" means Broiler chicken growing services.

QUESTIONS? CALL 1-833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.

1

[BARCODE]

**payment from either Settlement, regardless of whether you submit this form.**

**Note, all information contained on this form and that you provide for this form will be maintained confidentially and will not be made available publicly or to any Defendant or Alleged Co-Conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including your identity, unless you object to or exclude yourself from one or both Settlements, in which case your identity will be publicly available.**

## STEP 1: REVIEW YOUR PAYMENT INFORMATION

Records provided by Defendants and Alleged Co-Conspirators indicate that your total compensation for Broiler Grow-Out Services from January 27, 2013, through December 31, 2019, is **$<<Compensation Amount>>**.

The details concerning the amount of your qualifying compensation are set forth below. For purposes of determining a Settlement payment, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

| Integrator | 2013 Comp.* (*beginning January 27) | 2014 Comp. | 2015 Comp. | 2016 Comp. | 2017 Comp. | 2018 Comp. | 2019 Comp. |
|---|---|---|---|---|---|---|---|
| <<Integrator1>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator2>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator3>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator4>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator5>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator6>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator7>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator8>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator9>> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |
| <<Integrator10> | <<2013 Integr | <<2014 Integr | <<2015 Integr | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |

Once you have reviewed the above qualifying compensation information, if you agree with the compensation information listed above, you do not need to do anything else to receive a payment from the Tyson and

QUESTIONS?  CALL 1-833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.

2

**[BARCODE]**

these Settlements. You do not need to return this Claim Form. Your *pro rata* payment from the Settlement Funds will be based on the compensation information above.

> **Have you moved?** If you have moved since you received this Claim Form, please go to Step 4 and complete the Claimant Information Section with your corrected address and return the Claim Form to the Settlement Administrator as indicated in Step 5. Or update your address by going to www.BroilerGrowersAntitrustSettlement.com. This will ensure that your payment from the Settlements is mailed to the correct address.

**If you <u>do not agree</u> with the qualifying compensation information above or the information is incomplete and you wish to provide corrected or supplemental information, <u>proceed to Step 2.</u>**

## STEP 2: CORRECT YOUR PAYMENT INFORMATION

If you <u>do not agree</u> with the qualifying compensation information listed in Step 1 or the prepopulated information is incomplete or incorrect, please indicate so here and complete the information requested below.

☐ **I disagree with the qualifying compensation information above and wish to correct or supplement my compensation information.**

You may correct your qualifying compensation information, upload documentation, and submit your corrected or supplemental information online at www.BroilerGrowersAntitrustSettlement.com. You will need your claim number and confirmation code to do so. Alternatively, you can mail this form and your supporting documentation to:

In re Broiler Chicken Grower Antitrust Litigation
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

If you disagree with the qualifying compensation information above, please fill in the chart below when you submit this Claim Form. For purposes of filling in the chart below, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

**CLAIM NUMBER:** _____     **CONFIRMATION CODE:** _____

| Integrator | 2013 Comp.*<br>(*beginning January 27) | 2014 Comp. | 2015 Comp. | 2016 Comp. | 2017 Comp. | 2018 Comp. | 2019 Comp. |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

QUESTIONS?  CALL **1-833-907-3700** TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.

3

| [BARCODE] | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The Settlement Administrator will review your corrected qualifying compensation information. If validated by the Settlement Administrator, your *pro-rata* payment from the Settlements will be based on the corrected total compensation information you provide.

**Proceed to Step 3.**

## STEP 3: PROVIDE SUPPORTING DOCUMENTATION

Attach copies of any records that support your corrected or supplemental qualifying compensation information and attach them to this Claim Form when you return it or upload electronic copies to the website following the instructions above.

These records may include, for example, settlement sheets for the Broiler flocks you raised or yearend accounting statements provided to you by your Integrator.

Please be sure to keep your original documents for your own records.

**Proceed to Step 4.**

## STEP 4: COMPLETE YOUR CLAIMANT INFORMATION AND ATTESTATION

Check the applicable box below, complete the Claimant Information section, and sign the attestation:

☐  I disagree with the compensation information and have provided corrected or supplemental information.

☐  I agree with the compensation information provided in Step 1, and only need to update my address.

| CLAIMANT INFORMATION | | | |
|---|---|---|---|
| CONTACT NAME: | First | M.I. | Last |
| COMPANY NAME (IF APPLICABLE): | Company Name | | |
| CURRENT MAILING ADDRESS: | Address 1 | | |

QUESTIONS?  CALL 1-833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.

4

| | Address 2 |
| --- | --- |
| | City |
| | State/Province |
| | Postal Code | Country |
| **Contact Telephone:** | \|   \|   \|   \|   -   \|   \|   \|   \|   -   \|   \|   \|   \|   \| |
| **Contact Email Address (If Any):** | |

By signing below, I certify that (1) the above and foregoing information is true and correct; (2) I warrant that I am the Broiler chicken grower entity Settlement Class member(s) or am an owner, officer or director employed by the Broiler chicken grower entity Settlement Class member(s); (3) I agree to submit additional information, if requested, in order for the Settlement Administrator to process my claim.

Signature: _____   Date: _____

Printed Full Name (First, Middle, and Last): _____

**Proceed to Step 5.**

## STEP 5: SUBMIT YOUR CLAIM FORM

Mail this completed Claim Form and accompanying documentation to the address below, postmarked by **April 10, 2022** or upload it to the Settlement website using the instructions on the website at www.BroilerGrowersAntitrustSettlement.com **by April 10, 2022**:

In re Broiler Chicken Grower Antitrust Litigation
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

If you already completed and submitted your Claim Form online and received confirmation of successful submission, or you agree with the information provided in this form and do not need to update your address, you do not need to also mail this Claim Form.

Exhibit C

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| |
|---|
| **BROILER CHICKEN GROWER UNPOPULATED CLAIM FORM** |

Unless you received a Pre-Populated Claim Form, you must fill out, complete, and submit this Claim Form. If you believe you are a member of the Settlement Classes in this action and want to be eligible to share in one or both of the Settlements with Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively referred to as "Tyson") and Perdue Foods, LLC ("Perdue"). The Settlement Classes each include: "All individuals and entities in the United States and its territories that were compensated for Broiler[1] Grow-Out Services[2] by a Defendant or Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator, at any time during the period of January 27, 2013, through December 31, 2019 (the "Class Period"). Of note, you do not need to have provided Broiler Grow-Out Services for Tyson or Perdue to receive a payment from the Tyson or Perdue Settlement Fund, you need only have provided Broiler Grow-Out Services for **any** Defendant **or** Alleged Co-Conspirator.

**Unless you received a Pre-Populated Claim Form, you must complete this Claim Form and mail it to the address listed on the bottom of this form (postmarked by April 10, 2022) or submit it through the Settlement website www.BroilerGrowersAntitrustSettlement.com by April 10, 2022 to be eligible to receive a payment from the Tyson and Perdue Settlement Funds. If you want to participate in one Settlement, but not both, you may do so by submitting a notice of exclusion for the Settlement you do not want to participate in. If you wish to participate in one Settlement, but not both, you must still submit this form (unless you received a Pre-Populated Claim Form) to receive a payment from the Settlement you do wish to participate in and exclude yourself from the Settlement you do not wish to participate in, otherwise you will still be bound by both Settlements. If you exclude yourself from both Settlements, you will not be able to receive a payment from either Settlement, regardless of whether you submit this Claim Form.**

**Note, all information contained on this form and that you provide for this form will be maintained confidentially and will not be made available publicly or to any Defendant or Alleged Co-Conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including your identity, unless you object to or exclude yourself from one or both Settlements, in which case your identity will be publicly available.**

---

[1] "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1(d).

[2] "Broiler Grow-Out Services" means Broiler chicken growing services.

**QUESTIONS? CALL 1-833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.**

1

**COMPLETE YOUR CLAIMANT INFORMATION**

## COMPLETE YOUR CLAIMANT INFORMATION

| CONTACT NAME: | First | M.I. | Last |
|---|---|---|---|
| COMPANY NAME (IF APPLICABLE): | Company Name | | |
| CURRENT MAILING ADDRESS: | Address 1 | | |
| | Address 2 | | |
| | City | | |
| | State/Province | | |
| | Postal Code | | Country |
| CONTACT TELEPHONE: | \|   \|   \|   \| - \|   \|   \|   \| - \|   \|   \|   \| | | |
| CONTACT EMAIL ADDRESS (IF ANY): | | | |

The total *pro rata* payment amount you receive will be calculated based on qualifying compensation you received from any Defendant or Alleged Co-Conspirator for Broiler Grow-Out Services between January 27, 2013, and December 31, 2019. You have two options available to you to substantiate your qualifying payments.

**OPTION ONE: COMPLETE YOUR CLAIMANT INFORMATION AND PROVIDE SUPPORTING DOCUMENTATION**

Option One: You can provide the total amounts you were paid by any Defendant or Alleged Co-Conspirator for the provision of Broiler Grow-Out Services in the following chart and you must provide supporting documentation of those amounts, such as settlement sheets for the Broiler flocks you raised or yearend accounting statements provided to you by your Integrator. Defendants and Alleged Co-Conspirators include:

- Amick Farms, Inc.
- Case Foods
- Claxton Poultry Farms
- Fieldale Farms Corp.
- Foster Farms
- George's, Inc.
- Harrison Poultry, Inc.
- House of Raeford Farms
- Keystone Foods
- Koch Foods, Inc.
- Mar-Jac Poultry, Inc.
- Marshall Durbin Companies
- Mountaire Farms
- Norman W. Fries, Inc.
- O.K. Industries
- Peco Foods, Inc.
- Perdue Foods, LLC
- Pilgrim's Pride Corporation
- Sanderson Farms, Inc.
- Simmons Foods
- Tyson Foods, Inc.
- Wayne Farms

QUESTIONS?  CALL 1- 833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.

2

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

For purposes of determining a Settlement payment, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

| Year | Total Compensation for Broiler Grow-Out Services |
|---|---|
| 2013*<br>(*beginning January 27) | $ |
| 2014 | $ |
| 2015 | $ |
| 2016 | $ |
| 2017 | $ |
| 2018 | $ |
| 2019 | $ |

The Settlement Administrator will review the compensation information you have provided. If validated by the Settlement Administrator, your *pro rata* award from the Settlement Funds will be calculated based on the total compensation information you provide.

---

**OPTION TWO: PROVIDE INFORMATION FOR THE SETTLEMENT ADMINISTRATOR TO ESTIMATE YOUR PAYMENTS OVER THE CLASS PERIOD**

---

Option Two: If you do not know what the total amount you were paid is and/or you do not have supporting documentation of those amounts such as settlement sheets for the Broiler flocks you raised, the Settlement Administrator can generate an estimate of your claim amount based on available data.

If you provide (1) the name of the Defendant(s) or Alleged Co-Conspirator(s) for which you grew Broilers, (2) the years in which you provided those services, (3) the number of farms you operated, and (4) the number of flocks you grew in a given year *if* you performed Broiler Grow-Out Services for a partial year (e.g., half a year), then if your claim is validated by the Settlement Administrator, your *pro rata* payment will calculated based on available industry data.

| Year | Defendant or Alleged Co-Conspirator to which you provided Broiler Grow-out Services | Number of Farms You Operated[3] | Number of Flocks[4] |
|---|---|---|---|
| 2013*<br>(*beginning January 27) | | | |
| 2014 | | | |
| 2015 | | | |
| 2016 | | | |
| 2017 | | | |

---

[3] Note, the Number of Farms you Operated column is **not** asking for the number of chicken houses on your farms, but instead whether you operated separate and distinct farming operations at distinct locations, and if so, how many. If you only operated one farm, simply answer "1."

[4] You **only** need to populate the Number of Flocks Column if you performed Broiler Grow Out Services for a partial year, for example, if you started with your Integrator or stopped with your Integrator mid-year.

QUESTIONS? CALL 1-833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.

| | | | |
|---|---|---|---|
| 2018 | | | |
| 2019 | | | |
| **Total** | | | |

## COMPLETE YOUR ATTESTATION

By signing below, I/we certify that (1) the above and foregoing information is true and correct; (2) I warrant that I am the Broiler chicken grower entity Settlement Class member(s) or am an owner, officer or director employed by the Broiler chicken grower entity Settlement Class member(s); (3) I agree to submit additional information, if requested, in order for the Settlement Administrator to process my claim.

Signature: _____ Date: _____

Printed Full Name (First, Middle, and Last): _____

Title: _____

## SUBMIT YOUR CLAIM FORM

Mail this completed Claim Form and accompanying documentation to the address below, postmarked by **April 10, 2022** or upload it to the Settlement website using the instructions on the website at www.BroilerGrowersAntitrustSettlement.com **by April 10, 2022**:

In re Broiler Chicken Grower Antitrust Litigation
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

QUESTIONS?  CALL 1- 833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM.

4

# Exhibit D





If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from Two Class Action Settlements

**CLICK HERE**
for more
information

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

**CLICK HERE**
for more
information

If Yo~~6:20-md-02977-RJS-CMR   Document 232-1   Filed in ED/OK on 12/16/21   Page 39 of 87~~ at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

CLICK HERE
for more
information

If You Were Paid to Provide Broiler Chicken Grow-Out
Services Any Time Between January 1, 2013 and
December 31, 2019, Two Class Action Settlements May
Affect Your Legal Rights.

CLICK HERE
For More
Information

# If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

**CLICK HERE**
for more
information

If You Are a Chicken Farmer Who Provided Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

**CLICK HERE**
for more
information

If You Were Paid to Provide Broiler Chicken Grow-Out
at Any Time Between
December 31, 2013, a Class Action Settlement May
Affect Your Legal Rights.

**CLICK HERE**

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

**CLICK HERE**
for more
information



If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from Two Class Action Settlements

**CLICK HERE**
for more information



If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from Two Class Action Settlements

**CLICK HERE** for more information

If You Were Paid to Provide Broiler Chicken Grow-Out Services for a Tim[...] between [...] October [...] 2010, you may be [...] for a Payment from Two Class Action Settlements

**CLICK HERE**



If You Were Paid to
Provide Broiler Chicken
Grow-Out Services at
Any Time Between
January 27, 2013 and
December 31, 2019, You
May Be Eligible for a
Payment from Two
Class Action
Settlements

**CLICK HERE**
for more
information



If You Were Paid to
Provide Broiler
Chicken Grow-Out
Services at Any Time
Between January
27, 2013 and
December 31, 2019,
You May Be Eligible
for a Payment from
Two Class Action
Settlements

CLICK HERE
for more
information

If You Were Paid to Provide Broiler Chicken Grow-Out Services ... A Time Fitness in 2022 ... 2011, 2017 ... You May Be Entitled for a Payment from Two Class Action Settlements

CLICK HERE

MR Document 232-1 Filed in ED/OK on 1



If You Were
Paid to Provide
Broiler Chicken
Grow-Out
Services at Any
Time Between
January 27,
2013 and
December 31,
2019, You May
Be Eligible for
a Payment
from Two Class
Action
Settlements

**CLICK HERE**
for more
information

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

**CLICK HERE**
for more information

If You _____ at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

CLICK HERE for more information

If You Were Paid to Provide Broiler Chicken Grow-Out Services by Any Time Between January [...] December 31, 20[...] Your Class Action Settlements May Affect Your Legal Rights.

CLICK HERE

# If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

**CLICK HERE**
for more information

If You Provided Live
Broiler Chicken Grow-Out
Services at Any Time
Between January 27, 2013
and December 31, 2019,
Two Class Action
Settlements May Affect
Your Legal Rights.

**CLICK HERE**
for more
information

If You Were Paid to Provide Broiler Chicken Grow-Out Services... December... two class action settlements may affect your legal rights.

CLICK HERE

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

**CLICK HERE**
for more
information



If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from Two Class Action Settlements.

**CLICK HERE**
for more information

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.

**CLICK HERE**
for more
information



If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from Two Class Action Settlements

CLICK HERE
for more information









# If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from Two Class Action Settlements

**CLICK HERE**
for more
information



If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from Two Class Action Settlements

CLICK HERE
for more
information

Exhibit E

Sponsored (demo) · 🌐

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements May Affect Your Legal Rights.



BROILERGROWERSANTITRUSTSETTLEMENT.COM
**In re Broiler Chicken Grower Antitrust Litigation**
No. 6:20-md-02977-RJS-CMR (S.D. Okla)

Learn More

Sponsored (demo) · 🌐

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from Two Class Action Settlements.



BROILERGROWERSANTITRUSTSETTLEMENT.COM
**In re Broiler Chicken Grower Antitrust Litigation**
No. 6:20-md-02977-RJS-CMR (S.D. Okla)

Learn More

 Like      Comment     Share     

Exhibit F

**8A** | THURSDAY, OCTOBER 7, 2021 | SAVANNAH MORNING NEWS | LIGHT OF THE COASTAL EMPIRE

# Outage highlights how vital Facebook has become

## Millions worldwide depend on social media for income, survival

**Mae Anderson**
ASSOCIATED PRESS



The six-hour outage that hit Facebook, Instagram and WhatsApp was a headache for many casual users but far more serious for businesses, foreign aid providers, hospitals and others who rely on the social media sites. RICHARD DREW/AP

NEW YORK – The six-hour outage at Facebook, Instagram and Whatsapp was a headache for many casual users but far more serious for the millions of people worldwide who rely on the social media sites to run their businesses or communicate with relatives, fellow parents, teachers or neighbors.

When all three services went dark Monday, it was a stark reminder of the power and reach of Facebook, which owns the photo-sharing and messaging apps.

Around the world, the breakdown at WhatsApp left many at a loss. In Brazil, the messaging service is by far the most widely used app in the country, installed on 99% of smartphones, according to tech pollster Mobile Time.

WhatsApp has become essential in Brazil to communicate with friends and family, as well as for a variety of other tasks, such as ordering food. Offices, various services and even the courts had trouble making appointments, and phone lines became overwhelmed.

Hundreds of thousands of Haitians in their homeland and abroad fretted over the WhatsApp outage.

Many of the country's more than 11 million people depend on it to alert one another about gang violence in particular neighborhoods or to talk to relatives in the U.S. about money transfers and other important matters. Haitian migrants traveling to the U.S. rely on it to find each other or share key information such as safe places to sleep.

Nelzy Mireille, a 35-year-old unemployed woman who depends on money sent from relatives abroad, said she stopped at a repair shop in the capital of Port-au-Prince because she thought her phone was malfunctioning.

"I was waiting on confirmation on a money transfer from my cousin," she said. "I was so frustrated."

"I was not able to hear from my love," complained 28-year-old Wilkens Bourgogne, referring to his partner, who was in the neighboring Dominican Republic, buying goods to bring back to Haiti. He said he was concerned about her safety because of the violence in their homeland.

"Insecurity makes everyone worry," he said.

In rebel-held Syria, where the telecommunication infrastructure has been disrupted by war, residents and emergency workers rely mostly on internet communication.

Naser AlMuhawish, a Turkey-based Syrian doctor who monitors coronavirus cases in rebel-held territory in Syria, said WhatsApp is the main communication method used with over 500 workers in the field.

They switched to Skype, but WhatsApp works better when internet service is shaky, he said. If there had been an emergency such as shelling that he needed to warn field workers about, there could have been major problems, he said.

"Luckily this didn't happen yesterday during the outage," he said.

But hospitals treating COVID-19 patients in the region were thrown into panic. They lost contact with oxygen suppliers who have no fixed location and are normally reached via WhatsApp. One hospital sent staff members searching for oxygen at nearly two dozen facilities, said Dr. Fadi Hakim of the Syrian American Medical Society.

In Lima, Peru, the breakdown complicated dental technician Mary Mejia's job. Like most Peruvian medical workers, she uses WhatsApp for a multitude of tasks, including scheduling appointments and ordering crowns.

"Sometimes the doctor will be working on a patient and I need to contact a technician for job," she said. "To have to step away and make a phone call? It trips us up. We've become so accustomed to this tool."

Millions of Africans use WhatsApp for all their voice calls, so "people felt they were cut off from the world," said Mark Tinka, a Ugandan who heads engineering at SEACOM, a South Africa-based internet infrastructure company.

Many Africans also use WhatsApp to connect with relatives in other countries. Tinka's stepdaughter lives in Caldwell, Idaho, and lost her father on Sunday, but could not speak with her family back in Dar Es Salaam, Tanzania, to arrange travel for the funeral.

"It's amazing just how little folks understand the impact of three or four content companies on the utility of the Internet," Tinka said.

Facebook said the outage was due to an internal error related to a "configuration change" but gave no details.

The outage came amid a crisis at Facebook, accused by a whistleblower on "60 Minutes" and on Capitol Hill of profiting from hate and division and suppressing research showing that Instagram contributes to body-image problems, eating disorders and thoughts of suicide in young women.

For small businesses, the outage meant hundreds or thousands of dollars in lost revenue.

Sarah Murdoch runs a small Seattle-based travel company called Adventures with Sarah and relies on Facebook Live videos to promote her tours. She estimated the breakdown cost her thousands of dollars in bookings.

"I've tried other platforms because I am wary of Facebook, but none of them are as powerful for the type of content I create," Murdoch said. As for her losses, "it may only be a few people, but we are small enough that it hurts."

Heather Rader runs How Charming Photography in Linton, Indiana. She takes photographs for schools and sports teams and makes yard signs with the photos. She has her own website but said parents and other customers mostly try to reach her through social media.

She said she might have lost three or four bookings for photo sessions at $200 a client.

"A lot of people only have a specific window when they can do ordering and booking and things like that," she said. "If they can't get a direct answer, they go to someone else."

Tarita Carnduff of Alberta, Canada, said she connects with other parents on Facebook just about every day, and the outage drove home for her how crucial that support is.

"As a parent with special needs kids, it is the only space I found others in similar positions," she said. "There's a lot of us that would be lost without it."

But for others, the breakdown led them to conclude they need less Facebook in their lives.

Anne Vydra said she realized she was spending too much free time scrolling and commenting on posts she disagreed with. She deleted the Facebook app on Tuesday.

"I didn't want it to come back," said Vydra, who lives in Nashville, Tennessee, and does voiceover work. She added: "I realized how much of my time was wasted."

---



## A Sense Of Fall Collection

Glowing Pumpkins in Sunset,
Emerald, Amber and Marigold Colors
Autumn Spice Leafy Pillar Candles
Fall Foliage Runners and Pillows
Bold & Vibrant yet Calming &
Comfortable

**SANDERS GIFTS & HOME ACCENTS**
Visit us at www.sandersgiftsandhome.com



MONDAY SENIOR DISCOUNT
DAY & FREE GIFT WRAP

**897-4861**
Wilmington Island

## Editor

Continued from Page 1A

Lexington, Kentucky.; and The Herald-Dispatch in Huntington, West Virginia.

"Jill knows how to build and lead successful teams," said Hollis Towns, the USA TODAY Network's vice president for local news initiatives. "We have outstanding people in Savannah, Athens and Augusta. I'm excited about the possibilities for the future under Jill."

Nevels-Haun is a native of Florence, Kentucky, and a graduate of Western Kentucky University, where she earned a bachelor's degree in journalism.

"Jill is from Kentucky, having launched her journalism career there before heading west. With this move, she's coming back to us in the South. Savannah is a perfect landing spot," said Pam Sander, US Southeast regional editor for Gannett.

Nevels-Haun was introduced to journalists in Savannah, Augusta and Athens in a Wednesday video conference and expressed an eagerness to continue to grow those publications' digital reach. The online audiences for SavannahNow.com, augustachronicle.com and onlineathens.com have expanded significantly in 2021.

"Our focus is on continuing to build our community connections," Nevels-Haun told the staff. "We won't just cover our community, we will collaborate with our community. We will strengthen our journalism and continue with the focus on watchdog reporting and expand our digital footprint."

Nevels-Haun's experience leading newsrooms focused on watchdog journalism and multimedia storytelling appealed to the reporters and editors in attendance, as did her pledge to build community connections. She is a Rotary Club member and a regular volunteer mentor for youth-based community programs.

"The Savannah Morning News has made significant readership strides over the past year by bringing more depth to our journalism and focusing on content that appeals to broad swaths of our audience, particularly communities of color. I'm excited by the prospect of working with a proven leader such as Jill," said Savannah Morning News Opinion Editor Adam Van Brimmer, who has been leading the newsroom since the departure of Executive Editor Rana Cash in September.

Cash left to become the executive editor of the Charlotte Observer.

Nevels-Haun will be tasked with building on Cash's success in diversifying Savannah's newsroom staff as well as focusing on content that best serves readers, according to Amalie Nash, the senior vice president of local news for the USA TODAY Network.

"Rana did some fantastic things and was a great leader so it was important to have another great leader to step in and take that next step," Nash told Savannah staffers during Wednesday's announcement call. "In her current role, Jill has led newsrooms that cover large communities without a lot of resources and kept the focus on the content that matters to readers."

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $33,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What do the Settlements provide?** Tyson will pay $21,000,000 and Perdue will pay $14,750,000 for a total of $35,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, class representative service awards, and costs for notice and Settlement administration. Tyson and Perdue will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers. Perdue Settlement § 10(e).

**Am I eligible to receive a payment from the Settlements?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlements?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **April 10, 2022** to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue, you must exclude yourself from one or both of the Settlements by **December 6, 2021**. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **December 6, 2021**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **10:00 a.m. CT on February 18, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, litigation expenses not to exceed $3,000,000, and class representative awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

This notice is only a summary.
For more information, including the full Notice and Settlement Agreements, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.



**FACT OF THE DAY**

**Being overweight or obese after menopause increases breast cancer risk.** Having more fat tissue after menopause can raise estrogen levels and increase your chance of getting breast cancer.

**GET SCREENED.** Early detection saves lives!

**Call 912.819.PINK** to schedule your screening mammogram

   

# YOUR HOMETOWN

**P3**

WWW.CLAXTONENTERPRISE.COM | The Claxton Enterprise | WEDNESDAY, SEPTEMBER 22, 2021



The junior class float won first place in the Claxton High School Homecoming parade held Friday.

## Claxton Meeting Highlights

The Claxton City Council held its regularly scheduled meeting Monday night and unanimously approved several measures.

**AllGreen Sanitation**

AllGreen Sanitation Services, who currently has a contract with the city for residential polycart removal, has requested an increase in their services. According to a letter sent to the City by AllGreen the increase is requested due to a 35% increase in the cost of diesel fuel for the trucks and a 50% increase in the cost of resin, which is used to manufacture the polycarts.

The current monthly rate for sanitation services is $8.75 per month and the proposed increase would make the new monthly charge $11 per month. The current contract between AllGreen and the City allows for a request for an increase in the price of services. Council members unanimously approved the increase.

**Timber Sales**

Previously, the city approved the bid from Joey Cheney of Timberdawg, LLC of Statesboro to oversee the forestry of approximately 200 acres of planted pine and hardwood trees at the city's wastewater treatment plant.

Cheney's bid proposed a $1,500 fee to "cruise and determine fair market value of timber" plus 5% of total sales at closing.

City Attorney Bill Callaway advised council members the 'cruise' was

completed last week. Reportedly, Cheney has solicited bids from timber companies. Sealed bids from those companies will be opened at 10 a.m. on October 14, at Callaway's office at 104 Daniel Street in Claxton.

A compilation of the bids will be presented to the council during its meeting slated for October 18.

**USDA grant**

The city previously applied for a USDA grant to help fund the purchase of a new patrol car for the city's police department. Kathy

Ross, of the USDA, participated in the meeting via telephone call and explained how the Community Facilities Grant will be administered.

The total cost of the new patrol car, once required equipment is installed, will be $58,324. Under the grant, the USDA will provide $32,000 (55% of the overall cost) and the city will provide $26,324 (45% of the overall). The city's portion will be funded by SPLOST funds. Council members granted the authority for Mayor Terry Branch to sign the resolution.

## MATT *from page 2*



Wearing his 'victory' t-shirt, Matt Rogers walked out of the Mayo Clinic after a long battle with COVID-19, recovery from a double lung transplant and double heart bypass surgery.

the clinic for on-going appointments for continued testing and monitoring of his condition. Just this week, he was given permission to go to his home in Statesboro for a few

days at a time.

"Oh, what a glorious day," said Renee. "I am so thankful for the prayers, support, kind words, and encouragement from our hometown. I know the

prayers of so many have helped Matt but also helped me to get through this. I will never be able to thank everyone for the love that has been shown to us."

## WRECK *from page 1*

The driver, Christopher Stills, of Sylvania, and his three passengers – Jose Pena and Diego Quijano of Claxton and José Jahuey of Savannah – were transported by ambulance to local hospitals.

Stills succumbed to his injuries.

Holmes, who suffered severe injuries, was flown by air medical transport to Memorial Hospital in Savannah. The condition of the four survivors was not known as

of press time Tuesday.

Cuddington said the GSP Specialized Collision Reconstruction Team (SCRT) is currently investigating the incident and will determine charges against Holmes.



**A Smarter Way to Power Your Home.**

**PWR**CELL
SOLAR + BATTERY STORAGE SYSTEM

Power your home, save money and be prepared for utility power outages with the PWRcell, a solar + battery storage system.

**REQUEST A FREE QUOTE!**

**ACT NOW TO RECEIVE**
A $300 SPECIAL OFFER!*

| **(844) 507-0197**

$0 DOWN FINANCING OPTIONS!**

*Offer value when purchased at retail.
**Financing available through authorized Generac partners.
Solar panels sold separately.

Subscribe to the Enterprise Call 739-2132 today!

Subscribers receive free access to our online archives dating back to 1915.

$30 per year Georgia residents

$38 per year for out of state residents

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What do the Settlements provide?** Tyson will pay $21,000,000 and Perdue will pay $14,750,000 for a total of $35,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, class representative service awards, and costs for notice and Settlement administration. Tyson and Perdue will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers. Perdue Settlement § 10(e).

**Am I eligible to receive a payment from the Settlements?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlements?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **April 10, 2022** to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue, you must exclude yourself from one or both of the Settlements by **December 6, 2021**. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **December 6, 2021**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **10:00 a.m. CT on February 18, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, approximately $11,916,666.67 plus expenses, and class representative awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

*This notice is only a summary.*
For more information, including the full Notice and Settlement Agreements, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.



**YOUR VISION. OUR FOCUS.**

JENNIFER BROMLEY, MD    JOSEPH GUSSLER, MD    RYAN PICHE, OD

**GEORGIA EYE INSTITUTE HAS BEEN PROVIDING COMPREHENSIVE EYE CARE FOR MORE THAN 25 YEARS.**

Our eye specialists are dedicated to providing the quality of medical care you expect, using state-of-the-art-technology and advanced medical techniques.

From the latest advances in cataract care and glaucoma management, to treatment for diabetic eye disease and comprehensive eye exams, call **Georgia Eye Institute**.

**CALL TO SCHEDULE AN APPPOINTMENT**
**912.654.4700**



605 South Veterans Blvd.
Glennville, GA 30427

GEORGIA EYE INSTITUTE



gaeyeinstitute.com

B8       THE ATLANTA JOURNAL-CONSTITUTION    WEDNESDAY, SEPTEMBER 22, 2021

# METRO



The front page of The Atlanta Journal's edition for Sept. 23, 1906, was filled with news of the previous night's deadly riots aimed at Black people.

The Atlanta Constitution's front page for the Sept. 24, 1906, edition was given over to reporting on the riots from Sept. 22, and the state militia's presence in the city.



The front page of the Sept. 23, 1906, edition of The Atlanta Constitution had no news element, only advertising. Briefs on Page 18 reported on the riots.

## Riot

continued from B1

it there," said Candy Tate, a historian and one of the principal organizers of the event. "We are interested in healing the Atlanta community through truth and transformation."

Atlanta writer Rebecca Burns, who in 2011 wrote a minute-by-minute account of the days immediately after the death of Martin Luther King Jr., "Burial for a King," preceded that book in 2006 with a similarly detailed account of the 1906 massacre.

It wasn't easy, and in researching "Rage in the Gate City: The Story of the 1906 Atlanta Race Riot," it was often difficult to get simple facts.

"Back when I first wrote my book there was no awareness of the events – it was systemically downplayed. The official report on the riot was written by the Chamber of Commerce, after all," Burns said. "When I did my research this did not even merit a bullet point on the Atlanta History Center's timeline of key events."

Burns wrote that Brownsville, the neighborhood targeted, was a "community of 1,500 residents, most of them homeowners," like John Wesley Brown Bowen, the first Black president of Gammon



In 2013, the Atlanta History Center staged an interactive play called "Four Days of Fury: Atlanta 1906," based on the events leading up to and following the Atlanta race riots of that year. Audience members joined actors on the sets during the performances. CURTIS COMPTON/AJC 2013

Theological Seminary, and Dr. William Penn, a Yale-educated medical doctor.

"The residents funded their own school, frequented a post office run by a Black postmaster, Luther Price, shopped at stores run by their neighbors, and attended one of three community churches."

Burns' book, published during the centennial anniversary, along with Mark Bauerlein's 2001 "Negrophobia: A Race Riot in Atlanta," helped bring attention to the area and the tragic events.

It wasn't until 2006 that the city publicly recognized the events. The next year the massacre became part of the state's social studies curriculum. In 2013, the Atlanta

History Center presented "Four Days of Fury: Atlanta 1906," an interactive play about the riots.

Tankson said she was educated in Atlanta but didn't know about the massacre until she started working with Tate, assistant director of the Emory College Center for Creativity & Arts.

"It was not taught to me. I had no idea that it happened or why it happened," said Tankson, who sells real estate when she is not organizing events.

Scholars say the reasons for the violence were a subtle culmination of many things that had been festering in Atlanta, a city rebuilding from the Civil War.

The novel "The Clansman: A Historical Romance of the Ku Klux Klan" enjoyed popularity among whites when it was published in 1905, eventually turning into the blockbuster 1915 film "Birth of a Nation."

There was white resentment of the first generation of Blacks not born into slavery who were growing into a Black middle class, with emerging Black colleges including Atlanta University, Clark College, Morehouse College, Spelman College, Morris Brown College and Gammon.

"All of these institutions by the turn of the century had started gaining momentum, intellectually and physically," said Rodney T. Cohen, an Africana Studies adjunct professor at Morehouse and the author of "The Black Colleges of Atlanta."

"Anytime individuals who were viewed as 'less than' rise up, it becomes a problem for the so-called establishment."

The riot began in Brownsville on a hot Saturday night. Thousands of white men, inflamed by sensational and inaccurate newspaper reports – in both the Atlanta Journal and the Atlanta Constitution – of Black sex crimes started attacking Black residents at random.

W. E. B. Du Bois, who was teaching at Atlanta University

at the time, wrote his powerful poem, "The Litany of Atlanta," in the riot's wake.

"A city lay in travail, God our Lord, and from her loins sprang twin Murder and Black Hate. Red was the midnight; clang, crack and cry of death and fury filled the air and trembled underneath the stars when church spires pointed silently to Thee. And all this was to sate the greed of greedy men who hide behind the veil of vengeance!" wrote Du Bois.

Du Bois would become one of the founders of the NAACP in 1909. In 1929, Walter White, who had witnessed the massacre as a boy, became the organization's executive secretary.

In the end, as many as 25 Black people and two white people lay dead in Decatur Street and Edgewood Avenue. Bodies were dumped at the foot of the Henry Grady statue. Men were thrown out of windows of the old Kimball Hotel.

Blacks and whites were "rounded up," but no one was convicted of rioting or murder, said Bauerlein, who taught at Emory University before retiring in 2020.

In the riot's aftermath, many Black residents left the city. Others retreated and segregated themselves into the safety of their own community, most notably Auburn Avenue, which became a

Black business and political hub.

But the riots did forge a peacekeeping alliance, the so-called Atlanta Way, between the business elite and the black political and middle class that some say endures to this day, which blocked the city from going up in flames like other Southern cities during the civil rights movement.

"It shaped Atlanta by setting the framework for the working relationship between white business leaders and Black clergy and civic leaders," Burns said. "The downside of this is that concessions were demanded that deepened the divide and Jim Crow segregation. Essentially, it was a cooperative effort between elites on both sides that maintained segregation of poorer folks."

Tate, who recently secured a $500,000 grant for repairs to Morris Brown College, said she got the idea to commemorate 1906 while working on a project to identify "Main Streets" in old Black communities.

"You start to realize that main streets are where a lot of these race riots happened across the country," Tate said. "As a historian and programmer, it got me thinking. It is important to remember the past to understand the present to change the future."

## Clayton

continued from B1

a surge of COVID-19 infections in classrooms throughout August. The infections were so widespread that school systems from Cobb to Henry counties temporarily switched entire grade levels to remote learning or closed buildings to try to bring the virus under control.

Earlier this month, Decatur Schools said it planned to require staff to be vaccinated as a condition of employment, but would not require the same mandate for students.

"We all have to take individual responsibility and appropriate actions to ensure that we are safe and that others are safe," Beasley said during the YouTube Live. He said all but two schools that had temporarily closed – Sequoyah Middle and Forest Park High – were back in class for face-to-face instruction.



Clayton County Public Schools Nurse Supervisor Micah Sawyer takes a swab Tuesday from G.P. Babb Middle School Assistant Principal Sharnelius Colbert at a Clayton Schools COVID-19 vaccination and testing drive.

Beasley made the remarks just hours after dozens of students and Clayton Schools employees filed into Babb Middle School on Tuesday to get inoculated and tested for the virus. The district, , which has some of the lowest vaccination numbers in metro Atlanta, will host testing and inoculation clinics on a number of school campuses in the coming weeks to get more

shots in arms.

Clayton Schools is offering full-time staff $500 and part-timers $250 if they get inoculated by the end of the month. Beasley said 80% of staff who responded to a recent survey said they had been vaccinated, but only about a quarter of the district's employees filled out the questionnaire.

The district is also looking at hiring a principal and



G.P. Babb eighth grader Christina Roblero receives the Pfizer COVID-19 vaccine from Clayton County Public Schools Nurse Supervisor Lisa Gattis on Tuesday during the drive. PHOTOS BY ALYSSA POINTER/ALYSSA.POINTER@AJC.COM

teachers for a permanent school for remote learners, according to Beasley.

"Our goal is to provide an option for families who would like to do remote

learning for an extended period of time," he said, adding that the district is still in the planning stages. "More details are forthcoming."

Despite the challenges, Beasley said he still believes in-class instruction is preferable to returning to the all-virtual education most Clayton students received for the entire 2020-2021 academic year. He said students suffered academically last year and it's easier to manage individual outbreaks than go through more learning loss.

"It's our responsibility to ensure that students are safe and that they are learning," he said.

## Voting

continued from B1

his campaign. "Herschel is traveling across the state connecting with Georgians and is laser-focused on beating Raphael Warnock. Glad this matter is put to rest."

Blanchard is a Georgia resident, property owner and eligible voter, according to the investigation's findings. She has a Georgia driver's license, pays state income taxes and runs a business in the state.

The investigation found that Blanchard considers Georgia her home, but it didn't address whether she meets requirements in Geor-

gia law for voters to reside where their "habitation is fixed."

Blanchard owns a home with Walker in Westlake, Texas, and she also owns property near Buckhead in Fulton County.

She hasn't disclosed which is her primary residence. Voters who move to another state with the intention of making it their residence lose their eligibility to vote in Georgia.

Election records show that Blanchard used her Georgia address to return an absentee ballot in the 2020 presidential election, which she mailed in October from the couple's residence in Texas.

Blanchard's vote raised

questions by one of Walker's Republican opponents, Agriculture Commissioner Gary Black, who said it complicates GOP efforts to brand the party as champions of voter integrity.

Walker has called for prosecutions of voter fraud, though there's no evidence of rampant abuse. He also has promoted other false claims made by former President Donald Trump that voting irregularities occurred in November's election. Trump encouraged Walker to enter the Senate race.

The State Election Board's four members – three Republicans and one Democrat – didn't discuss the case before voting to dismiss it.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Tyson Foods, Inc.; Tyson Chicken, Inc.; Tyson Breeders, Inc.; and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue, and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What do the Settlements provide?** Tyson will pay $21,000,000 and Perdue will pay $14,750,000 for a total of $35,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, class representative service awards, and costs for notice and Settlement administration. Tyson and Perdue will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers. Perdue Settlement § 1(e).

**Am I eligible to receive a payment from the Settlements?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlements?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **April 10, 2022** to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue, you must exclude yourself from one or both of the Settlements by **December 6, 2021**. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to speak at the Fairness Hearing but only if you do so by **December 6, 2021**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **10:00 a.m. CT on February 18, 2022** to decide whether to approve the Settlements; grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, litigation expenses not to exceed $3,000,000, and class representative awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

*This notice is only a summary.*
For more information, including the full Notice
and Settlement Agreements, visit
**www.BroilerGrowersAntitrustSettlement.com**,
email Info@BroilerGrowersAntitrustSettlement.com,
or call 1-833-907-3700.



# PUBLIC NOTICES

**Sheriff**
Jud Smith
770-307-3080

**Probate Judge**
Tammy Brown
770-307-3045

**Clerk of Superior Court**
Janie Jones
770-307-3035

## View Legal & Public Notices for all 159 Georgia Counties at GeorgiaPublicNotice.com

**EMAIL your legals to legals@barrowjournal.com**
**DEADLINE: Thursday Noon prior to the first publication date.**

## Notice of Summons - Service by Publication

In the Superior Court of Barrow County
State of Georgia
Civil Action File No. 19-CV-1843-W
Marcos Aleman, Plaintiff
v.
Rocio Martinez-Diaz, Defendant
To: Rocio Martinez-Diaz, Defendant

You are hereby notified that the above-styled action seeking a divorce was filed against you in said court on December 30, 2019, and that by reason of an order for service of summons by publication entered by the court on November 19, 2020, are hereby commanded and required to file with the clerk of said court and serve upon Marcos Aleman, plaintiff, whose address is 92 Creekwood Ct., Winder, GA 30680, an answer to the complaint within sixty (60) days of the date of the order for service by publication. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Witness the Honorable Wayne McLocklin, Judge of said Court.

This 1st day of April, 2021.
Lauralee Spear
Deputy Clerk of Superior Court
Barrow County
(SE8, 15, 22, 29)|

## Divorce Notice

Order for Service by Publication
In the Superior Court of Barrow County
State of Georgia
Civil Action File No. 21CV001005-P
Petitioner: Rolanda Butler
v.
Respondent: Frank Charles Butler

The above-styled Petition for Divorce, having been read and considered; and it appearing that the Defendant is no longer residing in the State of Georgia or is concealing him or herself to avoid service; and that his or her actual, physical address cannot be determined after due diligence, and it further appearing, either by Affidavit of by verified Complaint on file, that a claim exists against the Defendant and that he or she is a necessary or proper party to this action.

It is therefore ORDERED that the Defendant shall be served by publication of summons as provided by law.

So ORDERED this 30th day of August, 2021.
By: Nicholas Primm
Superior Court of Barrow County
Piedmont Judicial Circuit
(SE15, 22, 29, OC6 P4) |

## Notice of Incorporate

Notice is given that Articles of Incorporation which will incorporate THE HOMEOWNERS' ASSOCIATION FOR WINDING CREEK ESTATES, INC. will be delivered to the Secretary of State for filing in accordance with the Georgia Non-Profit Corporation Code. The initial registered office of the Corporation will be located at 258 North Broad Street, Winder, Georgia 30680, and its initial registered agent at such address is Arnold S. Kaye.
Beau Kaye & Associates, LLC
Arnold S. Kaye
258 North Broad Street
Winder, Georgia 30680`
(SE15, 22 B137890-20)

## Change Name of Incorporation

Notice is hereby given that Articles of Amendment which will change the name of WINDER CORNERS ANIMAL CLINIC, P.C. to WCAC, P.C. have been delivered to the Secretary of State for filing in accordance with the Georgia Business Corporation Code. The registered address of the corporation is located at 20 Monroe Hwy., Winder, GA 30680.
(SE22, 29, OC6, 13 P4) |

## Notice of Publication

IN THE SUPERIOR court of Barrow County, State of Georgia.
Plaintiff, Ana Stephanie Pichardo-Sosa vs. Defendant Moise Maldonado-Morales
CASE No 21-CV-000985-W
Notice of Publication

By Order for service by publication dated the 18th day of August, 2021, you are hereby notified that the above styled petition for the sole custody of a female child, your natural daughter, born January 2012, alleging abandonment and neglect of the said child on our part, will be heard by the Barrow County Superior Court. It is imperative that you are present in Court so that you may answer any allegations made against you and state any claims, interest, and/or rebuttals to the allegation and request of the Plaintiff.

You can obtain a copy of the complaint with the Clerk of the Superior Court located at the following address: Barrow County Courthouse 652 Barrow Park Drive, Suite B, Winder, GA 30680 (770)-307-3035. If there is a finding of abandonment and neglect of the child, and sole custody is granted to the Plaintiff, your custody rights to the child will be affected.

You are further notified that the foregoing petition names you as the biological father of said child and the Defendant of the case: as such, you are a part to the case. Consequently, you are hereby advised that a hearing will be held before Honorable Wayne D. McLocklin, Judge of the Barrow County Superior Court to determine why the requests of the Plaintiff should not be granted.
(SE 1, 8, 15, 22 B15112)|

## Notice of Sale
UNDER POWER
BARROW COUNTY

Pursuant to the Power of Sale contained in a SECURITY DEED GIVEN BY PATRICIA A. BERKE TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as grantee, as nominee for Homestar Financial Corp., its successors and assigns dated 8/28/2015 and recorded in Deed Book 1889 Page 71 Barrow County, Georgia records; as last transferred to or acquired by AmeriHome Mortgage Company, LLC, conveying the after-described property to secure a Note in the original principal amount of $107,920.00, with interest at the rate specified therein, there will be sold by the undersigned at public outcry to the highest bidder for cash before the Courthouse door of Barrow County, Georgia (or such other area as designated by Order of the Superior Court of said county), within the legal hours of sale on October 5, 2021 (being the first Tuesday of said month unless said date falls on a Federal Holiday, in which case being the first Wednesday of said month), the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN GMD 249 BARROW COUNTY, GEORGIA, BEING LOT 25, BLOCK A, THE PRESERVE, UNIT TWO, AS PER PLAT RECORDED IN PLAT BOOK 54, PAGE 37, BARROW COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE REFERENCE HERETO.

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed. The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Security Deed and by law, including attorney's fees (notice of intent to collect attorney's fees having been given).

Said property is commonly known as **904 Nature Trail, Bethlehem, GA 30620** together with all fixtures and personal property attached to and constituting a part of said property, if any. To the best knowledge and belief of the undersigned, the party (or parties) in possession of the subject property is (are): Patricia A. Berke or tenant or tenants.

Cenlar is the entity or individual designated who shall have full authority to negotiate, amend and modify all terms of the mortgage.
Cenlar
Mortgage Servicing Representative
425 Phillips Boulevard
Ewing, NJ 08618
customerservice@loanadministration.com
1-800-223-6527
Note, however, that such entity or individual is not required by law to negotiate, amend or modify the terms of the loan.

Said property will be sold subject to: (a) any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), (b) unpaid water or sewage bills that constitute a lien against the property whether due and payable or not yet due and payable and which may not be of record, (c) the right of redemption of any taxing authority, (d) any matters which might be disclosed by an accurate survey and inspection of the property, and (e) any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed first set out above.

The sale will be conducted subject to (1) confirmation that the sale is not prohibited under the U.S. Bankruptcy Code; and (2) final confirmation and audit of the status of the loan with the holder of the Security Deed. Pursuant to O.C.G.A. Section 9-13-172.1, which allows for certain procedures regarding the rescission of judicial and nonjudicial sales in the State of Georgia, the Deed Under Power and other foreclosure documents may not be provided until final confirmation and audit of the status of the loan as provided immediately above.
AmeriHome Mortgage Company, LLC as agent and Attorney in Fact for Patricia A. Berke
Aldridge Pite, LLP, 15 Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia 30305, (404) 994-7637.
1010-1764A
THIS LAW FIRM MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
1010-1764A
(SE 8, 15, 22, 29 B12587) |

## Cromer Estate
BARROW COUNTY
STATE OF GEORGIA
DANIEL HARRISON CROMER
DECEASED ESTATE NO. 2021-ES-2877

NOTICE The Petition of CHEEKIA M. CROMER, for a year's support from the estate of DANIEL HARRISON CROMER Deceased, for Decedent's (Surviving Spouse (and) (minor child (ren)), having been duly filed all interested persons are hereby notified to show cause, if any they have, on or before SEPTEMBER 27, 2021 why said petition should not be granted.

All objections to the Petition must be in writing, setting forth the grounds of any such objections and must be filed on or before the time stated in the preceding sentence. All objections must be sworn to before a notary public or before a probate court clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact probate court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed the Petition may be granted without a hearing.
Tammy S. Brown
Probate Judge
By: Amy Whitlock
Clerk of the Probate Court
652 Barrow Park Dr., Suite D
Winder, Georgia 3068
770-307-3045
(SE 1, 8, 15, 22 B12683) |

## Civil Action
**#SU21 CV0367**
IN THE SUPERIOR COURT OF CLARKE COUNTY,
State of Georgia,
Sandra Legg, Plaintiff V.
Jacob Ashley, Ashley Reese Defendant,
Civil Action
#SU21CV0367.
Notice of Publication To: Ashley Reese

By Order for Service by Publication dated the 9th day of August 2021 you are hereby notified that on the 9th day of July, 2021 the Plaintiff herein filed suit against you for PETITION FOR MODIFICATION OF CHILD CUSTODY AND CHILD SUPPORT.

You are required to file with the Clerk of the Superior Court of Clarke County, and to serve upon the Plaintiff's Attorney Samuel E. Thomas whose address is 585 Research Drive, Suite-A, Athens, GA 30605 an answer in writing within sixty (60) days of the date of the Order of Publication.
(SE1, 8, 15, 22 p4) |

## Notice of Sale
Notice of Sale Under Power

Georgia, Barrow County
By virtue of a Power of Sale contained in that certain Security Deed from GREGORY W OZBURN, AMY OZBURN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS NOMINEE FOR YOUR MORTGAGE SOURCE, dated February 16, 2007, recorded February 26, 2007, in Deed Book 1280, Page 0635 , Barrow County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of One Hundred Ninety-Five
Thousand Six Hundred Twenty-Three and 00/100 dollars ($195,623.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, there will be sold at public outcry to the highest bidder for cash at the Barrow County Courthouse, within the legal hours of sale on the first Tuesday in October, 2021, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN 249 GMD OF BARROW COUNTY, GEORGIA, BEING LOT 18, BLOCK A, OF THE VININGS, AS PER PLAT RECORDED IN PLAT BOOK 55, PAGE 130, BARROW COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.

Said legal description being controlling, however the property is more commonly known as **1015 VININGS LANE, WINDER, GA 30680.**

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances, assessments, liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed.

To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is GREGORY W OZBURN, AMY OZBURN, or tenants(s).

The sale will be conformation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed.

Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Fay Servicing, LLC, Loss Mitigation Dept., 425 S. Financial Place, Suite 2000, Chicago, IL 60605, Telephone Number: 800-495-7166.
US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST as Attorney in Fact for GREGORY W OZBURN, AMY OZBURN
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992 Case No. FAY-21-01769-1
Ad Run Dates 09/08/2021, 09/15/2021, 09/22/2021, 09/29/2021
(SE8, 15, 22, 29 B/14082-70) |

## Smith Estate
Notice
Petition for Letters of Administration
CLARA ANNETTE SMITH, ESTATE NO. 2021-ES-2606
TO: TO WHOM IT MAY CONCERN:

JOEL RAY SMITH, has petitioned to be appointed Administrator of the estate of CLARA ANNETTE SMITH deceased, of said County. (The petitioner has also applied for waiver of bond, waiver of statements, and/ or grant of certain powers contained in O.C.G.A. § 53-12-261.) All interested parties are hereby notified to

*continued on following page*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.**

A federal court authorized this notice. This is not a solicitation from a lawyer.

Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**How do I get a payment from the Settlements?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained therein or did not receive a Pre-Populated Claim Form, you will need to submit a Claim Form by April 10, 2022 to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address listed on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing info@BroilerGrowerAntitrustSettlement.com.

**What are my rights?** If you are a Class Member, you can do nothing, be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits relating to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue you must exclude yourself on or before the Settlements by December 8, 2021. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to appear and speak at the hearing about the Fairness of the Settlements by December 8, 2021. Complete information is available at www.BroilerGrowerAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at 10:00 a.m. CT on February 18, 2022 to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, litigation expenses not to exceed $3,000,000, and class representative awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing at your own expense, but you do not have to. You may access the Motion for attorney's fees, costs and expenses, filed with the Court, on the website after January 14, 2022. The hearing may take place at a different time or location, or the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowerAntitrustSettlement.com for updates to or the location of the hearing.

**Am I eligible to receive a payment from the Settlements?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Alleged Co-Conspirators are, please access the website at www.BroilerGrowerAntitrustSettlement.com.

This notice is only a summary. For more information, including the full text of both Settlement Agreements, visit www.BroilerGrowerAntitrustSettlement.com, call 1-833-907-3700.

**A8 GOLDSBORO NEWS ARGUS** Wednesday, September 22, 2021

## 0900 LEGALS

the 29th day of September, 2021, offer for sale and sell for cash, to the last and highest bidder at public auction, at the courthouse door in Wayne County, North Carolina, in Goldsboro at 10:00 a.m. the following described real property, lying and being in State and County aforesaid and more particularly described as follows:

**1110 Devereaux Street, Goldsboro (PIN: 3509004434)**

BEING Lot No. 13 of that certain Sub-division known as "Dillard Court", as shown on a map dated May 14, 1050, prepared by A.E. Little, Registered Surveyor, which map is duly recorded in Plat Book 7, Page 81 in the Office of the Register of Deeds for Wayne County and to which map reference is hereby made for a fuller description.

The sale will be made subject to all outstanding city and county taxes and all local improvements assessments against the above-described property not included in the judgment in the above-entitled cause. A deposit of 5 percent (5%) of the successful bid will be required or $750.00, whichever is greater, in the form of cash, certified check or money order.

This the 2nd day of September, 2021.

Andrew J. Neal
Wayne County Staff Attorney
Attorney for Plaintiffs
P.O. Box 227
Goldsboro, NC 27533
(919) 705-1713

Run dates: September 15, 2021
September 22, 2021

**NOTICE OF ADMINISTRATION**
**STATE OF NORTH CAROLINA**
**COUNTY OF WAYNE**
The undersigned EXECUTOR of the Estate of GLADYS HAMN WALKER gives notice that all claims against said decedent are to be presented to the undersigned on or before December 22nd, 2021 or this notice will be pleaded in bar of their recovery. All persons indebted to said estate, please make immediate payment. This notice is given pursuant to the provisions of G.S. 28A-14-1.

This the 22nd day of September, 2021
**KATHERINE EVANS**
**661 DURWOOD EVANS ROAD**
**BEAULAVILLE, NC 28518**
Sept. 22, 29; Oct. 6, 13

**NOTICE OF ADMINISTRATION**
**STATE OF NORTH CAROLINA**
**COUNTY OF WAYNE**
The undersigned ADMINISTRATOR of the Estate of GRACE SAULS EDWARDS gives notice that all claims against said decedent are to be presented to the undersigned on or before December 22nd, 2021 or this notice will be pleaded in bar of their recovery. All persons indebted to said estate, please make immediate payment. This notice is given pursuant to the provisions of G.S. 28A-14-1.

This the 22nd day of September, 2021
**DELBERT RAY EDWARDS**
**1352 OLD GRANTHAM ROAD**
**GOLDSBORO, NC 27530**
Sept. 22, 29; Oct. 6, 13

**NOTICE TO CREDITORS**
NORTH CAROLINA
WAYNE COUNTY

Having qualified as Executor of the Estate of Harold Lee Hill, late of Wayne County, North Carolina, the undersigned does hereby notify all persons, firms and corporations having claims against the estate of said decedent to exhibit them to the undersigned c/o Attorney M. Bryan King, P.O. Drawer 7, 233 E. Walnut Street, North Carolina 27533-0007, on or before the December 21, 2021, or this notice will be pleaded in bar of their recovery. All persons, firms and corporations indebted to the said estate will please make immediate payment to the undersigned.

This the 17th day of September, 2021

Jeffrey W. Hill
Executor of the Estate of Harold L. Hill
c/o Attorney M. Bryan King
PO Drawer 7
Goldsboro, NC 27533

**NOTICE TO CREDITORS**
**OF**
**JACK ALMON TOWER**

All persons, firms, and corporations having claims against Jack Almon Tower, deceased, of Wayne County, are notified to exhibit them to the undersigned on or before the 1st day of December, 2021, or this notice will be pleaded in bar of their recovery. All persons indebted to the estate will please make immediate payment to the undersigned.

This 1st day of September, 2021.

Kimberly R. Segid,
Executor of the Estate of
Jack Almon Tower
c/o Mark J. Hale, Jr.
Baddour, Parker, Hine & Hale, P.C.
Attorneys for Estate
P.O. Box 916
Goldsboro, NC 27533-0916
(919) 735-7275

Sept. 1, 8, 15, and 22, 2021

## 0900 LEGALS

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
BEFORE THE CLERK

NORTH CAROLINA
FILE NO : 21-E-788
WAYNE COUNTY

IN THE MATTER OF
THE ESTATE OF
JERRY LEE JOHNSON,
DECEASED
Administrator's Notice

Having qualified as Administrator of the Estate of Jerry Lee Johnson of Wayne County, North Carolina, this is to notify all persons having claims against the Estate of said Jerry Lee Johnson, Deceased, to present them to the undersigned on or before December 2, 2021 (which is three (3) months after the first publication of this notice) or be barred from their recovery.

All persons indebted to said Estate please make immediate payment.

This the 25th day of August, 2021.

James A. Johnson,
Administrator
c/o Gregory T. Griffin
Attorney for the Estate
PO Box 874
Clinton, NC 28329
(910) 592-1583

Sept. 1, 8, 15, 22 of 2021

NOTICE TO CREDITORS
AND DEBTORS
OF
**JOHN CARLTON PARKS**

Having qualified as Executor of the Estate of John Carlton Parks, late of Wayne County, North Carolina, the undersigned does hereby notify all persons, firms and corporations having claims against the estate of said decedent to exhibit them to the undersigned at the address below, on or before December 15, 2021, or this notice will be pleaded in bar of their recovery. All persons, firms and corporations indebted to the said estate are asked to make immediate payment to the undersigned.

This the 10th day of September, 2021.

Jennifer Parks Shafer,
Executor
of the Estate of
John Carlton Parks
c/o L. E. (Trey) Taylor III,
Attorney at Law
Warren, Kerr, Walston, Taylor & Smith, L.L.P.
P. O. Box 1616, Goldsboro, NC 27533-1616



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.**

A federal court authorized this notice. This is not a solicitation from a lawyer.

Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What do the Settlements provide?** Tyson will pay $21,000,000 and Perdue will pay $14,750,000 for a total of $35,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, class representative service awards, and costs for notice and Settlement administration. Tyson and Perdue will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers. Perdue Settlement § 10(e).

**Am I eligible to receive a payment from the Settlements?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlements?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **April 10, 2022** to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue, you must exclude yourself from one or both of the Settlements by **December 6, 2021**. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **December 6, 2021**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **10:00 a.m. CT on February 16, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, litigation expenses not to exceed $3,000,000, and class representative awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the hearing.

This notice is only a summary. For more information, including the full Notice and Settlement Agreements, visit www.BroilerGrowersAntitrustSettlement.com, email info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

## 0900 LEGALS

**NOTICE TO CREDITORS**
**OF**
**SAMUEL PLATT**

All persons, firms, and corporations having claims against Samuel Platt, deceased, of Wayne County, are notified to exhibit them to the undersigned on or before the 1st day of December, 2021, or this notice will be pleaded in bar of their recovery. All persons indebted to the estate will please make immediate payment to the undersigned.

This 1st day of September, 2021.

Derrick R. Platt and
Bianca M. Platt,
Co-Administrators of the
Estate of Samuel Platt
c/o Mark J. Hale, Jr.
Baddour, Parker, Hine & Hale, P.C.
Attorneys for Estate
P.O. Box 916
Goldsboro, NC 27533-0916
(919) 735-7275

Sept. 1, 8, 15, and 22, 2021

**NOTICE OF MUNICIPAL & SANITARY DISTRICT ELECTION**
**WAYNE COUNTY, NORTH CAROLINA**

A Municipal and Sanitary District general election will be held on Tuesday, November 2, 2021 in Wayne County to vote in the following contest: Municipal and Sanitary District Offices. Photo ID is not required in any election in 2021.

Polls will be open from 6:30 a.m. to 7:30 p.m. on the day of the election, Tuesday, November 2, 2021. One-stop early voting will be held at the Wayne County Public Library, 1001 East Ash St. Goldsboro, NC 27530. One-stop early voting will be open from Thursday, October 14, 2021 and ends Saturday, October 30, 2021. A full schedule is available at: https://www.waynegov.com/783/Board-of-Elections. Canvass will be held in the Wayne County Board of Elections office at 11:00 a.m. on Tuesday, November 9, 2021.

Absentee voting by-mail available on Sunday, October 3, 2021. Requests for an absentee ballot must be made on an absentee request form (available on the State Board of Elections website and at the county board of elections office) and must be received in the Wayne County Board of Elections office by 5:00 p.m. on Tuesday prior to the date of the election. Absentee voting requires the voter to complete an application on the return envelope that must be witnessed by two qualified persons or a notary public. Completed absentee ballots must be returned to the Wayne County Board of Elections by Tuesday, November 2, 2021 5:00 p.m. on Election Day (ballots received by mail after this time will be timely if received within three business days and postmarked by Election Day). Voters may receive assistance voting a mail-in absentee ballot from a qualified person of their choice. If the voter lives in a facility such as a nursing home, and the voter's near relative or legal guardian is not available, the voter or the facility can arrange to have the county board of elections schedule a visit by a Multipartisan Assistance Team to provide assistance and witnesses. Voters voting in person are entitled to assistance by an election official, or, if assistance is needed due to disability or illiteracy, by a qualified person of their choice. Voting sites are accessible to all voters. Curbside voting is available for voters who are not able to enter voting sites.

All persons who live in eligible municipal and sanitary districts and who are registered to vote with the Wayne County Board of Elections may vote in this election. Persons who are not already registered to vote in the county must register by Friday, October 8, 2021 5:00 p.m. to be eligible to vote in this election. Voters who are not registered in the county by that deadline may register and vote during one stop early voting only and will be required to provide documentation of their residence. Voters who wish to change party affiliation or who have changed name or address must do so by the registration deadline. Voters who fail to timely make a change in name or address in the county must update the information when presenting to vote, and may be required to vote a provisional ballot.

Persons with questions about registration, polling places, early voting, absentee ballots, a Multipartisan Assistance Team visit to a facility, or other election matters may call the Wayne County Board of Elections Office at 919-731-1411.

Eddie L. Edwards III, Chairman
Wayne County
Board of Elections

## 2000 SPECIAL OCCASIONS

**IT'S GOTTA GO!**
Junk, debris, yard waste, removal & more. FREE est.
Dependable! 919-273-6135






**Would You Like To Earn Some Extra Cash?**

We are looking for part-time carriers to deliver our Extra. Must have reliable transportation, valid driver's license and be dependable and courteous. Flexible hours.

If interested in learning more, Contact Melissa at **739-7893**. Leave a message if out.

**FOR THE HOME & BUSINESS**
*A COMPREHENSIVE DIRECTORY OF SERVICES*

Get great results when you advertise your professional service in this directory.
Call one of our friendly representatives today to place your ad. 778-3411

## 1000 HOME SERVICE DIRECTORY

**Above All Foundation Solutions**
We put foundation repair in writing with photos and provide a clear foundation repair location and estimate. Free inspections and estimates, 20 years of experience. Any residential foundations
**919-344-1718**

**ALL TYPES OF CARPENTRY**
Vinyl windows, decks sunrooms, roofs.
Call Jerry Coker 580-6236

**FOR ALL Building and Carpenter Work Projects.**
Any size job. Free Estimates.
Call Kenneth Coker at
919-738-0938

Grass Mowing, Shrubs Cut, Yard Cleaning. Senior & Military Discount
**Affordable Lawn Care**
Free Estimate
919-920-5134

**GS CLEAN & GREEN LAWN CARE**
Landscaping, Lawn Care, & Tree Services
**919-920-8465**

**HERRING'S HOME IMPROVEMENT**
Interior & Exterior Home Repairs. Vinyl Siding, Decks, Garages, Utility Buildings, Painting, **Mobile Home Repairs.**
Fully Insured
Ronnie Herring: 252-560-7501

**JACKSON'S TREE SERVICES**
Licensed & insured. Free estimates.
Call Mark 242-1345 or Kevin 920-6976

**Lawnmower Repair**
We come to you, Reasonable rates. 919-222-4834.

## 1000 HOME SERVICE DIRECTORY

**L & J's ROOFING** and handyman services. We give quotes and quality work. 25 years experience. Call 919-223-3592

**SPRAY POPCORN CEILINGS**
Repair Cracks & Stains
No Mess.
**Call Steve 919-222-9955**

**Precision Roofing and Construction**
All types of roofing, new construction, garages, additions and more. Over 20 years of experience, fully insured.
919-429-2877

**Quick Affordable Services**
Can fix or repair anything Remodeling, metal roofing, roofing repairs, painting, flooring, plumbing, small electrical, kitchen, bathrooms, odd jobs, structural, crawl spaces and foundation work.
**Warranty and 20 years of Experience**
Spend the small bucks now, save the big bucks later
**919-344-2592**

**R&R CONCRETE** – Driveways, slabs, footings. Will tear out old & replace with new. Great service! 919-920-2224

**THORNTON ROOFING & CONSTRUCTION** -All types. 35 yrs exp. Free Est. 252-560-7317/919-920-0390

**Tree Trimming**
Brush cutting, tree limb chipping, outside lighting repair, will haul small loads of rock, gravel or topsoil for driveways, potholes.
No job is too small.
Call 919-222-4834





**JUMBLE**
Unscramble these Jumbles, one letter to each square, to form four ordinary words.

DJEGU

FIYNT

MARHEP

CDROOT

**THAT SCRAMBLED WORD GAME**
By David L. Hoyt and Jeff Knurek

Now arrange the circled letters to form the surprise answer, as suggested by the above cartoon.

THE GROUP OF LIONS THEY CONSIDERED TO BE THEIR FAMILY WAS THEIR ---

(Answers tomorrow)
Yesterday's Jumbles: HARSH   PIANO   FIDDLE   GALLON
Answer: For the happy couple, being in love and taking walks together — GO HAND IN HAND

©2021 Tribune Content Agency, LLC All Rights Reserved.



A4 | WEDNESDAY, SEPTEMBER 22, 2021

## NEWS/OBITUARIES

THE NEWS HERALD • MORGANTON.COM



### Doris Wehunt Morrison
**December 14, 1938 - September 18, 2021**

Doris Wehunt Morrison, 82, of Morganton, passed away, Saturday, Sept. 18, 2021.

Born Dec. 14, 1938, she was the daughter of the late John and Mary Wehunt. Doris was a member of Snow Hill United Methodist Church where she was the longtime president of the UMW that she was very passionate about. She loved decorating the church, planning events, sending out cards to her friends and family, going shopping, and cooking. Doris was a member of the Eastern Star. She was the co-owner of Total Tan. Doris loved her family very much.

Doris is survived by her daughter, Carla Adams (Gary); grandchildren, Joshua Adams (Katrina), Meridith Adams (Lucas "Superman" Beam); great-grandchildren, Megan LaRoche (Marcus), Chelsea Buff (Tyler), Nicholas Adams (Cynthia), Briley Ashton Dillon; great-great-grandchildren, Ava Buff, Eleanor Adams, Baby LaRoche, Beau; siblings, Mildred Henry (John), Judy White (Larry), Johnny Wehunt (Peggy); brother-in-law, Ralph Morrison (Emma); aunt, Marge Mordon; cousin, Guylene Smith; many beloved nieces, nephews, cousins, and friends; and special friends, Nancy Krall, Dorothy Whisnant.

In addition to her parents, Doris was preceded in death by her husband of 60 years, Carl Watton Morrison; and son-in-law, Steven Adams.

The family will receive friends from 1 to 3 p.m., Saturday, Sept. 25, at Snow Hill UMC. The funeral will be follow at 3 p.m., in the church, with the Pastor Kelly Dotson officiating. Burial in the church cemetery will follow the service.
**SOSSOMAN FUNERAL HOME**
www.sossomanfh.com

### Janey McGinnis Jugar
**December 11, 1939 - September 20, 2021**

Janey McGinnis Jugar, 81, of Morganton, passed away Monday, Sept. 20, 2021.

Born in Burke County, Dec. 11, 1939, she was the daughter of the late Ruth Mae Hawkins Carswell.

Janey is survived by her husband, Alan Jugar; children, Dean McFalls (Anita Hamrick) and Cindy Cook (Kenneth); grandchildren, Ashley McFalls Lane (Larry), Kerri McFalls (Seth Blackburn), Terri Rich Morrison and Jesse Rich; numerous great-grandchildren and great-great-grandchildren; and sister, Faye Sloan (Joe).

In addition to her parents, Janey was preceded in death by her stepfather, Sam Carswell; and brother, Bob McGinnis.

Janey enjoyed living in different places while her husband was in the military. She also enjoyed playing Bingo.

The family will have a private service at a later date.

Memorial contributions may be made to AMOREM (formerly Burke Hospice and Palliative Care), 1721 Enon Rd., Valdese, NC 28690.
**SOSSOMAN FUNERAL HOME**
www.sossomanfh.com

### STATE BRIEFS

**Man accused of assaulting firemen**

GREENVILLE — A man has been arrested and jailed after he allegedly assaulted firefighters as they fought a fire at his home and had to be subdued with a TASER, the Pitt County Sheriff's Office said.

The sheriff's office says firefighters were inside a home in Belvoir on Sept. 9 when a man identified as Desmond Spencer, 40, entered and began fighting them, news outlets reported.

The sheriff's office said a deputy used a TASER to subdue the homeowner after a struggle involving the deputy and a trooper with the N.C. State Highway Patrol. No injuries were reported, according to the sheriff's office.

Deputies arrested Spencer and charged him with five counts of assault on a government official and two counts of probation violation. He's jailed on a $35,000 bond.

**NC Senate leader Basnight remembered**

RALEIGH — Top North Carolina officials, former colleagues and family members of the late Senate leader Marc Basnight have gathered at the Legislative Building to remember his lasting contributions to the state.

Gov. Roy Cooper was among those expected to attend a special Senate floor meeting Tuesday to pass a resolution in memory of Basnight, who died in December at age 73.

### CORRECTION

FROM STAFF REPORTS

Burke County Public schools provided incorrect information on positive COVID-19 cases and quarantines to The News Herald on Monday. The correct information is as follows, according to BCPS.

As of 2:30 p.m. on Tuesday, Sept. 21, for the week of Sept. 13-19, cases numbers were:

• 96 total students tested positive for COVID-19
• 318 students were quarantined due to symptoms

• $50 total students quarantined due to an exposure
• 104 total students were exposed, but did not quarantine
• 17 total staff members tested positive for COVID-19

• $50 total students quarantined due to an exposure
• 104 total students were exposed, but did not quarantine
• 318 students were quarantined due to symptoms

• 19 staff members were quarantined due to symptoms
• 35 staff members were quarantined due to an exposure
• 25 staff members were quarantined due to an exposure

### U.S. DEPARTMENT OF AGRICULTURE

# Breadstick products recalled due to possible sesame contamination

**SPECIAL TO THE NEWS HERALD**

WASHINGTON, DC — The U.S. Department of Agriculture's Food Safety and Inspection Service has issued a public health alert for ready-to-eat breadsticks, meat and cheese products containing Food and Drug Administration-regulated breadsticks that have been recalled by the producer, Jag Specialty Foods, due to concerns that the products may have co-mingled with sesame breadsticks and sesame seeds. Sesame is not declared on the product label. FSIS is issuing this public health alert out of the utmost of caution to ensure that consumers are aware that these products should

not be consumed.

The ready-to-eat breadsticks, meat and cheese snack pack items were produced on Sept. 2. The following products subject to the public health alert are:

• 3-oz. plastic packages containing "Italian Recipe Snack Tray Genoa Salami, Provolone Cheese & Breadsticks" with sell-by date "12/30/2021" and lot number "897"
• 3-oz. plastic packages containing "Italian Recipe Snack Tray Prosciutto, Provolone Cheese & Breadsticks" with sell-by date "12/30/2021" and lot number "897"

The products bear establishment number "EST 54" printed on the top right side

of the package. These items were shipped to retail locations in North Carolina, Tennessee and Texas.

The problem was discovered when Daniele International observed that breadsticks received from Jag Specialty Foods that do not contain sesame were co-mingled with sesame breadsticks and sesame seeds and notified their supplier and FSIS.

There have been no confirmed reports of adverse reactions due to consumption of these products. Anyone concerned about an illness should contact a health care provider.

Consumers who have purchased these products are urged not to consume

them. These products should be thrown away or returned to the place of purchase.

Consumers with food safety questions can call the toll-free USDA Meat and Poultry Hotline at 888-674-6854 or the chat via "Ask USDA" from 10 a.m. to 6 p.m. EST Monday through Friday. Consumers also can browse food safety messages at "Ask USDA" or send a question via email to MPHotline@usda.gov. For consumers that need to report a problem with a meat, poultry or egg product, the online Electronic Consumer Complaint Monitoring System can be accessed 24 hours a day at bit.ly/3z-bube2.

### CALDWELL COUNTY ANIMAL CONTROL

# Lab confirms local rabies case

**SPECIAL TO THE NEWS HERALD**

CALDWELL COUNTY — The North Carolina State Laboratory notified Caldwell County Animal Control that a raccoon submitted for testing on Sept. 16 was infected with the rabies virus.

The raccoon was found off Connelly Springs Road in the Fairway Acres subdivision.

To protect your pets, make sure their rabies vaccinations are current. Rabies is a viral disease of the central nervous system that is almost always fatal once symptoms begin. The virus is found in the saliva of an animal with rabies and is usually transmitted by a bite or scratch. Rabies is common in local wildlife. Raccoons, foxes, skunks and bats are the most common carriers of the disease. Because rabies is fatal and can also be transmitted to people, vaccination of dogs and cats against rabies is required by law in North

Carolina.

Animal Control will hold a rabies vaccination clinic from 1-4 p.m. Saturday, Oct. 23, at the Health and Human Services Building in Lenoir. One- and three-year vaccinations will be offered for a cost of $7 per vaccination.

People can protect themselves and their pets from rabies by taking a few simple precautions:

• Make sure all your companion animals are up to date on their rabies vaccinations. They should always wear their license tags.
• Supervise your pets to prevent exposure.
• If a bat is found inside your home, you should contact Animal Control.
• If your animal is exposed to a potentially rabid animal, wear gloves to protect yourself from the infectious saliva that may be on your animal's coat.
• Teach your children to stay away from wild ani-

mals, including bats or animals they don't know.
• Avoid attracting wildlife to your home by removing food sources, such as food scraps and removing cat and dog food at night.
• Bats and other wild animals are scavengers and search for sources of food. It is important to keep all garbage containers sealed tightly and especially areas of high food disposal. This also pertains to pet food bowls. When your pet finishes eating, clean out the bowl to avoid other animals from getting the food and keep discarded foods

inaccessible to animals to lessen the chance of them coming to your residence or business to look for food.

For more information concerning rabies and/or receiving a rabies vaccination, contact the Animal Control Division of the Caldwell County Health Department at 829 Fairview Drive SW, Lenoir, NC 28645 or call 828-757-8625. If there is an emergency situation outside the normal working hours of 8 a.m. to 5 p.m. Monday through Friday, notify the Caldwell County Sheriff's Office at 828-758-2324.



**Obituaries online**
**View & sign guestbooks**
for these obituaries online at
www.morganton.com/obituaries

AUTO-RENEWAL, CANCELLATION, REFUND AND PAPER RENEWAL POLICY
... subscription terms and conditions ...
SUBSCRIPTIONS
The News Herald
published daily except Saturday. 301 Collett St., Morganton, NC 28655...



## Sossoman
### Funeral Home & Crematory Center
*Hannah Lipford*

**Professional Service with Compassion and Care**
Our Family Serving Yours Since 1949
1011 South Sterling Street • Morganton, NC 28655
Phone: (828) 437-3211 • www.Sossomanfh.com

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA
If You Were Paid to Provide Broiler Grow-Out Services...
[legal class action settlement notice text]
www.BroilerGrowerAntitrustSettlement.com

8B | WEDNESDAY, SEPTEMBER 22, 2021 | THE DAILY RECORD

# classifieds

to advertise, visit our website: **classifieds.the-daily-record.com**

- classifieds phone: **330.262.4798**
- classifieds/auto/real estate email: classified@the-daily-record.com
- public notices/legals email: Legals@the-daily-record.com
- business & service email: TheDailyRecordBusSer@gannett.com
- jobs website: the-daily-record.com/jobs   jobs email: recruitads@localiq.com   jobs phone: 833.516.0229

All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. The Daily Record reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. The Daily Record shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.

## Community



### Announce
lost, found, happy ads, novena...

### Announcements

Were you an INDUSTRIAL or CONSTRUCTION TRADESMAN? And recently diagnosed with LUNG CANCER? You may be entitled to a SIGNIFICANT CASH REWARD 855-752-2641

Attention: Auto Injury Victims. If you have suffered a serious injury in an auto accident, call us! Our attorneys have the experience to get you the full compensation you deserve! Call Now: 855-756-0782

EARN YOUR HOSPITALITY DEGREE ONLINE! Earn your Associates Degree ONLINE with CTI! Great career advancement with the right credentials! Learn more by calling! Call 877-250-4315. (M-F 8am-6pm ET)

Attention: Auto Injury Victims. If you have suffered a serious injury in an auto accident, call us! Our attorneys have the experience to get you the full compensation you deserve! Call Now: 855-756-0782

Four Seasons Sunroom is the room everyone wants of the low price you need. Whether its entertaining outdoors, relaxing, or enjoying nature. It is the one room that does it all, indoors and outdoors. Mention this ad to receive $500.00 OFF. Cannot be combined with any other offer. Limited time only. Four Seasons Sunrooms & Windows. Call Toll Free! 800-211-3673

FREON WANTED: We pay $$$ for cylinders and cans. R12 R500 R11 R113 R114. Convenient. Certified Professionals. Call 312-291-9169 or visit RefrigerantFinders.com

TRAIN ONLINE TO DO MEDICAL BILLING! Become a Medical Office Professional online at CTI! Get Trained, Certified & ready to work in months! Call 844-363-1000. (M-F 8am-6pm ET)

COMPUTER & IT TRAINING PROGRAM! Train ONLINE to get the skills to become a Computer & Help Desk Professional now! Now offering a $10,000 scholarship qualified applicants. Call CTI for details! 877-328-0544 (M-F 8am-6pm ET)

### SELL IT BUY IT FIND IT

cars
garage sales
tickets
jobs
antiques
motorcycles
computers
boats
sports equipment
pets
instruments
jewelry
furniture
tablets
auctions
yard sales
collectibles
appliances
cameras
coins

Place your classified ad today.

## Announcements



OWN LAND IN OHIO? Our Hunters will Pay Top $$$ to lease your land. Call now for free info packet 1-866-309-1507 www.BaseCampLeasing.com / Ref# OHI1721

OWN LAND IN OHIO? Our Hunters will Pay Top $$$ to lease your land. Call now for free info packet 1-866-309-1507 www.BaseCampLeasing.com / Ref# OHI1721

FREON WANTED: We pay $$$ for cylinders and cans. R12 R500 R11 R113 R114. Convenient. Certified Professionals. Call 312-291-9169 or visit RefrigerantFinders.com

ARE YOU BEHIND $10K OR MORE ON YOUR TAXES? Stop wage & bank levies, liens & audits, unfiled tax returns, payroll issues, & resolve tax debt FAST. Call 844-288-7166

BE DEBT FREE in 24-48 months! If you owe more than $10,000 in credit card or other debt, see how we can help. A+ BBB rated. Call National Debt Relief 866-665-8620

SAVE YOUR HOME! Are you behind paying your MORTGAGE? Denied a Loan Modification? Is the bank threatening foreclosure? CALL Homeowner's Relief Line! FREE CONSULTATION! 866-335-2809

Prepare for power outages with a Generac home standby generator. FREE 7-Year Extended Warranty* A $695 Value! Special Financing Available Subject to Credit Approval *Terms & Conditions Apply. SCHEDULE YOUR FREE IN-HOME ASSESSMENT TODAY! 866-297-0137

Four Seasons Sunroom is the room everyone wants of the low price you need. Whether its entertaining outdoors, relaxing, or enjoying nature. It is the one room that does it all, indoors and outdoors. Mention this ad to receive $500.00 OFF. Cannot be combined with any other offer. Limited time only. Four Seasons Sunrooms & Windows. Call Toll Free! 800-211-3673

Finish Your Basement and Save Big! Resists Mold & Mildew. Insulates & Absorbs Sound, Durable & Care Free, Installed in 2 weeks - Mention this ad to receive $2,000 OFF cannot be combined with any other offer. Limited time only. Call Toll Free! 855-927-0135

Prepare for power outages with a Generac home standby generator. FREE 7-Year Extended Warranty* A $695 Value! Special Financing Available Subject to Credit Approval *Terms & Conditions Apply. SCHEDULE YOUR FREE IN-HOME ASSESSMENT TODAY! 866-297-0137

DISH Network. $59.99 for 190 Channels! Blazing Fast Internet, $19.99/mo. (where available.) Switch & Get a FREE $100 Visa Gift Card. FREE Voice Remote. FREE HD DVR. FREE Streaming on ALL Devices. Call today! 1-866-745-7391

PHOTOS are worth a thousand words included in your ad.

## Assorted



### Stuff
all kinds of things...

### Antiques & Collectibles

Moving Sale Large Roll Top Desk with Filing cabinet. $300.00 OBO Small Roll Top Desk $200.00 OBO.Small Bar style Dinnet Set $50.00. Armoire with 1 drawer $50.00 Will send pictures per text if interested or Call 330-601-2795 for veiwing. No deliveries you must pickup.

### Business Opportunity

Attention Entrepreneurs! Do you love sales? Do you love residual income? Part-time or full-time. Call Jacob (440) 844-288-7166

### Cemetery Lots

2 Cemetery Plots at Sherwood Memorial Gardens. Preinstalled vaults incl. Located in Mausoleum Garden. 330-398-3897. Serious inquiries only.

### Cheap Stuff

RUMC Rummage Sale 211 N. Metzger, Rittman Friday, October 1 9am-2pm, Sat. October 2 9am-1pm Furniture, Antiques, Electronics. Tools, Misc. Lunch

### Seasonal

Baker's Transportation Services 15 Passenger Van. Plan your next vacation now. Call John 330-600-8901

### Garage sales



### Market
neighborly deals...

### Garage sales

9850 Winesburg Rd. 1 mile S. of Mt. Eaton. 9/23 & 9/24, 8:30a-?. 4 family large sale. Clothes kids - adult, lots of misc. Old singer sewing machines w/cabinet, Amish buggy. Ivon & Ruby Hostetler

Wooster, Thurs 9/23 and Fri 9/24 9 am to 5 am. 1929 Meadow Drive. Family Garage Sale rain or shine.

Wooster, Sep 22-25 W-F 9-5 Sat 9-1. 1461 Springwood, Local Milk Bottles, Schio, Wooster & Pepsi Collectables. Vintage Tools, Frsco, Sportscards & Memorabilia.

### Careers



### Jobs
new beginnings...

### General

Class A CDL truck driving positions available. Apply in person at Orrville Trucking & Grading, 475 Orr St. Orrville. Full time positions also available while our work towards earning your CDL.

### Services

Worried about losing your family's old video tapes, old films, & 35mm slides? Preserve them by converting them to DVD's or digital files. Over 35 yrs of providing quality digital conversion. Get the details & information on our special offers. Call Rick at 330-345-9906.

## General



CLEANERS needed in Wooster. Mon.-Fri. P/T EVE, $10.50-$11/HR Call (330) 825-2045.

Wanted, Work Crew Driver. Mon. - Friday, 6 AM - 6 PM Good paying job. Please call 330-464-4007

### Event Planning

### DARI-LAND
Ice Cream Machine & Inflatable bounce house rentals. 330-763-1700

### Home Improvement

BATHROOM RENOVATIONS. EASY, ONE DAY updates! We specialize in safe bathing. Grab bars, no slip flooring & tend shower-ers. Call for a free in-home consultation: 855-980-4002

### Home Maintenance

Looking for smaller outdoor jobs: Roofing, cleaning gutters, powerwashing, etc. Call 330-365-0727

### HOUSE DOCTOR
Home maintenance & repair & free cleaning repair & gutter cleaning
**330-458-9708**

### Tri-County Power Washing
Power washing homes, decks, fences & concrete. Free est. SR/Vet discount
330-317-0293

### GOT LEAKS?
BASEMENT WATERPROOFING WET LEAKY BASEMENT? NO OUTSIDE DIGGING! NO MESS! 330-262-3317 49 yrs exp. Sr Disc

### Landscaping

### Best Value Landscaping
Mulching, cleanups, drainage, light excavation, new landscape installs, lawn aerations! 419-685-1764

### Grasshopper Landscaping
lawn care & tree service. Fall clean ups. Free est. (419) 606-8752

### Roofing - Siding

### LOOK
SIDING WINDOWS ROOFING Nome Brand Vinyl siding, Windows, Shingle or Metal roofs Installed 330-262-3317 49 yrs exp. Sr Disc

PHOTOS are worth a thousand words included in your ad.

## Tree Service



Cline Bros. Tree Service. Removals, trimming, maintenance, lot clearing, pruning, stump grinding, & planting. Free quotes. 330-407-1571

### Knipe's Tree Service, LLC
Tree & Stump removal Fully Insured
**419-892-1107**

## Real Estate

### Homes
starting fresh...

### Lots and Building Sites

**Orrville** Lot for sale in Marsh Ridge City utilities Bring your own builder Lot 3831 - 0.453 acres Price **$50,000** - W. Market St. Orrville Ryan 330-533-0087 or rom4100@gmail.com

### SELL IT BUY IT FIND IT

## Automotive



### Wheels
best deal for you...

### Autos Wanted

TOP $$CASH$$ PAID For Junk Cars & Unwanted Vehicles! (330) 988-9625

### Classic and Antique

Wanted muscle/classic car or truck. Cash buyer. 330-234-4329

### Vehicles

### Recreation
RVs, motorcycles, etc.

### Hunt-Fish-Camp

Gun Show Sept. 25, 9-5 & Sept. 26, 9-3. Summit Fairgrounds, Howe Rd. Tallmadge. Admit. $7. 330-539-4247

### Your Source

### Public Notices
for the latest...

### Govt Public Notices



The Montgomery Township Board of Trustees will hold a special meeting on Thursday, September 23, 2021 at 7 pm at the Township Garage located on Davis Road. The purpose of this special meeting is to discuss personnel concerns.

Andrea Wertz, Clerk
Montgomery Township

9/22/2021

### Public Notices



NOTICE OF REQUEST FOR PROPOSALS FOR FAMILY/ INDIVIDUAL COUNSELING SERVICES FOR THE PORTAGE COUNTY JOB & FAMILY SERVICES DEPARTMENT

SEALED PROPOSALS will be received by the Portage County Director of Internal Services, Portage County Administration Bldg., Room 114, 449 South Meridian St., Ravenna, Ohio until 2:00 p.m., E.S.T. on October 20, 2021 for the above.

Request for Proposal Forms and other information concerning the requests may be obtained from JoAnn Townend, Director of Internal Services, Portage County Administration Building, 449 South Meridian St., Ravenna, OH 44266. This advertisement/notice for bids/proposals can also be found on Portage County's website at: www.co.portage.oh.us under County bid notices.

Successful proposer must comply with Equal Employment Requirements as specified in Executive Orders 11246 and 11375.

The Commissioners reserve the right to reject any or all proposals or any part thereof.

BY ORDER OF RESOLUTION OF THE PORTAGE COUNTY COMMISSIONERS

Amy Hutchinson, Clerk

9/22/2021



## General

SELL IT BUY IT FIND IT

cars
yard sales
tickets
antiques
motorcycles
computers
boats
sports equipment
pets
instruments
jewelry
furniture
auctions
collectibles
appliances
cameras
coins

Place your classified ad today.

PHOTOS are worth a thousand words included in your ad.

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What do the Settlements provide?** Tyson will pay $21,000,000 and Perdue will pay $14,750,000 for a total of $35,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, class representative service awards, and costs for notice and Settlement administration. Tyson and Perdue will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers. Perdue Settlement § 10(e).

**Am I eligible to receive a payment from the Settlements?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlements?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **April 10, 2022** to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue, you must exclude yourself from one or both of the Settlements by **December 6, 2021**. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **December 6, 2021**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **10:00 a.m. CT on February 16, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, litigation expenses not to exceed $3,000,000, and class representative awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

This notice is only a summary.
For more information, including the full Notice and Settlement Agreements,
visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

### SUDOKU INSTRUCTIONS

Sudoku is a number-placing puzzle based on a 9x9 grid with several given numbers. The object is to place the numbers 1 to 9 in the empty squares so that each row, each column and each 3x3 box contains the same number only once.

**Conceptis Sudoku**     By Dave Green

| | | 4 | 5 | 1 | 9 | 3 | | 2 |
| | 6 | | | | | | | 1 |
| | 3 | | | | | | 5 | |
| | | | | | | | 8 | |
| 8 | | | | | 7 | 2 | 4 | |
| | | | 7 | 9 | | 6 | | |
| | 7 | 4 | | | | 8 | 6 | |

Difficulty Level ★★★     9/22


### Garage sales
Market
neighborly deals...

### Garage Sales
LOUISVILLE: 2032 Walsh St. NE. 44641. THURS. & FRI.; SEPT. 23rd. & 24th., 9-4 p.m. Name brand boys clothes 3 mo.-3T. House-wares, ladies clothes; toys.

MASSILLON: 4953 Maclaren Ave. NW. GARAGE SALE FRI. & SAT., 9-12 noon.

### Careers
Jobs
new beginnings...

### General
OFFICE EMPLOYMENT opportunity. Hours Monday through Friday 8 to 5. Duties include front desk reception, phones, filing and other clerical functions. Benefits include health insurance, holidays, retirement plan. Wage range $12.00 to $15.00 hour depending on experience and qualifications. Reply Employment, PO Box 2238, Alliance, Ohio 44601 or email: employ ment@clemlumber.com. Equal opportunity employer.

Residential Roof Repair Tech
2 years experience
$20-$30 per hour
Canton-Akron area
Driver Lic. a must
Monthly Bonuses/
PTO incentives
Health insurance
401K
330-330-8719

### Real Estate
Homes
starting fresh...

### Acreage
BRUNER LAND COMPANY, INC. (740)630-6724 or (740)685-8138 www.brunerland.com "Owner Financing Available" All mineral rights reserved MONROE CO.: Seneca/Summit Trac. 2 story farmhouse, bank barn, 77 acres, $294,900. Located off SR 78

### Real Estate

Rentals

PUBLISHER'S NOTICE
All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination. "We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are here-by informed that all dwellings advertised are available on an equal opportunity basis.

### Apartments
KING PROPERTIES "Vintage Apartments" (330)452-KING(5464)

### General

Production facility in Minerva, OH is looking to fill the following positions:

• Production / Shipping & Receiving Laborers, Forklift experience a plus.

• General Maintenance Personnel, Welding Repair; Vertical Up using 7018 Weld Rod. Must be able to pass a weld test. SMAW and/or GMAW Certification a plus. Electrical Troubleshooting and Repair- 480/240/110 Certification a Plus Electric Motor Repair and Installation Hydraulic and Pneumatic Troubleshooting and Repair Mobile Equipment Repair Strong Mechanical Aptitude Capable of Working in a Hot Environment Capable of Working at Heights Capable of Operating Fork Lifts. Gradall and Manlift

**Benefits include: Health, Dental, & Vision insurance ** 401-k Matching ** Attendance & Performance Bonuses ** 43 days a week work schedule ** Vacation time earned within the first year **Yearly boot allowance ** Uniforms provided.**

Applicants are to come in and complete an Employment Application and Background Check Form.

Imperial Aluminum-Minerva, LLC
217 Roosevelt St.
Minerva, OH 44657

### Duplexes
IMMACULATE RANCH DUPLEX. 4585 Evangel Ave. N.W., Massillon. 2 brs., 1 full bath, kitchen w/dinette, fam. room, vaulted ceilings. Full basement, 1st floor laundry, patio w/privacy fence; new garage door; all appli.: cent/air; cabinets and appliances. Attached 2 car garage. NO pets. Non smoking $900 per mo. + all utilities: 330-668-9709.

### Automotive

Wheels
best deal for you...

### Cars
1998 MERCEDES -SLK 230, HARD TOP. 26,500 miles. $13,000. Call 330-575-5393

WANTED MUSCLE OR CLASSIC CARS / TRUCKS. CALL: 440-590-0193.

### SUVs / Trucks
2010 GMC YUKON XL, 83,000 miles. Great shape $18,000. Call 330-418-3161

### Vehicles
Recreation
RVs, motorcycles, etc.

### RVs/Campers & Access.
Flagstaff 2001 pop up camper, needs pop up spring, which is included, asking $400. 330-413-4806

### Your Source
Public Notices
for the latest...

### Public Notices

PUBLIC NOTICE

The following matters are the subject of this public notice by the Ohio Environmental Protection Agency. The complete public notice, including any additional instructions for submitting comments, requesting information, a public hearing, or filing an appeal may be obtained at: http://www.epa. ohio.gov/actions.aspx or Hearing Clerk, Ohio EPA, 50 W. Town St. P.O. Box 1049, Columbus, Ohio 43216. Ph: 614-644-3037 email: HClerk@ epa.ohio.gov
Final Issuance of Revocation of Permit-To-Install and Operate
Hendrickson Trailer Commercial Vehicle Systems-11th St 1626 11th St. SE, Canton, OH

### General


REX MORGAN


MARK TRAIL

Try our online crossword puzzle at www.cantonrep.com

### Public Notices

44707
ID #: RVA050038
Date of Action: 09/09/2021
Permit revoked.
Final Approval of Plans and Specifications
Aqua Ohio-Massillon
870 Third St NW, Massillon, OH 44647
Facility Description:
Community Water System
ID #: 1433753
Date of Action: 09/10/2021
This final action not preceded by proposed action and is appealable to ERAC.
Detail Plans for PWSID:OH7604512 Project No:1435753 Regarding Forest Ave SE Waterline Extension. Application Received for Air Permit
National Lime & Stone Company
815 NAVARRE RD. S.W., Massillon, OH 44646
ID #: A0069723
Date of Action: 09/16/2021
The purpose of this application is to renew Permits #P0077171 and P0108884, which are both set to expire October 26, 2021.
Published in The Repository on September 22, 2021.

LEGAL NOTICE

Stark Co. Foreclosure Auction Case# 2019CV01154
The Huntington National Bank successor by merger to
Unizan Bank, National Association
vs.
Diane Lynn Abbott aka Diane L. Abbott, et al.
The address is 13017 Bayton Street NE, Alliance, OH 44601. Washington Township. See www.OhioSheriffSales.com for full info and legal description. Bids will be accepted only through said website. Bidding will open a minimum of 7 days prior to the auction ending on September 29, 2021 at 11:00 A.M. If there are no bids, a second sale will take place on the same website with no minimum bid on October 6, 2021 at 11:00 A.M. A deposit of $5,000 is required for either sale. The purchaser shall be responsible for those costs, allowances, and taxes that the proceeds of the sale are insufficient to cover.
Ron Denney, Private Selling Officer
Cell: (937)572-4468
Published in The Repository on September & September 15 and September 22, 2021.

INVITATION TO BID

Sealed bids, in accordance with Stark County's Specifications, for the Trash Removal needs for various Stark County Buildings (Bid No. 2935) will be received at the office of the Stark County Commissioners, Stark County Office Building, 110 Central Plaza South, Suite 240, Canton, Ohio 44702 until 2:00 P.M., local time on THURSDAY, October 7, 2021, at which time they will be publicly opened and read. Bids shall be submitted in a sealed envelope upon the forms furnished with the specifications, shall contain the full name of each person, agency/company, submitting the bid, and shall be signed by an official authorized to execute a contract. Bid

### Public Notices

envelopes shall be marked: "BID NO. 2935 TRASH REMOVAL". On and after Wednesday, September 22, 2021, from 9:00 A.M. to 4:00 P.M., Monday through Friday, copies of Specifications are on file for review and may be obtained from: Office of the Stark County Commissioners, Stark County Office Building, 110 Central Plaza South, Suite 240, Canton, Ohio 44702 or email: lgulley@starkcountyohio.gov
Each bid shall be accompanied by a bid bond, certified check, or cashier's check drawn upon a solvent bank, payable to the Stark County Treasurer, in the sum of ONE THOUSAND DOLLARS ($1,000.00) to ensure that the bidder shall, if the bid is accepted, on Agreement shall be executed in conformity to the invitation and bid. In the event of default thereof, said bond or check in the amount represented thereby shall be forfeited to the Stark County Commissioners as liquidated damages. The checks of all unsuccessful bidders will be returned upon execution of the contract or the rejection of all bids.
Each bid and all certificates shall be upon the forms furnished with the specifications, and shall be delivered to the office of the Stark County Commissioners, at or prior to the date and hour specified for receiving bids. The County is not responsible if documents are received too late for a timely bid.
Each bidder must insure that all employees and applicants for employment are not discriminated against because of race, color, religion, sex, handicap, national origin, disability, age,

### Public Notices

veteran status, or genetic information.
In the case of corporations not chartered in Ohio, the bid shall be accompanied by a prior certificate of the Secretary of State, certifying that such corporation is authorized to do business in Ohio. All bids shall incorporate the Stark County specifications by reference and attachment.
Terms of payment shall be as provided in the Specifications.
The Stark County Commissioners reserve the right to reject any or all bids to waive any irregularities or irregularities in the bid received, and to accept any bid or combination of bids which are deemed most favorable to the County at the time and under the conditions stipulated.
BY ORDER OF THE BOARD OF STARK COUNTY COMMISSIONERS
CANTON, OHIO
LESLIE GULLEY, PURCHASING MANAGER
Published in The Repository on September 22 and September 29, 2021.

LEGAL NOTICE

The Director of Service of the City of Canton will accept sealed bids on or before 2:00 PM local time Thursday, October 21, 2021, for the purpose of receiving proposals for the: Sub-Lease of Space at 215 W. Tuscarawas St. for the Purpose of Operating a Restaurant/Snack Bar, Ice Rink and Entertainment Area.
The City will disqualify any bid not received on or before 2:00 PM local time on Thursday, October 21, 2021. Submit all bids to the City of

### Public Notices

Canton Purchasing Department, 218 Cleveland Avenue SW, Purchasing Department/Fourth Floor, Canton, Ohio 44702 according to the instructions in the Invitation to Bid posted on the City of Canton Purchasing Department website at https:// cantonohio.gov/purchasing. The bidder is responsible for monitoring the above named website for any official addenda. Please contact Assistant Director of Purchasing Kathie Wise at kathryn.wise@cantonohio.gov if you have any questions regarding this bid.
By order of the Director of Public Service:
John M. Highman, Jr.
Published in The Repository on September 22, September 29, October 6, October 13, and October 20, 2021

LEGAL NOTICE

The City of Canton ("the City") is requesting proposals for an electronic bill payment and presentment (EBPP) system for its Utility Billing Department. Interested firms must submit their proposal package to the City of Canton Purchasing Department, 218 Cleveland Ave. SW, Canton, Ohio 44702, no later than 4:00 pm on September 30, 2021. Interested firms may review the full Request for Proposal at https://www.cantonohio.gov/48/Purchasing-Procurement. The City of Canton reserves the right to reject any or all proposals and to accept the proposal deemed most beneficial to the City of Canton. Contact Andrew Roth, Director of Purchasing at andrew.roth@cantonohio.gov if you have any questions.
Published in The Repository on September 15, and September 22, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.

A federal court authorized this notice. This is not a solicitation from a lawyer.

Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

What do the Settlements provide? Tyson will pay $21,000,000 and Perdue will pay $14,750,000 for a total of $35,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, class representative service awards, and costs for notice and Settlement administration. Tyson and Perdue will also obtain cooperation in the ongoing litigation against the remaining non-settling Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers. Perdue Settlement § 10(e).

Am I eligible to receive a payment from the Settlements? You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

How do I get a payment from the Settlements? If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by April 10, 2022 to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

What are my rights? If you are a Class member and do nothing, you will be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue, you must exclude yourself from one or both of the Settlements by December 6, 2021. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by December 6, 2021. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

The Court's hearing. The Court will hold a hearing at 10:00 a.m. CT on February 18, 2022 to decide whether to approve the Settlements, grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, litigation expenses not to exceed $3,000,000, and class representative awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing, at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a video conference or telephonically, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

This notice is only a summary.
For more information, including the full Notice and Settlement Agreements,
visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

# Business & Service Directory
to advertise call: 866.228.5318

### Clean Up and Removal
DUMP OR HAUL! Give Eugene A Call! Clean outs, gravel, mulch, sm. home repair. Canton/ Massillon. (330)445-0820

1ADVANTAGE HAULING Great prices. Excellent service. 7 days a Week. 330-834-1327

JUNK REMOVAL 7 days per week 330-837-5732

### Home Improvement
PLASTER & DRYWALL REPAIR DRYWALL FINISHING 330-834-1227

Affordable Fix-It-Guy Plumbing/Electrical All residential Work!! Kurt @ 330-546-5911

DAN BUXTON ROOFING
FREE ESTIMATES
Gutter Cleaning
All Roofing Needs
Senior Discounts
330-437-0719
Credit Cards Accepted

Borell Home Improvement & Custom cabinetry Free Estimates 330-933-7319

### Lawn - Garden Care
GLOBAL LAWN & TREE. Tree & brush removal. Spring cleanup. Free Est. Sr. Discount. 330-575-1438 or 330-690-4984

#1 • A Clean Cut Lawn & Landscaping • Mowing, mulching • Clean-ups. Shrubs, etc. 330-452-3780

TOBY's Home & Lawn Care: Fall Clean ups. Mulching, Lawn Repairs Call: 330-605-9833

### Painting
Frank Kaye Painting Ins. 30 yrs exp. Exc. ref's & prices. 330-497-2644

### Plumbing
All your Plumbing needs. Water tanks, water lines, kitchens & bathrooms. 330-556-3157

### Professional Service
ALL JUNK CARS & Trucks needed. Free pickup (330)499-5417

### Roofing - Siding
1My Life's is in the Gutter Seamless Spouting Install, repairs & cleaning service (330)280-3440

SEAMLESS GUTTER 5" OR 6". 30 years exp. Experience. FREE estimates; 330-257-0636

DAN BUXTON ROOFING
Insurance Claims
Roofing, Siding, Gutters.
BBB A+ Rating
330-437-0719
Credit Cards Accepted

PHOTOS are worth a thousand words included in your ad!

### Services
ALL GUNS & FISHING Tackle Wanted rifles, pistols, shotguns, lures rods & reels. Top Dollar Private call. 330-644-3801

DAN BUXTON ROOFING
GUTTER CLEANING
GUTTER REPAIR
GUTTER GUARDS
Senior Discounts
BBB A+ Rating
330-437-0719
Credit Cards Accepted

# Exhibit G

fiscal 2020.

Combined adjusted EBITDA was $353.7 million for the second quarter of 2021, compared to $195.2 million for the same period in 2020. On a year-to-date basis, combined adjusted EBITDA totaled $638.5 million for 2021, compared to $408.5 million on a year-to-date basis for 2020.

For more information, visit the company's website at http://www.darlingii.com.



## Norfolk Southern releases environmental report

NORFOLK, Va. — The Norfolk Southern Corp. has released its 14th annual report on corporate responsibility. The company's report received a name change this year, now known as the Environmental, Social, and Governance Report, to better reflect the company's holistic commitment to a sustainable enterprise.

"At Norfolk Southern, sustainability is in our DNA, a part of everything we do as a company. From

environmental stewardship to the safety and development of our entire team, we are in the business of a better planet, committed to bold leadership and deliberate action," said James A. Squires, Norfolk Southern chairman, president and CEO.

Norfolk Southern noted that it took its sustainability efforts to new heights in 2020, becoming the first major North American railroad to issue green bonds, in the amount of $500 million. Further, the company established a science-based target for a 42 percent reduction in greenhouse gas emissions intensity that is consistent with the Paris Agreement on climate change.

"We're focused on driving change, being proactive, and managing for results. We're going to continue looking for ways to drive efficiency in our business and lower our environmental impacts. It's really about being the best steward that we can be of our assets, contributing to a better planet, and adding value for our stakeholders," said Josh Raglin, Norfolk Southern's chief sustainability officer.

Among the milestones listed in the report, Norfolk Southern:
- Made significant infrastructure and community investments
- Issued $500 million in green bonds to fund eligible green projects addressing climate change and sustainability.
- Made approximately $850 million in new infrastructure investments, inclusive of rail, crossties, ballast, and track.
- Spent $166 million with diverse suppliers.
- Made $13.1 million in total corporate contributions across the company's 22 state footprint.
- Set a goal to improve fuel efficiency 8.6 percent by 2020. That goal was exceeded in 2020, with a 9.4 percent improvement. This saved more than 130 million gallons of diesel fuel and avoided 1.3 million metric tons of emissions.
- Nearly doubled renewable energy usage to 18 percent in deregulated markets as of May 1, 2021. Established

a new goal of using 30 percent clean energy by 2030.
- Recycled 100 percent of old cross ties and more than 90 percent of steel.
- Recycled all 400 miles of rail replaced each year.
- Reclaimed over 6,200 tons of used oil.
- Moved more than 10.2 billion pounds of grain that poultry producers used as feedstock to raise 1.7 billion chickens and turkeys.

## Church's Chicken letting customers define 'value meal'

ATLANTA — At Church's Chicken®, value is at the center of the entire dining experience, the company said, adding that it brings value to every occasion through quality, craveable food, simple in-restaurant and digital ordering options and choice in how guests can customize their meal.

One of the ways Church's is continuing to redefine value is through the Feed Six Meal, which allows customers to choose from a

(Continued on page 19)

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

What do the Settlements provide? Tyson will pay $21,000,000 and Perdue will pay $14,750,000 for a total of $35,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, class representative service awards, and costs for notice and Settlement administration. Tyson and Perdue will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers. Perdue Settlement § 10(e).

Am I eligible to receive a payment from the Settlements? You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

How do I get a payment from the Settlements? If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by April 10, 2022 to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

What are my rights? If you are a Class member and do nothing, you will be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue, you must exclude yourself from one or both of the Settlements by December 6, 2021. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by December 6, 2021. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

The Court's hearing. The Court will hold a hearing at 10:00 a.m. CT on February 18, 2022 to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, litigation expenses not to exceed $3,000,000, and class representative awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

This notice is only a summary.
For more information, including the full Notice and Settlement Agreements, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

Exhibit H

# Settlement Administrator Angeion Group Announces Proposed Settlement In Broiler Grow-Out Services Class Action

If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, Two Class Action Settlements Totaling $35,750,000 May Affect Your Legal Rights.

A federal court authorized this notice. This is not a solicitation from a lawyer.

NEWS PROVIDED BY

**Angeion Group →**

Sep 22, 2021, 15:00 ET

PHILADELPHIA, Sept. 22, 2021 /PRNewswire/ -- Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (together "Tyson") and Perdue Foods, LLC ("Perdue") have each agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Tyson, Perdue and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Tyson and Perdue deny that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are broiler chicken growers that raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and Koch (together, "Defendants") and other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What do the Settlements provide?**

Tyson will pay $21,000,000 and Perdue will pay $14,750,000 for a total of $35,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, class representative service awards, and costs for notice and Settlement

administration. Tyson and Perdue will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants, and Perdue has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers. Perdue Settlement § 10(e).

### Am I eligible to receive a payment from the Settlements?

You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

### How do I get a payment from the Settlements?

If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by April 10, 2022 to receive a payment from the Settlement Funds. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

### What are my rights?

If you are a Class member and do nothing, you will be bound by the Settlements and will give up any right to sue Tyson and/or Perdue in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Tyson and/or Perdue, you must exclude yourself from one or both of the Settlements by December 6, 2021. If you do not exclude yourself, you may object to one or both of the Settlements and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by December 6, 2021. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

### The Court's hearing.

The Court will hold a hearing at 10:00 a.m. CT on February 18, 2022 to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amounts, litigation expenses not to exceed $3,000,000, and class representative

awards of up to $50,000 each. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreements, visit**
**www.BroilerGrowersAntitrustSettlement.com, email**
**Info@BroilerGrowersAntitrustSettlement.com , or call 1-833-907-3700.**

**Media Contact:**
Angeion Group
Douglas S. Clauson
Director, Communications
(215) 563-4116

SOURCE Angeion Group

Related Links

http://www.angeiongroup.com

# Exhibit I

*IN RE: BROILER CHICKEN GROWER*
*ANTITRUST LITIGATION (NO. II)*

**OPT OUT REQUESTS**

|  | **Both Tyson and Perdue Settlements:** |  |
|---|---|---|
|  |  |  |
| 1 | G T Farm (Garvice Thomas, Joan Thomas) | Timely |
| 2 | Riverside Poultry LLC (Casey Whited and Rebecca Whited) | Timely |
| 3 | Ray Hostetler | Timely |
| 4 | Hidden Valley Farm/Hidden Valley Poultry (Kevin Shrock) | Timely |
| 5 | Chicken Little (Joshua M Slaubaugh) | Timely |
| 6 | Fallen Sky (Joshua M Slaubaugh) | Timely |
| 7 | Pine Grove Farm (Kenrick Shrock) | Timely |
| 8 | Forest Line Farm LLC (Wayne Wenger) | Timely |
| 9 | A Shirk & Sons (Andrew Shirk) | Timely |
| 10 | Aaron D Borntrager | Timely |
| 11 | Big M #1 (Treva and Grant Martin) | Timely |
| 12 | Big M #2 (Treva and Grant Martin) | Timely |
| 13 | Big M #3 (Treva and Grant Martin) | Timely |
| 14 | Thi Farm, LLC (Binh Van Bui) | Timely |
| 15 | Purgatory Farms (Michelle Protani-Chesnik) | Timely |
| 16 | Elysian Farms (Paul Chesnik) | Timely |
| 17 | Denton Farms (Zachary Denton) | Timely |
| 18 | Stephen A. Witmer | Timely |
| 19 | Paul Gingerich | Timely |
| 20 | Robert Miller Farm (Rudy Howell) | Timely |
| 21 | C&A Farms (James Craig Watts) | Timely |
| 22 | Billo Farm (Mohammed Nasir, Farhan A Nasir, Aksmah LLC) | Timely |
| 23 | Mahe Farms (Mohammed Nasir, Farhan A Nasir, Aksmah LLC) | Timely |
| 24 | Butt Sahib (Mohammed Nasir, Farhan A Nasir, Aksmah LLC) | Timely |
| 25 | Anthony Grigsby | Timely |
| 26 | Christy Grigsby | Timely |
| 27 | Randy Smith | Timely |
| 28 | R&K Farms (Kimberly M. Reeves) | Timely |
| 29 | Trinity Poultry Farm, LLC (Trina B. McClendon) | Timely |
| 30 | Dennis E. McClendon | Timely |
|  |  |  |
|  | **Tyson Only:** |  |
|  |  |  |
| 1 | Douglas Henricksen | Timely |
| 2 | Hanover Farms (Doug Toews) | Timely |
| 3 | Maple Leaf Farms (Jason Borntrager) | Timely |
| 4 | Janice Leisure (on behalf of deceased Calvin Leisure) | Timely |
| 5 | Morvatt #1 (Morvatt Enterprises, LLC) | Timely |
| 6 | Morvatt #2 (Morvatt Enterprises, LLC) | Timely |

| | | |
|---|---|---|
| 7 | 56 North (Morvatt Enterprises, LLC) | Timely |
| 8 | 56 South (Morvatt Enterprises, LLC) | Timely |
| 9 | Honeysuckle (Morvatt Enterprises, LLC) | Timely |
| 10 | Gravel Pit (Morvatt Enterprises, LLC) | Timely |
| 11 | B.D. Luck (Morvatt Enterprises, LLC) | Timely |
| 12 | Burch Poultry (Christopher S Burch) | Timely |
| 13 | TLC Poultry, LLC (Tim Vincent) | Timely |
| 14 | Poultry Specialty Servic, LC (Tim Vincent) | Timely |
| 15 | Keith Crabtree | Timely |
| 16 | Doug Brown | Timely |
| 17 | John Pinkston | Timely |
| 18 | Rickard Farms, LLC (Morgan Rickard) | Timely |
| 19 | ICU Chickens, LLC (William Rickard and Sondra Rickard) | Timely |
| 20 | Wishbone Poultry (Morgan Rickard) | Timely |
| 21 | Branch Farm (Sondra Rickard) | Timely |
| 22 | Murphy Farms, LLC (Mike Murphy) | Timely |
| 23 | Dennis Clap | Timely |
| 24 | H & L Farms, LLC (Mark Little as Trustee for Loi Hong) | Timely |
| 25 | Fred Mast | Timely |
| | | |
| | **Perdue Only:** | |
| | | |
| 1 | Misty Hollow Farm (Eddie Ramer) | Timely |
| 2 | Lee Richardson | Timely |
| | | |
| | **Late Opt Out Request - for Both Settlements** | |
| 1 | John Ingrum | Late |