UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)<br><br>This Document Relates To: *All actions* | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

**ORDER GRANTING MOTION TO WITHDRAW**
**ATTORNEYS AS COUNSEL FOR DEFENDANT PILGRIM'S PRIDE CORPORATION**

Before the Court is the Motion to Withdraw Attorneys as Counsel for Defendant Pilgrim's Pride Corporation (ECF 273) (Motion). Upon review of the Motion, and for good cause appearing, the court hereby **GRANTS** the Motion. Attorneys Carrie C. Mahan, Christopher J. Abbott, Sandra Nicole Booth, Rachel E. Crosswell, Drew K. Cypher, Robert A. Dahnke, Alli G. Katzen, and Brian G. Liegel are hereby withdrawn as counsel for defendant Pilgrim's Pride Corporation.

DATED this 31 January 2022.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah