**MASON LAW FIRM LLC**
Marsha C. Mason (0728-A60M)
Email: mmason@mcmasonlaw.com
P.O. Box 1837
Alexander City, AL 35011
Telephone: 256.329.1313
Facsimile: 888.597.7171
ATTORNEY FOR PLAINTIFFS
ANNA MASON AND
MITCHELL MASON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER LITIGATION (No. II)** | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero<br><br>**NOTICE OF APPEARANCE – Marsha C. Mason** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

I, MARSHA C. MASON, of Mason Law Firm LLC, hereby enter my appearance as counsel for Plaintiffs Anna Mason and Mitchell Mason. I am a member of the State Bar of Alabama and have been admitted to the bar of the Eastern District of Oklahoma *pro hac vice*. My contact information is as follows:

**MASON LAW FIRM LLC**
Marsha C. Mason (0728-A60M)
Email: mmason@mcmasonlaw.com
P.O. Box 1837
Alexander City, AL 35011
Telephone: 256.329.1313
Facsimile: 888.597.7171

Please serve said counsel with all pleadings and notices in this action.

Dated: April 26, 2022

MASON LAW FIRM LLC

By: */s/ Marsha C. Mason*
Marsha C. Mason Attorney for Plaintiffs Anna Mason and Mitchell Mason

**PROOF OF SERVICE**

I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2022

MASON LAW FIRM LLC

By: */s/ Marsha C. Mason*
Marsha C. Mason