UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II) | Case No. 6:20-MD-02977-RJS<br><br>To be entered additionally in member cases:<br>6:17-CV-00033-RJS<br>6:20-CV-00478-RJS<br>6:20-CV-00480-RJS<br>6:20-CV-00479-RJS<br>6:21-CV-00033-RJS |

## MOTION FOR ADMISSION *PRO HAC VICE*

On behalf of Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division; Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (collectively, Sanderson Farms), the undersigned counsel moves this Court to grant admission *pro hac vice* to Colleen Cavanagh (the "Applicant"), of Kirkland & Ellis LLP, for the limited purpose of representing Sanderson Farms in the above captioned matter. In support of this request, the undersigned would show the Court as follows:

1. The Applicant resides in Illinois and practices with the firm of Kirkland & Ellis LLP in Chicago, Illinois. The Applicant is an attorney duly licensed to practice law in the State of Illinois and is in good standing. The Applicant is also admitted to practice before the United States District Court for the Northern District of Illinois. The Applicant has never been subject to disciplinary action by any bar association.

2. Defendants desire to have the Applicant serve as counsel for Sanderson Farms, in association with the undersigned, in this action.

3. Pursuant to LCvR 83.2(f), the Application for Admission *Pro Hac Vice* is attached hereto (Exhibit 1), and the Applicant is simultaneously tendering the required fees.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant admission *pro hac vice* to Colleen Cavanagh of Kirkland & Ellis LLP, for the purpose of representing Sanderson Farms in the above captioned matter.

Dated this 8th day of July, 2022

Respectfully submitted,

/s/ *Robert Carlson*
Robert Carlson, OBA # 19312
GABLEGOTWALS
110 North Elgin Avenue, Suite 200
Tulsa, OK 74120-1495
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
rcarlson@gablelaw.com

Daniel E. Laytin, P.C.* (IL Bar #6257119)
Christa C. Cottrell, P.C.* (IL Bar #6284749)
Kate Guilfoyle* (IL Bar #6309150)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
kate.guilfoyle@kirkland.com

*admitted *pro hac vice*

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Production Division), and Sanderson Farms, Inc. (Processing Division)*

## **CERTIFICATE OF SERVICE**

      On July 8, 2022, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ *Robert Carlson*
                                        Robert Carlson