**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II) | MDL No. 6:20-MD-2977-RJS-CMR <br><br> Hon. Chief Judge Robert J. Shelby <br><br> Hon. Cecilia M. Romero |

**DECLARATION OF STEVEN WEISBROT**
**REGARDING THE IMPLEMENTATION OF NOTICE PLAN**

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.    My credentials were previously provided in the Declaration of Steven Weisbrot on Angeion Group Qualifications & Proposed Notice Plan ("Notice Plan Declaration") (ECF No. 359-1).

3.    The purpose of this declaration is to provide the parties and the Court with a summary of the work performed by Angeion to effectuate notice pursuant to the Court's Order Approving Notice Plan and Authorizing Issuance of Notice to the Koch Settlement Class (ECF No. 366).

**SUMMARY OF THE NOTICE PROGRAM**

4.    The notice plan approved by the Court included individual direct notice to all reasonably identifiable members of the Settlement Class via direct mail. It also included a strategic print publication schedule, programmatic display advertising, social media advertising, a press release, and the implementation of a dedicated website and a toll-free telephone line where members of the Settlement Class were able to learn more about their rights and options pursuant to the terms

of the Settlement.

**DIRECT NOTICE**

5.     The direct notice effort in this matter consisted of sending an individual long form notice to all members of the Settlement Class for which Plaintiffs had sufficient address information. For all members of the Settlement Class where the Plaintiffs possessed sufficient structured data, a pre-populated claim form was also included with the long form notice mailing. As delineated below, the overwhelming majority of members of the Settlement Class received pre-populated claim forms. However, for those members of the Settlement Class where Plaintiffs lacked sufficient structured data to pre-populate a claim form, Settlement Class members were able to answer a series of simple questions on an unpopulated claim form that will enable Settlement Class Counsel to estimate their *pro rata* share based on available industry data from certain alleged co-conspirators, including data available from Agri Stats, Inc. or, alternatively, to submit their own documentation to substantiate their *pro rata* share.

6.     Between June 24, 2022 and June 29, 2022, Angeion received Grower compensation data and mailing address information for members of the Settlement Class from Plaintiffs' counsel. Angeion determined 23,375 records had sufficient structured data for the Growers associated with those records to be issued direct notice with a pre-populated claim form (records that had both (a) address data and (b) compensation history data). Angeion identified 202 records providing address information but no compensation information such that those 202 Growers could not be mailed direct notice with a pre-populated claim form but could be issued direct notice with an unpopulated claim form. As part of its notice preparation, Angeion also cross-checked the data from the Tyson and Perdue Settlements. For any record that had an updated address from sources such as the Settlement Class member, skip tracing, the USPS National Change of Address database, which provides updated address information for individuals or entities who have moved during the previous four (4) years and filed a change of address with the USPS ("NCOA"), or Plaintiffs' counsel, Angeion made those updates to the provided data files to ensure that notice was sent to the most current address known to Angeion.

7.      On July 11, 2022, Angeion commenced dissemination of the long form notice and claim form by mail to the 23,577 Growers identified in the preceding paragraph. Prior to mailing, the address information was processed through the USPS NCOA database. True and correct copies of the long form notice, pre-populated claim form and unpopulated claim form are attached as **Exhibits A**, **B** and **C**, respectively.

8.      As of September 16, 2022, a total of 1,383 mailings were returned by the USPS as undeliverable. Mailings returned to Angeion by the USPS were subjected to address verification searches ("skip traces") in an attempt to locate updated address information. In total, 197 mailings were re-mailed because of the above-described efforts.

9.      In summary, as of September 16, 2022, there were 22,391 mailings sent out that were not returned undeliverable.

10.      Angeion will continue skip tracing efforts through distribution and will process the records through the USPS NCOA database prior to sending out payments from the net settlement fund.

### MEDIA & PUBLICATON NOTICE

11.      In my Notice Plan Declaration, I indicated programmatic advertising is a method of advertising where an algorithm identifies and examines demographic profiles and uses advanced technology to place advertisements on the websites where members of the audience are most likely to visit (these websites are accessible on computers, mobile phones and tablets). On July 11, 2022, Angeion implemented the internet banner portion of the notice plan using a desktop and mobile ad campaign to notify and drive Settlement Class members to the dedicated Settlement website where they could find more information about the Settlement and submit a claim form. True and correct copies of the internet banner notices are attached as **Exhibit D**.

12.      In my Notice Plan Declaration, I explained that the social media campaign uses an interest-based approach which focuses on the interests that users exhibit while on the social media platform. On July 11, 2022, Angeion implemented a social media campaign via Facebook to engage with the audience via a mix of news feed and story units to optimize performance via the Facebook desktop site, mobile site, and mobile app. A true and correct copy of the Social Media

advertisements are attached hereto as **Exhibit E**.

13.     The internet banner ads delivered 582,952 impressions and the Social Media ads delivered 4,061,541 impressions. An internet impression is generally defined as an instance where an advertisement loads and displays in front of a user. So if our advertisement was shown on www.cnn.com to one Internet user, for example, that would count as one impression.

14.     In addition to the notice efforts described above, the notice plan also featured a media strategy designed to reach members of the Settlement Class via a strategically geo-targeted publication notice campaign, targeted at those geographic regions for alleged co-conspirators whose Growers are members of the Settlement Class, but which produced incomplete data making direct notice to those Growers less practicable. To that end, a 1/8-page advertisement was published one time in each of the publications listed below. True and correct copies of the tear-sheets from the publications are attached hereto as **Exhibit F**.

| PUBLICATION | DATE OF PUBLICATION | CIRCULATION |
|---|---|---|
| Savannah Morning News | July 11, 2022 | 11,220 |
| The Claxton Enterprise | July 13, 2022 | 3,700 |
| Atlanta Journal Constitution | July 11, 2022 | 85,628 |
| Barrow News-Journal | July 13, 2022 | 5,500 |
| Goldsboro News Argus | July 12, 2022 | 7,000 |
| Morganton News Herald | July 11, 2022 | 7,729 |
| Wooster Daily Record | July 12, 2022 | 6,606 |
| Canton Repository | July 11, 2022 | 14,000 |
| | TOTAL: | 141,383 |

15.     On July 11, 2022, a 1/2-page advertisement was published in the Poultry Times, which has a paid circulation of over 13,000 targeted readers, of which approximately 65% are Growers, Integrators, and hatcheries. A true and correct copy of the tear-sheet from that publication is attached hereto as **Exhibit G**.

**PRESS RELEASE**

16.    On July 11, 2022, Angeion caused a press release to be distributed over the National & Agriculture circuit on PR Newswire to further disseminate news of the Settlement. A true and correct copy of the press release is attached hereto as **Exhibit H**.

### SETTLEMENT WEBSITE AND TOLL-FREE HOTLINE

17.    On July 8, 2022, Angeion established the following website devoted to this Settlement: https://broilergrowersantitrustsettlement.com/koch-settlement/. The home page of the website includes all important dates and deadlines, a summary of Settlement Class members' legal rights and options, as well as general information about the Action and the Settlement.  The website includes an "Important Documents" page where the Settlement Agreements, long-form notice, publication notice, and claim form can be found. That page also provides relevant Court orders and court filings, including Plaintiffs' Motion and Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, which was posted on August 29, 2022. Additionally, the site provides answers to frequently asked questions and a "Contact Us" page whereby Settlement Class Members can submit questions regarding the Settlement to a dedicated email address: Info@BroilerGrowersAntitrustSettlement.com. Visitors to the settlement website can download a copy of the long form notice, claim form, and other pertinent documents. Members of the Settlement Class can also submit claim forms via the Settlement Website.

18.    As of September 16, 2022, the settlement website has had 4,771 page views, 5,653 unique visitors and 8,955 sessions, which represents the number of individual sessions initiated by all users. Google defines a session as a group of user interactions within a website that take place within a given time frame. For example, a single session can contain multiple page views, events, social interactions, and ecommerce transactions, provided they occur relatively simultaneously. These figures may include visitors seeking information on the Tyson/Perdue matter.

19.    On July 8, 2022, Angeion established the following toll-free line dedicated to this case: 1-833-907-3700. The toll-free line utilizes an interactive voice response ("IVR") system to provide members of the Settlement Class with responses to frequently asked questions, the ability to

request a claim form, and includes information about filing a claim and important dates and deadlines. The toll-free line is accessible 24 hours a day, 7 days a week, and has an option to speak with a live operator during normal business hours.

20.     As of September 16, 2022, the toll-free line has received 633 calls totaling 3,892 minutes, which may include callers seeking information in relation to the Perdue/Tyson matter.

## CLAIM FORM SUBMISSIONS

21.     The deadline for members of the Settlement Class to submit a claim form is February 6, 2023. Submission of a claim form is not necessary to receive payment from the Settlement. Rather, Settlement Class members who were sent a pre-populated claim form will automatically receive a *pro rata* payment unless they exclude themselves from the Settlement. As of September 16, 2022, Angeion has received a total of 599 claim form submissions and/or updated address forms. These claim form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to keep the parties apprised of the number of claim form submissions received.

## REQUESTS FOR EXCLUSION & OBJECTIONS TO THE SETTLEMENT

22.     The deadline for members of the Settlement Class to request exclusion from the Settlement or object to the Settlement was September 23, 2022. As of September 30, 2022, Angeion has received 14 timely requests for exclusion from the Settlement. Angeion will inform the parties of any additional requests for exclusion it receives. A list containing the names of the individuals or entities requesting exclusion is attached hereto as **Exhibit I**.

23.     Angeion has been made aware of one objection to the Settlement from Myles B. Weaver.

## CONCLUSION

24.     The notice plan described herein included direct notice to all reasonably identifiable members of the Settlement Class via mail, coupled with a strategic print publication campaign, programmatic display advertising, social media advertising, a press release, and the implementation of a dedicated Settlement Website and toll-free hotline to further inform members of the Settlement Class of their rights and options pursuant to the terms of the Settlement.

25.     It is my professional opinion that the notice plan provided full and proper notice to members of the Settlement Class before the claims, opt-out, and objection deadlines.  Moreover, it is my opinion that the notice plan was the best notice that is practicable under the circumstances and fully comported with due process and Federal Rule of Civil Procedure 23.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  October 3, 2022

_____
STEVEN WEISBROT

Exhibit A

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

# NOTICE OF CLASS ACTION SETTLEMENT

------------

# If You Were Paid to Provide Broiler Grow-Out Services At Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A class action lawsuit has been filed against companies that contract with Broiler chicken growers to provide Broiler[1] Grow-Out Services,[2] alleging that Defendants[3] and certain other companies (known as Alleged Co-Conspirators)[4] unlawfully conspired to artificially reduce the amount the Defendants and Alleged Co-Conspirators paid to Broiler chicken growers for Broiler Grow-Out Services in violation of the federal antitrust laws and the Packers and Stockyards Act ("PSA"). Broiler Grow-Out Services refers to arrangements in which Broiler chicken growers grow young chickens until the birds reach slaughtering age, under contract with companies that supply the young birds, commonly referred to as "Integrators."

- Defendants Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to pay $15.5 million into a Settlement Fund to settle the class action antitrust and PSA claims against them and to provide certain cooperation to Plaintiffs in this litigation against the remaining Defendants (the "Koch Settlement"). In addition, Koch has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by Broiler chicken growers against Koch. Koch Settlement § 10.e.. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

---

[1] "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1(d).

[2] "Broiler Grow-Out Services" means Broiler chicken growing services.

[3] Defendants are Tyson Foods, Inc.; Tyson Chicken Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Pilgrim's Pride Corporation; Perdue Foods, LLC; Koch Foods, Inc.; Koch Meat Co. Inc. d/b/a Koch Poultry Co.; Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division).

[4] Alleged Co-Conspirators for purposes of the Settlements are Foster Farms, Mountaire Farms, Wayne Farms, George's, Inc., Peco Foods, Inc., House of Raeford Farms, Simmons Foods, Keystone Foods, Fieldale Farms Corp., O.K. Industries, Case Foods, Marshall Durbin Companies, Amick Farms, Inc., Mar-Jac Poultry, Inc., Harrison Poultry, Inc., Claxton Poultry Farms, Norman W. Fries, Inc., and Agri Stats, Inc.

1

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

- The "Settlement Class" for the Koch Settlement is defined as all individuals and entities in the United States and its territories that were paid to provide Broiler Grow-Out Services by <u>any</u> Defendant or <u>any</u> Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or Affiliate of a Defendant or Alleged Co-Conspirator, at any time between January 27, 2013, through December 31, 2019 (the "Class Period").

- The Court in charge of the lawsuit will decide whether to finally approve the Koch Settlement. If approved by the Court, the Koch Settlement will resolve all of the Settlement Class members' claims against Koch and release Koch and their affiliates from all liability for the claims alleged against them in the lawsuit, including related claims or claims referred to in the lawsuit. All the claims against the non-settling Defendants in the lawsuit will continue.

**Please read this notice carefully. Your rights and options—and the deadlines to exercise them—are explained in this Notice**.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **RECEIVE AN AUTOMATIC PAYMENT** | If you received this Notice of Class Action Settlement with a Pre-Populated Claim Form that contains information about the amount you were paid by Defendants and/or Alleged Co-Conspirators for Broiler Grow-Out Services during the Class Period ("pre-populated payment information"), <u>you will receive a payment from the Settlement Fund automatically and you do not need to submit the attached Claim Form or do anything else to receive a Settlement payment.</u><br><br>If you disagree with the pre-populated payment information in the Pre-Populated Claim Form and wish to challenge or correct it, you have the right to submit a Claim Form with corrected information **postmarked by February 6, 2023**. For more information, see Question 9.<br><br><u>If you do not submit an updated Claim Form with corrected information postmarked by **February 6, 2023**, the pre-populated payment will be deemed accepted and you will be compensated based on that information.</u><br><br>By receiving a payment, you give up the right to sue Koch in a separate lawsuit related to the legal claims this Settlement resolves. Please see Question 16, which describes the release of claims in this action. | **February 6, 2023 (to dispute Pre-Populated payment information)** |
| **SUBMIT A CLAIM** | If you are a Settlement Class member and received an Unpopulated Claim Form without pre-populated payment information, you **must** complete and submit an Unpopulated Claim Form and either (a) include supporting documentation concerning the amount you were paid for Broiler Grow-Out Services by Defendants and Alleged Co-Conspirators, or (b) answer a series of questions on the Unpopulated Claim Form, by | **February 6, 2023** |

2

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| | which a reasonable estimate of the amount you were paid can be determined, by **February 6, 2023** if you wish to receive a payment from the Settlement Fund. For more information, see Question 9.<br><br>If you are a Settlement Class member and received an Unpopulated Claim Form, you will give up the right to sue Koch in a separate lawsuit about the legal claims this Settlement resolves regardless of whether you complete the Unpopulated Claim Form and submit it, unless you exclude yourself from the Settlement.<br><br>If you are a Settlement Class Member and received an Unpopulated Claim form and did **not** receive a Pre-Populated Claim Form with pre-populated payment information, completing and submitting the Unpopulated Claim Form is the **only** way to receive a payment from the Settlement. Please see Question 16, which describes the release of claims in this action. | |
| **EXCLUDE YOURSELF** | You may submit a written request to exclude yourself from the Koch Settlement. If you do so, you will not participate in the Settlement or get any monetary compensation from the Settlement Fund. You will keep any rights you currently have to separately sue Koch related to the legal claims this Settlement resolves, but you must retain your own lawyer at your own expense if you wish to have legal representation to do so, Settlement Class Counsel (defined infra) represent the Settlement Class but do not represent excluded parties. For more information, see Question 17. | **September 23, 2022** |
| **OBJECT AND/OR ATTEND A HEARING** | **If you do not exclude yourself** from the Koch Settlement, you still have the right to file a written objection to the Koch Settlement or anything else referenced in this Notice, to attend the Final Approval Hearing, and to request to be heard at the Final Approval Hearing. You may also retain a lawyer at your own expense to assist you in doing so, although it is not necessary to hire a lawyer in order to object or attend the hearing. See Question 14. Because of the ongoing coronavirus pandemic, the hearing may occur virtually or in person at the United States District Court for the Eastern District of Oklahoma, located at 101 N 5th St, Muskogee, OK 74401. Please monitor the Settlement Website at www.BroilerGrowersAntitrustSettlement.com for updates on the Final Approval Hearing date and location. For more information, see Questions 18, 21-23. | **September 23, 2022** |

**Please note, all information you provide in connection with <u>receiving an automatic payment or submitting a claim form</u> in this action will be maintained as strictly confidential and will not be made available publicly or to any Defendant or Alleged Co-conspirator. Only Settlement Class**

3

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

**Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including Your identity, in connection with receiving an automatic payment or submitting a claim form in this action. The only way your identity will become public is if you exclude yourself from the Settlement or file an objection to the Settlement.**

| WHAT THIS NOTICE CONTAINS |
| --- |

BASIC INFORMATION ................................................................................... 4

WHO IS IN THE CLASS.................................................................................. 6

THE SETTLEMENT ....................................................................................... 6

HOW TO GET A PAYMENT—MAKING A CLAIM............................................. 7

THE LAWYERS REPRESENTING YOU ............................................................ 9

EXCLUDING YOURSELF FROM THE SETTLEMENT CLASS ...............................10

OBJECTING TO THE SETTLEMENT ...............................................................11

THE COURT'S FAIRNESS HEARING ..............................................................13

IF I DO NOTHING.......................................................................................14

GETTING MORE INFORMATION...................................................................14

## BASIC INFORMATION

| 1. Why did I receive a Notice? |
| --- |

A federal court directed this notice because it has preliminarily approved the proposed class action Settlement with Koch. You have the right to know about the Settlement, your rights, and your options before the Court decides whether to grant final approval to the Settlement.

The Honorable Chief Judge Robert J. Shelby is overseeing this lawsuit, which is called *In Re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR (the "Action"), in the United States District Court for the Eastern District of Oklahoma (the "Court").

You received this Notice because you may be a member of the Settlement Class. **To find out if you are a member of the Settlement Class, see Question 5 below.**

The people who sued are called the Plaintiffs. The companies they sued are called Defendants. The Defendants are Tyson; Perdue; Pilgrim's Pride Corporation ("Pilgrim's Pride"); Koch Foods, Inc.; Koch Meat Co. Inc. d/b/a Koch Poultry Co. (together, "Koch"); Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together, "Sanderson"), including each of their past, present, and future, direct and indirect, corporate parents (including holding companies), owners, subsidiaries, related entities, Affiliates, associates, divisions, departments, joint ventures, predecessors, and/or successors. As noted herein, Koch is the Defendant that agreed to settle with Plaintiffs as described in this Notice.

4

"Alleged Co-Conspirator" means a person or entity that Plaintiffs alleged participated in the conspiracy but are not named as Defendants in this Action. They are: Agri Stats, Inc., Foster Farms, Mountaire Farms, Wayne Farms, George's, Inc., Peco Foods, Inc., House of Raeford Farms, Simmons Foods, Keystone Foods Fieldale Farms Corp., O.K. Industries, Case Foods, Marshall Durbin Companies, Amick Farms, Inc., Mar-Jac Poultry, Inc., Harrison Poultry, Inc., Claxton Poultry Farms, and Norman W. Fries, Inc., including each of their past, present, and future, direct and indirect, corporate parents (including holding companies), owners, subsidiaries, related entities, Affiliates, associates, divisions, departments, joint ventures, predecessors, and/or successors.

## 2. What is this lawsuit about?

Plaintiffs in this Action are Broiler chicken growers who provided Broiler Grow-Out Services. They grow young chickens bred for meat under contract with Integrators. The Plaintiffs represent a group of Broiler chicken growers who have similar claims against the Defendants. For purposes of this Settlement, this group is referred to as the Settlement Class (*see* Questions 3 and 5 for more information about the Settlement Class and whether you are part of it).

This lawsuit alleges, among other things, that Defendants entered into a conspiracy that violated federal antitrust law and the PSA by agreeing with one another and the Alleged Co-Conspirators to reduce the prices paid to Broiler chicken growers, causing the growers to be underpaid for Broiler Grow-Out Services.

All Defendants deny Plaintiffs' antitrust and PSA claims and have asserted defenses to those claims. However, Plaintiffs have reached a Settlement with Koch for a total of $15,500,000 plus cooperation in the prosecution of Plaintiffs' claims against the non-settling Defendants (note that Tyson and Perdue previously settled with Plaintiffs and the Settlement Class). In addition, Koch has agreed to certain restrictions on its ability to enforce arbitration provisions against Growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. *See* Koch Settlement § 10. e. . Koch denies any wrongdoing.

The Koch Settlement does not impact the claims against the remaining non-settling Defendants Pilgrim's Pride and Sanderson; this lawsuit continues against them. If the Plaintiffs reach Settlements with the other Defendants or the Plaintiffs receive a favorable money judgment against the other Defendants at trial, you will receive additional notice of those Settlements and/or that judgment.

It is possible, however, that the remaining Defendants will prevail against the Plaintiffs and there will be no further money to distribute to the Settlement Class members. There is no guarantee about the outcome of this Action.

Important information about the action and these Settlement will be posted on the website, www.BroilerGrowersAntitrustSettlement.com, as it becomes available. Please check the website regularly to be kept informed about any future developments or important new case documents.

## 3. What is a class action?

In a class action, the Plaintiffs act as "class representatives" and sue on behalf of themselves and other people or entities who have similar claims. This group is called the "class," and the people and entities in the class are called "class members." A single court resolves the issues for all class members, except for people who exclude themselves from the class.

In this Action, the Class Representatives are: Haff Poultry, Inc.; Nancy Butler; Johnny Upchurch; Jonathan Walters; Myles B. Weaver; Melissa Weaver; Marc McEntire; Karen McEntire; and Mitchell Mason. They are or were all Broiler chicken growers.

**4. Why did the parties settle this lawsuit?**

The Court did not decide in favor of Plaintiffs or Koch. Instead, Plaintiffs and Koch have agreed to the Koch Settlement Agreement to avoid the costs and risks of continued litigation. The Class Representatives and their attorneys think the Settlement is an excellent result, which will provide Settlement Class members with monetary compensation and cooperation from Koch that the Settlement Class Counsel believe will help them prosecute Plaintiffs' claims against the remaining Defendants.

## WHO IS IN THE CLASS?

**5. How do I know if I am a Settlement Class Member?**

You are a member of the Settlement Class if you are a person or entity in the United States or its territories that was paid for Broiler Grow-Out Services by any Defendant or Alleged Co-Conspirator (or by a division, subsidiary, predecessor, or Affiliate of a Defendant or Alleged Co-Conspirator) at any time between January 27, 2013, through December 31, 2019.

You are a member of the Settlement Class and eligible to participate in the Koch Settlement if you provided Broiler Grow-Out Services for any one of the Defendants or Alleged Co-Conspirators during the Class Period. Because this case involves conspiracy claims, it is not necessary for you to have provided Broiler Grow-Out Services for Koch to receive a payment.

**6. What should I do if I am still not sure whether I am included?**

If you are not sure whether you are included in the Settlement Class, you can ask for free help by calling the Settlement Administrator at 1-833-907-3700 or email Info@BroilerGrowersAntitrustSettlement.com for more information.

An operator is available to answer your questions during normal business hours.

## THE SETTLEMENT

**7. What does the Settlement provide?**

Koch has agreed to pay $15,500,000 into a Settlement Fund to settle the lawsuit against them in exchange for the release by Settlement Class members of the claims against them in this Action. In addition, the Settlement will help the Plaintiffs pursue their claims against the remaining Defendants because Koch has agreed to provide certain cooperation to Plaintiffs in the litigation against the remaining Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against Growers and restrictions on its ability to enforce bans on collective or class actions against Koch by Growers. Koch Settlement § 10. You can view the Settlement Agreement, including the release of claims, at the Settlement Website at BroilerGrowersAntitrustSettlement.com.

A portion of the Settlement Fund, subject to approval by the Court, will be used to pay Settlement Class Counsel for their time in pursuing this lawsuit and to reimburse them for out-of-pocket costs they have incurred. Amounts remaining after deductions for attorneys' fees, litigation costs and other expenses (*see* Questions 3, 15) will be distributed to Settlement Class members who do not exclude themselves from the Settlement *pro rata*, based on their qualifying payments from Defendants and Alleged Co-Conspirators for the provision of Broiler Grow-Out Services (*see* Question 10).

Additional details about the Settlement are contained in the Settlement Agreement, which is available at www.BroilerGrowersAntitrustSettlement.com.

**8. How will payments be calculated?**

At this time, it cannot be known how much you will receive from the Settlement.

The amount remaining in the Settlement Fund after deductions for attorneys' fees and litigation expenses and costs for notice and Settlement administration, will be distributed *pro rata* to eligible Settlement Class members with valid claims based on payments received from Defendants and Alleged Co-Conspirators for Broiler Grow-Out Services. That means your payment will be based on the total payments you received from Defendants and Alleged Co-Conspirators during the Class Period as a proportion of the total payments received by all eligible Class Members with valid claims.

As a simple example, if a Settlement Class member received payments totaling $100 dollars, and the total payments to all eligible Class Members with valid claims is $10,000, that class member would be entitled to 1% of the total amount to be distributed.

The amount you receive will depend on how much the Court allows in attorneys' fees and litigation expenses, costs for notice and Settlement administration, how many valid claims are submitted by eligible Settlement Class members, and the total amount of payments made for Broiler Grow-Out Services during the Class Period to eligible Settlement Class members with valid claims.

As described below (*see* Questions 21-23), the Court will conduct a Fairness Hearing and decide whether a) to finally approve the Settlement, b) to approve the proposed *pro rata* allocation plan; and c) to approve the Settlement Class Counsel's request for fees and reimbursement of costs.

For information on how to make a claim, *see* Question 9 and www.BroilerGrowersAntitrustSettlement.com.

# HOW TO GET A PAYMENT—MAKING A CLAIM

**9. How can I get a payment?**

If you are a member of the Settlement Class, there are two ways for you to receive a payment from the Settlement:

1. **Pre-Populated Claims Forms with Pre-Populated Payment Information:** If you received a Pre-Populated Claim Form that already contains pre-populated payment information and you have not excluded yourself from the Settlement, you do not need to do anything further to receive a payment. This payment information was provided by Defendants and Alleged Co-Conspirators from their payment records. Your *pro rata* share will be calculated based on the payment amounts in your Claim Form. If you agree with the pre-populated payment information or otherwise do not respond to the Pre-Populated Claim Form, your pro rata share will be determined based on the pre-populated amount.

   If you disagree with the pre-populated payment information in the Pre-Populated Claim Form *or* if you believe the information in the Pre-Populated Claim Form is incomplete (for example, it is missing payments you received during certain years), you have the right to submit a corrected Claim Form, which must be accompanied by supplemental documentation supporting your additions or clarifications (such as settlement sheets for Broiler flocks you raised or yearend statements from the Integrator with whom you contract or contracted) **postmarked by February 6, 2023**. If validated by the Settlement Administrator, your *pro rata* share will be based on this corrected or supplemental information. Please follow the instructions on the Pre-Populated Claim Form to submit a corrected and/or supplemental Claim Form.

7

2. **Unpopulated Claims Forms <u>without</u> Pre-Populated Payment Information:** If you have received a Claim Form that does not include any pre-populated payment information (or you did not receive a Claim Form at all) and you want to receive a payment, you **MUST** complete and submit a Claim Form, **postmarked by February 6, 2023**. If your Claim form does not have pre-populated payment information this means that the Settlement Administrator does not have information from Defendants or Alleged Co-Conspirators about the amount you were paid for Broiler Grow-Out Services during the Class Period. If you are or were a Grower for Wayne Farms, Fieldale Farms, Claxton Poultry, Case Farms, or Keystone Foods, it is more likely you received an Unpopulated Claim Form or no Claim Form at all and will have to complete and submit a Claim Form to receive a payment.

An Unpopulated Claim Form can be obtained at the Settlement Website www.BroilerGrowersAntitrustSettlement.com. You have two options for completing and submitting an Unpopulated Claim Form.

First, if you have information on your total payments for Broiler Grow-Out Services by year, provide that information with supporting documentation of those payments. If validated by the Settlement Administrator, your *pro rata* share will be based on the payment information you provide.

Second, if you do not have information or documentation regarding the total payments you received for Broiler Grow-Out Services, you must provide the years in which you provided Broiler Grow-Out Services, the name of the company (or companies) for which you provided Broiler Grow-Out Services in each year, the number of farms you operated (if more than one), and for any partial years you provided Broiler Grow-Out Services (for example, if you quit raising Broilers in the middle of a year covered by the Class Period) the number of flocks you grew during each partial year. If validated by the Settlement Administrator, your *pro rata* share will be based on that information along with available industry payment data.

Please follow the instructions on the Unpopulated Claim Form.

If you did not receive a Pre-Populated Claim Form and you do not complete and submit a valid Claim Form postmarked by the deadline, you will not receive a payment from the Settlement Fund, but you will still give up the right to sue Koch in a separate lawsuit related to the legal claims these Settlements resolve.

You should mail your corrected or supplemented Pre-Populated Claim Form or completed Unpopulated Claim Form to the address below, **postmarked no later than February 6, 2023** or upload it to the Settlement Website at www.BroilerGrowersAntitrustSettlement.com using the instructions there. You can also request that a Claim Form be sent to you by calling the Settlement Administrator or by sending a written request to the Settlement Administrator by mail or by email:

In re Broiler Chicken Grower Antitrust Litigation (Koch)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
1-833-907-3700
Info@BroilerGrowersAntitrustSettlement.com

If you have questions regarding your Claim Form or participating in the Settlement, contact the Settlement Administrator using the contact information set forth immediately above.

## 10. When will I get my payment?

Even if the Court finally approves the Settlement and approves the allocation and distribution plan, there still may be appeals of that decision. The Settlement Fund cannot be distributed until all appeals are resolved.  It is hard to estimate how long

8

that might take. Further, even if there are no appeals, it is difficult to predict how long the claims process will take. Further, it is possible that other Defendants may settle the claims against them and that distribution of the proceeds from the Koch Settlement may be delayed so that the proceeds from multiple settlements may be distributed at the same time.

Updates regarding the Settlement and when payments will be made will be posted on the Settlement website, www.BroilerGrowersAntitrustSettlement.com.

| **11. Will Koch, any of the other Defendants, or any of the Alleged Co-Conspirators know that I have submitted a claim or received an award from the Settlement?** |
|---|

No. All information you provide in connection with underlined receiving an automatic payment or submitting a claim form in this action will be maintained as strictly confidential and will not be made available publicly or to any Defendant or Alleged Co-conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including Your identity, in connection with receiving an automatic payment or submitting a claim form in this action.

If, however, you exclude yourself from the Settlement or object to the Settlement, the filings of exclusions and objections with the Court will publicly reveal your identity.

| **12. What happens if I move or change my mailing address?** |
|---|

If you have moved since you received this Notice, you may update your address with the Settlement Administrator by completing the "Claimant Information" section of the Pre- or Un-Populated Claims Form and by mailing or emailing completed information to:

<div align="center">

In re Broiler Chicken Grower Antitrust Litigation (Koch Settlement)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
1-833-907-3700
Info@BroilerGrowersAntitrustSettlement.com

</div>

You may update your mailing address even if you are not disputing or supplementing any of the pre-populated payment information in the Pre-Populated Claims Form you received.

You may also update your address at *any time* during this litigation by contacting the Settlement Administrator at the above address to notify them of your new mailing address. Because there may be additional settlements reached with the other Defendants or there may be a judgment in Plaintiffs' favor, it is important that the Settlement Administrator have updated address information so they may send you notice of such settlements or judgments.

## THE LAWYERS REPRESENTING YOU

| **13. Do I have a lawyer in the case?** |
|---|

Yes. The Court appointed the law firms of Hausfeld LLP and Berger Montague PC ("Settlement Class Counsel") to represent you and the other Settlement Class Members.

<div align="center">9</div>

They can be contacted at:

| | | |
|---|---|---|
| Eric L. Cramer<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Melinda R. Coolidge<br>HAUSFELD LLP<br>888 16th Street, NW, Suite 300<br>Washington, DC 20006 | Gary I. Smith, Jr.<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106 |

You will not be charged for their services or for contacting them. If you want to be represented by your own lawyer, you may hire one at your own expense. See Question 14.

## 14. Should I get my own lawyer?

You do not need to hire your own lawyer because Settlement Class Counsel is working on your behalf at no out of pocket charge to you. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in Court for you if you want someone other than Settlement Class Counsel to speak for you. You may also appear for yourself at the Fairness Hearing without a lawyer. See Questions 21-23.

## 15. How will the lawyers be paid?

You do not have to pay Settlement Class Counsel. Settlement Class Counsel, who have not yet been paid for their services or reimbursed for their expenses, will seek approval from the Court for a) an award of attorneys' fees up to one third of the gross Settlement amount, and b) reimbursement for litigation costs they advanced in pursuing the Claims up to $3,000,000, also from the Settlement Fund. The fees will compensate Settlement Class Counsel for investigating the facts, litigating the case, and negotiating and administering the Settlement over the last five years. The Court will decide the amount of fees and/or expenses to award.

Settlement Class Counsel will file their motion for fees and reimbursement of litigation expenses at least 30 days before the deadline to object to the Settlement. The motion will be filed on the Settlement Website at www.BroilerGrowersAntitrustSettlement.com, where you will also be able to review it.

## 16. If I participate in the Settlement, can I sue Koch for the same thing later?

No. Unless you exclude yourself from the Koch Settlement (See Question 17 below), you will give up the right to sue Koch related to the legal claims the Koch Settlement resolves.

Details on the claims that you release unless you exclude yourself are detailed in the Koch Settlement, which is available at www.BroilerGrowersAntitrustSettlement.com.

# EXCLUDING YOURSELF FROM THE SETTLEMENT CLASS

## 17. Can I get out of the Settlement Class?

If you do not want to receive any benefits from the Settlement, and you want to keep your right, if any, to sue Koch on your own about the legal issues in this Action, then you must exclude yourself from the Settlement Class for the Koch Settlement.

This is called "opting out" of the Settlement Class. The deadline for requesting exclusion from the Koch Settlement is **September 23, 2022** (postmarked).

To exclude yourself from the Settlement, you must submit a written request by mail. Your request for exclusion must include:

- The name of the class member wishing to opt out;

- Their current address;

- A statement that the opt out is a Settlement Class member and was compensated for Broiler Grow-Out Services by a Defendant or Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator during the Class Period, along with documentation showing membership in the Settlement Class;

- an express statement that they wish to be excluded from the Koch Settlement in *In re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR; and

- The Class member's signature.

Your request for exclusion must be mailed to the Settlement Administrator with a postmarked date on or before by **September 23, 2022:**

<div align="center">

In re Broiler Chicken Grower Antitrust Litigation (Koch Settlement)
ATTN: Exclusion Request
PO Box 58220
Philadelphia, PA 19102

</div>

If you exclude yourself from the Koch Settlement, you are telling the Court you do not want to be part of the Settlement. You will not be eligible to receive any money from the Settlement; you will not be eligible to object to the Settlement, and; you will keep any rights you currently have to separately sue Koch related to the legal claims the Settlement resolves.

## OBJECTING TO THE SETTLEMENT

| 18. How do I tell the Court if I do not like the Settlement? |
| --- |

If you are a member of the Settlement Class and do not exclude yourself from the Koch Settlement, you may object to the Koch Settlement. If you are a member of the Settlement Class and do not exclude yourself from the Koch Settlement, you may also object to Settlement Class Counsel's request for attorney's fees, unreimbursed litigation costs and expenses, and the proposed plan of allocation.

You cannot ask the Court to modify the Settlement; the Court can only approve or deny the Settlement.

If you wish to object to the Koch Settlement, the proposed plan of allocation or distribution, or Settlement Class Counsel's request for attorney's fees, and unreimbursed litigations costs and expenses, you must do so in writing. To object, you must file a document with the Court by **September 23, 2022** saying that you object to the Koch Settlement in *In re Broiler Chicken Grower Antitrust Litigation No. II*, No. 6:20-md-02977-RJS-CMR. You must include:

- The objector's full name, address, and telephone number;

- A statement saying that the objector objects to the Settlement, the proposed plan of allocation, the

request for fees and expenses, or another component in *In re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR;

- Whether the objector plans to appear at the Fairness Hearing;

- Proof of membership in the Settlement Class, including any documentation evidencing the objector was compensated for Broiler Grow-Out Services by a Defendant or Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator, during the Class Period;

- The specific reasons supporting the objection, along with any supporting materials or documents that you want the Court to consider;

- The identity of the objector's legal counsel, if any; and

- The objector's signature.

You must mail the written objection by First Class U.S. Mail, **postmarked no later than September 23, 2022** to the Court at the following address: United States District Court for the Eastern District of Oklahoma, 101 N. 5th St., Muskogee, OK 74401.

You must also mail your objection by First Class U.S. Mail to Settlement Class Counsel and Counsel for Koch at each of the following addresses by **September 23, 2022:**

| Settlement Class Counsel | Settlement Class Counsel |
|---|---|
| Eric L. Cramer<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Gary I. Smith, Jr.<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106 |

| Counsel for Koch | Counsel for Koch |
|---|---|
| Scott W. Pedigo<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>100 Vision Drive, Suite 400<br>Jackson, MS 39211 | Russell W. Gray<br>BAKER DONELSON BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>633 Chestnut Street, Suite 1900<br>Chattanooga, TN 37450 |

If your objection is not postmarked by the **September 23, 2022** and does not include the information listed above, it may be rejected by the Court.

You may also appear at the Fairness Hearing, either in person or through your own attorney. See Questions 14, 21-23. If you wish to appear at the Fairness Hearing you must include a statement in your written objection that you intend to appear at the hearing and wish to be heard. If you appear through your own attorney, you are responsible for paying that attorney.

**19. What is the difference between objecting and asking to be excluded?**

Objecting is telling the Court that you disagree with something about the Settlement while excluding yourself tells the Court that you do not wish to participate in the Settlement at all. You cannot object to the Koch Settlement if you exclude yourself from it. If you exclude yourself from the Koch Settlement, you cannot object to the Settlement because the Settlement no longer affects you.

**20. Will anyone other than the Court and the lawyers know that I have objected or excluded myself?**

Yes. If you exclude yourself or object to the Koch Settlement, the filings of exclusions and objections with the Court will publicly reveal your identity.

## THE COURT'S FAIRNESS HEARING

**21. When and where will the Court decide whether to approve the Settlement with Koch?**

The Court will hold a Fairness Hearing at **2:00 p.m. on October 28, 2022** in the United States District Court for the Eastern District of Oklahoma, located at 101 N 5th St, Muskogee, OK 74401. If the Court determines that it is appropriate, the hearing may be conducted remotely by telephone or other electronic means. If the Court decides to hold the hearing remotely, Settlement Class Counsel will post that information on the website devoted to the litigation www.BroilerGrowersAntitrustSettlement.com and provide any Settlement Class member that has informed the Court that it intends to participate at the hearing with the information required to participate remotely.

The Court may reschedule the Fairness Hearing or change any of the deadlines described in this notice. The date of the Fairness Hearing may change without further notice. Be sure to check the website, www.BroilerGrowersAntitrustSettlement.com, for news of any such changes.

At this hearing, the Court will consider whether the Koch Settlement is fair, reasonable, and adequate. The Court will also consider Settlement Class Counsel's request for attorney's fees of up to one third of the gross Settlement Fund, unreimbursed litigation costs and expenses not to exceed $3,000,000, and the proposed plan of allocation and distribution. If there are objections, the Court will consider them at the hearing. The Court may decide to permit those Settlement Class members who have previously notified the Court that they wished to appear to speak at the hearing.

At or after the Fairness Hearing, the Court will decide whether to finally approve the Settlement and the related matters raised by Settlement Class Counsel.

**22. Do I have to come to the Fairness Hearing?**

No. Settlement Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish or pay your own lawyer to attend, but it is not necessary. If you send an objection, you do not have to come to Court to talk about it. So long as you mailed your written objection **postmarked by September 23, 2022,** the Court will consider it.

| **23. May I speak at the hearing?** |
| --- |

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must include a statement in your written objection (*see* Question 18) that you intend to appear at the hearing. Be sure to include your name, address, telephone number, and signature as well. You cannot speak at the hearing if you excluded yourself from the Settlement Class.

If you do not object to the Koch Settlement but still wish to speak at the Fairness Hearing, you must send a letter or other written document that expressly states that the letter or document is your "Notice of Intention to Appear" in *In Re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR. Include your name, address, telephone number, and your signature. You must send your "Notice of Intention to Appear" to the addresses listed in Question 18, **postmarked no later than September 23, 2022**.

The Court will decide whether you will be allowed to speak at the Fairness Hearing.

## IF I DO NOTHING

| **24. What happens if I do nothing at all?** |
| --- |

If you do nothing, you will remain a member of the Settlement Class and will have released all your claims against Koch related to the claims in this Action.

If you received a Pre-Populated Claim Form that already has information about the total payments you received from any Defendant or Alleged Co-Conspirator on the Claim Form, and you do nothing, you will still receive a payment. But you may correct or supplement that information by returning the Claim Form if you wish. (see Question 9.1).

If you received an Unpopulated Claim Form that does not include any information about the total payments you received from any Defendant or Alleged Co-Conspirator, or you did not receive a Claim Form at all, and you do nothing, you will not have the right receive any portion of the Settlement Fund. You must complete and submit a Claim Form to the Settlement Administrator to receive a payment (*see* Question 9.2).

## GETTING MORE INFORMATION

| **25. Are more details about the Settlement available?** |
| --- |

Yes. This notice summarizes the Settlement with Koch. You can review the complete Koch Settlement Agreement and get copies of case-related documents, and the lawyers' application to the Court for fees and cost reimbursement and their proposed plan of allocation when it becomes available, as well as other information about the Action at www.BroilerGrowersAntitrustSettlement.com.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS ACTION.

| **26. How do I get more information?** |
| --- |

The website www.BroilerGrowersAntitrustSettlement.com has important Court documents and answers to questions about the Action. You can also call, email, or write to the Settlement Administrator at:

<div align="center">

In re Broiler Chicken Grower Antitrust Litigation (Koch Settlement)

c/o Settlement Administrator

1650 Arch Street, Suite 2210

Philadelphia, PA 19103

1-833-907-3700

Info@BroilerGrowersAntitrustSettlement.com

</div>

15

Exhibit B

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

<<NAME>>
<<C/O>>
<<ADDRESS 1>>
<<ADDRESS2>>
<<CITY>>, <<STATE>> <<ZIP>>
<<COUNTRY>>

[BARCODE]

YOUR CLAIM NUMBER: _____   CONFIRMATION CODE: _____

| BROILER CHICKEN GROWER PRE-POPULATED CLAIM FORM |
|:---:|

Compensation records maintained by the Defendants and Alleged Co-Conspirators indicate that you are a member of the Settlement Class in this action, and are therefore eligible to receive payment from the Settlement with Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (collectively referred to as "Koch").

The Settlement Class includes: "All individuals and entities in the United States and its territories that were compensated for Broiler[1] Grow-Out Services[2] by a Defendant or Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Co-Conspirator, at any time during the period of January 27, 2013, through December 31, 2019 (the "Class Period"). Of note, you do not need to have provided Broiler Grow-Out Services for Koch to receive a payment from the Koch Settlement Fund, you need only have provided Broiler Grow-Out Services for **any** Defendant **or** Alleged Co-Conspirator.

Defendants and Alleged Co-Conspirators have provided to Settlement Class Counsel the total compensation that you were paid by one or more of them for Broiler Grow-Out Services between January 27, 2013 and December 31, 2019. Your payment from the Koch Settlement Fund will be based on that information unless you dispute it.

**Please follow the steps on the following pages below to review and submit this Claim Form. If you do nothing, you will still be eligible for and receive a payment from the Settlement based on the information contained on this Claim Form, but you will waive the right to contest any information contained on this Form. If you exclude yourself from the Settlement, you will not be able to receive a payment from the Settlement, regardless of whether you submit this form.**

**Note, all information contained on this form and that you provide for this form will be maintained confidentially and will not be made available publicly or to any Defendant or Co-Conspirator. Only Settlement Class Counsel, the Court, and the**

---

[1] "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1.d.

[2] "Broiler Grow-Out Services" means Broiler chicken growing services.

[BARCODE]

**Settlement Administrator will have access to any information you provide, including Your identity, unless you object to or exclude yourself from the Settlement, in which case your identity will be publicly available.**

<div style="background:black;color:white;text-align:center">STEP 1: REVIEW YOUR PAYMENT INFORMATION</div>

Records provided by Defendants and Alleged Co-Conspirators indicate that your total compensation for Broiler Grow-Out Services from January 27, 2013, through December 31, 2019, is **$<<Compensation Amount>>**.

The details concerning the amount of your qualifying compensation are set forth below. For purposes of determining a Settlement payment, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

| Integrator | 2013 Comp.* (*beginning January 27) | 2014 Comp. | 2015 Comp. | 2016 Comp. | 2017 Comp. | 2018 Comp. | 2019 Comp. |
|---|---|---|---|---|---|---|---|
| <<Integrator1> | <<2013 Integr | <<2014 Integra | <<2015 Integra | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |

Once you have reviewed the above qualifying compensation information, if you agree with the compensation information listed above, you do not need to do anything else to receive a payment from the Koch Settlement. You do not need to return this Claim Form. Your *pro rata* payment from the Settlement Fund will be based on the compensation information above.

> **Have you moved?** If you have moved since you received this Claim Form, please go to Step 4 and complete the Claimant Information Section with your corrected address and return the Claim Form to the Settlement Administrator as indicated in Step 5. Or update your address by going to www.BroilerGrowersAntitrustSettlement.com. This will ensure that your payment from the Settlement is mailed to the correct address.

**If you <u>do not agree</u> with the qualifying compensation information above or the information is incomplete and you wish to provide corrected or supplemental information, <u>proceed to Step 2.</u>**

<div style="background:black;color:white;text-align:center">STEP 2: CORRECT YOUR PAYMENT INFORMATION</div>

If you do not agree with the qualifying compensation information listed in Step 1 or the prepopulated information is incomplete or incorrect, please indicate so here and complete the information requested below.

☐ **I disagree with the qualifying compensation information above and wish to correct or supplement my compensation information.**

You may correct your qualifying compensation information, upload documentation, and submit your corrected or supplemental information online at www.BroilerGrowersAntitrustSettlement.com. You will need your claim number and confirmation code to do so. Alternatively, you can mail this form and your supporting documentation to:

<div align="center">

In re Broiler Chicken Grower Antitrust Litigation (Koch)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

</div>

If you disagree with the qualifying compensation information above, please fill in the chart below when you submit this Claim Form. For purposes of filling in the chart below, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

**CLAIM NUMBER:** _____   **CONFIRMATION CODE:** _____

| Integrator | 2013 Comp.* (*beginning January 27) | 2014 Comp. | 2015 Comp. | 2016 Comp. | 2017 Comp. | 2018 Comp. | 2019 Comp. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The Settlement Administrator will review your corrected qualifying compensation information. If validated by the Settlement Administrator, your *pro-rata* payment from the Settlement will be based on the corrected total compensation information you provide.

**Proceed to Step 3.**

<div align="center">

**STEP 3: PROVIDE SUPPORTING DOCUMENTATION**

</div>

Attach copies of any records that support your corrected or supplemental qualifying compensation information and attach them to this Claim Form when you return it or upload electronic copies to the website following the instructions above.

These records may include, for example, settlement sheets for the Broiler flocks you raised or year-end accounting statements provided to you by your Integrator.

Please be sure to keep your original documents for your own records.

**Proceed to Step 4.**

| STEP 4: COMPLETE YOUR CLAIMANT INFORMATION AND ATTESTATION |
|---|

Check the applicable box below, complete the Claimant Information section, and sign the attestation:

☐   I disagree with the compensation information and have provided corrected or supplemental information.

☐   I agree with the compensation information provided in Step 1, and only need to update my address.

| CLAIMANT INFORMATION | | |
|---|---|---|
| **CONTACT NAME:** | First | M.I. | Last |
| **COMPANY NAME (IF APPLICABLE):** | Company Name | | |
| **CURRENT MAILING ADDRESS:** | Address 1 | | |
| | Address 2 | | |
| | City | | |
| | State/Province | | |
| | Postal Code | | Country |
| **CONTACT TELEPHONE:** | \|   \|   \|   \| - \|   \|   \| - \|   \|   \|   \| | | |
| **CONTACT EMAIL ADDRESS (IF ANY):** | | | |

By signing below, I certify that (1) the above and foregoing information is true and correct; (2) I warrant that I am the Broiler chicken grower entity Settlement Class member(s) or am an owner, officer or director employed by the Broiler chicken grower entity Settlement Class member(s); (3) I agree to submit additional information, if requested, in order for the Settlement Administrator to process my claim.

Signature: _____   Date: _____

Printed Full Name (First, Middle, and Last): _____

QUESTIONS?  CALL 1-833-907-3700 TOLL FREE OR VISIT WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM

4

[**BARCODE**]

**Proceed to Step 5.**

| STEP 5: SUBMIT YOUR CLAIM FORM |
|:---:|

Mail this completed Claim Form and accompanying documentation to the address below, **postmarked by February 6, 2023** or upload it to the Settlement website using the instructions on the website at www.BroilerGrowersAntitrustSettlement.com **by February 6, 2023**:

<div align="center">

In re Broiler Chicken Grower Antitrust Litigation (Koch)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

</div>

If you already completed and submitted your Claim Form online and received confirmation of successful submission, or you agree with the information provided in this form and do not need to update your address, you do not need to also mail this Claim Form.

# Exhibit C

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

## BROILER CHICKEN GROWER UNPOPULATED CLAIM FORM

Unless you received a Pre-Populated Claim Form, you must fill out, complete, and submit this Claim Form if you believe you are a member of the Settlement Class in this action and want to be eligible to share the Settlement with Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch"). The Settlement Class includes: "All individuals and entities in the United States and its territories that were compensated for Broiler[1] Grow-Out Services[2] by a Defendant or Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Co-Conspirator, at any time during the period of January 27, 2013, through December 31, 2019 (the "Class Period"). Of note, you do not need to have provided Broiler Grow-Out Services for Koch to receive a payment from the Koch Settlement Fund, you need only have provided Broiler Grow-Out Services for any Defendant or Alleged Co-Conspirator.

**Unless you received a Pre-Populated Claim Form, you must complete this Claim Form and mail it to the address listed at the top of this form (postmarked by February 6, 2023) or submit it through the settlement website** www.BroilerGrowersAntitrustSettlement.com **by February 6, 2023 to be eligible to receive a payment from the Koch Settlement Fund. If you exclude yourself from the Koch Settlement, you will not be able to receive a payment from the Settlement, regardless of whether you submit this Claim Form.**

**Note, all information contained on this form and that you provide for this form will be maintained confidentially and will not be made available publicly or to any Defendant or Alleged Co-Conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including your identity, unless you object to or exclude yourself from the Settlement, in which case your identity will be publicly available.**

---

[1] "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1.d.

[2] "Broiler Grow-Out Services" means Broiler chicken growing services.

## COMPLETE YOUR CLAIMANT INFORMATION

| COMPLETE YOUR CLAIMANT INFORMATION | | |
|---|---|---|
| **CONTACT NAME:** | First | M.I. | Last |
| **COMPANY NAME (IF APPLICABLE):** | Company Name | | |
| **CURRENT MAILING ADDRESS:** | Address 1 | | |
| | Address 2 | | |
| | City | | |
| | State/Province | | |
| | Postal Code | Country | |
| **CONTACT TELEPHONE:** | \|__\|__\|__\| - \|__\|__\|__\| - \|__\|__\|__\|__\| | | |
| **CONTACT EMAIL ADDRESS (IF ANY):** | | | |

The total *pro rata* payment amount you receive will be calculated based on qualifying compensation you received from any Defendant or Alleged Co-Conspirator for Broiler Grow-Out Services between January 27, 2013 and December 31, 2019. You have two options available to you to substantiate your qualifying payments.

## OPTION ONE: COMPLETE YOUR CLAIMANT INFORMATION AND PROVIDE SUPPORTING DOCUMENTATION

Option One: You can provide the total amounts you were paid by any Defendant or Co-Conspirator for the provision of Broiler Grow-Out Services in the following chart and you must provide supporting documentation of those amounts, such as settlement sheets for the Broiler flocks you raised or yearend accounting statements provided to you by your Integrator. Defendants and Alleged Co-Conspirators include:

- Amick Farms, Inc.
- Case Foods
- Claxton Poultry Farms
- Fieldale Farms Corp.
- Foster Farms
- George's, Inc.
- Harrison Poultry, Inc.
- House of Raeford Farms
- Keystone Foods
- Koch Foods, Inc.
- Mar-Jac Poultry, Inc.
- Marshall Durbin Companies
- Mountaire Farms
- Norman W. Fries, Inc.
- O.K. Industries
- Peco Foods, Inc.
- Perdue Foods, LLC
- Pilgrim's Pride Corporation
- Sanderson Farms, Inc.
- Simmons Foods
- Tyson Foods, Inc.
- Wayne Farms

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

For purposes of determining a Settlement payment, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

| Year | Total Compensation for Broiler Grow-Out Services |
|---|---|
| 2013*<br>(*beginning January 27) | $ |
| 2014 | $ |
| 2015 | $ |
| 2016 | $ |
| 2017 | $ |
| 2018 | $ |
| 2019 | $ |

The Settlement Administrator will review the compensation information you have provided. If validated by the Settlement Administrator, your *pro rata* award from the Settlement fund will be calculated based on the total compensation information you provide.

| **OPTION TWO: PROVIDE INFORMATION FOR THE SETTLEMENT ADMINISTRATOR TO ESTIMATE YOUR PAYMENTS OVER THE CLASS PERIOD** |
|---|

Option Two: If you do not know what the total amount you were paid is and/or you do not have supporting documentation of those amounts such as settlement sheets for the Broiler flocks you raised, the Settlement Administrator can generate an estimate of your claim amount based on available data.

If you provide (1) the name of the Defendant(s) or Alleged Co-Conspirator(s) for which you grew broilers, (2) the years in which you provided those services, (3) the number of farms you operated, and (4) the number of flocks you grew in a given year *if* you performed Broiler Grow-Out Services for a partial year (e.g., half a year), then if your claim is validated by the Settlement Administrator, your *pro rata* payment will calculated based on available industry data.

| Year | Defendant or Co-Conspirator to which you provided Broiler Grow-out Services | Number of Farms You Operated[3] | Number of Flocks[4] |
|---|---|---|---|
| 2013*<br>(*beginning on January 27) | | | |
| 2014 | | | |
| 2015 | | | |
| 2016 | | | |

---

[3] Note, the Number of Farms you Operated column is *not* asking for the number of chicken houses on your farms, but instead whether you operated separate and distinct farming operations at distinct locations, and if so, how many. If you only operated one farm, simply answer "1."

[4] You *only* need to populate the Number of Flocks Column if you performed Broiler Grow Out Services for a partial year, for example, if you started with your Integrator or stopped with your Integrator mid-year.

**QUESTIONS?  CALL  1-833-907-3700 TOLL FREE OR VISIT**
**WWW.BROILERGROWERSANTITRUSTSETTLEMENT.COM**

| | | | |
|---|---|---|---|
| 2017 | | | |
| 2018 | | | |
| 2019 | | | |
| **Total** | | | |

<div style="text-align:center">

**COMPLETE YOUR ATTESTATION**

</div>

By signing below, I/we certify that (1) the above and foregoing information is true and correct; (2) I warrant that I am the Broiler chicken grower entity Settlement Class member(s) or am an owner, officer or director employed by the Broiler chicken grower entity Settlement Class member(s); (3) I agree to submit additional information, if requested, in order for the Settlement Administrator to process my claim.

Signature: _____ Date: _____

Printed Full Name (First, Middle, and Last): _____

Title: _____

<div style="text-align:center">

**SUBMIT YOUR CLAIM FORM**

</div>

Mail this completed Claim Form and accompanying documentation to the address below, **postmarked by February 6, 2023** or upload it to the Settlement website using the instructions on the website at www.BroilerGrowersAntitrustSettlement.com by **February 6, 2023:**

<div style="text-align:center">

In re Broiler Chicken Grower Antitrust Litigation (Koch)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

</div>

Exhibit D

If You Were Paid to Provide **Broiler Chicken Grow-Out Services** at Any Time **Between January 27, 2013** and **December 31, 2019,** a Class Action Settlement with Koch May Affect Your Legal Rights.

**CLICK HERE**
for more
Information



If You Were Paid to Provide **Broiler Chicken Grow-Out Services** at Any Time **Between January 27, 2013** and **December 31, 2019,** You May Be Eligible for a Payment from a Class Action Settlement with Koch.

**CLICK HERE**
for more
Information

If You Were Paid to **Provide Broiler Chicken Grow-Out Services** at Any Time **Between January 27, 2013** and **December 31, 2019**, a Class Action Settlement with Koch May Affect Your Legal Rights.

**CLICK HERE** for more information



If You Were Paid to **Provide Broiler Chicken Grow-Out Services** at Any Time **Between January 27, 2013** and **December 31, 2019**, You May Be Eligible for a Payment from a Class Action Settlement with Koch.

**CLICK HERE**
for more information

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time

You may be entitled to a Payment from a Class Action Settlement with Koch.

CLICK HERE for more information

If You Were Paid to **Provide Broiler Chicken Grow-Out Services** at Any Time **Between January 27, 2013** and **December 31, 2019**, a Class Action Settlement with Koch May Affect Your Legal Rights.

CLICK HERE for more information





If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time

CLICK HERE for more information

at Any Time Between January 27, 2013 and December 31, 2019,
a Class Action Settlement with Koch May Affect Your Legal Rights.

for more
information



If You Were Paid to **Provide** Broiler Chicken Grow-Out Services at Any Time **Between January 27, 2013** and **December 31, 2019**, You May Be Eligible for a Payment from a Class Action Settlement with Koch.

**CLICK HERE** for more information

If You Were Paid to **Provide Broiler Chicken Grow-Out Services** at Any Time **Between January 27, 2013** and **December 31, 2019**, a Class Action Settlement with Koch May Affect Your Legal Rights.

**CLICK HERE**
for more
Information

If You Were Paid to **Provide Broiler Chicken Grow-Out Services** at Any Time **Between January 27, 2013** and **December 31, 2019**, a Class Action Settlement with Koch May Affect Your Legal Rights.

**CLICK HERE** for more information



If You Were Paid to **Provide Broiler Chicken Grow-Out Services** at Any Time **Between January 27, 2013** and **December 31, 2019**, You May Be Eligible for a Payment from a Class Action Settlement with Koch.

**CLICK HERE** for more information

Exhibit E



Angeion Group
Sponsored · 🌐

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Koch May Affect Your Legal Rights.

BROILERGROWERSANTITRUSTSETTLEMENT.COM

**In Re Broiler Chicken Grower Antitrust Litigation (No. II)**

Learn More



# Exhibit F

# Divide

Continued from Page 2A

opment.

Neighborhoods like his are becoming scarce again and he's not sure how much longer they'll last. He only hopes it'll be throughout his children's lifetime.

"You can't stop progress," Rahn said, "Everything is moving out this way now."

## Growing the city through annexation

Only a small fraction of Port Wentworth's residents ended up deciding the city's fate. To annex, the vote needed a double majority referendum on both sides of the city border, according to state regulations. Some were unaware an annexation vote was even taking place.

According to a Dec. 29, 2005 Savannah Morning News article, only about 400 of the more than 1,400 possible voters participated. Inside the city, the vote was 292-58. From the previously unincorporated area, the vote was 50-24.

Rural pineland made up most of the once-unincorporated area, save for a few neighborhoods, such as the Pine Forest subdivision built in 1963 just north of Georgia 30; the mostly Black, agricultural communities along Monteith and Meinhard roads; and historically Black, rural neighborhoods on Saussy and Berrien Roads.

Georgia Benton, a longtime Black resident of the Saussy community, said she and her husband resisted the change. As a mostly white city in the Deep South, Port Wentworth had an ugly reputation, she said.

"If I had known they were going to annex us in, I wouldn't have come out this side," said Benton. "You didn't stay in that town after five o'clock."

When Benton was a young girl, her mother worked at a laundromat in downtown Port Wentworth. At the time they lived in Yamacraw Village, a public housing development on downtown Savannah's western edge.

Benton recalls the fear that gripped her mother when she missed the 5 p.m. bus after work one day. The only way back to Yamacraw was to travel on foot. To this day, Benton remembers her mother's journey, walking from one Black neighborhood to the other as safety checkpoints.

"She said, 'Baby, I knew if I made it to Gordon Road (later named Grange Road), I'd be okay'," recounted Benton. "If I made it past Francis Bartow, I'd be okay'."

When the annexation vote prevailed, thousands of acres of land, including Georgia's five-acre homestead, were brought into the city's fold.

It would be several years before the city took advantage of the new acreage and over a decade before Benton and her neighbors launched protests against a city that failed to account for their quality of life.

In time, rapid development of Port Wentworth's promised land would churn vigorously, and, along with it, existing tensions.

## The explosive growth of 'new' Port Wentworth

Bring in water and sewer and, soon, the development will follow. This was the logic of Port Wentworth's municipal planners in the year 2000.

While the rest of Chatham County's population grew, Port Wentworth, stymied by industry, dropped another 700 people in the 1990s, threatening their

per-capita-based funding.

If Port Wentworth was to still exist, it needed more people, more housing.

The saving grace: A controversial $2 million investment to extend water and sewer infrastructure to the northwest portion of the city. To help pay for the venture, then-mayor John Hinely's administration levied the first property tax in 20 years, upsetting existing residents who voted him and his supporters out the next term.

What followed their ousting was unprecedented. In the next two decades: three major housing developments would bring in more than 8,000 households and a demographic that greatly differed from the tight-knit old Port Wentworth.

City officials, eager to save the diminishing town from industry, would fail to see their missteps, blinded by the untapped potential of the more than 5,000 acres.

"We were hungry for development, we wanted homes up there," said past council member Bill Herrin, who served several terms starting in 2001. "We saw the growth in Pooler and we wanted it in Port Wentworth."

So, when developers began descending on the ripened land, people thought Port Wentworth was finally entering its renaissance.

An April 29, 2001 Savannah Morning News article noted that several residential housing developers had called Port Wentworth officials to express interest, with support from area banks.

"It seems like everyone is looking to us," then-councilmember Ed Young is quoted as saying in that news story.

Finally, Port Wentworth would thrive.

## Annexation leads to a tale of two cities

On the morning of February 2, 2006, Georgia Benton and about 35 other north Port Wentworth residents marched up the steps to the Georgia Capitol. The group, which encompassed the North Port Wentworth Citizen's Council, had chartered a bus to travel the 250 miles to Atlanta to demand the reversal of the 1989 annexation.

For Benton and other residents on the north, the incorporation brought only strife and disparities. Before, under county jurisdiction, their homes were kept up, they said. The ditches along their property were unclogged, their yards didn't flood and their pleas were not ignored.

The city council seemed intent on expanding the subdivisions on the north-side, said Benton, and the area's existing communities were being forsaken.

The north siders had a unified complaint: Resources were sorely lacking in an area poised for rapid growth. Over 16 years, the city hadn't built any parks or recreation fields in their part of town, they said.

Now, another 16 years later and a doubling in population, residents lament the same things and council members make the same promises.

"Why do we need so many warehouses when we don't have a park for our kids to play baseball," asked Hanks at the March 24 council meeting.

The solution for the north side, over a decade and a half ago, was to split the city into voting districts so the north end would be guaranteed council representation. So far, that has spurred little progress, and even reinforced divisions. Those representing one side of town, or perceived to be in their political alignment, are demonized by the other.

Arguments have stalled council meetings and shut down city hall, impeding progress and distracting from quality of life issues that stem from

years of poor city planning.

Decisions from the past have resulted in dire consequences for a city that continues to face pressure from industrialization bolstered by the ports.

The evolution has resulted in a dissatisfied north side. Rural and agricultural areas feel sidelined by ignorance or indifference from local government administrations. New development has outpaced community resources. Young families in still-growing subdivisions wonder why there is no recreation, no libraries, no urgent care centers, no sit-down restaurants – markers of what could be a flourishing city.

Meanwhile, the aging community in the old part of the city has watched its downtown district fade out and small businesses leave town. Newer, mainly transient residents attracted by lower housing costs in the area are rethreading the fabric of a once-homogenous and more permanent community.

Holbrook, a long time resident of downtown Port Wentworth who served a term as mayor in 2001, has seen the change and feels the uncertainty.

"I have people come by here and say,

'You're having breakfast right here in container berth 13 and you don't even know it'," said Holbrook. "It may be some day -- probably for my grandchildren, but I don't think it's going to be me."

On nearly all sides, old Port Wentworth is being squeezed by industrialization. The north end is feeling the pressure as well. Residents see manufacturing and logistics warehouses cropping up along the GA-21 corridor and in their neighborhoods. They can't help but worry if residential life in the city will be sustainable in the coming decades.

For the time being, Holbrook believes they're safe.

"They (the Georgia Ports Authority) have projects going on on the other side of the river," said Holbrook, referring to plans to build terminals on Hutchinson Island and Jasper County, S.C.

"But if they need it, they'll take it."

*Nancy Guan is the general assignment reporter covering Chatham County municipalities. Reach her at nguan@gannett.com or on Twitter @nancyguann.*



USA TODAY NETWORK

**Dining Deals USA**

TODAY'S BONUS CODE

**DJCFTN8**
**BONUS CODE**

1) Register and enter codes at: **www.diningdealsusa.com**
2) Enter today's code before Wednesday, July 13 at 11:59 p.m.
3) Redeem today's bonus code for coupon redemptions that interest you. Coupons cover restaurants, travel, family fun, automotive, shopping and more!

*entertainment.

* Discounts vary by merchant, location and offer; subject to availability. Offers may change without notice. Total savings vary based on the number of discounts and coupons redeemed and value of offers.

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019,**
**A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. Koch Settlement § 10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by February 6, 2023, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by September 23, 2022. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by September 23, 2022. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at 2:00 p.m. on October 28, 2022 to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

*This notice is only a summary.*

For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com,
email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

SG-31151327



GUTTER SOLUTIONS LLC

Gutter & Leaf Guard Specialists
Soffit & Fascia Repair

• Senior Discounts
• Military Discounts

**20% OFF**
To Any New Customers!!!

No Obligation
**FREE** Estimate!!

(912) 202-0537

www.guttersolutionllc.com

# PUBLIC NOTICES

**Georgia Public Notice**

We are a public service made possible by the newspapers of Georgia. This easy-to-use website is designed to assist citizens who want to know more about the actions of local, county and state government as well as events occurring in their area and other such systems.

WHAT'S AVAILABLE - This website is a compilation of public notices published in newspapers throughout the state of Georgia. GeorgiaPublicNotice.com offers access 24 hours a day, seven days a week to statewide notices about foreclosures, hearings, advertisements for bids, financial reports, ordinances and other government activities that are legally required to be published.

IS IT FREE? - The public notices that appear on this website are available to GeorgiaPublicNotice.com users at no charge and were originally published in Georgia newspapers, the trusted source for all community information.

**IN THE PROBATE COURT OF EVANS COUNTY STATE OF GEORGIA IN RE: ESTATE OF CAROLYN G. SMITH, DECEASED**
**NOTICE**

For discharge from office and all liability

IN RE: Petition for Discharge of Personal Representative

TO: All and singular the heirs of said decedent, and to whom it may concern:

This is to notify you to file an objection, if there is any, to the above-referenced petition, in this Court on or before AUGUST 8, 2022.

BE NOTIFIED FURTHER: All objections to the petition must be in writing, setting forth the grounds of any such objection, and if any objections should be sworn to before a notary public or before a probate court clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact probate court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the petition may be granted without a hearing.

DARIN MCCOY
Judge of the Probate Court
P.O. BOX 852
CLAXTON, GA 30417
912-739-4080
C/J13

Hallman

**IN THE PROBATE COURT OF EVANS COUNTY STATE OF GEORGIA IN RE: ESTATE OF AUSTIN LEROY WALKER, DECEASED PETITION FOR LETTERS OF ADMINISTRATION NOTICE**

To Whom It May Concern:

JOEY LEROY WALKER has petitioned to be appointed administrator of the estate of AUSTIN LEROY WALKER, deceased, of said county. The petitioner has also applied for waiver of bond, waiver of reports, waiver of statements, and/or grant of certain powers contained in O.C.G.A. § 53-12-261. All interested persons are hereby notified to show cause why said petition should not be granted. All objections to the petition must be in writing, setting forth the grounds of any such objections, and must be filed with the Court on or before

AUGUST 8, 2022.

BE NOTIFIED FURTHER: All objections should be sworn to before a notary public or before a probate court clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact probate court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the petition may be granted without a hearing.

DARIN MCCOY
Judge of the Probate Court
P.O. BOX 852
CLAXTON, GA 30417
912-739-4080
C/A3

**STATE OF GEORGIA COUNTY OF EVANS NOTICE OF SALE UNDER POWER**

Because of a default under the terms of the Security Deed executed by James Wallace and Allison Wallace to Mortgage Electronic Registration Systems, Inc., as grantee, as nominee for R. H. Lending, Inc., its successors and assigns dated September 6, 2011, and recorded in Deed Book 284, Page 221, as last modified in Deed Book 325, Page 172, Evans County Records, said Security Deed having been last sold, assigned, transferred and conveyed to Carrington Mortgage Services LLC, securing a Note in the original principal amount of $133,527.00, the holder thereof pursuant to said Deed and Note thereby secured has declared the entire amount of said indebtedness due and payable and, pursuant to the power of sale contained in said Deed, will on the first Tuesday, September 6, 2022, during the legal hours of sale, before the Courthouse door in said County, sell at public outcry to the highest bidder for cash, the property described in said Deed, to wit:

All that certain lot, tract, or parcel of land situate, lying, and being in the 401st G. M. District of Evans County, Georgia, containing 1.00 acres, more or less, being bounded, now or formerly, as follows: North, East and South by lands of Jimmy G. Smith, Sr.; and West by the centerline of an existing 30'existing road. Said lot is more fully shown upon a plat of survey prepared by John O. Parker, Surveyor, dated August 9, 2011, recorded in Plat Book 17, Page 63, as revised in Plat Book 17, Page 103, Evans County Georgia Records, specific reference to which is made a part of this description.

TOGETHER WITH an improvement and immovable fixture permanently attached hereto a 2010 Cavalier Model 09-A6562 32' x 68' Manufactured Home Serial No. BL10GA0139299AB.

Said property is known as 824 Milton Glisson Road, Claxton, GA 30417, together with all fixtures and personal property attached to and constituting a part of said property, if any.

Said property will be sold subject to any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable), the right of redemption of any taxing authority, any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed first set out above.

The proceeds of said sale will be applied to the payment of said indebtedness and all expenses of said sale as provided in said Deed, and the balance, if any, will be distributed as provided by law.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the secured creditor.

The property is or may be in the possession of James Wallace; Allison Wallace, successor in interest or tenant(s).

Carrington Mortgage Services, LLC as Attorney-in-Fact for
James Wallace and Allison Wallace
File no. 16-061336
LOGS LEGAL GROUP LLP*
Attorneys and Counselors at Law
211 Perimeter Center Parkway, N.E., Suite 300
Atlanta, GA 30346
(770) 220-2535/KMM
https://www.logs.com/

*THE LAW FIRM IS ACTING AS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
C/A3

**NOTICE TO DEBTORS AND CREDITORS GEORGIA, EVANS COUNTY**

All creditors of the estate of HARRY CAREY COLEY, deceased, are hereby required to render an account of their demands to me within the time allowed by law, properly made out; and all persons indebted to said deceased are hereby requested to make immediate payment to the undersigned.

This 5th day of July, 2022

GLENDA D. COLEY,
Executrix of the Estate
of
HARRY CAREY COLEY
c/o B. Jay Swindell
B. Jay Swindell, P.C.
Post Office Box 923
Hagan, Georgia 30429
(912) 739-4884
C/J27

**IN THE SUPERIOR COURT OF EVANS COUNTY STATE OF GEORGIA IN RE: RHONDA RICKS-BOGGS**
**CIVIL ACTION FILE NO. 22-V-51-JS**
**NOTICE OF PETITION TO CHANGE NAME GEORGIA, EVANS COUNTY**

Notice is hereby given that Rhonda Ricks-Boggs, the undersigned, filed petition to the Superior Court of Evans County, Georgia on the 26th day of May, 2022, praying for a change in the name of petitioner from Rhonda Ricks-Boggs to Rhonda Rosa Ricks.

Notice is hereby given pursuant to law to any interested or affected party to appear in said Court and to file objections to such name change. Objections must be filed with said Court within 30 days of the filing of said petition.

This 28th day of June, 2022.

Rhonda Ricks-Boggs
Petitioner
C/J27

**NOTICE OF SALE UNDER POWER GEORGIA, EVANS COUNTY**

By virtue of a Power of Sale contained in that certain Security Deed from **JIMMY L. MCKEVER** and **FRANCIS M MCKEVER** to **WMC MORTGAGE CORP.**, dated March 23, 1999, recorded April 9, 1999, in Deed Book 189, Page 41-54, Evans County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Sixty-Four Thousand Six Hundred and 00/100 dollars ($64,600.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to GITSIT Solutions LLC, there will be sold at public outcry to the highest bidder for cash at the Evans County Courthouse, within the legal hours of sale on the first Tuesday in August, 2022, all property described in said Security Deed including but not limited to the following described property:

ALL THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATE, LYING AND BEING IN THE 1739TH G.M. DISTRICT OF EVANS COUNTY, GEORGIA AND IN THE TOWN OF BELLVILLE, DESIGNATED AS 1.31 ACRES ON A PLAT PLAN DATED DECEMBER 18, 1970, PREPARED BY LAMAR O. REDDICK SURVEYOR, FOR JOHNIE BERRY AND LUCILLE GOODMAN BERRY, AND RECORDED IN PLAT BOOK 2, PAGE 117, PUBLIC RECORDS OF EVANS COUNTY, GEORGIA, FRONTING SOUTHERLY ON GEORGIA HIGHWAY NO. 292 A DISTANCE OF 277.0 FEET AND BOUND AS FOLLOWS:NORTHERLY BY LANDS OF ROGERWOOD A DISTANCE OF 288.5 FEET; EASTERLY BY LANDS OF HERBERT BACON A DISTANCE OF 221.0 FEET; SOUTHERLY BY GEORGIA HIGHWAY NO. 292 A DISTANCE OF 277.0 FEET AND WESTERLY BY LANDS OF ARTIS MINCEY A DISTANCE OF 181.5 FEET.

THE AFORESAID PLAT AND THE DESCRIPTION THEREON ARE BY REFERENCE INCORPORATED HEREIN AS A PART OF THIS DESCRIPTION LESS AND EXCEPT THAT CERTAIN LOT, TRACT OR PARCEL OF LAND LYING AND BEING SITUATE IN 1739TH G.M. DISTRICT EVANS COUNTY, GEORGIA CONTAINING 0.43 ACRES OF LAND AS SHOWN ON THAT PLAT OR SURVEY RECORDED IN AFORESAID PROPERTY RECORDS IN PLAT BOOK 10, PAGE 114. SAID PLAT BEING INCORPORATED HEREIN BY REFERENCE. THIS PROPERTY IS FURTHER DESCRIBED IN THAT CERTAIN DEED RECORDED IN AFORESAID PROPERTY RECORDS IN DEED BOOK 128, PAGE 50, WHICH IS INCORPORATED HEREIN.

Said legal description being controlling, however the property is more commonly known as HWY 292, BELLVILLE, GA 30414.

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the abovenamed or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed.

To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is JIMMY L MCKEVER, FRANCIS M MCKEVER, ESTATE AND/OR HEIRS-AT-LAW OF FRANCIS M MCKEVER, or tenant(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed.

The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Kondaur Capital, LLC fka Kondaur Capital Corp., Loss Mitigation Dept., 333 South Anita Drive Suite 400, Orange, CA 92868. Telephone Number: 888-566-3287. Nothing in O.C.G.A. Section 44-14-162.2 shall be construed to require a secured creditor to negotiate, amend, or modify the terms of the mortgage instrument.

GITSIT SOLUTIONS LLC
as Attorney in Fact for
JIMMY L MCKEVER, FRANCIS M MCKEVER

THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071 Telephone Number: (877) 813-0992 Case No. KCP-22-01274-1

Ad Run Dates 07/06/2022, 07/13/2022, 07/20/2022, 07/27/2022
rlselaw.com/property-listing
P/J27

**NOTICE OF SALE UNDER POWER GEORGIA, EVANS COUNTY**

Under and by virtue of the Power of Sale contained in a Security Deed given by **Angela Kempel and Kristopher Kempel to Mortgage Electronic Registration Systems, Inc.**, as grantee, as nominee for LoanDepot.com LLC, its successors and assigns, dated January 5, 2019, recorded in Deed Book 322, Page 124, Evans County, Georgia Records, as last transferred to loanDepot.com, LLC by assignment recorded in Deed Book 332, Page 563, Evans County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of ONE HUNDRED TWENTY-TWO THOUSAND AND 0/100 DOLLARS ($122,000.00), with interest thereon as set forth therein, there will be sold at public outcry to the highest bidder for cash before the courthouse door of Evans County, Georgia, or at such place as may be lawfully designated as an alternative, within the legal hours of sale on the first Tuesday in August, 2022, the following described property:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed. The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Security Deed and by law, including attorney's fees (notice pursuant to O.C.G.A. § 13-1-11 having been given).

Said property will be sold subject to any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), the right of redemption of any taxing authority, any matters which might be disclosed by an accurate survey and inspection of the property, and any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed first set out above. Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned.

loanDepot.com LLC is the holder of the Security Deed to the property in accordance with OCGA § 44-14-162.2.

The entity that has full authority to negotiate, amend, and modify all terms of the mortgage with the debtor is: Loan-Depot.com LLC, 25500 Commercentre Dr, Lake Forest, CA 92630, 866-258-6572.

Note, however, that such entity is not required by law to negotiate, amend or modify the terms of the loan.

To the best knowledge and belief of the undersigned, the party in possession of the property is Angela Kempel and Kristopher Kempel or a tenant or tenants and said property is more commonly known as 105 S Ralph St, Claxton, Georgia 30417. Should a conflict arise between the property address and the legal description the legal description will control.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

loanDepot.com LLC
as Attorney in Fact for
Angela Kempel and Kristopher Kempel
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
www.foreclosurehotline.net
**EXHIBIT "A"**
ALL THAT LOT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE 1607TH G. M. DISTRICT, EVANS COUNTY, GEORGIA AND LYING IN THE CITY OF CLAXTON, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: FRONTING EASTWARDLY ON MCLEAN STREET A DISTANCE OF 78 FEET AND EXTENDING BACK WESTWARDLY BETWEEN PARALLEL LINES A DISTANCE OF 90 FEET, AND BOUNDED NOW OR FORMERLY AS FOLLOWS NORTH BY LANDS OF MRS. NEZZIE K. WATERS; EAST BY MCLEAN STREET; SOUTH BY A 20 FOOT ALLEY; AND WEST BY LANDS OF MRS. P.H. PERKINS.

ALSO: ALL RIGHTS UNDER THE EASEMENT DATED OCTOBER 24, 1990, RECORDED IN DEED BOOK 115, PAGE 330, EVANS COUNTY, GEORGIA RECORDS, SITUATE IN THE COUNTY OF EVANS, STATE OF GEORGIA
MR/chr 8/2/22
Our file no. 21-05889GA - FT18
P/J27

**IN THE PROBATE COURT OF EVANS COUNTY STATE OF GEORGIA IN RE: ESTATE OF JULIE BASS SIKES, DECEASED PETITION FOR LETTERS OF ADMINISTRATION NOTICE**

To Whom It May Concern:

SHANE SIKES has petitioned to be appointed administrator of the estate of JULIE BASS SIKES, deceased, of said county. The petitioner has also applied for waiver of bond, waiver of reports, waiver of statements, and/or grant of certain powers contained in O.C.G.A. § 53-12-261. All interested persons are hereby notified to show cause why said petition should not be granted. All objections to the petition must be in writing, setting forth the grounds of any such objections, and must be filed with the Court on or before AUGUST 1, 2022.

BE NOTIFIED FURTHER: All objections should be sworn to before a notary public or before a probate court clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact probate court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the petition may be granted without a hearing.

DARIN MCCOY
Judge of the Probate Court
P.O. BOX 852
CLAXTON, GA 30417
912-739-4080
C/J27

Callaway, Neville & Brinson

**IN THE SUPERIOR COURT OF EVANS COUNTY STATE OF GEORGIA**
MARIA ISABEL PONCE MEJIA-SANTANA, Plaintiff,
vs.
MIGUEL MEJIA-SANTANA, Defendant.
Civil Action No. SUV2022000046
NOTICE OF PUBLICATION
TO: MIGUEL MEJIA-SANTANA

By Order for Service by Publication filed June 15, 2022, You are hereby notified that on the 26th day of May, 2022, the Plaintiff filed against you a Complaint for Divorce.

You are required to file with the Clerk of the Superior Court of Evans County, and to serve upon the Plaintiff's Attorney, David E. Laesser, II, at this address: Post Office Box 276, Claxton, Georgia 30417 an answer to the Complaint within sixty (60) days of the date of the order for publication.

WITNESS, the Honorable Charles P. Rose, Jr., Judge of this Superior Court.

This 23rd day of June, 2022.

Kathy P. Hendrix, Clerk
Evans County, Georgia
Southern Legal Group
C/J20

**NOTICE TO DEBTORS AND CREDITORS STATE OF GEORGIA COUNTY OF EVANS**

IN RE: ESTATE OF GORDON FRANCIS COLSON, DECEASED

All creditors of the estate of GORDON FRANCIS COLSON, Deceased, late of Evans County, are hereby notified to render their demands to the undersigned according to law, and all persons indebted to said estate are required to make immediate payment to me.

Gordon Frank Colson, Jr., Administrator
of Estate of Gordon Francis Colson
386 Ingram Road
Springfield, Ga. 31329
C/J13

Callaway, Neville & Brinson

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grower-Out Services at Any Time Between January 27, 2013 and December 31, 2019,
A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay benefits to Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. Koch Settlement S.12.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **February 6, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by **September 21, 2022**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **September 21, 2022**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on October 28, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

MONDAY, JULY 11, 2022 | THE ATLANTA JOURNAL-CONSTITUTION

A5

# WORLD

## CONTINUING COVERAGE WAR IN UKRAINE

# Assessing what's left: 'I miss my home so much'

Helping those with homes in ruins will be enormous task.

**Emma Bubola
and Maria Specia**
c. 2022 The New York Times

When she fled her home in eastern Ukraine, Hanna Obuzhevanna, 71, gave her keys to her neighbor to water the blooming cyclamen on her balcony, thinking she would be back in just a few weeks.

Three months later, she is sleeping with her two sons in a room of an old church building in the city of Pavlograd, in central Ukraine. Back home, a missile wrecked her bedroom, soldiers destroyed her piano and the town is in Russian hands.

"I am sitting in someone else's damp room. I am wearing someone else's sweater. The dishes are not mine. I am sleeping on a bed that is not mine. Outside the window, everything is also foreign. I miss my home so much," she said. "But there is no way I will go back there if there are Russian occupiers."



Valentyna Chernenko surveys the wreckage of her home last week after it was destroyed by shelling in mid-March in the village of Moschun, near Kyiv, Ukraine. Millions of people are estimated to be displaced inside Ukraine, posing a challenge that will loom long after the war. EMILE DUCKE/THE NEW YORK TIMES

### Uprooted but still within Ukraine

Obuzhevanna and her family are among more than 10 million Ukrainians uprooted from their homes – roughly one-third of the population whose cities are now crater-pocked ruins, occupied territory or in the crosshairs of artillery.

About 5 million Ukrainian refugees have fled west across borders into the European Union, a migration through the continent unseen since World War II, but another humanitarian crisis has transformed the inside Ukraine: that of the millions of people who, like Obuzhevanna, have sought refuge in other parts of the country.

Ukraine faces a herculean challenge to help them.

The country is struggling to fend off a formidable aggressor that has just seized one province and is moving to take another, undaunted by heavy casualties on both sides. It is trying to navigate a devastating economic crisis, with the cost of rebuilding alone estimated at $750 billion. And all the while, with the outcome of the war unknown, Ukraine needs to somehow help the displaced millions either return to their homes or find new ones entirely.

Most of the internally displaced people are now coming from the country's east, especially the Donbas region, where the Russian offensive has already emptied the land of about half its prewar population.

With that advance, more people are being forced from their homes every day simply to survive.

### Despair grows; decisions ahead

With no diplomatic solution to the war in sight, despair is growing among the displaced. With each



A man surveys the damage to his cousin's home in Sloviansk. As citizens wonder whether their land will return to Ukrainian control, many fear that not enough will be left to matter. MAURICIO LIMA FOR THE NEW YORK TIMES

passing day, as more and more towns are reduced to the conditions of Mariupol, the southern city pulverized by weeks of Russian siege, many are becoming increasingly worried that there might be nowhere to go back to at all.

Some of the territory where the war is playing out in the east has been fought over for years. In 2014, pro-Kremlin separatists declared two breakaway republics there.

Now many people displaced by the invasion fear that their land may never return to Ukrainian control and are divided about what they would do in that scenario. Some say they will find a way to return. Others insist they would rather lose everything than live under Russian control.

Most realize that even if Ukraine retakes their hometowns, there could be little left behind by the Russian army's scorched-earth tactics – which have demolished houses, water lines and power plants – other than dust and debris.

Boarding trains and buses, civilians have poured out of cities and towns across eastern Ukraine, fleeing for the relative safety of the west and the capital, Kyiv. Some have left in humanitarian convoys, navigating treacherous roadways under the threat of gunfire and shelling. Others have left on foot, literally running for their lives.

"There are now no schools, hospitals, businesses," said Vladislav Obuzhevamyi, Obuzhevanna's son, who lived in Rubizhne – a city that, along with its province of Luhansk, was taken by Russia. "Now it's a dead city."

With a meager government subsidy, Obuzhevannyi and his mother could not afford to rent a place. They

call the old church building where they are staying the "chicken coop," but the building, made available to them by a local priest, was the only option available to them for free.

### Remembering 'destroys me from sadness'

Shelters have sprung up in public buildings. Gyms and university dorms have been converted, and some modular homes have been set up. The majority of internally displaced people, much like refugees abroad, are women and children, and many face shortages of food, water and basic necessities, according to the United Nations. A shortfall in international aid has further strained local resources,

U.N. experts say.

"The state was not ready for such a scale of displaced persons in many areas," Vitaly Muzychenko, the deputy minister of social policy for Ukraine, said at a news conference this week.

Many Ukrainians were not ready, either, and were able to take only the barest essentials when they fled.

When the war began, some packed just their documents and a handful of belongings, hopeful they could be back soon. Parents who were along the front and unable to leave because of jobs in the military or essential industries sent their unaccompanied children west, in the care of their teachers. Others simply ran as bombs fell around them, with nothing but the

clothes on their backs.

In east Ukraine, the uncertainty of war was already painfully familiar in communities where the conflict between pro-Russian forces and Ukrainian troops has raged for eight years.

Ukrainians there could never be sure when violence might erupt, how long it might last and when they might get back if they had to flee. Some gave instructions to relatives or friends to feed pets they left behind. Some left out tools to start repairs once they came back.

But this time, many fear they never will and have begun to try to adjust to this new reality.

Oksana Zelinska, 40, who was the principal of a preschool in Kherson, a southern city now occupied by Russian forces, fled her home in April with her children, a co-worker and her co-worker's children. Her husband remained behind, and she would like to return. But at least for now, she is staying in the west for her children.

Zelinska has begun volunteering at the community kitchen that she used when she first arrived, peeling potatoes and preparing food for the dozens who troop in daily. "When we came here, I needed to do something," she said. "It was difficult, and I didn't want to sit around getting depressed."

In Pavlograd, Obuzhevanna misses riding her bicycle out of town back home and taking care of her tidy vegetable garden there, surrounded with fruit trees. But recently, near her "chicken coop" of a home in the church, she found a square of unkept land.

She has managed to plant tomatoes, cucumbers, potatoes, onions and zucchini. The reminder of her old routine "destroys me from sadness a bit," she said. But, she said, "I'm getting used to it slowly."




## NEED NEW A/C?

### BE COOL NOW PAY LATER

**LIMITED TIME OFFER**
**FREE**
10 Year Parts & 10 Year Labor Warranty
(fully transferable)

• 0% equal monthly payments on select qualifying systems to 48 Months



*No Interest, No Payments (20.99%) Financing offers a no payment – no interest feature (during the "promotional period") on your purchase at an APR of 20.99%. No finance charges will accrue on your account during the promotional period, as set forth in your Truth in Lending Disclosures, and you will not have to pay a monthly payment until the promotional period has ended. If you repay your purchase in full before the end of the promotional period you will not have to pay any finance charges. You may also prepay your account at any time without penalty. Financing is subject to credit requirements and satisfactory completion of finance documents. Any finance terms advertised are estimates only. Normal late charges apply once the promotional period has ended.



## R.S. Andrews
AIR CONDITIONING • HEATING • PLUMBING
*Story After Story, We Deliver Smiles!*

📞 (770) 847-7530



## BATHTUBS ☐ CERAMIC TILE
### Repair • Restore • Reglaze
With the Nation's oldest and largest reglazing company
VISIT our showroom or call for free brochure

**UNIQUE REFINISHERS.COM**
(770) 945-0072 • 1-800-332-0048
We also specialize in pulling moldy/smelly bathtub liners!

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at any Time Between January 27, 2013 and December 31, 2019,**

**A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and/ or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. Koch Settlement § 10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **February 6, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by **September 23, 2022**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m.** on **October 28, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the Gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

*This notice is only a summary.*

For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com,
email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

# Public Safety

# Recent arrests made around the county

The Barrow County Sheriff's Office reported the following arrest made by local law enforcement agencies from June 29-July 6:

**AUBURN**

•Ronald Edward Collins, 38, 1359 Harmony Grove Church Rd., Auburn – criminal use of an article with altered ID mark (not motor vehicle); stalking (Family Violence); simple assault (Family Violence)

**BCSO**

•Jermyia Tyasia Smith, 17, 225 Carrington Dr., Athens – theft by shoplifting

•Emeri Victoria Steward, 19, 1625 Greyfield Lane, Sandy Springs – theft by shoplifting

•Nathaniel C. Allen, 21, 528 Hickeria Way, Winder – failure to appear; giving false name, address or birthday to law enforcement officer

•Stephen Anthony Mc-Daniel, 42, 2125 Dooley Town Rd., Statham – probation violation; battery; aggravated assault

•Daniel Raymond Swenson, 42, 155 Williamsburg Way, Winder — sentenced inmate

•Jeremy Adam Wilson, 42, 1797 Davenport Dr., Braselton – probation violations (2)

•Angel E. Elorza Ramirez, 34, 1048 Forest Dr. NW Park, Lilburn – driving without a valid license

•Larry L.C. Freeman, 62, 4933 Miles Patrick Rd., Winder – sentenced inmate

•Tamara Rhea Pittman, 43, 1517 Carl-Bethlehem Rd., Auburn – sentenced inmate

•Ginia Benjamin, 27, 274 Natchez Cir., Winder – battery- Family Violence

•Jasmine Irene McIntyre, 33, 685 Tanners Bridge. Cir., Bethlehem – probation violation (2)

•Jacod Anthony Buice, 20, 115 Benson St., Lawrenceville – obstruction/ interference with drivers view or control; reckless conduct

•Jarvis Diego Hunter, 36, 283 Hunter Rd., Jefferson – sentenced inmate

•Stephanie Michele Johnson, 46, 828 Short St., Lawrenceville — sentenced inmate

•Natasha Lynn Lee, 42, 414 Gladiola Dr., Auburn – probation violation

•Stephanie Lynn Burnett, 46, 718 Patrick Mill Rd. SW, Winder – simple assault- Family Violence; aggravated assault

•Robert Chancey, 35, 100 Grand Oaks Ln., Bethlehem – sentenced to weekends

•Daniel Joseph Bennett, 20, 1176 Boss Hardy Rd., Auburn – improper lane change; too fast for conditions; safety belt violation; consumption/open container; hit and run

•James Broadus Bonnemer, Jr., 50, 49 Steed Rd., Winder – probation violation

•Landen Tylere Velasco, 18, 249 Apalachee Church Rd., Auburn – furnishing, purchasing of alcoholic beverages by persons below legal age

•Kendry Sai Rivas Chicas, 18, 2208 Avalon Trace, Winder – DUI-alcohol; driving without a valid driver's license; reckless driving; furnishing, purchasing of alcoholic beverages by persons below legal age; improper lane change

•Robert .V. Powell, 47, 47 Hillcrest Dr., Winder – failure to appear (2)

•Salma Lizbeth Gutierrez Benitez, 27, 1886 Hwy. 211 NE, Statham – improper lane change; reckless drivng; driving without a valid license

•Jaquez Sherrill Johnson, 23, 110 Angus Ln., Athens – driving while license suspended; speeding in construction zone

•Dustin Otis Powell, 38, 310 Magnolia Way, Monroe – probation violation

•Hugh Daniel Simms, 48, 12 Candlewood Ter., Winder – DUI-drugs; driving while license suspended or revoked

•Terra Paige Burdetto, 42, 432 Walnut Woods Dr., Braselton – following too closely; open container violation; reckless driving; hit and run with non-serious injury or damage; DUI-alcohol

•Griffin Matthew Rowem 37, 3640 Magnolia Walk Trail, Cumming – disorderly conduct

•Matthew Perry Shadburn, 33, 474 Whitney Rd. 6, Jefferson – improper lane change; reckless driving; DUI-drugs

•Carry Lee Watkins, 50, 359 Ashton Way, Winder – improper lane change; reckless driving; DUI-drugs

•Chad Michael Hayes, 42, 1014 Andover Dr., Hoschton – disorderly conduct

•Joshua Lee Hattaway, 23, 777 Whitehall Rd., Auburn – hold for other agency

•Octavious Tennell Sweeney, 23, 169 Patrick Mill Rd., Winder – purchase, possess, manufacture, distribute or sale marijuana

•David Reyes-Velasquez, 30, 468 Rock Forge Rd., Jefferson – driving wrong side of road; improper lane change; speeding; DUI-alcohol; reckless driving

•Ramiro Cruz, 1575 Whitney Run, 31, Bethlehem – following too closely; driving without valid license

•Winfred L Mayweather, 56, 3030 Johnson-Hale Rd., Statham – DUI-alcohol; reckless driving; improper lane change; driving while license suspended; open container violation

•Jonathan Chad Huff, 37, 841 Lee St., Jefferson – probation violation

•Scheckira Zaursell Martin, 27, 835 College Ave., Athens – failure to appear

•Jarvis Chaldez Davenport, 27, 521 Zoss Rd., Statham – inmate custody for court only

•Jeffrie Danion Evans, 37, 1210 Autumn Ave., Winder – inmate in custody for court only

•Oscar Jared Llanas, 24, 3527 Casper Dr., Gainesville – probation violation

•Elijah Abney Ndiaye, 19, 217 Deer Walk Dr., Winder – criminal damage to property; criminal trespass (Family Violence); obstructing or hindering persons making emergency phone calls

•Quinyonnist B. Johnson, 34m 222 Booth Rd., Statham – simple assault – Family Violence

•Yolanda Christine Lemke, 46, 326 Goldenrod Ln., Auburn – theft by deception

•Isaac Guevarra Watts, 23, 95 Martin Luther King Jr. Dr., Winder – DUI-drugs; improper lane change

•Jeremy Lane Coffey, 36, 450 Downing St., Lawrenceville – failure to appear

•Brandi Nicole Patrick, 30, 428 Blueberry Ln., Winder – probation violation

•Cleo Catherine Wallace, 43, 30 Herald Dr., Bethlehem – hold for other agency; theft by shoplifting; giving false name, address or birthdate to law enforcement officer

**STATHAM**

•Xavier Tremain Slayton, 28, 133 Wood Ave., Winder – probation violation (2)

•Ronald Roy Babecka, 57, 2118 Broad St., Statham – failure to obey stop sign; DUI=alcohol

•Erin Rebecca Connors, 45, 240 Swann Cir., Jefferson –following too closely; DU-alcohol

**WINDER**

•James Tyler Hardigree, 20, 1413 Blanding Way, Winder – battery (2); willful obstruction of law enforcement officers (4); criminal trespass (damage of $500 or less); terroristic threats (felony)

•Jason Scott Braberry, 38, 1998 US Hwy. 341 N, Perry – failure to appear

•Mack Bernard Love, 54, 181 Capitol Ave., Winder – giving false name, address or birthdate to law enforcement officer

•Otis Naupoleon Lee, 68, 189 E Wright St., Winder – failure to appear

•Lunden P. Smith, 18, 1100 Owens Cir., Bethlehem – hit and run, duty of driver to stop or return to scene of accident; improper lane change/failure to maintain lane

•Michael James McGee, 40, 74 N Broad St., Winder – public drunk; open container violation

•William Michael Regalado Salas, 22, 258 E 5th St., Winder – hold for other agency

•Teresa Montalvo, 45, 127 Plantation Rd., Winder – driving without valid license; standards for brake lights

•Khanh Ngoc Nguyen, 52, 3815 Lake Juliette Dr., Buford – disorderly conduct

•Michael Albert Cape, 58, 257 Partridge Trl., Winder – public drunkenness; public indecency

•Joseph Adam Santos, 44, 4601 Sunbridge Dr., Snellville – contempt of state court

•Waylon Junior Lee, 42, 407 Hammond Rd., Statham –probation violation (2)

•James Timothy Pope, 63, 200 Wood Ave., Winder – public drunkenness; disorderly conduct

•Aya Safaa Mustafa, 21, 2020 Powers Ferry Rd., Atlanta – theft by shoplifting

•Danny Lee Shipp, 70, 839 Exchange Cir. Bethlehem – DUI-alcohol

•Billy Aramis Martinez, 41, 2227 Avalon Trace., Winder – driving while license suspended; failure to obey stop sign or yield after stopping

•Kimberly Ann Cain, 39, 2649 Hwy. 11, Monroe – simple battery-Family Violence; battery-Family Violence; aggravated assault

•Amy Michelle Stillwell, 36, 132 Sentry Ct., Winder – giving false name, address or birthdate to law enforcement officer; possession of methamphetamine; possession and use of drug related objects; theft by shoplifting; financial transaction card fraud (2); probation violation (2)

•Shawn Tyson Harbin, 50, 77 Rivermill Lane, Dawsonville – failure to appear



**SEX OFFENDER**



**Steven Hawkins**
Age 34
Height 5'9"
Sex: Male   Weight 215

**Address:** 1105 Monroe Hwy., Bethlehem, GA 30620
**Crime of Conviction:** Statutory Rape
**Offense Adjudication:** Rockdale Co.
**Risk Assessment:** Not Leveled

# Four arrests made by Auburn PD

The Auburn Police Department reports the recent arrests of the following individuals:

•Samuel David Powers, 27, Shady Trail, Auburn, possession of methamphetamine. Powers was arrested when officers responded to a suspicious vehicle parked in the roadway on River Oaks.

•Daniel E. Solano, 36, Aster Ives Drive, Lawrenceville, unlawful use of a wireless device and driving while unlicensed or on expired driver's license. Solano was arrested during a traffic stop on Atlanta Highway.

•Ronald Edward Collins, 38, Harmony Grove Church Road, Auburn, criminal use of an article with an altered serial number and warrant arrest. Collins was arrested at Dollar General on Auburn Park Drive when officers were alerted to a possible wanted person in a truck with a dealer tag at this location.

•Joe Cleve Durrence, 56, Georgetown Drive, Winder, failure to maintain lane and driving while driver's license is suspended or revoked. Durrence was arrested during a traffic stop on County Line-Auburn Road.

The following recent incidents were among those that the APD responded to:

•a domestic dispute at a Augustine Drive residence, where a woman was collecting her belongings and child preparing to leave the residence.

•no insurance on Mount Moriah Road, where a traffic stop was conducted.

•property maintenance and growth limitations at a Scenic Lane residence, where a welfare check was requested due to no one being seen at the home for "about a month."

•theft by taking on Autry Road, where a woman reported someone had stolen gas out of her vehicle.

•no insurance on Parks Mill Road, where a traffic stop was conducted.

•criminal trespass on Harmony Grove Church Road, where a 1,000 foot rope belonging to a cell tower crew had been cut.

**SEX OFFENDER**



**Anthony Greene**
Age 27
Height 5'10"
Sex: Male   Weight 200

**Address:** 407 Graystone Drive
Winder, GA 30680
**Crime of Conviction:**
Sexual Exploitation of Children
**Offense Jurisdiction:** Barrow Co.
**Risk Assessment:** Not Leveled

**SEX OFFENDER**

**James Morriss**
Age 52
Height 5'10"
Sex: Male   Weight 245

**Address:** 1933 Paynes Point, Winder, GA 30680
**Crime of Conviction:** Use of Internet to Entice a Child
**Offense Jurisdiction:**
**Risk Assessment:** Not Leveled



**STATE COURT OF JACKSON COUNTY NOTICE OF 2nd DUI CONVICTION**
Driving Under The Influence

**NAME:** Sean Paul Kelley
**ADDRESS:** 244 Alexander Street
Winder, GA 30680
**DATE OF OFFENSE:** March 15, 2020
**DATE OF DISPOSITION:** April 12, 2021
**DESCRIPTION:** Male, d.o.b. 09/22/1968 Caucasian W/CFTG, Non Cons w/ 90 days, 12 Months Probation, $1000+SC, 240 hrs. CS, D/A RRP, Ignition Interlock, Publication fee, Surrender Tags, No Alcohol, Random Screens.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019,**
**A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and/ or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce restrictions covering collective or class actions brought by broiler chicken growers against Koch. Koch Settlement § 10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid to any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form, you must submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **February 6, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by **September 23, 2022**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **September 23, 2022**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at 2:00 p.m. on **October 28, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

*This notice is only a summary.*

For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com,
email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

# News Argus
# Sports

**A5**

Tuesday, July 12, 2022

---

## Sports Briefs

*From wire reports*

### Red Sox score 9 straight rally past Yanks 11-6 for split

BOSTON — The Boston Red Sox lost every one of their first eight series against AL East opponents this season. In the ninth, a four-game set against the first-place Yankees, they opened with back-to-back losses and trailed by two runs in the 10th inning of Game 3.

That's when things turned around.

One night after rallying to win in extra innings, Boston scored nine unanswered runs on Sunday to come back from a four-run deficit and beat New York 11-6. The split improved the Red Sox to 0-8-1 in series against AL East teams — not great, but a boost as they head into the All-Star break with series against the Rays and Yankees..

"I don't think anyone would have bet that we would have split it after the first two. You're definitely lying if you say that," said shortstop Xander Bogaerts, who was added to the AL roster for the All-Star Game earlier Sunday.

"Especially how the first two games went," he said, alluding to the 12-5 loss on Friday in which outfielder Jackie Bradley Jr. pitched the ninth. "It's nice to give the fans something to come back to the ballpark and look forward to."

### BOONE BOOTED

Yankees manager Aaron Boone was ejected by plate umpire Tripp Gibson in the middle of the seventh. Boone came out to argue, animatedly, after Sawamura struck out Stanton looking to end the top half of the inning.

### STARS

Yankees ace Gerrit Cole, closer Clay Holmes, catcher Jose Trevino and left-hander Nestor Cortes were added to the AL roster for the All-Star Game on Sunday. They join starters Aaron Judge and Stanton.

The Red Sox have two players headed to Dodger Stadium for the game on July 19: Bogaerts was added as a reserve, and third baseman Rafael Devers was elected as a starter.

### TRAINER'S ROOM

Yankees New York starter Jameson Taillon took a hard chopper from Vazquez off his right hip in the first inning, recovered and made the play at first. Taillon remained in the game.

Red Sox: Devers missed the last two games of the series with back pain. ... RHP Nathan Eovaldi pitched three-plus innings for the Triple-A Worcester Red Sox on a rehab assignment, allowing two runs on five hits and striking out four. He has been on the injured list since June 12 with lower back inflammation.

### Ohtani a 2-way All-Star again; 6 Yankees, 5 Braves, Astros

NEW YORK — In a city of stars, the Angels' Shohei Ohtani and the Dodgers' Clayton Kershaw will be in the spotlight July 19 at Dodger Stadium.

World Series champion Atlanta also has five. Pitcher Max Fried, catcher Travis d'Arnaud, shortstop Dansby Swanson and DH William Contreras joined outfielder Ronald Acuña Jr., who was elected by fans.

Contreras will be the NL's DH in place of Philadelphia's Bryce Harper, who was elected to start but broke his left thumb on June 25.

---

# Djokovic tops Kyrgios for 7th Wimbledon, 21st Slam trophy

**BY HOWARD FENDRICH**
*AP TENNIS WRITER*

W I M B L E D O N , England — Novak Djokovic waited. He waited for Nick Kyrgios to lose focus and lose his way. Waited to find the proper read on his foe's big serves. Waited until his own level rose to the occasion.

Djokovic is not bothered by a deficit — in a game, a set, a match. He does not mind problem-solving. And at Wimbledon, for quite some time now, he does not get defeated.

Djokovic used his steady brilliance to beat the ace-delivering, trick-shot-hitting, constantly chattering Kyrgios 4-6, 6-3, 6-4, 7-6 (3) on Sunday for a fourth consecutive championship at the All England Club, seventh overall there, and 21st from all Grand Slam tournaments.

"It's weird. I felt like he didn't do anything amazing today," said the unseeded Kyrgios, offering an assessment with which some might not concur, given that Djokovic accumulated 31 winners and merely eight unforced errors over the last two sets, while facing zero break points in that span.

"But he was just so composed. That's what I was just thinking to myself. In big moments, it just felt like he was never rattled. I feel like that's his greatest strength: He just never looks rattled," said Kyrgios, about whom those words likely have not been uttered. "He just looks completely within himself the whole time. Didn't look like he was playing overaggressive, even though it felt like he was playing big."



*AP Photo / Gerald Herbert*
Serbia's Novak Djokovic holds the winners trophy as he celebrates after beating Australia's Nick Kyrgios to win the final of the men's singles on day fourteen of the Wimbledon tennis championships on Sunday in London.

Among men, only Roger Federer owns more Wimbledon titles than Djokovic, with eight, and only Rafael Nadal owns more major trophies, with 22.

"The more you win, it's logical the more confident, the more comfortable you feel out there every next time you step out on the court," said the top-seeded Djokovic, who was pleased to hear some spectators at Centre Court chanting his nickname, "Nole! Nole!" as he served out the final point of a tremendously well-played tiebreaker.

As of now, Djokovic will not be able to try to pull even with Nadal by winning the U.S. Open, which begins in late August: The 35-year-old Serbian can't enter the United States because he decided not to get any shots against COVID-19, the same reason Djokovic missed the Australian Open in January.

"I'm not vaccinated," Djokovic said Sunday, "and I'm not planning to get vaccinated."

Aside from his experience — 32 Grand Slam final appearances versus one for the unseeded Kyrgios — his skill and his clutch gene shined in the concluding tiebreaker, and all of those qualities were present for two particularly pivotal games that helped swing the match.

"Key moments," Djokovic called them.

They were games in which Djokovic steeled himself, and Kyrgios blinked. And games that Kyrgios would not let go as he began engaging in running monologues, shouting at himself or his entourage (which does not include a full-time coach), earning a warning for cursing, finding reason to disagree with the chair umpire he fist-bumped before the match, and chucking a water bottle.

With Djokovic serving for the second set at 5-3, Kyrgios got to love-40 — a trio of break points. But Kyrgios played a couple of casual returns, and Djokovic eventually held. When that set ended, Kyrgios waved dismissively toward his box, sat down and dropped his racket to the turf, then groused to no one in particular: "It was love-40! Can it get any bigger or what?! Is that big enough for you?!"

Djokovic noticed.

"He knew on this stage, when Nick starts to talk, he's going to be vulnerable," said Djokovic's coach, 2001 Wimbledon champion Goran Ivanisevic. "That happened."

---



## TRAPPING SUPPLIES
### RIFLES · AMMO
### ACCESSORIES

**919.735.5500**

1713 East Ash Street
Tues-Fri 9-5:30 / Sat 9—
Sunrise Shopping Center

fourseasonssportsnc.com    f

---

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019,**
**A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. Koch Settlement § 10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **February 6, 2023,** to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by **September 23, 2022.** If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **September 23, 2022.** Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m.** on **October 28, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

This notice is only a summary.
For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

---

## DENTAL Insurance

If you've put off dental care, it's easy to get back on track. Call Physicians Mutual Insurance Company now for inexpensive dental insurance. Get help paying for the dental care you need.

**Getting back to the dentist couldn't be easier!**

### CALL TODAY
## 1-844-496-8601

Dental50Plus.com/ncpress

**Get your FREE Information Kit**

Product not available in all states. Includes the Participating (in GA) Designated Providers and Preventive Benefits Rider. Acceptance guaranteed for one insurance policy/certificate of this type. Contact us for complete details about this insurance solicitation. This specific offer is not available in CO, NY; call 1-800-969-4781 or respond for similar offer. Certificate C250A (ID: C250E, PA: C250Q). Insurance Policy P150 (GA: P150GA, NY: P150NY, OK: P150OK, TN: P150TN). Rider kinds: B438, B439 (GA: B439B).
4208-0721

---

# WHO IS YOUR LOCAL FAVORITE FOOTBALL TEAM?

Show your support by advertising your business in our annual Football Preview special section. This section will feature team photos, rosters, schedules and more for your local favorites!

**Publishes: August 27th**
**Deadline: August 10th**

Contact Bernard Butler 739-7789 or Rebecca Cann 739-7814 to reserve your spot TODAY.

THE NEWS HERALD • www.morganton.com
Monday, July 11, 2022 • B5




# CAROLINA MARKETPLACE
# classified
**828.304.6999**

FIND MORE JOBS ON carolinajobsnetwork.com

HICKORY MOORESVILLE CONCORD
MORGANTON MARION STATESVILLE

LEGAL ADVERTISING: nclegal@carolinaclassifiedmarketplace.com • 704.789.9124

e-mail: classified@morganton.com

## Announcements


### Adult Services

DENTAL INSURANCE from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! 1-844-496-8601 www.dental50plus.com/ ncpress #6258

### General & Special Notices

$1,000 Reward! Searching for old Boy Scout Merit Badge Sashes, Order of the Arrow silver jewelry and insignia, Tali Taktaki WWW Honor Society. Johnny Pleasants 919-548-6970 johnpleasants@ hotmail.com

**ATTENTION!!**
**USED CAR DEALERS!!**
You can advertise in the newspaper for just $1 a day-$30 a month! Run a listing in the Automotive section with your name, address, phone number and website! (4 lines of text). Call 828-304-6999 or email mlmartin@carolinaclassified marketplace.com for more info!

### Financial
### Miscellaneous Financial Services

AUTO INSURANCE STARTING AT $49/ MONTH! Call for your fee rate comparison to see how much you can save! Call: 833-472-0580

Denied Social Security Disability? Appeal! If you're 50+, filed SSD and denied, our attorneys can help! Win or Pay Nothing! Strong, recent work history needed. 877-553-0252 [Steppacher Law Offices LLC Principal Office: 224 Adams Ave Scranton PA 18503]

STOP worrying! SilverBills eliminates the stress and hassle of bill payments. All household bills guaranteed to be paid on time, as long as appropriate funds are available. Computer not necessary. Call for a FREE trial or a custom quote today. SilverBills 1-866-530-1374

Wesley Financial Group, LLC. Timeshare Cancellation Experts. Over $50,000,000 in timeshare debt and fees cancelled in 2019. Get free informational package and learn how to get rid of your timeshare! Free consultations. Over 450 positive reviews. Call 844-213-6711

**FIND IT HERE**
classified 828.304.6999

General & Special Notices

## Free Ads


### Treasure Seekers

Corner curio cabinet, curved front: 5' tall, 3 glass shelves: STV area, $60. 980-223-2695, please leave message.

Antique China Cabinet, 2 shelves & bottom drawer; STV area, $175. 980-223-2695 leave msg if no answer.

Three tables, 1 coffee, 2 end, dark finish; STV area. $60. for all. 980-223-2695, please leave msg if no answer.

Sectional Sofa, large, dark fabric, like new cond., $100. 980-223-2695, leave msg. if no answer. STV area

Antique country side board, $60. 980-223-2695 leave msg if no answer. STV area

42" bolt cutters $25. 828 396-5236 Greenerz@yahoo.com

20" girl's bike almost new. $35. 828 396-5236

Roadmaster Mtn. Sport SX Bike. Torque 18 Speed Drive 26 inch. Purple Like New $95. 704-253-4942

FREE Piano. Plays well, music book & bench too. Statesville $0 704-431-0212 tiffanyhovis@ hotmail.com

### Pets & Animals


### Dogs

AKC ALASKAN MALAMUTE PUPPIES FOR SALE
1- 8 week old puppy available now & others are 3 weeks old, will be up to date on shots. Specialize in socializing puppies. Call 704-500-9000 or visit malamutes.org for more information.


AKC registered Chocolate Lab puppies for sale, shots and wormed, great bloodline. $300. Lots of video on Facebook - Biggs Labs. Call 828-803-5095.

"A+ PUPS! Teddy Bears,Yorkies, Maltese, Maltipoos, Shorkies, Poogle, Shihtzu, Shihpoo, Pomeranians, Yorkiepoos, Pekeapoo, Mini Golden Doodle, Aussiedoodles, Cavachon, Cavapoo, Frenchton. Rescues! $250-UP! 336-957-3609 Videos www.healthypups.com

**FIND IT HERE**
classified 828.304.999

General & Special Notices

## Dogs


CKC Chiweenies. Vet checked 2x, health guarantee, first shots, wormed. Come w/ CKC papers & puppy folder, vet records, blankie. 1M/1F cream. 3M piebald. Email or text. Can send more pics. Under 10 lbs. $600. 704-726-8375 cary.ann. gardner@gmail.com


German Shepherd Puppies
CKC CKC registered Thoroughbred German Shepherd puppies for sale. 3 weeks old, will be ready for a new home on July 11th with first shots and dewormed. For more information call. Conover, NC. $700. 213-706-7565

Toy Poodles, Mini Schnauzers, Yorkies & Poodle Mix. $800. & up., cash only. 704-633-5065

Toy Wolf Sable Shihpoo puppy-Male. $800. Toy Maltipoo puppy-Female, Buff & white. $1,500. CKC Reg. Poodle-Female, Blond. Adult. $400. CKC Reg. Yorkiepoo toy puppy-female, blonde. $1,200. Vet checked, wormed, groomed. Shots UTD. 828-391-0919

### Residential Real Estate for Sale


### Home Building

Building lots in Morganton and Drexel With Utilities. Suitable for Multi-apartment or Homes. Call 828-390-1885 Between 8 AM & 8 PM

### Homes for Sale


HOME FOR SALE
2074 Sq feet, 3 bedrooms, 2 1/2 baths, large lot, great location, close to down-town Morganton, inter-state, schools. 828-448-8051

**GET THE RESULTS YOU SO MUCH DESERVE!**
classified 828.304.6999

General & Special Notices

## Merchandise


### Appliances

Water Softener Whirlpool #WHES33 LE33, no longer needed, like new. 150.00 or best offer 585 507 1874 natoli@geneseo.edu

### Building Materials

Prepare for power outages today with a GENERAC home standby generator $0 Money Down + Low Monthly Payment Options. Request a FREE Quote – Call now before the next power outage! 1-844-938-0700

### Electronics

DISH Network. $64.99 for 190 Channels! Blazing Fast Internet, $19.99/mo. (where available.) Switch & Get a FREE $100 Visa Gift Card. FREE Voice Remote. FREE HD DVR. FREE Streaming on ALL Devices. Call today! 1-877-920-7405

### Medical Equipment

Safe Step. North America's #1 Walk-in Tub. Comprehensive lifetime warranty. Top-of-the-line installation and service. Now featuring our FREE shower package and $1600 Off for a limited time! Call today! Financing available. Call Safe Step 1-855-931-3643

### Miscellaneous Items Wanted

TOP CASH PAID FOR OLD GUITARS! 1920-1980 Gibson, Martin, Fender, Gretsch, Epiphone, Guild, Mosrite, Rickenbacker, Prairie State, D'Angelico, Stromberg. And Gibson Mandolins / Banjos. 833-649-2292

Legal Display Ads | Legal Display Ads | Legal Display Ads

## ATTENTION!

### Need to place a Notice to Creditor or Estate Notice?

Please email the Letters of Testamentary / Administration to:

NCLegal@CarolinaClassifiedMarketplace.com

Also be sure to include a phone number, in case we need to contact you.

**SELL YOUR TRUCK FAST!**
14 lines in print for one week* plus one week online
* One Vehicle per ad. No changes.
ONLY $25

* Private Party Only



classified
828.304.6999

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019,**
**A Class Action Settlement Totaling $16,500,000 May Affect Your Legal Rights.**

A federal court authorized this notice. This is not a solicitation from a lawyer.

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and/ or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. Koch Settlement § 10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant or **any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **February 6, 2023,** to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by **September 25, 2022.** If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **September 21, 2022.** Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on October 28, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

This notice is only a summary.
For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

## ATTENTION!!

At this time all of our offices are closed to the public.

For Classified advertising Call 828-304-6948.
For Obituary Call 888-220-4265.
For Legal advertising 704-789-9124.
For Recruitment advertising email bwalsh@hickoryrecord.com.
For Circulation in Hickory Call 828-328-4510.
For the News Room in Hickory 828-304-6911 or 304-6909.
For Circulation in Morganton Call 828-432-2161.
For the News Room in Morganton 828-432-8939.
For Circulation in Statesville/Mooresville/Concord Call 704-872-3150.
For the News Room in Statesville/Mooresville 704-696-2948.
For the News Room for Concord 704-782-3155.
For Circulation in Marion Call 828-437-2161.
For the News Room in Marion 828-652-3313.

Feel free to email any questions to thovis@hickoryrecord.com or mlmartin@carolinaclassifiedmarketplace.com

Car Shopping?
House Hunting?
Boat Buying?
Decorating?
Home Improving?
Job Searching?

New Listings Daily In Print & Online

Find What You're Looking For in the Classifieds!
• cars • real estate • boats • motorcycles
• apartment rentals • jobs • bikes
• home services • appliances • furniture
• electronics • antiques • collectibles
• & so much more

Sell Your Stuff in the Classifieds.
It's Cheap, Easy, Eco-Friendly & Local. Email Tiffany Hovis at thovis@hickoryrecord.com to place your ad today. Looking for a Job? Visit carolinajobsnetwork.com to start your job search.



CAROLINA MARKETPLACE
classified
Concord Independent Tribune • Hickory Daily Record
The McDowell News • Morganton News-Herald
Mooresville Tribune • Statesville Record & Landmark

PRINT > ONLINE > MOBILE

carolinajobs network.com

Michele Martin
mlmartin@carolinaclassifiedmarketplace.com
Hickory, Morganton, Marion, Statesville, Mooresville, Concord

Bradley Walsh
828.304.6940
BWalsh@hickoryrecord.com
Hickory, Morganton, Marion

Contact your Recruitment Consultant today to post your available positions.

8B | TUESDAY, JULY 12, 2022 | THE DAILY RECORD

# classifieds

to advertise, visit our website: **classifieds.the-daily-record.com**

VISA  [cards]

- classifieds/real estate email: **Classified@the-daily-record.com**
- public notices/legals email: **Legals@the-daily-record.com**
- business & service email: **TheDailyRecordBusSer@gannett.com**
- jobs website: the-daily-record.com/jobs  jobs email: **recruitads@localiq.com**  jobs phone: **833.516.0229**

All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. The Daily Record reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. The Daily Record shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for cancellation of order.

## Adopt Me

### Pets
all your favorites...



## Domestic Pets

**AKC Golden Retriever**
AKC Golden Retriever Pups. Vet Checked, All Shots and Microchipped. Parents on premise. Full AKC. Carrollton. 330-739-4275 or 330-704-6068

HAVE PUPPIES for sale? Let thatdoggyinthewindow.com be your online sales team. We'll advertise your dogs on multiple pet websites, take photos, answer phone calls, emails & text messages. Call or text us for more details. (330)323-3933.

## Pet Services

Pet sitter wanted for Wooster, cats & dog hours/pay negotiable. 330-345-7506

## Garage sales

### Market
neighborly deals...



## Garage Sales

Lakeville. July 15&16, 8-4, 14445 TR 464, bows motorcycle,smoker,clothes, pet items,Loganberger,toys, furniture,decorative & more.

Wooster, 7/15, 7/16 from 9am-3pm, 3587 Tamorack Lane, MULTI-FAMILY Garage Sale! Many items including boys/girls and men/women clothing & accessories, miscellaneous household items, some furniture, recumbent bike, guitar, golf bag and practice putting greens, AC window unit, small room appliances perfect for the upcoming college student, and tons of other treasures!

## Professional

### Service
all your needs...



## Clean Up and Removal

FREE Appliance & Scrap Metal Removal. Also taking cars. Call or Text 330-365-6332

## Event Planning

**DARILAND**
Ice Cream Machine & Bounce House Rentals
330-263-1700

## Home Maintenance

**GOT LEAKS?**
BASEMENT WATERPROOFING WET LEAKY BASEMENT? NO OUTSIDE DIGGING! NO MESS!
330-464-7230
50 yrs exp. Sr & Vet Disc

Looking for smaller outdoor jobs: Roofing, roof leaks, gutters, etc. Call now to schedule Fall & gutter clean outs!
Call 330-365-0727



**LOOK!**
SIDING WINDOWS ROOFING
Name Brand Vinyl siding, Windows, Shingle or Metal roofs installed
330-441-9230
50 yrs exp. Sr & Vet Disc

## Home Maintenance

Tri-County Power Washing
Power washing homes, decks, fences & concrete.
Free est. SR/Vet discount
330-317-0293

## Lawn - Garden Care

Grasshopper Landscaping
lawn care & tree service.
Spring clean ups.
Free est. (419) 606-8752

## Tree Service



Knipp's Tree Service, LLC
Tree & Stump removal
Fully Insured
419-892-1107

Davis & Sons Tree Service LLC
Stump Grinding, Fully Insured. Free Estimates!
440-463-0051

## Real Estate

### Homes
starting fresh...



## Acreage

SEVILLE 7.7 acres also 5.1 acres MEDINA COUNTY Bell Rd. Wooded, septic approved. Good building lots. 330-763-0848

## Real Estate

### Rentals



**PUBLISHER'S NOTICE**
All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination. "We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

## Single Family Rentals

Updated Century farm house. 3bd, 2ba. fully open basement. L/P heat, ac, large kitchen, porch & concrete patio. attached 2 car garage. $1,400 + utilities. Private setting. Minutes from 271. Northwestern School District. Prefer no pets/smoking. 330-234-1057.

## Automotive

### Wheels
best deal for you...



## Cars

For Sale: 2017 Toyta Silver Camry XLE, non-smoking, 1 owner, new tires less than 5,000mi., new battery, clean interior, 95,400mi., loaded, saftey & convience features. $17,800. 330-263-1343.

## Your Source
for the latest...



## Public Notices

## Govt Public Notices

Public Budget Hearing
The Clinton Township Trustees, Wayne County, Ohio will hold a Public Budget Hearing on the proposed 2023 budget on July 19, 2022 @ 6:30p.m. at the office of the Clinton Township Trustees. 225 East McConkey St. Shreve, Ohio 44676. The monthly Board meeting will be held immediately following the budget hearing.
Clinton Township Trustees
Jessica L. Flinner, Fiscal Officer
WDR 7/12/22

PHOTOS are worth a thousand words included in your ad.

## Govt Public Notices

LEGAL NOTICE
NOTICE OF PUBLIC HEARING ON THE WAYNE TOWNSHIP, WAYNE COUNTY BUDGET
Notice is hereby given that on the 13th day of July, 2022 at 7:00 a.m., a public hearing will be held on the proposed budget for Wayne Township, Wayne County for the next succeeding fiscal year ending December 31, 2023. Such hearing will be held at the office of the Wayne Township Trustees at 3277 Cleveland Road, Wooster, OH, 44691.
Tammy Polen
Fiscal Officer
Wayne Township
WDR 7/12/22

**2023 BUDGET HEARING**
The Council of the Village of West Salem, Ohio will hold a public hearing on the proposed budget for the fiscal year ending December 31, 2023. Said hearing will take place July 13, 2022 at 6:00 PM at 27 S. Main Street, West Salem, Ohio 44287. Those interested may examine the proposed budget at the office of the Fiscal Officer during normal working hours.
Jennifer Webb
Fiscal Officer
West Salem Village
419-853-4411
WDR 7/12/22

## Public Notices

The Windham Joint Fire District will hold its 2023 Budget Hearing on Thursday, July 14, 2022 at 5:45 p.m. with their regular meeting to follow at 6:00 p.m. at The Windham Town Hall, 9011 N. Main St., Windham, OH 44288. Fiscal Officer, Jennifer Derthick.
7/12/22 7/12/2022

LEGAL NOTICE
Sale of Real Estate
Wayne County
Foreclosure Auction.
Case# 2022 CVC-E 000076. Wells Fargo Bank, N.A. vs Brooke, Tereso, et al. .The description of the property to be sold is as follows: Property Address: 412 Spink Street, Wooster, Ohio, 44691;
Legal Description: Full Legal Listed on Public Website; Parcel Number:65-00717.000
Bidding will be available only on www.Auction.com opening on 07/19/2022 at 10:00 AM for a minimum of 7 days.
Property may be sold on a provisional sale date should the third party purchaser fail to provide their deposit within the allotted time.
Provisional Sale date: 08/02/2022 at 10:00 AM. Sales subject to cancellation. The deposit required is $500.00 to be paid by wire transfer within 2 hours of the sale ending. No cash is permitted. Purchaser shall be responsible for those costs, allowances, and taxes that the proceeds of the sale are insufficient to cover.
To view all sale details and terms for this property visit www.Auction.com and enter the Search Code 2022 CVC-E 000076 into the search bar.
31 - 6/28, 7/5, 7/12/22 (7427956)

WAYNE COUNTY MUNICIPAL COURT
OAK PARK MHC LLC
Plaintiff
-vs-
No. 2022 CVG 937
LINDA BAKER & ALL OCCUPANTS
AND :
NOTICE BY PUBLICATION
ESTATE OF LINDA BAKER, et al.
Defendants
To: Immediate family of Linda Baker, deceased resident: You are hereby notified of a legal action entitled Oak Park MHC vs Linda

## Public Notices

Baker & all occupants, and Estate of
Linda Baker. This action, assigned case 2022CVG937 was filed by Justin Barnhart, Atty for Plaintiff, 1653 Merriman Road, Ste 202, Akron OH 44313 and is pending in the Wayne Co. Municipal Court, Civil Div., 215 N. Grant St, Wooster, OH 44691.
The object of the complaint is for restitution of the premises of residents, Linda Baker & Estate of Linda Baker et al described as NY9810484K situated on a plot of land owned by Plaintiff, Oak Park MHC LLC, 2151 Priest Bridge Dr., Ste 7, Crofton, MD 21114, and is located at 1740 Oak Grove Drive, Lot 114, Doylestown, OH 44230 and for payment of past due lot rent. The manufactured home has been abandoned and left unoccupied for a period of more than 30 days without payment of rent in violation of ORC 1923.02(A)(12). Claim for restitution of premises to be set for hearing in accordance with local court rules, but in no event sooner than the seventh day from the date service is complete.
You are required to answer the complaint within 28 days after the last publication of this notice which will be published once each week for two successive weeks. The last publication will be made on July 19, 2022 and the 28 days for answer will commence on that date.
In case of your failure to answer or otherwise respond as required by the Ohio Rules of Civil Procedure, judgment by default will be rendered against you for the relief demanded in the complaint.
Tim Neal, Clerk of Courts
Wayne County Municipal Court
WDR July 12 & July 19, 2022


PHOTOS are worth a thousand words included in your ad.

## Public Notices

Legal Notice
Sale of Property
Sealed bids will be received by the City of Rittman for properly to be removed for municipal purposes consisting of approximately 0.338 acres located on Saltt Street and described in City Resolution No. 8291, lot number NPT 88 owned by the City of Rittman as recorded in Plat Book 11, Page 576 and being further known as permanent parcel 63-01584.000 and lot number SPT 78 owned by the city of Rittman as recorded in OR Book 378, Page 1150-1151 and known as permanent parcel 63-00246.000. Bids will be received in the office of the City Manager, City of Rittman located at 30 North Main Street, Rittman, Ohio 44270 until noon (12:00) p.m. Wednesday, July 27, 2022 at which time and place all bids will be publicly opened and read aloud. Each bidder is to indicate on the bidding forms in the bid specifications in accordance with the instructions also stated in the bid specifications. The bid specifications may be obtained in the office of the City Manager at the aforementioned address.
The city has set a minimum bid of $12,500.00. The lots will not be sold separately. Each bid must contain the full name of each person and/or company submitting a bid on the property and must be accompanied by a bid bond of ten percent of the total bid submitted by the individual and/or company. The bid bond may be in the form of a bid guarantee, letter of credit or certified check from a solvent bank or cash. Bid quorenbes/bid bonds will be returned to all unsuccessful bidders.
The City reserves the right to reject any and all bids of any bidder if the City believes it would not be in the best interest of the City to make the award or that bid for the, but not limited to, the following reasons: the bid is not responsive; or the bidder is unqualified; or of doubtful financial ability; or fails to meet any other pertinent standards or criteria established by the City.
Order of the City Manager
Bobbie Beshara
City of Rittman
7433124, 6/21, 6/28, 7/5, 7/12, 7/19/22

## Public Notices

WAYNE COUNTY MUNICIPAL COURT
SHELMAR REALTY, INC
Plaintiff :
-vs- :
Case No. 2022 CVG 887
KENNETH E TYSON, DECEASED
And
KELLI BALL :
Defendants :
NOTICE BY PUBLICATION
To: Immediate family of Kenneth E. Tyson, deceased resident: You are hereby notified of a legal action entitled Shelmar Realty, Inc vs Kenneth E. Tyson, and Estate of Kenneth E. Tyson. This action, assigned case 2022 CVG 887, was filed by Morris Stutzman, Atty for Plaintiff, 2171 Eagle Pass, Wooster, OH 44691 and is pending in the Wayne Co. Municipal Court, Civil Div., 215 N. Grant St, Wooster OH 44691.
The object of the complaint is for restitution of the premises of Kenneth E. Tyson, described as a 1974 Festival Homes mobile home, VIN No.05926A50564, titled in the name of Kenneth E. Tyson situated on a plot of land owned by Plaintiff, Shelmar Realty, Inc, PO Box 994, Wooster, OH, 44691 and is located at 1484 Mechanicsburg Rd, Lot 18, Wooster, OH 44691. The manufactured home owned by Kenneth E. Tyson, has been abandoned and left unoccupied for a period of more than 30 days without payment of rent in violation of ORC 1923.02(A) (12). Claim for restitution of premises to be set for hearing in accordance with local court rules, but in no event sooner than the seventh day from the date service is complete.
You are required to answer the complaint within 28 days after the last publication of this notice which will be published once each week for two successive weeks. The last publication will be made on July 12, 2022 and the 28 days for answer will commence on that date.
In case of your failure to answer or otherwise respond as required by the Ohio Rules of Civil Procedure, judgment by default will be rendered against you for the relief demanded in the complaint.
Tim Neal, Clerk of Courts
Wayne County Municipal Court
WDR July 5, 2022 & July 12, 2022

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019.
A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.
A federal court authorized this notice. This is not a solicitation from a lawyer.

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and/or or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

What does the Settlement provide? Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. Koch Settlement § 10.

Am I eligible to receive a payment from the Settlement? You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

How do I get a payment from the Settlement? If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by February 6, 2023, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit that Claim Form online, or you may download and submit that Claim Form, along with the instructions on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing info@BroilerGrowersAntitrustSettlement.com.

What are my rights? If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by September 23, 2022. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by September 23, 2022. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

The Court's hearing. The Court will hold a hearing at 2:00 p.m. on October 28, 2022 to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or if may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

This notice is only a summary.
For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.



TECH SLAP THAT KNOW-IT-ALL NEPHEW.

Know what's in, what's out and what's awesome before others even know what it is.

tech.usatoday.com

Smarter. Faster. More Colorful.


USA TODAY TECH

# NATION & WORLD

# US renewable energy hit record level in April

## Incentives, cost aiding solar, wind power push

**Elizabeth Weise**
USA TODAY

The amount of electricity generated by renewable resources hit a record 28% in April, a breakthrough number that shows how important renewable energy has become in U.S. energy markets.

"It's a 'wow' moment," said Peter Kelly-Detwiler, an energy analyst and author of "The Energy Switch," a recent book about the transition to a carbon-free energy economy.

The percentage of U.S. electricity produced by renewable energy from wind, solar and hydroelectric dams has been steadily rising, from 8.6% in April 2001 to this April's 28%. Those numbers were released this week by the U.S. Energy Information Administration, which tracks energy data for the nation.

There are several reasons to explain the surge. At the top is that wind and solar installations dominated U.S. energy buildouts.

"Basically, the only things we've added to the grid in the past decade are wind, solar and natural gas," said Harrison Fell, an economist and engineer at Columbia University, where he co-leads the Power Sector and Renewables Research Initiative.

That's happening for two reasons. The first is cost. Renewables are simply the most economically competitive power currently available, Kelly-Detwiler said.

In 2021, the cost of producing a megawatt-hour of electricity from a new wind turbine was $26 to $50. The same amount of electricity from the cheapest type of natural gas plant ranged from


Renewable energy is becoming a bigger player in U.S. energy markets. GETTY IMAGES

$45 to $74, according to Lazard, a financial advisory firm that publishes annual estimates of the cost of producing electricity.

Federal and state mandates and incentives to increase the amount of clean energy used also help, Fell said.

"When you do the math on what's the most profitable thing to add, it's often going to be wind and solar at this stage," he said.

Weather was also a factor. April tends to be a particularly windy month, and this spring was windier than most, Fell said.

There's also less power coming into the grid from fossil fuels and nuclear in the spring. That's because electricity demand is generally lower because of the mild weather and fossil fuel and nuclear power plants use the time for maintenance and refueling, which reduces their production, he said.

Another surprise was that in April, wind and solar power together produced more electricity than nuclear plants.

Historically, nuclear power plants, which are carbon-neutral, have reliably produced about 20% of America's electricity. In April that number dropped to 18% while wind and solar combined stood at 19.6%.

The nuclear decrease is partly a result of the shutdown of two plants in the past year, Indian Point in New York state and Palisades in Michigan, as well as scheduled closures for maintenance.

When all U.S. carbon-neutral energy sources are added together – nuclear, wind, hydroelectric and solar – almost 46% of U.S. electricity in April came from sources that don't contribute greenhouse gases to the environment, federal data shows.

# Top US diplomat to visit Japan

**Matthew Lee**
ASSOCIATED PRESS

BANGKOK – U.S. Secretary of State Antony Blinken will pay a brief condolence visit to Japan next week following the assassination of former Japanese Prime Minister Shinzo Abe, the State Department said Sunday.

Blinken will travel to Tokyo on Monday to pay his respects to the former leader and meet with senior Japanese officials before returning to Washington from an Asian tour that he is now wrapping up.

"Secretary Blinken will travel to Tokyo, Japan, to offer condolences to the Japanese people on the death of former Prime Minister Abe Shinzo and to meet with senior Japanese officials," State Department spokesperson Ned Price said in a statement. "The U.S.-Japan Alliance is the cornerstone of peace and stability in the Indo-Pacific and has never been stronger."

Blinken is in Thailand on a pre-scheduled visit and had been in Indonesia on Friday attending a Group of 20 nations' foreign ministers meeting in Bali when Abe was shot and killed.

On Saturday in Bali, Blinken said Abe's killing was a "tragedy" for the world and, like many other current and former U.S. officials, lauded the former prime minister for his vision.

"Prime Minister Abe was a transformative leader, a statesman, someone of truly global stature," Blinken said. He added that Abe's death had shaken the G-20 meeting with many of his foreign minister colleagues expressing shock and distress at the news.

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019,**
**A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. Koch Settlement § 10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **February 6, 2023,** to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by **September 23, 2022.** If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **September 23, 2022.** Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m.** on **October 28, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

*This notice is only a summary.*
For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.

Published in The Repository on July 11, 2022



**WE DO IT ALL!**   Tub Liners | Tub and Shower Replacements | Tub-to-Shower Conversions

**BATH FITTER**

**FITS YOUR standards**

With quality you can trust and a lifetime guarantee, Bath Fitter doesn't just fit your bath, it fits your high standards. Why have over two million people bought Bath Fitter into their homes? *It Just Fits.*

**BIGGEST OFFER OF THE YEAR**

**24 MONTHS 0% INTEREST**

**OR SAVE 10%**

Book your **FREE** design **CONSULTATION** today!

**OUR BENEFITS**

 Easy to Clean, Virtually Maintenance Free     Seamless Wall     One-Day Installation     LIFETIME WARRANTY

# 234-215-5774

1Tub-to-shower conversions and fiberglass replacements typically require a two-day installation. 2Lifetime warranty valid for as long as you own your home. *Offer ends 10/15/2022. All offers apply to a complete Bath Fitter system only, and must be presented and used at time of estimate. Minimum purchase required. Terms of promotional financing are 24 months of no interest from the date of installation and minimum deposit. See representative for details. Qualified buyers only. May not be combined with other offers or applied to previous purchases. Valid only at select Bath Fitter locations. Offers and warranty subject to limitations. Fixtures and features may be different than pictured. Accessories pictured are not included. Plumbing work done by P.U.L.S.E. Plumbing, Jason Haught OH MPL #37445, Jason Haught WV MPL #PL07514, Mark Bunch MI MPL #8111651, WV HIC #WV038808. Each Franchise Independently Owned and Operated By Ohio Bath Solutions, LLC.



# JUNE SALE

## 10% OFF Select Structures
now through June 30, 2022

*10x16' Alpine Elite Cottage*

330.359.5708 · 800.359.7522
4.5 miles East of Berlin
1.5 miles West of Winesburg on US 62
Monday–Friday 6:30–4:30, Saturday 9–2

**Alpine**
STRUCTURES
ESTABLISHED IN 1991

www.AlpineStructures.net

Exhibit G

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Koch and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Koch denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Sanderson Foods, and/or Koch (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Koch will pay $15,500,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Koch will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendants and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Koch. Koch Settlement § 10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **February 6, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by **September 23, 2022**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if y o u  d o  s o  b y **September 23, 2022**. Complete information is available at www.BroilerG r o w e r s A n  titrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on October 28, 2022** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $3,000,000. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

---

(Continued from previous page)

Foods, Aaron Kimball, former CTO of Zymergen, and Blaine Templeman, former chief administrative officer and chief legal officer of Aduro Biotech.

Together, they will support Shiru in areas of strategy, technology, and leadership as the company continues to scale the discovery and production of novel, naturally occurring ingredients for the plant-based food industry. All three bring years of combined C-suite level industry experience to Shiru.

In addition to his leadership with Tyson Foods, Banks is a co-founder for Vergent Bioscience, Advisor for X, the Moonshot Factory, and is on the Board of Directors at Omeat. Banks brings impressive food industry expertise and an extensive background in venture capital, high-tech, and health to the Shiru advisory board.

"Shiru's platform for improving ingredients in many different food products is impressive to me, but I'm equally impressed with Shiru's approach to partnering," Banks said. "While it is valuable for some companies to make their own branded products, Shiru wants to provide ingredients to large, existing food players, shortening their timeline to reach real impact. My work with Shiru's leadership is focused on finding the most effective and efficient pathways to commercial scale so we can see Shiru's customers thriving quickly in a food ecosystem that's changing before our eyes."

Kimball brings years of technology and software expertise to the Shiru advisory board, previously serving as Chief Technology Officer at Zymergen. In addition, Kimball co-founded WibiData in 2010, was the first employee at Cloudera, and holds several patents on predictive modeling for microbial engineering.

"Shiru aims to be the discovery engine for the world's leading food manufacturers," Kimball said. "With their focus on applying validated science and technology from fields like protein science and machine learning to the specific needs of the food industry, I see the discovery platform the Shiru team is developing as a unique and promising path to the challenge of creating sustainable, plentiful food ingredients for all."

Templeman brings to Shiru more than 20 years of experience counseling biotechnology companies in the development and commercialization of their products and the protection of their intellectual property portfolios, including in his former role as a corporate and intellectual property partner at Arnold & Porter LLP. Templeman most recently served as chief administrative officer and chief legal officer at Aduro Biotech.

"The biopharma industry has robust models for scaling protein operations. Shiru is seizing on these learnings as it pioneers new approaches in the food industry," Templeman said. "Like so many others in tech and bio, I have come to understand that changing our food system is one of the most important things we can do to create a more sustainable world. That's why I'm so eager and passionate to bring my experience to Shiru."

Shiru's new advisory board members join Shiru's existing scientific advisor Dr. Ranjani Varadan and will provide guidance and support to Shiru as the company scales partnerships within the food industry to help create the next generation of sustainable ingredients. Shiru's Flourish platform combines machine learning, precision fermentation, and high-throughput testing to identify, evaluate, and produce naturally occurring proteins that can serve as functional ingredients to replace unsustainable, animal-based products in food. Through this discovery platform and partnerships with leading food organizations, Shiru can help provide alternative, sustainable ingredients that achieve the same performance as animal-based products, without sacrificing nutrition or taste.

"We're thrilled to welcome Dean, Aaron, and Blaine to our advisory board and look forward to working together in our mission to feed people more sustainably," said Dr. Jasmin Hume, founder and CEO of Shiru. "Their expertise in the food and technology industries will provide great benefits to Shiru as we continue to scale the company while discovering and producing next-generation ingredients for leading food companies."

For more information, visit www.shiru.com.

---

Exhibit H

# Settlement Administrator Angeion Group Announces Proposed Settlement In Broiler Grow-Out Services Class Action

NEWS PROVIDED BY
**Angeion Group →**
Jul 11, 2022, 14:15 ET

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $15,500,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

PHILADELPHIA, July 11, 2022 /PRNewswire/ -- Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) (together "Koch") have agreed to settle a class action lawsuit brought against them by Broiler chicken growers who allege that Koch unlawfully conspired to artificially reduce the amounts they paid to Broiler chicken growers for Broiler Grow-Out Services. Koch denies that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are Broiler chicken growers that raised broilers for Koch ("Defendant"). Plaintiffs represent a class of Broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?**

Koch will pay $15.5 million into a Settlement Fund to settle the class action antitrust, and PSA claims against them and to provide certain cooperation to Plaintiffs in this litigation against the remaining Defendants (the "Koch Settlement"). In addition, Koch has agreed to certain restrictions on its ability to enforce arbitration provisions against Broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by Broiler chicken growers against Koch. Koch Settlement § 10.e.

## Am I eligible to receive a payment from the Settlement?

You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013, and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

## How do I get a payment from the Settlement?

If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by February 6, 2023, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

## What are my rights?

If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Koch in a separate lawsuit related to the legal claims in this lawsuit. If you want to keep your right to separately sue Koch, you must exclude yourself from the Settlement by September 23, 2022. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by September 23, 2022. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

## The Court's hearing.

The Court will hold a hearing at 2:00 p.m. CT on October 28, 2022 to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, litigation expenses not to exceed $3,000,000 and the proposed plan of allocation and distribution. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**

**For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com , or call 1-833-907-3700.**

**Media Contact:**

Angeion Group

Shiri Lasman

Associate, Communications

(215) 563-4116


SOURCE Angeion Group

Exhibit I

*IN RE: BROILER CHICKEN GROWER*
*ANTITRUST LITIGATION (NO. II)*

## OPT OUT REQUESTS

|  | **Koch Settlement:** |  |
|---|---|---|
|  |  |  |
| 1 | A Shirk & Sons (Andrew Shirk) | Timely |
| 2 | Pine Swamp Broilers (Stephen A. Witmer) | Timely |
| 3 | Georges Family Farms (Laura R Rhodes/Loren S Rhodes) | Timely |
| 4 | Dennis E McClendon | Timely |
| 5 | Trinity Poultry Farm (Trina B. McClendon) | Timely |
| 6 | Shady Oaks Farm (John M. Borntrager) | Timely |
| 7 | K Hollow Farm LLC (Charles Koogler Jr.) | Timely |
| 8 | Rawley-Hill Farms LLC 3 (Rawley Rhodes) | Timely |
| 9 | Rawley-Hill Farms LLC 3-1 (Rawley Rhodes) | Timely |
| 10 | Maple Leaf Farms  (Jason L. Borntrager) | Timely |
| 11 | Ray Hostetler | Timely |
| 12 | Miller Poultry Farm (Anthony Miller and Teresa Miller) | Timely |
| 13 | Purgatory Farm (Michelle Protani-Chesnik) | Timely |
| 14 | Elysian Fields (Paul D Chesnik) | Timely |