IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)**

MDL No. 6:20-md-2977-RJS-CMR

Hon. Chief Judge Robert J. Shelby

Hon. Cecilia M. Romero

**ORDER GRANTING PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISTRIBUTION OF THE PERDUE AND TYSON SETTLEMENT FUNDS**

Plaintiffs filed a motion with this Court in this MDL and member cases (the "Motion")[1] for an order approving Distribution of the Tyson and Perdue settlement funds net of attorneys' fees, costs, and incentive awards ("the Net Settlement Funds") in the above-captioned class action (the "Action"), and the Court has considered all the materials and arguments submitted in support of the Motion, including the Declaration of Denise Earle in Support the Motion (the "Earle Declaration"), the exhibits attached thereto, and Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Distribution of the Perdue and Tyson Settlement Funds submitted therewith.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. This Order incorporates by reference the definitions in the Earle Declaration and in the Settlement Agreements referred to in this Court's Order Granting Final Approval of Settlements with Perdue and Tyson, dated February 18, 2022.

2. Plaintiffs' Motion for Distribution of the Perdue and Tyson Net Settlement Funds is GRANTED. Accordingly,

   a. The administrative determinations of Plaintiffs' Counsel and the Court-approved Claims Administrator, the Angeion Group ("Angeion"), to accept eligible claims, as set forth the Earle Declaration, are adopted;

   b. Angeion is directed to conduct the Distribution of the Net Settlement Funds as set forth in Exhibit A to the Earle Declaration;

---

[1] ECF 416 in Case No. 6:20-md-2977.

      c.      Checks that are not cashed

      d.      within 90 days after issue date will become void.

Settlement Class members are encouraged to cash their checks promptly and to avoid or reduce future expenses relating to unpaid checks. All checks shall note that checks become void and the recovery forfeited if not cashed within 90 days of issuance.

      e.      Settlement Class Members who do not cash their checks within the time allotted will irrevocably forfeit all recovery from the Settlements.

      f.      $50,000 may be set aside to cover future estimated expenses, including taxes and any secondary distribution, related to the Perdue and Tyson Settlements.

      3.      This Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as the Court deems appropriate.

**SO ORDERED.**      Dated: November 16, 2022

 

_____
HONORABLE ROBERT J. SHELBY
UNITED STATES DISTRICT JUDGE