IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER LITIGATION,**<br><br>*This Document Relates to All Actions* | Case No. 6:20-MD-02977-RJS-CMR<br><br>**Chief Judge Robert J. Shelby**<br><br>**Magistrate Judge Cecilia M. Romero** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

John W. Dowdell moves the Court for an Order allowing him to withdraw as counsel of record for Agri Stats, Inc. ("Agri Stats"). In support of this Motion, John W. Dowdell states as follows:

1. Agri Stats has been represented by Justin W. Bernick of Hogan Lovells US LLP ("Hogan Lovells") and William W. O'Connor and John W. Dowdell of the law firm Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. ("Hall Estill").

2. William W. O'Connor and John W. Dowdell filed entries of appearance in this action on December 23, 2021. [Doc. Nos. 238 and 239]

3. Justin W. Bernick was granted admission to this Court *pro hac vice* on January 3, 2022 [Doc. No. 243], and filed an entry of appearance on January 7, 2022. [Doc. No. 245]

4. Mr. Dowdell is leaving Hall Estill on December 31, 2022. Therefore, it is necessary for him to withdraw as counsel of record for Agri Stats.

5. Agri Stats will continue to be represented by Justin W. Bernick of Hogan Lovells and William W. O'Connor of Hall Estill.

6. This Motion will not delay any scheduled deadlines in this case.

7. Agri Stats consents to John W. Dowdell withdrawing from this proceeding.

WHEREFORE, John W. Dowdell respectfully requests the Court enter an Order allowing him to withdraw as counsel of record for Agri Stats.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/John W. Dowdell*
William W. O'Connor, OBA No. 13200
John W. Dowdell, OBA No. 33162
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
boconnor@hallestill.com
jdowdell@hallestill.com

**ATTORNEYS FOR NON-PARTY AGRI STATS INC.**

-and-

**HOGAN LOVELLS US LLP**

Justin W. Bernick, VA Bar No. 74681
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com

**ATTORNEYS FOR NON-PARTY AGRI STATS INC.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 30th of December, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all counsel of record in the above-captioned case.

                  *s/John W. Dowdell*
                  John W. Dowdell

5432492.1:009994.00001