## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)** | MDL No. 6:20-2977-RJS-CMR<br><br>To be entered additionally in member cases:<br>6:17-cv-00033-RJS-CMR<br>6:20-cv-00479-RJS-CMR<br>6:20-cv-00480-RJS-CMR<br>6:21-cv-00033-RJS-CMR |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### FOR PILGRIM'S PRIDE CORPORATION

Ryan P. Montefusco moves the Court for an Order allowing him to withdraw as counsel of record for Defendant Pilgrim's Pride Corporation ("Pilgrim's Pride"). In support of this Motion, counsel states as follows:

1. Mr. Montefusco was granted *pro hac vice* admission in this matter on January 18, 2022, [D.E. 259], and entered a notice of appearance on behalf of Defendant Pilgrim's Pride on January 19, 2022 [D.E. 267].

2. Mr. Montefusco wishes to withdraw from representing Defendant Pilgrim's Pride in this matter as he is departing the law firm of Kasowitz Benson Torres LLP. The client is aware and has authorized the withdrawal of Mr. Montefusco as counsel.

3. The withdrawal of Mr. Montefusco will create no delay in this case as Kasowitz Benson Torres LLP continues to serve as counsel to Defendant Pilgrim's Pride through other attorneys of record.

WHEREFORE, Mr. Montefusco respectfully requests that the Court grant this Motion permitting him to withdraw as counsel of record.

Dated: February 22, 2023                    Respectfully submitted,

*/s/ Ryan P. Montefusco*
Ryan P. Montefusco
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Tel: 212-506-1700
Fax: 212-506-1800

***Counsel for Pilgrim's Pride Corporation***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2023, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ Ryan P. Montefusco*
    Ryan P. Montefusco
    **KASOWITZ BENSON TORRES LLP**
    1633 Broadway
    New York, NY 10019
    Tel: 212-506-1957
    Fax: 212-500-3516

    *Counsel to Defendant*
    *Pilgrim's Pride Corporation*