**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)** | MDL No. 6:20-2977-RJS-CMR<br><br>Hon. Chief Judge Robert J. Shelby<br><br>Hon. Cecilia M. Romero |

## JOINT STATUS REPORT

Plaintiffs,[1] Defendant Pilgrim's Pride Corporation ("Pilgrim's"), and Settling Defendants[2] (collectively, the "Parties") have met and conferred and submit this joint status report summarizing the current state of this litigation.

### I.      STATUS OF SETTLEMENTS AND SETTLEMENT ADMINISTRATION

The claims process for the Perdue and Tyson settlements is closed and the validations of submitted claim forms are complete. The Court granted Plaintiffs' Motion for Distribution of the Perdue and Tyson Settlement funds on November 16, 2022. Checks have been issued consistent with the Court's Order granting the distribution motion. At present, 18,041 of the 23,124 issued checks have been cashed, with 5,083 checks thus far outstanding. The claims administrator is currently processing reissue requests for class members as appropriate. Plaintiffs will bring a motion for a second distribution of any unclaimed funds to those class members that actively participated in the settlement by cashing their checks.

The claims process for the Koch settlement closed on February 6, 2023. A total of 877 claims have been submitted and the claims administrator is working to review and validate these

---

[1]      "Plaintiffs" includes Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles Weaver, Marc McEntire, Karen McEntire, and Mitchell Mason, on behalf of themselves and all others similarly situated.

[2]      "Settling Defendants" refers to Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson"); Perdue Foods, LLC ("Perdue"); Koch Foods, Inc. and Koch Meat Co., Inc. (doing business as Koch Poultry Co.) ("Koch"), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), and Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)) (collectively, "Sanderson").

submissions. Plaintiffs will move the Court to distribute the relevant settlement funds at the conclusion of this process.

Per the Notice Plaintiffs filed with the Court, ECF No. 426, Plaintiffs have reached an agreement with Sanderson to settle all claims against Sanderson on behalf of themselves and a proposed Settlement Class. Plaintiffs and Sanderson are working to finalize the long form settlement agreement. The proposed settlement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Plaintiffs expect to file a motion for preliminary approval along with a motion for Court-approved notice and claims administration associated with both settlements shortly.

## II.    OUTSTANDING AND ANTICIPATED MOTIONS (Joint Statement)

There are no outstanding motions or other anticipated motions at this time (other than the scheduled motions for class certification, *Daubert*, summary judgment, etc.). Plaintiffs and Pilgrim's have conferred and agreed to a modification of the default page limits for class certification and *Daubert* briefing set by L. Civ. R. 7(c) and (e), in which opening and response briefs are limited to twenty-five pages, and reply briefs are limited to ten pages. With leave of the Court, the parties will impose the following page limits: for the class certification motion briefing, the opening brief will be limited to twenty-five pages, the response brief limited to thirty-five pages, and the reply brief limited to twenty pages; for any *Daubert* briefing, the opening and response briefs will be limited to thirty pages, and the reply brief limited to fifteen pages. The Parties respectfully request that the Court approve the agreed page limits.

## III.    Current Discovery Disputes

There are no current or anticipated discovery disputes at this time.

Dated: February 24, 2023                          Respectfully submitted,

*/s/ Gary I. Smith, Jr.*                          */s/ David E. Ross*
Gary I. Smith, Jr.*                               David E. Ross*
Kyle G. Bates*                                    Kevin Cyrulnik*
**HAUSFELD LLP**                                  Henry Brownstein*
600 Montgomery St, Ste 3200                       **KASOWITZ BENSON TORRES LLP**
San Francisco, CA 94111                           1633 Broadway
Telephone: (415) 633-1908                         New York, NY 10019
Facsimile: (415) 633-4980                         Tel: 212-506-1700
Email: gsmith@hausfeld.com                        Fax: 212-506-1800
Email: kbates@hausfeld.com                        dross@kasowitz.com

Michael D. Hausfeld*
James J. Pizzirusso*
Melinda R. Coolidge*
Samantha S. Derksen*
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeld.com
Email: jpizzirusso@hausfeld.com
Email: mcoolidge@hausfeld.com
Email: sderksen@hausfeld.com

Daniel J. Walker*
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Email: dwalker@bm.net

Patrick F. Madden*
Eric L. Cramer*
Ellen T. Noteware*
David A. Langer*
Michaela L. Wallin*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: pmadden@bm.net
Email: ecramer@bm.net
Email: enoteware@bm.net
Email: dlanger@bm.net
Email: mwallin@bm.net

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs
Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**

kcyrulnik@kasowitz.com
hbrownstein@kasowitz.com

Larry D. Ottaway, OK Bar #6816
Amy Sherry Fischer, OK Bar #16651
**FOLIART HUFF OTTAWAY & BOTTOM**
201 Robert S. Kerr. Ave., 12th Floor
Oklahoma City, OK 73102
Tel: 405-232-4633
Fax: 405-232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com

*Counsel for Pilgrim's Pride Corporation*

 /s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Illinois Bar No. 6257119
Christa C. Cottrell, P.C.
Illinois Bar No. 6284749
Kate Guilfoyle
Illinois Bar No. 6309150
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
kate.guilfoyle@kirkland.com

 /s/ James Wesley S. Pebsworth
James Wesley S. Pebsworth, OBA No. 30900
**GABLEGOTWALS**
1100 ONEOK Plaza
100 West Fifth Street, Suite 1100
Tulsa, OK 74103-4217
(918) 595-4800
(918) 595-4990 (fax)
wpebsworth@gablelaw.com

*Counsel for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division),*

502 West Sixth Street
Tulsa, OK 74119
Telephone: (918) 699-8914
Facsimile: (918) 587-9708
Email: driggs@riggsabney.com
Email: don_bingham@riggsabney.com
Email: kkoepsel@riggsabney.com

William A. Edmondson (OBA No. 2628)
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
Email: dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

Larry D. Lahman (OBA No. 5166)
Roger L. Ediger (OBA 19449)
**MITCHELL DECLERK, PLLC**
202 West Broadway Avenue
Enid, OK 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-8890
Email: ldl@mdpllc.com
Email: rle@mdpllc.com

Vincent J. Esades*
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com

Warren T. Burns*
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: wburns@burnscharest.com

*Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division)*

\* admitted *pro hac vice*

Gregory L. Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive
Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001
Email: gldavis@knology.net

Charles D. Gabriel*
**CHALMERS & ADAMS, LLC**
13200 Strickland Rd, Suite 114-177
Raleigh, NC  27613
Telephone: (919) 803-2635
Facsimile: (678) 735-5905
Email: cdgabriel@chalmersadams.com

Larry S. McDevitt*
David M. Wilkerson*
**VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
Email: lmcdevitt@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

Harlan Hentges (OBA No. 17911)
**HENTGES & ASSOCIATES, PLLC**
102 East Thatcher Street
Edmond, OK 73034
Telephone: (405) 340-6554
Facsimile: (405) 340-6562
Email: harlan@organiclawyers.com

John C. Whitfield*
Caroline R. Taylor*
**WHITFIELD COLEMAN BULLOCK, PPLC**
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
Facsimile: (270) 825-1163
Email: jwhitfield@wcbfirm.com
Email: caroline@wbmllp.com

J. Dudley Butler*
**BUTLER FARM & RANCH LAW GROUP,**

**PLLC**
499-A Breakwater Drive
Benton, MS 39039
Telephone: (662) 673-0091
Facsimile: (662) 673-0091
Email: jdb@farmandranchlaw.com


Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202)789-1813
Email: danielc@cuneolaw.com

David S. Muraskin*
**PUBLIC JUSTICE, PC**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5245
Facsimile: (202) 232-7203
Email: dmuraskin@publicjustice.net

Kellie Lerner*
Meegan F. Hollywood*
Benjamin Steinberg*
**ROBINS KAPLAN, LLP**
1325 Avenue of the Americas, Suite
2601New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: KLerner@RobinsKaplan.com
Email: MHollywood@RobinsKaplan.com
Email: bsteinberg@robinskaplan.com

M. Stephen Dampier*
**DAMPIER LAW FIRM**
55 North Section Street
P.O. Box 161
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800
Email: stevedampier@dampierlaw.com

Michael L. Silverman*
**ROACH LANGSTON BRUNO, LLP**
205 North Michigan Avenue, Suite 810
Chicago, IL 60601
Telephone: (773) 969-6160
Email: msilverman@rlbfirm.com

Grant L. Davis*
Thomas C. Jones*
Timothy C. Gaarder*
Thomas E. Ruzicka, Jr.*
**DAVIS BETHUNE & JONES, LLC**
1100 Main St, Ste 2930
Kansas City, MO 64105
Telephone: (816) 421-1600
Email: gdavis@dbjlaw.net
Email: tjones@dbjlaw.net
Email: tgaarder@dbjlaw.net
Email: truzicka@dbjlaw.net

Robert J. Bonsignore*
**BONSIGNORE TRIAL LAWYERS, PLLC**
23 Forest St.
Medford, MA 02155
Telephone: (781) 350-0000
Email: rbonsignore@classactions.us

*Additional Class Counsel for Plaintiffs and
the Proposed Class*

* admitted *pro hac vice*