# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)<br><br>*This document relates to all actions.* | Case No. 6:20-MD-02977-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE
### MOTIONS SEEKING TO MAINTAIN MATERIALS UNDER SEAL

Pursuant to Local Rule 7.1(i), the parties, by their attorneys, respectfully submit this joint motion requesting an extension of time for any interested party or non-party to submit a motion seeking to maintain under seal specific discovery materials (documents or testimony) that are discussed in the below identified submissions.

On March 17, 2023, the parties filed the following motions: (i) Plaintiffs' Motion for Class Certification ("Class Motion"); (ii) Plaintiffs' Motion to Exclude Certain Opinions Offered by Pilgrim's Proffered Experts ("Plaintiffs' *Daubert* Motion"); and (iii) Defendant Pilgrim's Pride Corporation's Motion to Exclude Certain Opinions of Plaintiffs' Expert Witness Hal J. Singer Pursuant to Federal Rule of Evidence 703 ("Pilgrim's *Daubert* Motion"). Concurrently with the submission of the motions, the moving party requested that the motion papers be provisionally filed under seal because each motion relied upon information that was designated as confidential by a producing party or non-party during discovery. The court granted these requests on March 21, 2023. *See* ECF Nos. 450-52. Pursuant to the operative protective order in this above-captioned action (the "Protective Order"), "the designating party shall have twenty-one (21) days to file a [motion to maintain seal as] required by Local Rule 79.1." ECF No. 309 at ¶ 9.

1

The parties and interested non-parties are presently engaged in meet and confer discussions concerning the materials designated as Highly Confidential and Confidential under the Protective Order that were filed on the docket and/or referenced, quoted, paraphrased, cited, used, or relied upon in the parties' motions to reach agreement on redactions and with an eye toward narrowing the scope of any potential motion to maintain seal. The orders permitting the motions to be provisionally filed under seal, however, initially appeared to set different deadlines for filing a motion to maintain materials under seal: the two orders addressing Plaintiffs' motions direct the parties to notify the Court in advance of the April 17, 2023 status conference as to the Designating Parties' positions regarding the confidentiality designations, whereas the remaining order directs Pilgrim to submit a redacted set of its motions papers within twenty-one (21) days of the order. On April 4, 2023, Pilgrim submitted an unopposed motion requesting that any confidentiality issues concerning Pilgrim's *Daubert* Motion be resolved on the same schedule as the Class Motion and Plaintiffs' *Daubert* Motion (ECF No. 459), which motion the Court granted on April 6, 2023 (ECF No. 461). Notwithstanding this request, certain non-parties are concerned that they must file a motion to seal no later than April 7, 2023.

Accordingly, for clarity and in an abundance of caution, the parties jointly request an extension of time for any party or non-party to file any motions to maintain materials under seal and to allow the parties and non-parties an opportunity to resolve confidentiality issues via the ongoing meet and confer discussions. The parties therefore respectfully request that any motion to maintain under seal any materials designated as Highly Confidential or Confidential under the Protective Order that were filed and/or referenced, quoted, paraphrased, cited, used, or relied upon used with respect to the Class Motion, Plaintiffs' *Daubert* Motion, or Pilgrim's *Daubert* Motion be due no later than May 12, 2023.

A proposed order is attached at Exhibit A to this joint motion.

Dated: April 7, 2023                                        Respectfully submitted,

| | |
|---|---|
| */s/ Daniel J. Walker* | */s/ David E. Ross* |
| Daniel J. Walker* | David E. Ross* |
| **BERGER MONTAGUE PC** | Kevin Cyrulnik* |
| 2001 Pennsylvania Avenue, NW, Suite 300 | Henry Brownstein* |
| Washington, DC 20006 | **KASOWITZ BENSON TORRES LLP** |
| Telephone: (202) 559-9745 | 1633 Broadway |
| Email: dwalker@bm.net | New York, NY 10019 |
| | Tel: 212-506-1700 |
| Eric L. Cramer* | Fax: 212-506-1800 |
| Ellen T. Noteware* | dross@kasowitz.com |
| Patrick F. Madden* | kcyrulnik@kasowitz.com |
| Michaela L. Wallin* | hbrownstein@kasowitz.com |
| David A. Langer* | |
| **BERGER MONTAGUE PC** | Larry D. Ottaway, OK Bar #6816 |
| 1818 Market Street, Suite 3600 | Amy Sherry Fischer, OK Bar #16651 |
| Philadelphia, PA 19103 | **FOLIART HUFF OTTAWAY &** |
| Telephone: (215) 875-3000 | **BOTTOM** |
| Facsimile: (215) 875-4604 | 201 Robert S. Kerr. Ave., 12th Floor |
| Email: ecramer@bm.net | Oklahoma City, OK 73102 |
| Email: enoteware@bm.net | Tel: 405-232-4633 |
| Email: pmadden@bm.net | Fax: 405-232-3462 |
| Email: mwallin@bm.net | larryottaway@oklahomacounsel.com |
| Email: dlanger@bm.net | amyfischer@oklahomacounsel.com |
| | |
| Gary I. Smith, Jr.* | *Counsel for Pilgrim's Pride Corporation* |
| Kyle G. Bates* | |
| **HAUSFELD LLP** | |
| 600 Montgomery St, Ste 3200 | * admitted *pro hac vice* |
| San Francisco, CA 94111 | |
| Telephone: (415) 633-1908 | |
| Facsimile: (415) 633-4980 | |
| Email: gsmith@hausfeld.com | |
| Email: kbates@hausfeld.com | |

3

Michael D. Hausfeld*
James J. Pizzirusso*
Melinda R. Coolidge*
Samantha S. Derksen*
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeld.com
Email: jpizzirusso@hausfeld.com
Email: mcoolidge@hausfeld.com
Email: sderksen@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs
Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
502 West Sixth Street
Tulsa, OK 74119
Telephone: (918) 699-8914
Facsimile: (918) 587-9708
Email: driggs@riggsabney.com
Email: don_bingham@riggsabney.com
Email: kkoepsel@riggsabney.com

William A. Edmondson (OBA No. 2628)
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
Email: dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

4

Larry D. Lahman (OBA No. 5166)
Roger L. Ediger (OBA 19449)
**MITCHELL DECLERK, PLLC**
202 West Broadway Avenue
Enid, OK 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-8890
Email: ldl@mdpllc.com
Email: rle@mdpllc.com

Vincent J. Esades*
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com

Warren T. Burns*
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: wburns@burnscharest.com

Gregory L. Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive
Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001
Email: gldavis@knology.net

Charles D. Gabriel*
**CHALMERS & ADAMS, LLC**
13200 Strickland Rd, Suite 114-177
Raleigh, NC  27613
Telephone: (919) 803-2635
Facsimile: (678) 735-5905
Email: cdgabriel@chalmersadams.com

Larry S. McDevitt*
David M. Wilkerson*
**VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
Email: lmcdevitt@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

Harlan Hentges (OBA No. 17911)
**HENTGES & ASSOCIATES, PLLC**
102 East Thatcher Street
Edmond, OK 73034
Telephone: (405) 340-6554
Facsimile: (405) 340-6562
Email: harlan@organiclawyers.com

John C. Whitfield*
Caroline R. Taylor*
**WHITFIELD COLEMAN BULLOCK, PPLC**
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
Facsimile: (270) 825-1163
Email: jwhitfield@wcbfirm.com
Email: caroline@wbmllp.com

J. Dudley Butler*
**BUTLER FARM &
 RANCH LAW GROUP, PLLC**
499-A Breakwater Drive
Benton, MS 39039
Telephone: (662) 673-0091
Facsimile: (662) 673-0091
Email: jdb@farmandranchlaw.com

Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202)789-1813
Email: danielc@cuneolaw.com

David S. Muraskin*
**PUBLIC JUSTICE, PC**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5245
Facsimile: (202) 232-7203
Email: dmuraskin@publicjustice.net

Kellie Lerner*
Meegan F. Hollywood*
Benjamin Steinberg*
**ROBINS KAPLAN, LLP**
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: KLerner@RobinsKaplan.com
Email: MHollywood@RobinsKaplan.com
Email: bsteinberg@robinskaplan.com

M. Stephen Dampier*
**DAMPIER LAW FIRM**
55 North Section Street
P.O. Box 161
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800
Email: stevedampier@dampierlaw.com

Michael L. Silverman*
**ROACH LANGSTON BRUNO, LLP**
205 North Michigan Avenue, Suite 810
Chicago, IL 60601
Telephone: (773) 969-6160
Email: msilverman@rlbfirm.com

Grant L. Davis*
Thomas C. Jones*
Timothy C. Gaarder*
Thomas E. Ruzicka, Jr.*
**DAVIS BETHUNE & JONES, LLC**
1100 Main St, Ste 2930
Kansas City, MO 64105
Telephone: (816) 421-1600
Email: gdavis@dbjlaw.net
Email: tjones@dbjlaw.net
Email: tgaarder@dbjlaw.net
Email: truzicka@dbjlaw.net

Robert J. Bonsignore*
**BONSIGNORE TRIAL LAWYERS, PLLC**
23 Forest St.
Medford, MA 02155
Telephone: (781) 350-0000
Email: rbonsignore@classactions.us

*Additional Class Counsel for Plaintiffs and the Proposed Class*

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on April 7, 2023, I electronically filed the foregoing Joint Motion for Extension of Time to File Motions Seeking to Maintain Materials Under Seal with the Clerk of this Court via ECF which will send notification of such filing to all counsel of record.

        /s/   Daniel J. Walker
        Daniel J. Walker
        (admitted *pro hac vice*)