In The U.S. District Court
Eastern District Of Oklahoma
101 N. 5th. St., # 210
Muskogee, Okla. 74401

FILED

JUL - 5 2023

BONNIE HACKLER
CLK, U.S. District Court

By _____
Deputy Clerk

RE:

Broiler Chicken Growers Antitrust Litigation Class Action:

No: 6:20 - 2977 – RJS-CMR

REQUEST for form/information on filing individual claim.

Clerk,

Please send me the form so I can file my claim in this action.

Thank You.

Respectfully,

_Janice Iversen_

JANICE IVERSEN

3616 EAST 2nd ST APT 6

TULSA, OK

74112.

Dated: _____