

Ms Janice Iversen
Apt 6 3616 E 2nd St
Tulsa, OK 74112

TULSA OK 740

3 JUL 2023   PM 1   L

USA FOREVER

RECEIVED

JUL - 5 2023

BONNIE HACKLER
Clerk, U.S. District Court
By_____
        Deputy Clerk

U.S. District Court
Eastern District Of Oklahoma
101 N. 5th St., # 210
Muskogee, Okla. 74401

74401-520560