**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II) | MDL No. 6:20-MD-2977-RJS-CMR<br><br>Hon. Chief Judge Robert J. Shelby<br><br>Hon. Cecilia M. Romero |
|---|---|

**DECLARATION OF STEVEN WEISBROT**
**REGARDING THE IMPLEMENTATION OF NOTICE PLAN**

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2. My credentials were previously provided in the Declaration of Steven Weisbrot on Angeion Group Qualifications & Proposed Notice Plan ("Notice Plan Declaration") (ECF No. 436-1).

3. The purpose of this declaration is to provide the parties and the Court with a summary of the work performed by Angeion to effectuate notice pursuant to the Court's Order Approving Notice Plan and Authorizing Issuance of Notice to the Sanderson Settlement Class (ECF No. 483).

**SUMMARY OF THE NOTICE PROGRAM**

4. The Notice Plan approved by the Court included individual direct notice to all reasonably identifiable members of the Settlement Class via direct mail. It also included a strategic print publication schedule, programmatic display advertising, social media advertising, a press release, and the implementation of a dedicated website and a toll-free telephone line where members of the Settlement Class were able to learn more about their rights and options pursuant to the terms

of the Settlement.

**DIRECT NOTICE**

5. The direct notice effort in this matter consisted of sending an individual long form notice to all members of the Settlement Class for which Plaintiffs had sufficient address information. For all members of the Settlement Class where Plaintiffs possessed sufficient structured data, a pre-populated claim form was also included with the long form notice mailing. As delineated below, the overwhelming majority of members of the Settlement Class received pre-populated claim forms. However, for those members of the Settlement Class where Plaintiffs lacked sufficient structured data to pre-populate a claim form, Settlement Class members were able to answer a series of simple questions on an unpopulated claim form that will enable Settlement Class Counsel to estimate their *pro rata* share based on available industry data from certain alleged co-conspirators, including data available from Agri Stats, Inc. or, alternatively, to submit their own documentation to substantiate their *pro rata* share.

6. Between June 24, 2022 and June 29, 2022, Angeion received Grower compensation data and mailing address information for members of the Koch Settlement Class from Plaintiffs' counsel. Plaintiffs' counsel confirmed that the same information was to be utilized to send notice to the Sanderson Settlement Class. On May 3, 2023, Angeion received updated Grower compensation data and mailing address information for certain members of the Settlement Class from Plaintiffs' counsel. After review of all class data, Angeion determined 23,776 records had sufficient structured data for the Growers associated with those records to be issued direct notice with a pre-populated claim form (records that had both (a) address data and (b) compensation history data). Angeion identified 202 records providing address information but no compensation information such that those 202 Growers could not be mailed direct notice with a pre-populated claim form but could be issued direct notice with an unpopulated claim form. As part of its notice preparation, Angeion also cross-checked the data from the Tyson/Perdue and Koch Settlements. For any record that had an updated address from the Settlement Class member, skip tracing, the USPS National Change of Address database, which provides updated address information for

individuals or entities who have moved during the previous four (4) years and filed a change of address with the USPS ("NCOA"), or Plaintiffs' counsel, Angeion made those updates to the provided data files to ensure that notice was sent to the most current address known to Angeion.

7. On May 17, 2023, Angeion commenced dissemination of the long form notice and claim form by mail to the 23,978 Growers identified in the preceding paragraph. Prior to mailing, the address information was processed through the USPS NCOA database. True and correct copies of the long form notice, pre-populated claim form and unpopulated claim form are attached as **Exhibits A**, **B** and **C**, respectively.

8. As of August 9, 2023, a total of 1,339 mailings were returned by the USPS as undeliverable. Mailings returned to Angeion by the USPS were subjected to address verification searches ("skip traces") in an attempt to locate updated address information. In total, 231 mailings were re-mailed because of the above-described efforts.

9. In summary, as of August 9, 2023, there were 22,870 mailings sent out that were not returned undeliverable.

10. Angeion will continue skip tracing efforts through distribution and will process the records through the USPS NCOA database prior to sending out payments from the Net Settlement Fund.

**MEDIA & PUBLICATON NOTICE**

11. In my Notice Plan Declaration, I indicated programmatic advertising is a method of advertising where an algorithm identifies and examines demographic profiles and uses advanced technology to place advertisements on the websites where members of the audience are most likely to visit (these websites are accessible on computers, mobile phones and tablets). On May 17, 2023, Angeion implemented the internet banner portion of the Notice Plan using a desktop and mobile ad campaign to notify and drive Settlement Class members to the dedicated Settlement website where they could find more information about the Settlement and submit a claim form. True and correct copies of the internet banner notices are attached as **Exhibit D**.

12. In my Notice Plan Declaration, I explained that the social media campaign uses an interest-based approach which focuses on the interests that users exhibit while on the social media

platform. On May 17, 2023, Angeion implemented a social media campaign via Facebook to engage with the audience via a mix of news feed and story units to optimize performance via the Facebook desktop site, mobile site, and mobile app. A true and correct copy of the Social Media advertisements are attached hereto as **Exhibit E**.

13.     The internet banner ads delivered 585,909 impressions and the Social Media ads delivered 2,287,187 impressions. An internet impression is generally defined as an instance where an advertisement loads and displays in front of a user. So if our advertisement was shown on www.cnn.com to one Internet user, for example, that would count as one impression.

14.     In addition to the notice efforts described above, the Notice Plan also featured a media strategy designed to reach members of the Settlement Class via a strategically geo-targeted publication notice campaign, targeted at those geographic regions for alleged co-conspirators whose Growers are members of the Settlement Class, but which produced incomplete data making direct notice to those Growers less practicable. To that end, a 1/8-page advertisement was published one time in each of the publications listed below. True and correct copies of the tear-sheets from the publications are attached hereto as **Exhibit F**.

| PUBLICATION | DATE OF PUBLICATION | CIRCULATION |
|---|---|---|
| Savannah Morning News | May 17, 2023 | 11,220 |
| The Claxton Enterprise | May 17, 2023 | 3,700 |
| Atlanta Journal Constitution | May 17, 2023 | 85,628 |
| Barrow News-Journal | May 17, 2023 | 5,500 |
| Goldsboro News Argus | May 18, 2023 | 7,000 |
| Morganton News Herald | May 17, 2023 | 7,729 |
| Wooster Daily Record | May 17, 2023 | 6,606 |
| Canton Repository | May 17, 2023 | 14,000 |
| | TOTAL: | 141,383 |

15.     On May 22, 2023, a 1/2-page advertisement was published in the Poultry Times, which has a paid circulation of over 13,000 targeted readers, of which approximately 65% are Growers,

Integrators, and hatcheries. A true and correct copy of the tear-sheet from that publication is attached hereto as **Exhibit G**.

**PRESS RELEASE**

16. On May 17, 2023, Angeion caused a press release to be distributed over the National & Agriculture circuit on PR Newswire to further disseminate news of the Settlement. A true and correct copy of the press release is attached hereto as **Exhibit H**.

**SETTLEMENT WEBSITE AND TOLL-FREE HOTLINE**

17. On May 16, 2023, Angeion established the following website devoted to this Settlement: https://broilergrowersantitrustsettlement.com/sanderson-settlement/. The home page of the website includes all important dates and deadlines, a summary of Settlement Class members' legal rights and options, as well as general information about the Action and the Settlement. The website includes an "Important Documents" page where the Settlement Agreements, long-form notice, publication notice, and claim form can be found. That page also provides relevant Court orders and court filings (including Plaintiffs' Motion and Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses). Additionally, the site provides answers to frequently asked questions and a "Contact Us" page whereby Settlement Class Members can submit questions regarding the Settlement to a dedicated email address: Info@BroilerGrowersAntitrustSettlement.com. Visitors to the settlement website can download a copy of the long form notice, claim form, and other pertinent documents. Members of the Settlement Class can also submit claim forms via the Settlement Website.

18. As of August 9, 2023, the Settlement website has had 77,063 page views, 71,835 unique visitors and 73,284 sessions, which represents the number of individual sessions initiated by all users. Google defines a session as a group of user interactions within a website that take place within a given time frame. For example, a single session can contain multiple page views, events, social interactions, and ecommerce transactions, provided they occur relatively simultaneously. These figures may include visitors seeking information on the Tyson/Perdue and/or Koch matter.

19. On May 16, 2023, Angeion established the following toll-free line dedicated to this case: 1-833-907-3700. The toll-free line utilizes an interactive voice response ("IVR") system to provide members of the Settlement Class with responses to frequently asked questions, the ability to request a claim form, and includes information about filing a claim and important dates and deadlines. The toll-free line is accessible 24 hours a day, 7 days a week, and has an option to speak with a live operator during normal business hours.

20. As of August 9, 2023, the toll-free line has received 791 calls totaling 3,911 minutes, which may include callers seeking information in relation to the Tyson/Perdue and/or Koch matter.

**CLAIM FORM SUBMISSIONS**

21. The deadline for members of the Settlement Class to submit a claim form is December 13, 2023. Submission of a claim form is not necessary to receive payment from the Settlement. Rather, Settlement Class members who were sent a pre-populated claim form will automatically receive a *pro rata* payment unless they exclude themselves from the Settlement. As of August 9, 2023, Angeion has received a total of 56,356 claim form submissions and/or updated address forms. These submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to keep the parties apprised of the number of submissions received.

**REQUESTS FOR EXCLUSION & OBJECTIONS TO THE SETTLEMENT**

22. The deadline for members of the Settlement Class to request exclusion from the Settlement or object to the Settlement was July 31, 2023. As of August 9, 2023, Angeion has received 12 timely requests for exclusion from the Settlement. Angeion will inform the parties of any additional requests for exclusion it receives. A list containing the names of the individuals or entities requesting exclusion is attached hereto as **Exhibit I**.

23. As of August 9, 2023 Angeion has not been made aware of any objections to the Settlement.

**CONCLUSION**

24. The Notice Plan described herein included direct notice to all reasonably identifiable members of the Settlement Class via mail, coupled with a strategic print publication campaign,

programmatic display advertising, social media advertising, a press release, and the implementation of a dedicated Settlement Website and toll-free hotline to further inform members of the Settlement Class of their rights and options pursuant to the terms of the Settlement.

25. It is my professional opinion that the Notice Plan provided full and proper notice to members of the Settlement Class before the claims, opt-out, and objection deadlines. Moreover, it is my opinion that the Notice Plan was the best notice that is practicable under the circumstances and fully comported with due process and Federal Rule of Civil Procedure 23.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 09, 2023

STEVEN WEISBROT

# Exhibit A

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

# NOTICE OF CLASS ACTION SETTLEMENT

---

# If You Were Paid to Provide Broiler Grow-Out Services At Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A class action lawsuit has been filed against companies that contract with Broiler chicken growers to provide Broiler[1] Grow-Out Services,[2] alleging that Defendants[3] and certain other companies (known as Alleged Co-Conspirators)[4] unlawfully conspired to artificially reduce the amount the Defendants and Alleged Co-Conspirators paid to Broiler chicken growers for Broiler Grow-Out Services in violation of the federal antitrust laws and the Packers and Stockyards Act ("PSA"). Broiler Grow-Out Services refers to arrangements in which Broiler chicken growers grow young chickens until the birds reach slaughtering age, under contract with companies that supply the young birds, commonly referred to as "Integrators."
- Defendants Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to pay $17.75 million into a Settlement Fund to settle the class action antitrust and PSA claims against them and to provide certain cooperation to Plaintiffs in this litigation against the remaining Defendant (the "Sanderson Settlement"). In addition, Sanderson has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by Broiler chicken growers against Sanderson. Sanderson Settlement §

---

1 "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1(d).

2 "Broiler Grow-Out Services" means Broiler chicken growing services.

3 Defendants are Tyson Foods, Inc.; Tyson Chicken Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Pilgrim's Pride Corporation; Perdue Foods, LLC; Koch Foods, Inc.; Koch Meat Co. Inc. d/b/a Koch Poultry Co.; Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division).

4 Alleged Co-Conspirators for purposes of the Settlements are Foster Farms, Mountaire Farms, Wayne Farms, George's, Inc., Peco Foods, Inc., House of Raeford Farms, Simmons Foods, Keystone Foods, Fieldale Farms Corp., O.K. Industries, Case Foods, Marshall Durbin Companies, Amick Farms, Inc., Mar-Jac Poultry, Inc., Harrison Poultry, Inc., Claxton Poultry Farms, Norman W. Fries, Inc., and Agri Stats, Inc.

10. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

- The "Settlement Class" for the Sanderson Settlement is defined as all individuals and entities in the United States and its territories that were paid to provide Broiler Grow-Out Services by any Defendant or any Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or Affiliate of a Defendant or Alleged Co-Conspirator, at any time between January 27, 2013, through December 31, 2019 (the "Class Period").
- The Court in charge of the lawsuit will decide whether to finally approve the Sanderson Settlement. If approved by the Court, the Sanderson Settlement will resolve all of the Settlement Class members' claims against Sanderson and release Sanderson and their affiliates from all liability for the claims alleged against them in the lawsuit, including related claims or claims referred to in the lawsuit. All the claims against the non-settling Defendant in the lawsuit will continue.

**Please read this notice carefully. Your rights and options—and the deadlines to exercise them—are explained in this Notice.**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **RECEIVE AN AUTOMATIC PAYMENT** | If you received this Notice of Class Action Settlement with a Pre-Populated Claim Form that contains information about the amount you were paid by Defendants and/or Alleged Co-Conspirators for Broiler Grow-Out Services during the Class Period ("pre-populated payment information"), you will receive a payment from the Settlement Fund automatically and you do not need to submit the attached Claim Form or do anything else to receive a Settlement payment.<br><br>If you disagree with the pre-populated payment information in the Pre-Populated Claim Form and wish to challenge or correct it, you have the right to submit a Claim Form with corrected information **postmarked by December 13, 2023**. For more information, see Question 9.<br><br>If you do not submit an updated Claim Form with corrected information postmarked by **December 13, 2023**, the pre-populated payment will be deemed accepted and you will be compensated based on that information.<br><br>By receiving a payment, you give up the right to sue Sanderson in a separate lawsuit related to the legal claims this Settlement resolves. Please see Question 16, which describes the release of claims in this action. | **December 13, 2023 (to dispute Pre-Populated payment information)** |
| **SUBMIT A CLAIM** | If you are a Settlement Class member and received an Unpopulated Claim Form without pre-populated payment information, you **must** complete and submit an Unpopulated Claim Form and either (a) include supporting documentation concerning the amount you were | **December 13, 2023** |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| | paid for Broiler Grow-Out Services by Defendants and Alleged Co-Conspirators, or (b) answer a series of questions on the Unpopulated Claim Form, by which a reasonable estimate of the amount you were paid can be determined, by **December 13, 2023** if you wish to receive a payment from the Settlement Fund. For more information, see Question 9.<br><br>If you are a Settlement Class member and received an Unpopulated Claim Form, you will give up the right to sue Sanderson in a separate lawsuit about the legal claims this Settlement resolves regardless of whether you complete the Unpopulated Claim Form and submit it, unless you exclude yourself from the Settlement.<br><br>If you are a Settlement Class Member and received an Unpopulated Claim form and did **not** receive a Pre-Populated Claim Form with pre-populated payment information, completing and submitting the Unpopulated Claim Form is the **only** way to receive a payment from the Settlement. Please see Question 16, which describes the release of claims in this action. | |
| **EXCLUDE YOURSELF** | You may submit a written request to exclude yourself from the Sanderson Settlement. If you do so, you will not participate in the Settlement or get any monetary compensation from the Settlement Fund. You will keep any rights you currently have to separately sue Sanderson related to the legal claims this Settlement resolves, but you must retain your own lawyer at your own expense if you wish to have legal representation to do so, Settlement Class Counsel (defined infra) represent the Settlement Class but do not represent excluded parties. For more information, see Question 17. | **July 31, 2023** |
| **OBJECT AND/OR ATTEND A HEARING** | **If you do not exclude yourself** from the Sanderson Settlement, you still have the right to file a written objection to the Sanderson Settlement or anything else referenced in this Notice, to attend the Final Approval Hearing, and to request to be heard at the Final Approval Hearing. You may also retain a lawyer at your own expense to assist you in doing so, although it is not necessary to hire a lawyer in order to object or attend the hearing. See Question 14. The hearing may occur virtually or in person at the United States District Court for the Eastern District of Oklahoma, located at 101 N 5th St, Muskogee, OK 74401. Please monitor the Settlement Website at www.BroilerGrowersAntitrustSettlement.com for updates on the Final Approval Hearing date and location. For more information, see Questions 18, 21-23. | **July 31, 2023** |

**Please note, all information you provide in connection with receiving an automatic payment or submitting a claim form in this action will be maintained as strictly confidential and will not be made available publicly or to any Defendant or Alleged Co-conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you**

**provide, including Your identity, in connection with receiving an automatic payment or submitting a claim form in this action. The only way your identity will become public is if you exclude yourself from the Settlement or file an objection to the Settlement.**

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION ........ 4

WHO IS IN THE CLASS........ 6

THE SETTLEMENT ........ 6

HOW TO GET A PAYMENT—MAKING A CLAIM ........ 7

THE LAWYERS REPRESENTING YOU........ 9

EXCLUDING YOURSELF FROM THE SETTLEMENT CLASS........ 11

OBJECTING TO THE SETTLEMENT ........ 11

THE COURT'S FAIRNESS HEARING........ 13

IF I DO NOTHING........ 14

GETTING MORE INFORMATION........ 14

## BASIC INFORMATION

### 1. Why did I receive a Notice?

A federal court directed this notice because it has preliminarily approved the proposed class action Settlement with Sanderson. You have the right to know about the Settlement, your rights, and your options before the Court decides whether to grant final approval to the Settlement.

The Honorable Chief Judge Robert J. Shelby is overseeing this lawsuit, which is called *In Re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR (the "Action"), in the United States District Court for the Eastern District of Oklahoma (the "Court").

You received this Notice because you may be a member of the Settlement Class. **To find out if you are a member of the Settlement Class, see Question 5 below.**

The people who sued are called the Plaintiffs. The companies they sued are called Defendants. The Defendants are Tyson Foods, Inc.; Tyson Chicken Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Pilgrim's Pride Corporation; Perdue Foods, LLC; Pilgrim's Pride Corporation ("Pilgrim's Pride"); Koch Foods, Inc.; Koch Meat Co. Inc. d/b/a Koch Poultry Co. (together, "Koch"); Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together, "Sanderson"), including each of their past, present, and future, direct and indirect, corporate parents (including holding companies), owners, subsidiaries, related entities, Affiliates, associates, divisions, departments, joint ventures, predecessors, and/or successors. As noted herein, Sanderson is the Defendant that agreed to settle with Plaintiffs as described in this Notice.

"Alleged Co-Conspirator" means a person or entity that Plaintiffs alleged participated in the conspiracy but are not named as Defendants in this Action. They are: Agri Stats, Inc., Foster Farms, Mountaire Farms, Wayne Farms, George's, Inc., Peco Foods, Inc., House of Raeford Farms, Simmons Foods, Keystone Foods Fieldale Farms Corp., O.K. Industries, Case Foods, Marshall Durbin Companies, Amick Farms, Inc., Mar-Jac Poultry, Inc., Harrison Poultry, Inc., Claxton Poultry Farms, and Norman W. Fries, Inc., including each of their past, present, and future, direct and indirect, corporate parents (including holding companies), owners, subsidiaries, related entities, Affiliates, associates, divisions, departments, joint ventures, predecessors, and/or successors.

**2. What is this lawsuit about?**

Plaintiffs in this Action are Broiler chicken growers who provided Broiler Grow-Out Services. They grow young chickens bred for meat under contract with Integrators. The Plaintiffs represent a group of Broiler chicken growers who have similar claims against the Defendants. For purposes of this Settlement, this group is referred to as the Settlement Class (*see* Questions 3 and 5 for more information about the Settlement Class and whether you are part of it).

This lawsuit alleges, among other things, that Defendants entered into a conspiracy that violated federal antitrust law and the PSA by agreeing with one another and the Alleged Co-Conspirators to reduce the prices paid to Broiler chicken growers, causing the growers to be underpaid for Broiler Grow-Out Services.

All Defendants deny Plaintiffs' antitrust and PSA claims and have asserted defenses to those claims. However, Plaintiffs have reached a Settlement with Sanderson for a total of $17,750,000 plus cooperation in the prosecution of Plaintiffs' claims against the non-settling Defendant, Pilgrim's Pride (note that Tyson, Perdue and Koch previously settled with Plaintiffs and the Settlement Class). In addition, Sanderson has agreed to certain restrictions on its ability to enforce arbitration provisions against Growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. *See* Sanderson Settlement § 10. Sanderson denies any wrongdoing.

The Sanderson Settlement does not impact the claims against the remaining non-settling Defendant Pilgrim's Pride; this lawsuit continues against them. If the Plaintiffs reach a Settlement with the other Defendant or the Plaintiffs receive a favorable money judgment against the other Defendant at trial, you will receive additional notice of those Settlements and/or that judgment.

It is possible, however, that the remaining Defendant will prevail against the Plaintiffs and there will be no further money to distribute to the Settlement Class members. There is no guarantee about the outcome of this Action.

Important information about the action and these Settlement will be posted on the website, www.BroilerGrowersAntitrustSettlement.com, as it becomes available. Please check the website regularly to be kept informed about any future developments or important new case documents.

**3. What is a class action?**

In a class action, the Plaintiffs act as "class representatives" and sue on behalf of themselves and other people or entities who have similar claims. This group is called the "class," and the people and entities in the class are called "class members." A single court resolves the issues for all class members, except for people who exclude themselves from the class.

In this Action, the Class Representatives are: Haff Poultry, Inc.; Nancy Butler; Johnny Upchurch; Jonathan Walters; Myles B. Weaver; Melissa Weaver; Marc McEntire; Karen McEntire; and Mitchell Mason. They are or were all Broiler chicken growers.

**4. Why did the parties settle this lawsuit?**

The Court did not decide in favor of Plaintiffs or Sanderson. Instead, Plaintiffs and Sanderson have agreed to the Sanderson Settlement Agreement to avoid the costs and risks of continued litigation. The Class Representatives and their attorneys think the Settlement is an excellent result, which will provide Settlement Class members with monetary compensation and cooperation from Sanderson that the Settlement Class Counsel believe will help them prosecute Plaintiffs' claims against the remaining Defendant.

## WHO IS IN THE CLASS?

**5. How do I know if I am a Settlement Class Member?**

You are a member of the Settlement Class if you are a person or entity in the United States or its territories that was paid for Broiler Grow-Out Services by any Defendant or Alleged Co-Conspirator (or by a division, subsidiary, predecessor, or Affiliate of a Defendant or Alleged Co-Conspirator) at any time between January 27, 2013, through December 31, 2019.

You are a member of the Settlement Class and eligible to participate in the Sanderson Settlement if you provided Broiler Grow-Out Services for any one of the Defendants or Alleged Co-Conspirators during the Class Period. Because this case involves conspiracy claims, it is not necessary for you to have provided Broiler Grow-Out Services for Sanderson to receive a payment.

**6. What should I do if I am still not sure whether I am included?**

If you are not sure whether you are included in the Settlement Class, you can ask for free help by calling the Settlement Administrator at 1-833-907-3700 or email Info@BroilerGrowersAntitrustSettlement.com for more information.

An operator is available to answer your questions during normal business hours.

## THE SETTLEMENT

**7. What does the Settlement provide?**

Sanderson has agreed to pay $17,750,000 into a Settlement Fund to settle the lawsuit against them in exchange for the release by Settlement Class members of the claims against them in this Action. In addition, the Settlement will help the Plaintiffs pursue their claims against the remaining Defendant because Sanderson has agreed to provide certain cooperation to Plaintiffs in the litigation against the remaining Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against Growers and restrictions on its ability to enforce bans on collective or class actions against Sanderson by Growers. Sanderson Settlement § 10. You can view the Settlement Agreement, including the release of claims, at the Settlement Website at www.BroilerGrowersAntitrustSettlement.com.

A portion of the Settlement Fund, subject to approval by the Court, will be used to pay Settlement Class Counsel for their time in pursuing this lawsuit and to reimburse them for out-of-pocket costs they have incurred. Amounts remaining after deductions for attorneys' fees, litigation costs and other expenses (*see* Questions 3, 15) will be distributed to Settlement Class members who do not exclude themselves from the Settlement *pro rata*, based on their qualifying payments from Defendants and Alleged Co-Conspirators for the provision of Broiler Grow-Out Services (*see* Question 10).

Additional details about the Settlement are contained in the Settlement Agreement, which is available at www.BroilerGrowersAntitrustSettlement.com.

**8. How will payments be calculated?**

At this time, it cannot be known how much you will receive from the Settlement.

The amount remaining in the Settlement Fund after deductions for attorneys' fees and litigation expenses and costs for notice and Settlement administration, will be distributed *pro rata* to eligible Settlement Class members with valid claims based on payments received from Defendants and Alleged Co-Conspirators for Broiler Grow-Out Services. That means your payment will be based on the total payments you received from Defendants and Alleged Co-Conspirators during the Class Period as a proportion of the total payments received by all eligible Class Members with valid claims.

As a simple example, if a Settlement Class member received payments totaling $100 dollars, and the total payments to all eligible Class Members with valid claims is $10,000, that class member would be entitled to 1% of the total amount to be distributed.

The amount you receive will depend on how much the Court allows in attorneys' fees and litigation expenses, costs for notice and Settlement administration, how many valid claims are submitted by eligible Settlement Class members, and the total amount of payments made for Broiler Grow-Out Services during the Class Period to eligible Settlement Class members with valid claims.

As described below (*see* Questions 21-23), the Court will conduct a Fairness Hearing and decide whether a) to finally approve the Settlement, b) to approve the proposed *pro rata* allocation plan; and c) to approve the Settlement Class Counsel's request for fees and reimbursement of costs.

For information on how to make a claim, *see* Question 9 and www.BroilerGrowersAntitrustSettlement.com.

## HOW TO GET A PAYMENT—MAKING A CLAIM

**9. How can I get a payment?**

If you are a member of the Settlement Class, there are two ways for you to receive a payment from the Settlement:

1. **Pre-Populated Claims Forms <u>with</u> Pre-Populated Payment Information:** If you received a Pre-Populated Claim Form that already contains pre-populated payment information and you have not excluded yourself from the Settlement, you do not need to do anything further to receive a payment. This payment information was provided by Defendants and Alleged Co-Conspirators from their payment records. Your *pro rata* share will be calculated based on the payment amounts in your Claim Form. If you agree with the pre-populated payment information or otherwise do not respond to the Pre-Populated Claim Form, your pro rata share will be determined based on the pre-populated amount.

   If you disagree with the pre-populated payment information in the Pre-Populated Claim Form *or* if you believe the information in the Pre-Populated Claim Form is incomplete (for example, it is missing payments you received during certain years), you have the right to submit a corrected Claim Form, which must be accompanied by supplemental documentation supporting your additions or clarifications (such as settlement sheets for Broiler flocks you raised or yearend statements from the Integrator with whom you contract or contracted) **postmarked by December 13, 2023**. If validated by the Settlement Administrator, your *pro rata* share will be based on this

corrected or supplemental information. Please follow the instructions on the Pre-Populated Claim Form to submit a corrected and/or supplemental Claim Form.

2. **Unpopulated Claims Forms <u>without</u> Pre-Populated Payment Information:** If you have received a Claim Form that does not include any pre-populated payment information (or you did not receive a Claim Form at all) and you want to receive a payment, you **MUST** complete and submit a Claim Form, **postmarked by December 13, 2023**. If your Claim form does not have pre-populated payment information this means that the Settlement Administrator does not have information from Defendants or Alleged Co-Conspirators about the amount you were paid for Broiler Grow-Out Services during the Class Period. If you are or were a Grower for Wayne Farms, Fieldale Farms, Claxton Poultry, Case Farms, or Keystone Foods, it is more likely you received an Unpopulated Claim Form or no Claim Form at all and will have to complete and submit a Claim Form to receive a payment.

   An Unpopulated Claim Form can be obtained at the Settlement Website www.BroilerGrowersAntitrustSettlement.com. You have two options for completing and submitting an Unpopulated Claim Form.

   First, if you have information on your total payments for Broiler Grow-Out Services by year, provide that information with supporting documentation of those payments. If validated by the Settlement Administrator, your *pro rata* share will be based on the payment information you provide.

   Second, if you do not have information or documentation regarding the total payments you received for Broiler Grow-Out Services, you must provide the years in which you provided Broiler Grow-Out Services, the name of the company (or companies) for which you provided Broiler Grow-Out Services in each year, the number of farms you operated (if more than one), and for any partial years you provided Broiler Grow-Out Services (for example, if you quit raising Broilers in the middle of a year covered by the Class Period) the number of flocks you grew during each partial year. If validated by the Settlement Administrator, your *pro rata* share will be based on that information along with available industry payment data.

   Please follow the instructions on the Unpopulated Claim Form.

If you did not receive a Pre-Populated Claim Form and you do not complete and submit a valid Claim Form postmarked by the deadline, you will not receive a payment from the Settlement Fund, but you will still give up the right to sue Sanderson in a separate lawsuit related to the legal claims these Settlements resolve.

You should mail your corrected or supplemented Pre-Populated Claim Form or completed Unpopulated Claim Form to the address below, **postmarked no later than December 13, 2023** or upload it to the Settlement Website at www.BroilerGrowersAntitrustSettlement.com using the instructions there. You can also request that a Claim Form be sent to you by calling the Settlement Administrator or by sending a written request to the Settlement Administrator by mail or by email:

In re Broiler Chicken Grower Antitrust Litigation (Sanderson)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
1-833-907-3700
Info@BroilerGrowersAntitrustSettlement.com

If you have questions regarding your Claim Form or participating in the Settlement, contact the Settlement Administrator using the contact information set forth immediately above.

### 10. When will I get my payment?

Even if the Court finally approves the Settlement and approves the allocation and distribution plan, there still may be appeals of that decision. The Settlement Fund cannot be distributed until all appeals are resolved. It is hard to estimate how long that might take. Further, even if there are no appeals, it is difficult to predict how long the claims process will take. Further, it is possible that other Defendant may settle the claims against it and that distribution of the proceeds from the Sanderson Settlement may be delayed so that the proceeds from multiple settlements may be distributed at the same time.

Updates regarding the Settlement and when payments will be made will be posted on the Settlement website, www.BroilerGrowersAntitrustSettlement.com.

### 11. Will Sanderson, any of the other Defendants, or any of the Alleged Co-Conspirators know that I have submitted a claim or received an award from the Settlement?

No. All information you provide in connection with receiving an automatic payment or submitting a claim form in this action will be maintained as strictly confidential and will not be made available publicly or to any Defendant or Alleged Co-conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including Your identity, in connection with receiving an automatic payment or submitting a claim form in this action.

If, however, you exclude yourself from the Settlement or object to the Settlement, the filings of exclusions and objections with the Court will publicly reveal your identity.

### 12. What happens if I move or change my mailing address?

If you have moved since you received this Notice, you may update your address with the Settlement Administrator by completing the "Claimant Information" section of the Pre- or Un-Populated Claims Form and by mailing or emailing completed information to:

In re Broiler Chicken Grower Antitrust Litigation (Sanderson Settlement)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
1-833-907-3700
Info@BroilerGrowersAntitrustSettlement.com

You may update your mailing address even if you are not disputing or supplementing any of the pre-populated payment information in the Pre-Populated Claims Form you received.

You may also update your address at *any time* during this litigation by contacting the Settlement Administrator at the above address to notify them of your new mailing address. Because there may be additional settlements reached with the other Defendants or there may be a judgment in Plaintiffs' favor, it is important that the Settlement Administrator have updated address information so they may send you notice of such settlements or judgments.

## THE LAWYERS REPRESENTING YOU

### 13. Do I have a lawyer in the case?

Yes. The Court appointed the law firms of Hausfeld LLP and Berger Montague PC ("Settlement Class Counsel") to represent you and the other Settlement Class Members.

They can be contacted at:

| Eric L. Cramer<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Melinda R. Coolidge<br>HAUSFELD LLP<br>888 16th Street, NW, Suite 300<br>Washington, DC 20006 | Gary I. Smith, Jr.<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111 |
|---|---|---|

You will not be charged for their services or for contacting them. If you want to be represented by your own lawyer, you may hire one at your own expense. See Question 14.

### 14. Should I get my own lawyer?

You do not need to hire your own lawyer because Settlement Class Counsel is working on your behalf at no out-of-pocket charge to you. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in Court for you if you want someone other than Settlement Class Counsel to speak for you. You may also appear for yourself at the Fairness Hearing without a lawyer. See Questions 21-23.

### 15. How will the lawyers be paid?

You do not have to pay Settlement Class Counsel. Settlement Class Counsel, who have not yet been paid for their services or reimbursed for their expenses, will seek approval from the Court for a) an award of attorneys' fees up to one third of the gross Settlement amount, and b) reimbursement for litigation costs they advanced in pursuing the Claims up to $2.5 million, also from the Settlement Fund. The fees will compensate Settlement Class Counsel for investigating the facts, litigating the case, and negotiating and administering the Settlement over the last five years. The Court will decide the amount of fees and/or expenses to award.

Settlement Class Counsel will file their motion for fees and reimbursement of litigation expenses at least 30 days before the deadline to object to the Settlement. The motion will be filed on the Settlement Website at www.BroilerGrowersAntitrustSettlement.com, where you will also be able to review it.

### 16. If I participate in the Settlement, can I sue Sanderson for the same thing later?

No. Unless you exclude yourself from the Sanderson Settlement (See Question 17 below), you will give up the right to sue Sanderson related to the legal claims the Sanderson Settlement resolves.

Details on the claims that you release unless you exclude yourself are detailed in the Sanderson Settlement, which is available at www.BroilerGrowersAntitrustSettlement.com.

## EXCLUDING YOURSELF FROM THE SETTLEMENT CLASS

### 17. Can I get out of the Settlement Class?

If you do not want to receive any benefits from the Settlement, and you want to keep your right, if any, to sue Sanderson on your own about the legal issues in this Action, then you must exclude yourself from the Settlement Class for the Sanderson Settlement. This is called "opting out" of the Settlement Class. The deadline for requesting exclusion from the Sanderson Settlement is **July 31, 2023** (postmarked).

To exclude yourself from the Settlement, you must submit a written request by mail. Your request for exclusion must include:

- The name of the class member wishing to opt out;
- Their current address;
- A statement that the opt out is a Settlement Class member and was compensated for Broiler Grow-Out Services by a Defendant or Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator during the Class Period, along with documentation showing membership in the Settlement Class;
- an express statement that they wish to be excluded from the Sanderson Settlement in *In re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR; and
- The Class member's signature.

Your request for exclusion must be mailed to the Settlement Administrator with a postmarked date on or before by **July 31, 2023:**

In re Broiler Chicken Grower Antitrust Litigation (Sanderson Settlement)
ATTN: Exclusion Request
PO Box 58220
Philadelphia, PA 19102

If you exclude yourself from the Sanderson Settlement, you are telling the Court you do not want to be part of the Settlement. You will not be eligible to receive any money from the Settlement; you will not be eligible to object to the Settlement, and; you will keep any rights you currently have to separately sue Sanderson related to the legal claims the Settlement resolves.

## OBJECTING TO THE SETTLEMENT

### 18. How do I tell the Court if I do not like the Settlement?

If you are a member of the Settlement Class and do not exclude yourself from the Sanderson Settlement, you may object to the Sanderson Settlement. If you are a member of the Settlement Class and do not exclude yourself from the Sanderson Settlement, you may also object to Settlement Class Counsel's request for attorney's fees, unreimbursed litigation costs and expenses, and the proposed plan of allocation.

You cannot ask the Court to modify the Settlement; the Court can only approve or deny the Settlement.

If you wish to object to the Sanderson Settlement, the proposed plan of allocation or distribution, or Settlement Class Counsel's request for attorney's fees, and unreimbursed litigations costs and expenses, you must do so in writing. To object,

you must file a document with the Court by **July 31, 2023** saying that you object to the Sanderson Settlement in *In re Broiler Chicken Grower Antitrust Litigation No. II*, No. 6:20-md-02977-RJS-CMR. You must include:

- The objector's full name, address, and telephone number;

- A statement saying that the objector objects to the Sanderson Settlement, the proposed plan of allocation, the request for fees and expenses, or another component in *In re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR;

- Whether the objector plans to appear at the Fairness Hearing;

- Proof of membership in the Settlement Class, including any documentation evidencing the objector was compensated for Broiler Grow-Out Services by a Defendant or Alleged Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Alleged Co-Conspirator, during the Class Period;

- The specific reasons supporting the objection, along with any supporting materials or documents that you want the Court to consider;

- The identity of the objector's legal counsel, if any; and

- The objector's signature.

You must mail the written objection by First Class U.S. Mail, **postmarked no later than July 31, 2023** to the Court at the following address: United States District Court for the Eastern District of Oklahoma, 101 N. 5th St., Muskogee, OK 74401.

You must also mail your objection by First Class U.S. Mail to Settlement Class Counsel and Counsel for Sanderson at each of the following addresses by **July 31, 2023:**

| Settlement Class Counsel | Settlement Class Counsel |
|---|---|
| Eric L. Cramer<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Gary I. Smith, Jr.<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111 |

| Counsel for Sanderson |
|---|
| Christopher E. Ondeck<br>PROSKAUER<br>1001 Pennsylvania Avenue, NW<br>Suite 600 South<br>Washington, DC 20004-2533 |

If your objection is not postmarked by **July 31, 2023** and does not include the information listed above, it may be rejected by the Court.

You may also appear at the Fairness Hearing, either in person or through your own attorney. See Questions 14, 21-23. If you wish to appear at the Fairness Hearing you must include a statement in your written objection that you intend to appear at the hearing and wish to be heard. If you appear through your own attorney, you are responsible for paying that attorney.

**19. What is the difference between objecting and asking to be excluded?**

Objecting is telling the Court that you disagree with something about the Settlement while excluding yourself tells the Court that you do not wish to participate in the Settlement at all. You cannot object to the Sanderson Settlement if you exclude yourself from it. If you exclude yourself from the Sanderson Settlement, you cannot object to the Settlement because the Settlement no longer affects you.

**20. Will anyone other than the Court and the lawyers know that I have objected or excluded myself?**

Yes. If you exclude yourself or object to the Sanderson Settlement, the filings of exclusions and objections with the Court will publicly reveal your identity.

## THE COURT'S FAIRNESS HEARING

**21. When and where will the Court decide whether to approve the Settlement with Sanderson?**

The Court will hold a Fairness Hearing at **2:00 p.m. on August 25, 2023** in the United States District Court for the Eastern District of Oklahoma, located at 101 N 5th St, Muskogee, OK 74401. If the Court determines that it is appropriate, the hearing may be conducted remotely by telephone or other electronic means. If the Court decides to hold the hearing remotely, Settlement Class Counsel will post that information on the website devoted to the litigation www.BroilerGrowersAntitrustSettlement.com and provide any Settlement Class member that has informed the Court that it intends to participate at the hearing with the information required to participate remotely.

The Court may reschedule the Fairness Hearing or change any of the deadlines described in this notice. The date of the Fairness Hearing may change without further notice. Be sure to check the website, www.BroilerGrowersAntitrustSettlement.com, for news of any such changes.

At this hearing, the Court will consider whether the Sanderson Settlement is fair, reasonable, and adequate. The Court will also consider Settlement Class Counsel's request for attorney's fees of up to one third of the gross Settlement Fund, unreimbursed litigation costs and expenses not to exceed $2.5 million, and the proposed plan of allocation and distribution. If there are objections, the Court will consider them at the hearing. The Court may decide to permit those Settlement Class members who have previously notified the Court that they wished to appear to speak at the hearing.

At or after the Fairness Hearing, the Court will decide whether to finally approve the Settlement and the related matters raised by Settlement Class Counsel.

**22. Do I have to come to the Fairness Hearing?**

No. Settlement Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish or pay your own lawyer to attend, but it is not necessary. If you send an objection, you do not have to come to Court to talk about it. So long as you mailed your written objection **postmarked by July 31, 2023,** the Court will consider it.

**23. May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must include a statement in your written objection (*see* Question 18) that you intend to appear at the hearing. Be sure to include your name, address, telephone number, and signature as well. You cannot speak at the hearing if you excluded yourself from the Settlement Class.

If you do not object to the Sanderson Settlement but still wish to speak at the Fairness Hearing, you must send a letter or other written document that expressly states that the letter or document is your "Notice of Intention to Appear" in *In Re Broiler Chicken Grower Antitrust Litigation (No. II)*, No. 6:20-md-02977-RJS-CMR. Include your name, address, telephone number, and your signature. You must send your "Notice of Intention to Appear" to the addresses listed in Question 18, **postmarked no later than July 31, 2023**.

The Court will decide whether you will be allowed to speak at the Fairness Hearing.

## IF I DO NOTHING

### 24. What happens if I do nothing at all?

If you do nothing, you will remain a member of the Settlement Class and will have released all your claims against Sanderson related to the claims in this Action.

If you received a Pre-Populated Claim Form that already has information about the total payments you received from any Defendant or Alleged Co-Conspirator on the Claim Form, and you do nothing, you will still receive a payment. But you may correct or supplement that information by returning the Claim Form if you wish. (see Question 9.1).

If you received an Unpopulated Claim Form that does not include any information about the total payments you received from any Defendant or Alleged Co-Conspirator, or you did not receive a Claim Form at all, and you do nothing, you will not have the right receive any portion of the Settlement Fund. You must complete and submit a Claim Form to the Settlement Administrator to receive a payment (*see* Question 9.2).

## GETTING MORE INFORMATION

### 25. Are more details about the Settlement available?

Yes. This notice summarizes the Settlement with Sanderson. You can review the complete Sanderson Settlement Agreement and get copies of case-related documents, and the lawyers' application to the Court for fees and cost reimbursement and their proposed plan of allocation when it becomes available, as well as other information about the Action at www.BroilerGrowersAntitrustSettlement.com.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS ACTION.

### 26. How do I get more information?

The website www.BroilerGrowersAntitrustSettlement.com has important Court documents and answers to questions about the Action. You can also call, email, or write to the Settlement Administrator at:

In re Broiler Chicken Grower Antitrust Litigation (Sanderson Settlement)
c/o Settlement Administrator
1650 Arch Street, Suite 2210

Philadelphia, PA 19103
1-833-907-3700
Info@BroilerGrowersAntitrustSettlement.com

# Exhibit B

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

<<NAME>>
<<C/O>>
<<ADDRESS 1>>
<<ADDRESS2>>
<<CITY>>, <<STATE>> <<ZIP>>
<<COUNTRY>>

**[BARCODE]**

**YOUR CLAIM NUMBER: __________________ CONFIRMATION CODE: __________________**

# BROILER CHICKEN GROWER PRE-POPULATED CLAIM FORM

Compensation records maintained by the Defendants and Alleged Co-Conspirators indicate that you are a member of the Settlement Class in this action, and are therefore eligible to receive payment from the Settlement with Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson").

The Settlement Class includes: "All individuals and entities in the United States and its territories that were compensated for Broiler[1] Grow-Out Services[2] by a Defendant or Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Co-Conspirator, at any time during the period of January 27, 2013, through December 31, 2019 (the "Class Period"). Of note, you do not need to have provided Broiler Grow-Out Services for Sanderson to receive a payment from the Sanderson Settlement Fund, you need only have provided Broiler Grow-Out Services for **any** Defendant **or** Alleged Co-Conspirator.

Defendants and Alleged Co-Conspirators have provided to Settlement Class Counsel the total compensation that you were paid by one or more of them for Broiler Grow-Out Services between January 27, 2013 and December 31, 2019. Your payment from the Sanderson Settlement Fund will be based on that information unless you dispute it.

**Please follow the steps on the following pages below to review and submit this Claim Form. If you do not submit corrected or supplemental information, you will still be eligible for and receive a payment from the Settlement based on the information contained on this Claim Form, but you will waive the right to contest any information contained on this Form. If you exclude yourself from the Settlement, you will not be able to receive a payment from the Settlement, regardless of whether you submit this form.**

**Note, all information contained on this form and that you provide for this form will be maintained confidentially and will not be made available publicly or to any Defendant or Co-Conspirator. Only Settlement Class Counsel, the Court, and the**

---

[1] "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1.d.

[2] "Broiler Grow-Out Services" means Broiler chicken growing services.

**[BARCODE]**

**Settlement Administrator will have access to any information you provide, including Your identity, unless you object to or exclude yourself from the Settlement, in which case your identity will be publicly available.**

## STEP 1: REVIEW YOUR PAYMENT INFORMATION

Records provided by Defendants and Alleged Co-Conspirators indicate that your total compensation for Broiler Grow-Out Services from January 27, 2013, through December 31, 2019, is **$<<Compensation Amount>>**.

The details concerning the amount of your qualifying compensation are set forth below. For purposes of determining a Settlement payment, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

| Integrator | 2013 Comp.* (*beginning January 27) | 2014 Comp. | 2015 Comp. | 2016 Comp. | 2017 Comp. | 2018 Comp. | 2019 Comp. |
|---|---|---|---|---|---|---|---|
| **<<Integrator1>** | <<2013 Integr | <<2014 Integra | <<2015 Integra | <<2016 Integr | <<2017 Integr | <<2018 Integr | <<2019 Integr |

Once you have reviewed the above qualifying compensation information, if you agree with the compensation information listed above, you only need to complete IRS Form W9 to receive a payment from the Sanderson Settlement. Your *pro rata* payment from the Settlement Fund will be based on the compensation information above.

> **Have you moved?** If you have moved since you received this Claim Form, please go to Step 4 and complete the Claimant Information Section with your corrected address and return the Claim Form to the Settlement Administrator as indicated in Step 6. Or update your address and submit your IRS Form W-9 by going to www.BroilerGrowersAntitrustSettlement.com. This will ensure that your payment from the Settlement is mailed to the correct address.

**If you do not agree with the qualifying compensation information above or the information is incomplete and you wish to provide corrected or supplemental information, proceed to Step 2.**

## STEP 2: CORRECT YOUR PAYMENT INFORMATION

If you do not agree with the qualifying compensation information listed in Step 1 or the prepopulated information is incomplete or incorrect, please indicate so here and complete the information requested below.

[BARCODE]

☐ **I disagree with the qualifying compensation information above and wish to correct or supplement my compensation information.**

You may correct your qualifying compensation information, upload documentation, submit your corrected or supplemental information, and complete an IRS Form W-9 online at www.BroilerGrowersAntitrustSettlement.com. You will need your claim number and confirmation code to do so. Alternatively, you can mail this form, your supporting documentation and your IRS Form W-9 to:

In re Broiler Chicken Grower Antitrust Litigation (Sanderson)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

If you disagree with the qualifying compensation information above, please fill in the chart below when you submit this Claim Form. For purposes of filling in the chart below, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

**CLAIM NUMBER: ______________________ CONFIRMATION CODE: ___________________**

| Integrator | 2013 Comp.* (*beginning January 27) | 2014 Comp. | 2015 Comp. | 2016 Comp. | 2017 Comp. | 2018 Comp. | 2019 Comp. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The Settlement Administrator will review your corrected qualifying compensation information. If validated by the Settlement Administrator, your *pro-rata* payment from the Settlement will be based on the corrected total compensation information you provide.

**Proceed to Step 3.**

[BARCODE]

## STEP 3: PROVIDE SUPPORTING DOCUMENTATION

Attach copies of any records that support your corrected or supplemental qualifying compensation information and attach them to this Claim Form when you return it or upload electronic copies to the website following the instructions above.

These records may include, for example, settlement sheets for the Broiler flocks you raised or year-end accounting statements provided to you by your Integrator.

Please be sure to keep your original documents for your own records.

**Proceed to Step 4.**

## STEP 4: COMPLETE YOUR CLAIMANT INFORMATION AND ATTESTATION

Check the applicable box below, complete the Claimant Information section, and sign the attestation:

☐ I disagree with the compensation information and have provided corrected or supplemental information.

☐ I agree with the compensation information provided in Step 1, and only need to update my address and submit my IRS Form W9.

| CLAIMANT INFORMATION | | | |
|---|---|---|---|
| CONTACT NAME: | First | M.I. | Last |
| COMPANY NAME (IF APPLICABLE): | Company Name | | |
| CURRENT MAILING ADDRESS: | Address 1 | | |
| | Address 2 | | |
| | City | | |
| | State/Province | | |
| | Postal Code | Country | |
| CONTACT TELEPHONE: | \|__\|__\|__\| - \|__\|__\|__\| - \|__\|__\|__\|__\| | | |
| CONTACT EMAIL ADDRESS (IF ANY): | | | |

By signing below, I certify that (1) the above and foregoing information is true and correct; (2) I warrant that I am the Broiler chicken grower entity Settlement Class member(s) or am an owner, officer or director

[BARCODE]

employed by the Broiler chicken grower entity Settlement Class member(s); (3) I agree to submit additional information, if requested, in order for the Settlement Administrator to process my claim.

Signature: ______________________________________ Date: ______________________________

Printed Full Name (First, Middle, and Last): ______________________________________________

**Proceed to Step 5.**

## STEP 5: COMPLETE YOUR IRS FORM W-9

This settlement payment is considered income and may be reportable to you and the IRS on Form 1099-NEC. Prior to issuing you this payment, we need you to complete the enclosed IRS Form W9. In order to properly complete this form, you must provide your full legal name, mailing address, social security number or tax identification number and signature. Prior to issuing your payment we will verify with the IRS that your full legal name matches the social security number in their records. If the Grower is a business entity, the W-9 should be completed in the name of that entity and include that entity's tax identification number. If the Grower is an individual, the W-9 should be completed in the individual's name and include the individual's social security number. **A W9 Form is included with this notice mailing. Please complete the required W9 form and return it by mail with your claim number. Alternatively, you can complete a W9 form at** www.BroilerGrowersAntitrustSettlement.com**. If you agree with the qualified compensation information, you can simply return the completed W9 Form with your claim number notated.**

If you received a Claim Form in the name of an entity that no longer exists, please provide dissolution paperwork and complete the W-9 in the name of the individual/entity that is eligible to receive any assets of the dissolved business. If you have a sole proprietorship or if the name printed on your Claim Form is the DBA name, please provide documentation that reflects your affiliation with the entity and complete the W-9 in the name of the individual/entity that the income is taxable to. If the Class Member is deceased, you can submit a copy of the death certificate and beneficiary documentation (e.g., a will) and complete the W-9 in the name of the estate, trust, or beneficiary that the income will be taxable to.

## STEP 6: SUBMIT YOUR CLAIM FORM

Mail this completed Claim Form, IRS Form W-9, and accompanying documentation to the address below, **postmarked by December 13, 2023** or upload it to the Settlement website using the instructions on the website at www.BroilerGrowersAntitrustSettlement.com **by December 13, 2023**:

In re Broiler Chicken Grower Antitrust Litigation (Sanderson)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

If you already completed and submitted your Claim Form online and received confirmation of successful submission, or you agree with the information provided in this form and do not need to update your address, you do not need to also mail this Claim Form. If you only need to submit your IRS Form W-9, please print your Claim Number at the top of the form before mailing to the address listed above.

# Exhibit C

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

# BROILER CHICKEN GROWER UNPOPULATED CLAIM FORM

Unless you received a Pre-Populated Claim Form, you must fill out, complete, and submit this Claim Form if you believe you are a member of the Settlement Class in this action and want to be eligible to share the Settlement with Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson"). The Settlement Class includes: "All individuals and entities in the United States and its territories that were compensated for Broiler[1] Grow-Out Services[2] by a Defendant or Co-Conspirator, or by a division, subsidiary, predecessor, or affiliate of a Defendant or Co-Conspirator, at any time during the period of January 27, 2013, through December 31, 2019 (the "Class Period"). Of note, you do not need to have provided Broiler Grow-Out Services for Sanderson to receive a payment from the Sanderson Settlement Fund, you need only have provided Broiler Grow-Out Services for any Defendant or Alleged Co-Conspirator.

**Unless you received a Pre-Populated Claim Form, you must complete this Claim Form and mail it to the address listed at the top of this form (postmarked by December 13, 2023) or submit it through the settlement website www.BroilerGrowersAntitrustSettlement.com by December 13, 2023 to be eligible to receive a payment from the Sanderson Settlement Fund. If you exclude yourself from the Sanderson Settlement, you will not be able to receive a payment from the Settlement, regardless of whether you submit this Claim Form.**

**Note, all information contained on this form and that you provide for this form will be maintained confidentially and will not be made available publicly or to any Defendant or Alleged Co-Conspirator. Only Settlement Class Counsel, the Court, and the Settlement Administrator will have access to any information you provide, including your identity, unless you object to or exclude yourself from the Settlement, in which case your identity will be publicly available.**

[1] "Broilers" excludes specialty chicken that is grown, processed, and sold according to halal, kosher, free range, pasture-raised, or organic standards. Specialty chicken does not include chicken raised without antibiotics, such as No Antibiotics Ever ("NAE") or Antibiotic Free ("ABF") standards. "Broilers" as used herein includes NAE and ABF chicken. *See* Settlement Agreements § 1.d.

[2] "Broiler Grow-Out Services" means Broiler chicken growing services.

## COMPLETE YOUR CLAIMANT INFORMATION

| COMPLETE YOUR CLAIMANT INFORMATION | | | |
|---|---|---|---|
| CONTACT NAME: | First | M.I. | Last |
| COMPANY NAME (IF APPLICABLE): | Company Name | | |
| CURRENT MAILING ADDRESS: | Address 1 | | |
| | Address 2 | | |
| | City | | |
| | State/Province | | |
| | Postal Code | | Country |
| CONTACT TELEPHONE: | ___ - ___ - ____ | | |
| CONTACT EMAIL ADDRESS (IF ANY): | | | |

The total *pro rata* payment amount you receive will be calculated based on qualifying compensation you received from any Defendant or Alleged Co-Conspirator for Broiler Grow-Out Services between January 27, 2013 and December 31, 2019. You have two options available to you to substantiate your qualifying payments.

## OPTION ONE: COMPLETE YOUR CLAIMANT INFORMATION AND PROVIDE SUPPORTING DOCUMENTATION

Option One: You can provide the total amounts you were paid by any Defendant or Co-Conspirator for the provision of Broiler Grow-Out Services in the following chart and you must provide supporting documentation of those amounts, such as settlement sheets for the Broiler flocks you raised or yearend accounting statements provided to you by your Integrator. Defendants and Alleged Co-Conspirators include:

- Amick Farms, Inc.
- Case Foods
- Claxton Poultry Farms
- Fieldale Farms Corp.
- Foster Farms
- George's, Inc.
- Harrison Poultry, Inc.
- House of Raeford Farms
- Keystone Foods
- Koch Foods, Inc.
- Mar-Jac Poultry, Inc.
- Marshall Durbin Companies
- Mountaire Farms
- Norman W. Fries, Inc.
- O.K. Industries
- Peco Foods, Inc.
- Perdue Foods, LLC
- Pilgrim's Pride Corporation
- Sanderson Farms, Inc.
- Simmons Foods
- Tyson Foods, Inc.
- Wayne Farms

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

For purposes of determining a Settlement payment, the amount you were compensated includes all monetary remuneration provided to you for the provision of Broiler Grow-Out Services, inclusive of all surcharges, allowances, and incentive payments, and any other components of Grower compensation.

| Year | Total Compensation for Broiler Grow-Out Services |
|---|---|
| 2013* (*beginning January 27) | $ |
| 2014 | $ |
| 2015 | $ |
| 2016 | $ |
| 2017 | $ |
| 2018 | $ |
| 2019 | $ |

The Settlement Administrator will review the compensation information you have provided. If validated by the Settlement Administrator, your *pro rata* award from the Settlement fund will be calculated based on the total compensation information you provide.

## OPTION TWO: PROVIDE INFORMATION FOR THE SETTLEMENT ADMINISTRATOR TO ESTIMATE YOUR PAYMENTS OVER THE CLASS PERIOD

Option Two: If you do not know what the total amount you were paid is and/or you do not have supporting documentation of those amounts such as settlement sheets for the Broiler flocks you raised, the Settlement Administrator can generate an estimate of your claim amount based on available data.

If you provide (1) the name of the Defendant(s) or Alleged Co-Conspirator(s) for which you grew broilers, (2) the years in which you provided those services, (3) the number of farms you operated, and (4) the number of flocks you grew in a given year ***if*** you performed Broiler Grow-Out Services for a partial year (e.g., half a year), then if your claim is validated by the Settlement Administrator, your *pro rata* payment will calculated based on available industry data.

| Year | Defendant or Co-Conspirator to which you provided Broiler Grow-out Services | Number of Farms You Operated[3] | Number of Flocks[4] |
|---|---|---|---|
| 2013* (*beginning on January 27) | | | |
| 2014 | | | |
| 2015 | | | |
| 2016 | | | |

[3] Note, the Number of Farms you Operated column is ***not*** asking for the number of chicken houses on your farms, but instead whether you operated separate and distinct farming operations at distinct locations, and if so, how many. If you only operated one farm, simply answer "1."

[4] You ***only*** need to populate the Number of Flocks Column if you performed Broiler Grow Out Services for a partial year, for example, if you started with your Integrator or stopped with your Integrator mid-year.

| | | | |
|---|---|---|---|
| 2017 | | | |
| 2018 | | | |
| 2019 | | | |
| **Total** | | | |

## COMPLETE YOUR ATTESTATION

By signing below, I/we certify that (1) the above and foregoing information is true and correct; (2) I warrant that I am the Broiler chicken grower entity Settlement Class member(s) or am an owner, officer or director employed by the Broiler chicken grower entity Settlement Class member(s); (3) I agree to submit additional information, if requested, in order for the Settlement Administrator to process my claim.

Signature: ___________________________________________ Date: __________________________________

Printed Full Name (First, Middle, and Last): ______________________________________________________

Title: ________________________________________________

## COMPLETE YOUR IRS FORM W-9

This settlement payment is considered income and may be reportable to you and the IRS on Form 1099-NEC. Prior to issuing you this payment, we need you to complete an IRS Form W9. You may download a W9 from the settlement website www.BroilerGrowersAntitrustSettlement.com. In order to properly complete this form, you must provide your full legal name, mailing address, social security number or tax identification number and signature. Prior to issuing your payment we will verify with the IRS that your full legal name matches the social security number in their records. If the Grower is a business entity, the W-9 should be completed in the name of that entity and include that entity's tax identification number. If the Grower is an individual, the W-9 should be completed in the individual's name and include the individual's social security number. **A W9 Form is included with this claim form. Please complete the required W9 form and return it by mail with your claim form. Alternatively, you can complete a W9 form when submitting your claim form online at www.BroilerGrowersAntitrustSettlement.com.**

## SUBMIT YOUR CLAIM FORM

Mail this completed Claim Form, IRS Form W-9, and accompanying documentation to the address below, **postmarked by December 13, 2023** or upload it to the Settlement website using the instructions on the website at www.BroilerGrowersAntitrustSettlement.com by **December 13, 2023:**

In re Broiler Chicken Grower Antitrust Litigation (Sanderson)
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia PA 19103

# Exhibit D

# Banner Ad
160x600

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

**CLICK HERE**
for more information

# Banner Ad

160x600

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

CLICK HERE
for more
information

# Banner Ad
300x50

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

**CLICK HERE** for more information

# Banner Ad

300x50

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from a Class Action Settlement with Sanderson.

**CLICK HERE** for more information 

# Banner Ad
320x50

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

**CLICK HERE** for more information

# Banner Ad

320x50

**If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from a Class Action Settlement with Sanderson.**

**CLICK HERE** for more information 

# Banner Ad

300x250

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

**CLICK HERE** for more information

# Banner Ad
300x250

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from a Class Action Settlement with Sanderson.

**CLICK HERE** for more information 

# Banner Ad

300x600

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

**CLICK HERE**
for more information

# Banner Ad
300x600



# Banner Ad
728x90

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

**CLICK HERE** for more information 

# Banner Ad
728x90



If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from a Class Action Settlement with Sanderson.

**CLICK HERE** for more information 

# Banner Ad

970x250

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

**CLICK HERE** for more information 

# Banner Ad

970x250

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from a Class Action Settlement with Sanderson.

**CLICK HERE** for more information 

# Exhibit E

Angeion Group

Sponsored ·

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from a Class Action Settlement with Sanderson.

BROILERGROWERSANTITRUSTSETTLEMENT.COM

**In Re Broiler Chicken Grower Antitrust Litigation (No. II)**

Learn more

Angeion Group
Sponsored

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

BROILERGROWERSANTITRUSTSETTLEMENT.COM

**In Re Broiler Chicken Grower Antitrust Litigation (No. II)**

Learn more



If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, You May Be Eligible for a Payment from a Class Action Settlement with Sanderson.

broilergrowersantitrustsettle...

**In Re Broiler Chicken Grower Antitrust Litigatio...**

**Learn more**



Angeion Group
Sponsored

If You Were Paid to Provide Broiler Chicken Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, a Class Action Settlement with Sanderson May Affect Your Legal Rights.

broilergrowersantitrustsettle...

**In Re Broiler Chicken Grower Antitrust Litigatio...**

**Learn more**

# Exhibit F

6:20-md-02977-RJS-CMR Document 535-1 Filed in ED/OK on 08/10/23 Page 56 of 71

Thursday, May 18, 2023 GOLDSBORO NEWS ARGUS A3

# Abortion after 12 weeks banned in NC after lawmakers override gov's veto

BY HANNAH SCHOENBAUM, GARY D. ROBERTSON AND DENISE LAVOIE
ASSOCIATED PRESS

RALEIGH — Legislation banning most abortions after 12 weeks of pregnancy will become law in North Carolina after the state's Republican-controlled General Assembly successfully overrode the Democratic governor's veto late Tuesday.

The House completed the second and final part of the override vote after a similar three-fifths majority — the fraction necessary — voted for the override earlier Tuesday in the Senate. The party-line outcomes represent a major victory for Republican legislative leaders who needed every GOP member on board to enact the law over Gov. Roy Cooper's opposition.

Cooper vetoed the measure over the weekend after spending last week traveling around the state to persuade at least one Republican to side with him on the override, which would be enough to uphold his veto. But in the end, the four Republicans targeted by Cooper — including one who recently switched from the Democratic Party — voted to override.

Republicans pitched the measure as a middle-ground change to state law, which currently bans nearly all abortions after 20 weeks of pregnancy, without exceptions for rape or incest.

The votes came as abortion rights in the U.S. faced another tectonic shift with lawmakers in South Carolina and Nebraska also considering new abortion limits. North Carolina and South Carolina have been two of the few remaining Southern states with relatively easy access.

Such restrictions are possible because the U.S. Supreme Court last year struck down the landmark 1973 Roe v. Wade ruling, which established a nationwide right to abortion.

Under the bill that had been up for a vote Tuesday in the South Carolina House, abortion access would be almost entirely banned after about six weeks of pregnancy — before women often know they're pregnant. The South Carolina state Senate previously rejected a proposal to nearly outlaw abortions.

SUSTAIN THE VETO

AP Photo/ Hannah Schoenbaum

**Hundreds of abortion-rights supporters rally outside the North Carolina Legislative Building in Raleigh on May 13 to urge Republican legislators to sustain Democratic Gov. Roy Cooper's veto of new abortion restrictions.**

# GARDEN

FROM PAGE A1

said. "They've learned about life cycles. They've learned reading skills and speaking and listening skills through watching how-to videos on certain plants.

"So, I've been able to cover every piece of my curriculum in some way with this garden."

Getting a little dirty after playing in the soil, Watson's students, with the help of a few volunteers, make sure plants grow and stay healthy, while occasionally, they get to eat the fruits of their labor.

"I think the garden teaches kids about responsibility of how to take care of something, how to water it, weed and things like that," volunteer Phyllis Smith said. "Once you put a seed in the ground, it's got to have help."

Watson started the garden last year after receiving a $1,000 grant from the Tri-County Electric Membership Corp.

She used the money for planters and soil to get the garden started and to keep the cost of the garden down, Watson makes sure to recycle as many items as possible.

"We also were gifted some seeds that we have started to get some of our plants from this year, and we harvest some of our plants so we grow them the following year," Watson said.

Growing vegetables is a new experience for many of the youngsters, such as Bella Lane and Anahi Hernandez-Perez, but they enjoy getting to plant, pick and eat the fruit and vegetables they've taken care of and watched grow.

"It's really pretty, and it has a lot of plants. I like to grow flowers because they are really pretty, and butterflies go near them," Lane said. "You have to guard it and pull all the weeds out so plants can grow."

Hernandez-Perez said her favorite thing about gardening is getting to grow a variety of items, including one of her favorite fruits, strawberries.

"I like it because it's fun to experiment with different things," Hernandez-Perez said. "I like everything, but my favorite part is the strawberries because I like strawberries."

Watson said she is glad other classes throughout the school also interact with the garden and hopes it continues growing so children can enjoy valuable hands-on experiences.

"I have classes where they've come by, and they walk and see how much growth is there, so other teachers can use what we're doing in writing, mathematics and science," Watson said. "It's been an amazing project to be a part of.

"It's hit so many pieces of curriculum and grade levels and stakeholders within the community."

News Argus/Aviel Smolka

**Bella Lane, left, and Anahi Hernandez-Perez check the progress of their work in the garden at Brogden Primary School, on Old Mount Olive Highway in Dudley.**

News Argus/Aviel Smolka

**Ximena Perez Bartolon pulls weeds in the garden at Brogden Primary School in Dudley.**

# WHICHARD

FROM PAGE A1

His move to Wayne County will bring with it a larger school system to supervise.

When he begins as superintendent in July, Whichard said he plans to do a lot of listening to evaluate where the school system is and to look toward what the future holds for the school system.

"I do believe a lot in personal evaluations, of system progress over time and where the district is headed currently and then I will look forward to in time, perhaps, working to enhance the opportunities for Wayne County schools," Whichard said.

Whichard attended East Carolina University and where he earned a master's degree in school administration, in 2005, and a doctorate of education, in 2017.

He started working as an educator in Edgecombe County where he was a history and English teacher at Tarboro High School. He taught for six years before becoming the assistant principal and interim principal at Sam D. Bundy Elementary School in Pitt County, Derksen said.

He later returned to Edgecombe County Public Schools as assistant principal at SouthWest Edgecombe High School. He also worked as principal at C.B. Martin Middle School, he said. He was promoted to principal of SouthWest Edgecombe High School.

From 2015 to 2019, Whichard was assistant superintendent of human resources for Edgecombe County Public Schools. While working as a school administrator for Edgecombe County, he also served on the Pitt County Board of Education as vice chairman and chairman, he said.

The Wayne County Board of Education began their search for a new superintendent in January, hiring the professional recruiting firm Ray and Associates, following the announced retirement plans of former superintendent David Lewis, who concluded his career in March.

The Iowa-based search firm surveyed Wayne County residents and WCPS staff about the qualities best suited for a new superintendent in February.

Ray and Associates used the information to refine their superintendent search.

Make the smart and ONLY CHOICE when tackling your roof!
Before
After
Limited Time Offer!
SAVE!
60% OFF
ON YOUR INSTALLATION
+
TAKE AN ADDITIONAL
10% OFF
Additional savings for military, health workers and first responders
ERIE Metal Roofs
FREE ESTIMATE
1.855.585.1815
Expires 6/30/2023
New orders only. Does not include material costs. Cannot be combined with any other offer. Minimum purchase required. Other restrictions may apply. This is an advertisement placed on behalf of Erie Construction Mid-West, Inc ("Erie"). Offer terms and conditions may apply and the offer may not available in your area. If you call the number provided, you consent to being contacted by telephone, SMS text message, email, pre-recorded messages by Erie or its affiliates and service providers using automated technologies notwithstanding if you are on a DO NOT CALL list or register. Please review our Privacy Policy and Terms of Use on homeservicescompliance.com. All rights reserved. License numbers available at eriemetalroofs.com/licenses/. NC License Number:†83195.
A+ rating
MADE IN THE U.S.A.

## OBITUARIES

### Jimmy Stafford

Jimmy Preston Stafford, 76, Pikeville, died Saturday at ECU Health Medical Center.

Graveside service will be 11 a.m. Saturday at Evergreen Memorial Cemetery, Princeton.

Visitation will be 6 p.m. to 7:30 p.m. Friday at Howell Funeral Home.

### Alma Rowe

Alma Lee Rowe, 70, died Sunday at UNC Health Wayne.

Graveside service will be 2 p.m. Saturday at Golden Gate Cemetery, Pikeville.

Visitation will follow the service at the cemetery.

Arrangements by Howell Funeral Home.

### Bertha Wolfskeil

Bertha Smith Wolfskeil died Monday at home.

Funeral service will be 6 p.m. Friday at the Seymour Funeral Home chapel with pastor Karl Grant officiating. Burial will be 11 a.m. Monday at Wayne Memorial Park.

Visitation will follow the service.

### Nellie McGinnis

Nellie Whitener McGinnis, 85, died Tuesday.

Funeral will be 7 p.m. Thursday at the Seymour Funeral Home chapel with pastor Vernon Braswell and pastor Tim Lipp officiating. Burial will be 11 a.m. Friday at Wayne Memorial Park.

Visitation is from 6 p.m. to 7 p.m. Thursday at the funeral home.

### Marjorie McKinney

Marjorie Braswell McKinney, 84, died Sunday at UNC Health Wayne.

Funeral will be noon Saturday at St. Joseph FWB Church with pastor Leslie Capers officiating. Burial will follow at Wayne Memorial Park.

Visitation will be 3 p.m. to 6 p.m. at McIntyre Funeral Home.

### Norma Ashley

Norma Jean Ashley died May 11 at home.

Funeral will be 10 a.m. Saturday at First Baptist Church with the Rev. Dr. Glenn Phillips officiating. Visitation will follow the service.

Arrangements by Seymour Funeral Home.

### Justeen Smith

Justeen Kilpatrick Smith, Mount Olive, died Tuesday.

Funeral will be 6 p.m. Thursday at Tyndall Funeral Home. Burial will be 10 a.m. Friday at Maplewood Cemetery.

Visitation will follow the service Thursday.

### Claudia Roberts

Claudia Navarra Roberts, 80, died Tuesday at Brookdale Country Day Road.

Graveside service will be 1 p.m. Monday at Wayne Memorial Park. Visitation will follow the service.

Arrangements by Seymour Funeral Home.

### Hilda Rouse

Hilda Braswell Rouse, 84, died May 11 at UNC Health Wayne.

Funeral will be 4 p.m. Wednesday at Bear Creek Missionary Baptist Association Headquarters. Burial will be 11 a.m. Thursday at Old Mill Cemetery.

Arrangements by McIntyre Funeral Home.

### Margie Jones

Margie D. Jones, 68, died May 8 at UNC Health Wayne.

Funeral will be 11 a.m. Friday at J.B. Rhodes Funeral Home. Burial at Wayne Memorial Park.

Visitation will be 10 a.m. to 10:45 a.m. at the funeral home.

### Doris Martin

Doris Finch Heath Martin, Mount Olive, died Friday.

Funeral will be noon Saturday at Tyndall Funeral Home. Burial will be 3 p.m. Saturday at Trenton Town Cemetery.

Visitation is 11 a.m. Saturday at the funeral home.

### Evelyn Warren

Evelyn Hines Warren, Faison, died Tuesday.

Graveside service is noon Friday at Faison Cemetery.

Arrangements by Tyndall Funeral Home.

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Koch, and/or Sanderson (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

6:20-md-02977-RJS-CMR Document 535-1 Filed in ED/OK on 08/10/23 Page 57 of 71

MICHAEL SOROKA

# Braves sticking with plan for former ace right-hander

## Despite injuries, club not ready to call up Soroka.

By Justin Toscano
justin.toscano@ajc.com

ARLINGTON, TEXAS — There is a question you hear repeated over and over from Braves fans.

Why haven't the Braves called up Michael Soroka?

Any time the Braves make a decision, the baseball-operations team looks at the situation from every angle. There are multiple sides and layers to anything in this sport. In a well-thought-out decision, there probably are details that never come to light because the team would rather not reveal them.

The answer to the Soroka question actually is on the simpler side of the spectrum.

He has not pitched well enough at Triple-A Gwinnett.

It's unsurprising fans would continue to wonder why Soroka isn't yet in the major league starting rotation. After all, he became a fan favorite after bursting onto the scene and becoming one of the top starters in baseball. And now, the Braves are missing Max Fried and Kyle Wright.

This would seem like the perfect time for Soroka to complete his comeback.

But as of Tuesday, Soroka has a 5.47 ERA over 24⅔ innings across six starts. He has a 1.58 WHIP. Triple-A opponents are batting .317 versus Soroka.

His stuff has been good. His command has been inconsistent. But that's probably to be expected after such a lengthy layoff. More reps could fix that.

"He's still working through things," Braves manager Brian Snitker said in Toronto last weekend. "He hasn't pitched in a long time. As long as he's healthy, and we keep him regular because we're going to need him before the year is over. We just need him to get settled in and get consistent starts."

The Braves don't want to yo-yo Soroka — bring him up, then send him down. If and when they eventually recall him to the majors, they want him to be a part of their rotation for the long haul. The last thing they would want to do is bring up Soroka, see him get hit hard and have to send him back down.

At this point, the Braves feel it's beneficial for Soroka to stick to his routine at Gwinnett. They've remained cautious about not disrupting that. Of course, they already would've brought him up if they thought he was ready — the Braves have shown they're willing to be aggressive with calling up players they think can help them win.

On April 18, Soroka tossed six scoreless innings with five strikeouts. It continued his hot start, as he surrendered only two earned runs over 13⅓ innings in his first three starts of the season as he stretched out.

He hasn't been as successful since.

In the start after that scoreless outing, Soroka allowed eight runs — seven earned — on 10 hits over three innings. He has given up three runs over four innings in both of the starts since that blow-up appearance.

This is part of the process for Soroka, who hasn't pitched in the major leagues since 2020. The Braves still believe he features potential, which they've shown by continuing to tender contracts to Soroka.

Soroka is putting in good work at Gwinnett. His stuff has been good. His arm strength is there.

The Braves haven't set a specific innings limit on Soroka, but they've remained mindful of his workload. They're monitoring his innings because they want him to be able to pitch deep into October if they need it. In April, they pushed back his start because they want to manage his workload.

The Braves, down two starters, have had rotation openings. One time, they called up Dylan Dodd for a spot start versus the Marlins. They've twice deployed bullpen games. There have been opportunities for Dodd, Soroka and Jared Shuster, but the Braves still opted for those bullpen games.

This came down to the off-days, which allowed them to execute bullpen days without taxing the relievers. But the Braves also did this to try to buy time for Dodd and Shuster to improve, especially in the area of their strikeout-to-walk ratios. The Braves brought up Shuster for Tuesday's start versus the Rangers.

Meanwhile, Soroka will continue working at Triple-A - for now. The Braves don't want to throw him around between Gwinnett and the majors. Take Wright, for example. In 2021, the Braves recalled Wright for a start against the Mets, who shelled him. The Braves then decided to simply leave Wright at Triple-A, which allowed him to develop because he had the consistency of a routine and a stable situation.

All of this goes back to this: The Braves try to put players in the best position to succeed. They want the best for Soroka, whom they seem to believe can help them at some point.

It's understandable that fans — who are eager to see Soroka pitch in a Braves uniform again — are anxious for his return.

But at this point, the Braves simply don't want him to take the mound for them once. When he comes up, they want him to stay up.

## Cunningham

continued from B1

games behind the Braves in the National League East, two games worse than after the teams split a four-game set May 2-4. The Mets fell behind the Marlins and Phillies. They were just 1½ games ahead of the Nationals, who are years away from being competitive.

After a weather delay Saturday, a Mets fan reacts to an announcement that the game against the Nationals would resume Sunday as part of a doubleheader at Nationals Park in Washington. The Mets split four games against the last-place Nationals. The series was supposed to be the finishing kick of a successful stretch against bad teams. ALEX BRANDON/ASSOCIATED PRESS

The Mets failed to win the East or a playoff series in 2022 with a $270 million payroll. Franchise owner Steve Cohen responded by spending even more money. New York's opening-day payroll was an MLB-high $350 million, $70 million more than the Yankees. The Mets are projected to owe another $115 million or so in luxury-tax payments.

Cohen has gotten a poor return on his investment so far, at least in terms of the team's on-field performance. One reason to believe the Mets can turn things around is that their expensive starting pitchers are getting healthy. But relying heavily on older pitchers with histories of injuries also is reason to think the rotation can fall apart the next time one or two of them doesn't feel right.

The Mets signed Justin Verlander, 40, to a two-year, $87 million contract before the season. He was on the injured list until making his Mets debut May 4. Right-hander Max Scherzer, 38, pushed back his last start because of neck spasms. He's compiled a 4.88 ERA over five starts. Carlos Carrasco, 36, has been on the IL for a month because of elbow inflammation. He's scheduled to return soon but posted an 8.56 ERA over three April starts.

The Mets prepared for the possibility that their older pitchers would miss time. But two pitchers they acquired for depth, Elieser Hernandez and Jose Quintana, have yet to pitch this season because of injuries. Another depth starter, David Peterson, has produced an 8.08 ERA over eight starts.

The Mets will sort out their pitching if Verlander, Scherzer and Carrasco stay healthy. Solving their issues at the plate won't be as simple. Mets hitters don't have a track record of producing much power, and sure enough, that's what's holding back the offense.

First baseman Pete Alonso has produced 13 home runs. The rest of the lineup regulars have 22 homers combined (all stats before Tuesday's games). The Mets rank 22nd of 30 MLB teams in home runs and 24th in extra-base hit rate. Those numbers help to explain why the Mets are 23rd in runs scored per game despite ranking tied for 12th in on-base percentage.

The Mets didn't hit a homer in the four games against the Nationals. That extended their homer-less streak to 52 consecutive innings. It's the first time since 2013 the Mets didn't homer in a four-game series, according to MLB researcher Sarah Langs.

The Mets have a lot of problems to overcome that can't be solved by throwing money at them. The Braves have issues, too. The most pressing concern is that two good starters, Max Fried and Kyle Wright, are on the IL. The Braves have had to piece together so-called bullpen games to get by.

But the Braves are the anti-Mets in that everything always seems to work out with their pitching in the end. They also can rely on their offense to lift the starters. It kept humming despite missing key pieces. The Braves' lineup finally got whole again last week.

The Mets already have a lot of ground to make up on the Braves in the East. The Braves did it to the Mets last season. They were 10.5 games behind June 1 and overtook the Mets on the final weekend. That was after the Mets had fooled me into believing they were finished Mets-ing.

I'm not falling for it this time. The Mets soon will have their superior rotation back together again, but they won't catch the Braves.

Newsletters delivered to your inbox ▸

PRESS ON.
myaccount.ajc.com
The Atlanta Journal-Constitution

DAILY LAW JOURNAL

public

Pursuant to Georgia law 20-2-167.1, KIPP Metro Atlanta Collaborative will hold a public meeting to provide an opportunity for public input on its proposed annual operating budget on Wednesday, May 31, 2023, at 8:30AM. A second public meeting will be held on Wednesday, June 7, 2023, at 3:00PM. Meetings will take place virtually, please go to www.kippmetroatlanta.org to access the link for the meeting.
5-17-23

0000792335-01

Newsletters delivered to your inbox ▸

PRESS ON.
myaccount.ajc.com
The Atlanta Journal-Constitution

legal public notice legal public notice legal public notice

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Koch, and/or Sanderson (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

# Winder council split on hours of operation at self-storage facility proposed at Gateway

By Morgan Ervin

Winder Mayor David Maynard cast a tie-breaking vote in favor of a conditional use request to allow for the operation of a self-storage facility in a general commercial zone for a property located at 0 Gateway Lane.

The council also approved a variance request to reduce the number of required parking spaces from 20 to nine at the same property.

The approved concept plan, submitted by applicant Ackerman & Company, shows a two-story building with an area of 100,840 square feet consisting of roughly 800 units.

The council was split on hours of operation, which was one of the three conditions tied to the approval. The applicant proposed the facility be open until 10 p.m., however, the council recently restricted the hours of operation of another self-storage facility located nearby to 8 p.m.

"I don't see any reason to be in your storage unit any later than 8 p.m.," said Councilwoman Shannon Hammond.

However, councilmembers Jimmy Terrell and Stephanie Brit said they have personally been in situations where they needed to access a storage unit after 8 p.m. Brit also pointed to people who work until 5 p.m. or later and may need the extra time to access units, especially if they are in the midst of moving.

The staff report recommended denial of the request due to its inconsistency with the intent of the 316 Innovation Corridor, which is to create employment centers and large-scale commercial uses where a location benefits from direct access to SR-316.

The staff report noted that the site is "very visible" for travelers along SR-316 and "careful thought should be given to the type of uses and architectural styles approved for the subject parcels."

A motion to approve the request with hours of operation from 6 a.m. to 10 p.m. was approved 4-3 with councilmembers Shannon Hammond, Kobi Kilgore and Travis Singley opposed. For consistency, the council agreed to amend the hours of operation for the previously approved self-storage facility.

The council also approved the variance reducing the parking spaces from 20 to nine spaces in a 4-2 vote with Kilgore and Singley opposed.

### OTHER BUSINESS

Also during its May 2 meeting, the Winder City Council:

- Approved an event permit and alcohol resolution submitted by Smokey Gringo for its anniversary party on July 15 from 5 to 10:30 p.m. on North Jackson Street between East Athens Street and East Candler Street.
- Approved an event permit submitted by the Boys and Girls Club of Winder-Barrow County for its 2023 Great Futures of Winder-Barrow 5K Road Race on Saturday, June 17.
- Approved an application for preliminary plat approval for a property located at 0 Miles Patrick Rd., requesting to subdivide the parcel into three tracts zoned low-density, single-family residential (R1).
- Approved an application for a rezone for a property located at 0 Loganville Hwy. from general commercial with conditions (B2) to general commercial (B2) with conditions in a 4-2 vote with councilmembers Jimmy Terrell and Stephanie Britt opposed.
- Approved an application for a conditional use to operate a liquor store and allow for the sale of packaged beer, wine and distilled spirits in an industrial zone for a property located at 17 Monroe Hwy., Suite B and C in a 4-2 vote with councilmembers Jimmy Terrell and Kobi Kilgore opposed.
- Approved an application for a conditional use to allow for the operation of an automotive repair shop in a neighborhood commercial (B1) zone for a property located at 24 W. Williams St. with conditions.
- Denied an application for a conditional use to allow for the operation of a retail CBD Store in a general commercial (B2) zone in a 5-1 vote with Councilwoman Britt opposed.
- Approved proposed updates by the Georgia Initiative for Community Housing (GICH) Committee to the Urban Redevelopment Plan, which was first adopted by the City of Winder and updated in 2017.
- Approved the first reading of an amendment to Article 11 of Appendix A: The City of Winder Zoning Ordinance to comply with state law. Amendments to Articles 1-4 are pending and an additional work session for the purpose of reviewing and discussing the proposed changes was recommended by Mayor Maynard.
- Approved an authorization of the mayor to approve the final plat for 74 Williamson Street in accordance with Chapter 28 of the city's code of ordinances and contingent upon a finding of regulatory compliance by staff and payment of fees.
- Approved a resolution agreeing to settle with Publix Super Markets, Inc. concerning the Prescription Opioid Litigation.
- Approved the implementation of policies and procedures for land use applications. These policies and procedures will allow staff and/or applicants to delay consideration of a case until deemed prepared for council review. It will also allow applicants to withdraw their application without council approval should they wish to do so.
- Postponed the finalization of the fiscal year 2024 sanitation fund budget and net position while staff looks into a discounted rate for customers aged 65 years and older.

# Statham

continued from 1A

they have on the community, not the current residents. However, everyone benefits from those funds.

I asked for water exploration and water independence. The city council (including four members who ran on that platform) voted no. It seems they oppose it now, rather than giving the mayor a 'win.' Well, we all lost. Currently, the city has nearly $1.3 million set aside for water exploration and sewer repairs, that doesn't come out of tax dollars.

One cannot tell the newspaper what to write, and they report on things they hear and see while viewing the meetings in person and online.

This council holds me accountable for my actions, yet you will meet in groups of three or more (constituting a forum), and this is in violation of the Open Meetings Act. This also puts the city in a liable situation, every time you meet in an unadvertised quorum.

This council says they have lost trust in my actions or motives; this is unjust and misplaced. This is exactly what you are doing here tonight.

This resolution is pointless. It is non-binding and just an opportunity to sling political mud at the expense of the taxpayers who expect professional behavior of the adults they elected to represent them all, not just the few. Rather than us engaging in pointless displays, I am asking this council here tonight, to work with me so we can make Statham a better, happier place to live and prosper."

Following Piper's speech, councilmember Lee Patterson provided his input on the issue via a phone call. No further remarks were made by council before it unanimously passed the resolution.

### CITY DEVELOPMENT CODE AMENDED

Council members voted Tuesday to amend the city's development code. According to city attorney Jody Campbell, the ordinance provides for a revised appeals process to reflect legislation passed at the state capitol during the last legislative session. The ordinance also restricts rental homes in any new developments to no more than 10 percent of the homes built, barring hardship. In essence, any new 100 percent rental subdivisions are prevented.

### ADDITIONAL BUILDING PERMITS DENIED

Builder D.R. Horton was denied the release of 20 additional building permits prior to completion of the planned amenities in the development.

### RENTAL CONTRACT TABLED

The city of Statham has 30 days to vacate the current space in which a plotter and city documents are stored, but they voted Tuesday to table the signing of a contract with United Rentals for an 8 ft. x 40 ft. ground level office. The cost to rent the climate-controlled space from United Rentals would have been $9900 a year, plus a $350 delivery fee.

Councilwoman Debi Krause said that there are storage spaces near her home that would cost much less. When Piper asked whether required electricity was available in those spaces, Krause said she did not know. Council voted to hold a special-called meeting on May 24 to make a decision regarding renting the new storage space.

# T. Graham Brown to perform May 19

Country music hitmaker and host of Sirius XM's 'Live Wire' on Prime Country Channel 58 will be performing live at the Innovation Amphitheater in Winder on May 19 at 7 pm.

He will be singing his hit songs "Hell and High Water," "Don't Go to Strangers," and "Darlene" as well as other fan favorites from throughout the years.

Brown's voice will make for an unforgettable night of music and entertainment. Brown knows how to get a crowd excited and fans won't want to miss this show as he puts his extraordinary talent and legendary career on display, along with special guest, Doug Stone.

To purchase tickets for Innovative Amphitheater on May 19th, visit etix.com/ticket.

"It's always a blast hitting the road and seeing everyone's smiling faces throughout the country," said Brown. "There is always something different with each show and we try to give a nice blend of the classics as well as some new favorites. We will see you there!"

T. Graham Brown continues to host 'Live Wire' on Sirius XM's Prime Country Channel 58, with an exciting lineup of interviews and live cuts planned for December. Brown sits down with some of his closest friends and heroes, sharing never-before-heard stories from some of the biggest names in entertainment.

Brown has recorded 15 studio albums, charted more than 20 singles on the Billboard charts and has had multiple number-one hits in country, gospel and blues. Brown's voice is also recognized from his singing in advertising campaigns for McDonald's, Disneyland, Almond Joy, Coca-Cola, Dodge Truck, Ford, Hardee's and many others, including the Taco Bell "Run For The Border" television spots. In early 2015, Brown released his latest Grammy-nominated album, Forever Changed, which featured collaborations with Vince Gill, Jason Crabb, The Oak Ridge Boys, Jimmy Fortune and more. In 2020, Time Life partnered with T. Graham to reissue several of his classic albums and has recently released his latest album Bare Bones. Brown still actively tours and is sponsored by Hillbilly Iced Tea and Lemonade and makes multiple appearances on the legendary Grand Ole Opry.

Brown's uniqueness has made him one of the most beloved and iconic performers of the day.

**Brown's hits include "Hell and High Water," "Don't Go to Strangers," "Darlene" and more.**

# YLB

continued from 1A

curriculum. Each month, students explore a different aspect of leadership. Students also focus on a specific "soft skill" each month, like shaking hands, writing thank you notes, and making eye contact.

To apply for participation in YLB, students must:

- Demonstrate leadership potential (in school and/or the community).
- Be in good academic standing with clear attendance and behavior records.
- Be willing to participate in all scheduled sessions.

Youth Leadership Barrow runs from August through April. Sessions are held once a month (except December) during the school day.

### 2023 YLB GRADUATES:

### APALACHEE HIGH

Rylan Stephenson
Daylon Taylor
Nate Valles
Alyssa Willer
Abigail Thrower
Ashton Graham
BASA
Ni'leah Moon
Nathan Meehan
Ansley Fields
Case Conaway

### WINDER-BARROW

Rebeca Reyes
Emily Collum
Jada Hunt
Zaria Dotson
Madilyn Miller
Brooklyn Garrett
Sanaa Burnett

# Winder's Stargaze and Slumber camping event set May 20-21

This Friday and Saturday, Jug Tavern Park will be transformed into a camping oasis for an overnight camping experience.

This fun, family-friendly event is great for all ages and camping experience levels.

Whether you want to bring a tent or have one set up for you, the event offers reservation options for everyone.

The reservation for bringing your own tent is $10 for a 15x15 campsite that will be available to set up all camping wares.

A tent rental from the City of Winder is $50 and also includes a 15x15 campsite with a tent already set up.

Each site is meant to accommodate four.

Remember to bring bedding and camping gear.

In addition to the unique experience of camping out at Winder's Jug Tavern Park, campers can enjoy a movie, live entertainment, yard games, crafts, food trucks and free s'mores.

**Winder's Stargaze and Slumber event gives local families a unique experience of camping out at Jug Tavern Park in downtown Winder, coupled with a movie, live entertainment, yard games, crafts, food trucks and free s'mores.**

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Koch, and/or Sanderson (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.
For more information, including the full Notice and Settlement Agreement,
visit www.BroilerGrowersAntitrustSettlement.com,
email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

# Village

Continued from Page 1A

“right partnership at this time for either of us.”

“For us, it’s important that everything integrates and everything works together,” he said of the retail sportsbook site.

Crawford did not give a timeline for opening the retail sportsbook, but he said the physical space exists and will be appealing to a new operator given the year-round events and offerings at the Village. “We want to make sure we have the right partner,” he said.

New developments in the gaming division also include a “very large scale fantasy league” deciding to host its league draft at the Village, said Crawford, who noted such leagues are seeking out the Village.

## Johnson Controls dispute going to arbitration

The executive also said the company’s ongoing dispute with Johnson Controls is scheduled for arbitration in October.

Johnson Controls previously said it was exiting a naming rights agreement because of delays with the Village development.

“We feel we have a strong case here,” Crawford said. “... I can’t guarantee an outcome, of course, but we’re continuing to champion that effort.”

Moving forward, he said, the Village will focus on attracting individual sponsors for different features, including the Center for Performance dome, water park and Play-Action Plaza.

Crawford, however, told investors there’s still lots to be optimistic about regarding the Village.

“We’re on track for record attendance at the Village this year,” he said. “That’s a very significant step forward.”

## Revenue and net losses up from a year ago

A financial update also was given, with Crawford emphasizing that the Village continues to open new features, plan new elements and grow revenue amid economic challenges faced by companies of all sizes across the country.

First quarter revenue was $3.1 million, an increase of 48% compared to the same period a year ago. Driving the increase was rental revenue at the Village and the DoubleTree by Hilton Canton Downtown, a hotel owned by Hall of Fame Resort & Entertainment, which includes the Hall of Fame Village.

Also contributing was revenue from Hall of Fame Village Media, which features football-related content, including documentaries and shows broadcast by Fox Sports. The media division and Brinx.TV also have announced a partnership to create “John Brenkus Presents: The GOAT Code,” which will “bring to life the scientific tangibles and intangibles behind the performance of the greatest players of all time.”

A first quarter net loss of $19.6 million was reported compared to a net loss of $8.1 million for the prior year, driven partly by increased operating expenses.

“I see growth,” said Crawford, a former executive for Walt Disney Co. and Four Seasons Hotels & Resorts. “I’ve done this multiple times; the potential for this company not only to grow, but to exceed our expectations is very good.”

Priorities include balancing expenses with revenue growth, said Crawford, who also referred to the importance of “cost containment” and profitability.

Hall of Fame Village CEO Michael Crawford, middle, is shown at a groundbreaking event in December for an indoor water park at the Hall of Fame Village in Canton, part of a development and entertainment campus being built around the Pro Football Hall of Fame. ED BALINT/CANTON REPOSITORY

“Restructuring our balance sheet” is also paramount, he explained. “The reality is we also have some very costly debt.”

Discussions are underway with lenders in an effort to address those issues because it’s important “to sustain us in the long-term,” Crawford added.

Staff cuts and restructuring moves were made recently at the Village, including the departure of Michael Levy, president of operations at the Hall of Fame Village.

“We reduced staffing in some areas and increased staffing in other areas,” Crawford said. “And why we did that is we saw opportunities for revenue growth.”

## Hotel construction to begin ‘in the very near term.”

Exciting things continue to happen at the Village, Crawford said, including USFL games at the stadium and star comedian Kevin Hart’s show Thursday night.

Crawford said he’s also encouraged by the construction progress of the water park; ground broke on the $100 million plus project in December. And “we look forward to breaking ground on the (adjacent Hilton) hotel in the very near term.”

## 40-foot high tower ride announced

A third ride has been announced for Play-Action Plaza at the Hall of Fame Village.

Spike It, a drop tower, will join the Red Zone, a 125-foot high wheel ride, and the Forward Pass zipline.

The new ride emulates a touchdown celebration, which often includes spiking a football.

Calling the ride unique, the Village said riders will “get to be the ball.” The ride begins by hoisting you skyward, pausing at the top and then “spiking” you back toward the ground until the magnetic brakes ultimately slow the ride at the end,” the company said.

Six people can ride at a time, experiencing “the sensation of weightlessness and rapidly changing forces,” the announcement said.

“Spike It adds to our expanding array of outdoor activities within Play-Action Plaza,” said Seth Cooper, the Village’s vice president of operations.

No opening date was given for the new attraction.

Play-Action Plaza also includes a bar area and patio, amphitheater and walking path.

*Reach Ed at ebalint@gannett.com*
*On Twitter @ebalintREP*

Plans for opening a retail sports betting venue have been delayed at the Hall of Fame Village in Canton, but Village CEO Michael Crawford said he's confident the entertainment campus ultimately will find the right partner for the project. PROVIDED BY HALL OF FAME VILLAGE

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together “Sanderson”) have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim’s Pride, Koch, and/or Sanderson (together, “Defendants”) and/or other integrators (referred to as an Alleged “Co-Conspirator” below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys’ fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court’s hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys’ fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

Published in The Repository on May 17th, 2023

Leafguard
Get it today. Protected for life.

GOOD HOUSEKEEPING

LeafGuard has been awarded the Good Housekeeping Seal of Approval for 16 straight years.

Say goodbye to gutter cleaning for good

No clogging, No cleaning
No leaking, No water damage
No ladder accidents

Call now for your free estimate! Financing available

216-243-0827

20% off total purchase**

Does not include cost of material.

**Offer valid from 5/1/2023 until 5/31/2023. Minimum purchase required. This offer is valid for homeowners over 18 years of age. The following persons are not eligible for this offer: employees of Leafguard or affiliated companies or entities, their immediate family members, previous participants in a Company in-home consultation within the past 12 months and all current and former Company customers. Previous/future purchases are not eligible for a discount or sale price adjustment. Sales tax does not qualify for discount. This offer cannot be combined with any other sale, promotion, discount, code, coupon, and/or offer. This promotion has no cash value. Leafguard reserves the right to end any promotion at any time without notice.

VISA
VISA
GIFT CARD

Receive a $50 Visa gift card with your FREE in-home estimate

*All participants who attend an estimated 60-90-minute in-home product consultation will receive a $50 Visa gift card. Retail value is $50. Offer sponsored by LeafGuard Holdings Inc. Limit one per household. Company procures, sells, and installs seamless gutter protection. This offer is valid for homeowners over 18 years of age. If married or involved with a life partner, both cohabitating persons must attend and complete presentation together. Participants must have a photo ID and be legally able to enter into a contract. The following persons are not eligible for this offer: employees of Company or affiliated companies or entities, their immediate family members, previous participants in a Company in-home consultation within the past 12 months and all current and former Company customers. Gift may not be extended, transferred,or substituted except that Company may substitute a gift of equal or greater value if it deems it necessary. Gift card will be mailed to the participant via first class United States Mail within 10 days of receipt of the promotion form. Not valid in conjunction with any other promotion or discount of any kind. Offer not sponsored and is subject to change without notice prior to reservation. Offer not available in the states of CA, IN, PA and MI. Expires 5/31/2023.

*Guaranteed not to clog for as long as you own your home or we will clean your gutters for free.*

## Zoning input at workshop meeting *from Page 1*

Evans County currently has in place ordinances for mobile home and manufactured homes, and a residential subdivision ordinance that requires a two-acre minimum for construction.

Commissioner Hewett said that the most notable public feedback he had heard about adopting countywide zoning, has involved property owners against the idea of someone dictating how their land could be used. Hewett added, however, that the county already has in place ordinances that determine what can be done with some property (residential) up to a point. With the enactment of a land use plan, such zoning would also establish where other things such as commercial development can take place.

Absence of much commercial growth in the county in itself was the main factor in the lack of such zoning for business growth, Hewett noted, and the county has mainly focused on residential growth for the creation of existing ordinances.

Weaver said that countywide zoning would establish four types of land use in the county – agricultural, residential, commercial, and industrial. Outside the boundaries of the four towns within Evans County, perhaps as much as 85 percent of the land is now agricultural. As to agricultural land use, it was agreed that land's current use for agricultural purposes would not be changed due to zoning. A zoning ordinance would follow current established use of agricultural property, as such districts and parcels would be designated for such in countywide mapping and documents.

"With zoning, people would feel protected and more willing to invest in your county," said Weaver.

If the commissioners decide to move forward with development of a zoning plan, one of the first steps would be for the BOC to create a zoning board. According to Weaver, a board could be comprised of a number of citizens that the commissioners might appoint – usually no fewer than three and no more than 10. She suggested that the county would need to conduct public hearings on a draft zoning proposal once it could be prepared and submitted to the BOC. However, should the county decide to pursue such a plan, HOGARC would not have an opportunity to work on its development until early 2024, as the agency now has five zoning plans in development.

Commissioner Pratt Lockwood asked Weaver about the 'negatives' associated with zoning, and she emphasized that such issues could be resolved through an amendment process that handled by the county's appointed zoning board.

"A zoning ordinance will never be perfect," she said. " It can be improved and can always be amended. We always urge you not to adopt an ordinance that is too in depth."

# Victim identified, suspect arrested; remains found November in Riceboro

Nicholas James Kassotis, aka Nicholas Killian James Stark, age 40, was arrested on Friday, May 12, 2023, in Lancaster, Pennsylvania. He was arrested in connection to the death of his wife, Mindi Mebane Kassotis.

Mindi's body was found on a hunting club which covered areas in Liberty and Mcintosh Counties on December 2, 2022. She was 40 years old at the time she was found in Riceboro, GA. The Kassotis' were living in Savannah at the time of Mindi's death.

GBI agents assigned to this investigation sought the FBI's assistance with genealogy DNA. FBI used a lab specializing in this advanced testing and received results that furthered the investigation. The GBI interviewed family members and obtained DNA swabs for comparison to the profile created through genealogy DNA. Mindi Kassotis was identified on May 11, 2023.

Nicholas Kassotis is being charged with malice murder, felony murder, aggravated assault, tampering with evidence, and removal of body parts from scene of death or dismemberment.

Initially, partial remains of a white female were discovered off Jones Road in the woods of the Portal Hunting Club in Riceboro, Liberty County, GA. Additional remains were discovered within a three-mile radius on the hunting club property in Liberty County, as well as McIntosh County. Further testing has determined that the remains were placed in the area on or around November 27, 2022.

He is being held at the Lancaster County Prison awaiting extradition to Georgia.

The GBI would like to thank FBI Atlanta and FBI Baltimore for their assistance in identifying the victim, and FBI-Lancaster, PA, U.S. Marshals Service East Pennsylvania Fugitive Task Force-Lancaster Office, Lancaster Police Department, Pennsylvania State Police, and the Liberty County Sheriff's Office for their assistance in the arrest. GBI Forensic Artist Kelly Lawson's composite sketch (attached) also advanced this investigation.

More on genetic genealogy:

The focus of investigative genetic genealogy is on the construction of family trees for the persons identified as possible family members to the victim/suspect by combing through public and government records.

FBI personnel then compare the persons identified in the family trees with the location and timing of the crime to identify the likely suspect. Lastly, the FBI seeks a comparison between the victim's DNA and the DNA from a parent of the victim to verify the identity.

**GBI Forensic Artist Kelly Lawson's composite sketch, right, helped authorities identify the victim, Mindi Mebane Kassotis, shown at left.**

# COVID-19 Public Health Emergency ended May 11

The Southeast Health District will continue to offer COVID-19 vaccines and COVID-19 testing options after the federal government ended the COVID- 19 Public Health Emergency (PHE) declaration on May 11, 2023.

There is no out-of- pocket cost for vaccines or tests provided by the Southeast Health District, but for those individuals with insurance, their insurance will be billed.

COVID-19 vaccines are available at any county health department within the Southeast Health District as a walk-in service. Over-the-counter rapid COVID-19 tests are available for pickup at every Southeast Health District location. PCR testing is available in Bulloch, Coffee, Toombs and Ware counties through community partner services.

The end of the PHE doesn't mean that COVID-19 is over. However, now that we have safe and effective vaccines, ample testing infrastructure, and most people have some level of immunity due to vaccination or infection, COVID-19 is no longer considered a public health emergency.

The Centers for Disease Control and Prevention (CDC) continues to recommend that everyone stays up to date on COVID-19 vaccinations, take a test if you are experiencing symptoms or have been exposed, and wear a high- quality mask when community COVID-19 levels are high.

More information regarding COVID-19 vaccines, COVID-19 testing and additional health department services can be found at www.sehdph.org/.

# ECCSS names Nutrition Coordinator, Assistant Principal at Claxton Middle

Evans County Charter School System (ECCSS) announced Friday that Jason Trotter, Claxton Middle School (CMS) Assistant Principal, is the new ECCSS School Nutrition Coordinator and Daerzio Harris as an Assistant Principal for CMS. Both Trotter and Harris will serve in the roles beginning in the upcoming school year.

**TROTTER** **HARRIS**

Trotter is currently pursuing his Doctorate degree in Educational Leadership from Valdosta State University, a Master's degree in Special Education from Georgia Southern University, and a Bachelor's degree in Social Science Education from Georgia Southern University. He also holds professional certification in Educational Leadership.

Trotter taught students with disabilities (Special Education) for 10 years, served as the administrator over a school for students with emotional/behavioral disorders for five years, and was the Assistant Principal at Claxton Elementary School for five years before coming to CMS in 2021. He has served in ECCSS for eight years.

Harris obtained his Bachelor's degree from Georgia Southern University in 2008 and a Master's degree in Educational Leadership from Albany State University in 2022.

Harris has 15 years of experience in education and a wealth of instructional knowledge serving in varying roles such as middle school teacher (science and social studies), adjunct math professor, adult education teacher, instructional support specialist, and 5th grade (math, science, and social studies), where he served as Lead Teacher. Harris has also served in varying administrative roles such as Bus Coordinator/Discipline, Summer School Principal, and After School Program Director.

ECCSS welcomes Mr. Trotter and Mr. Harris to their new roles.

## Rates to increase *from Page 1*

total $48 per month, $20 for water and $28 for sewer.

Powell noted that the city's costs for sewer service are higher than providing water. "You haven't raised rates in a very long time," he said.

He added that he would return and meet with the mayor and council again, prior to the city approving any rate increase as part of the FY 2024 budget.

WATER AND SEWER RATE COMPARISON
FOR THE CITY OF CLAXTON

| | CURRENT RATES INSIDE | | | PROPOSED NEW RATES INSIDE | | | % Increase |
|---|---|---|---|---|---|---|---|
| | Water | Sewer | Total | Water | Sewer | Total | |
| Zero Gallons | $ 16.20 | $ 16.20 | $ 32.40 | $ 15.00 | $ 16.00 | $ 31.00 | -4.31% |
| 1,000 Gallons | $ 16.20 | $ 16.20 | $ 32.40 | $ 17.50 | $ 22.00 | $ 39.50 | 21.92% |
| 2,000 Gallons | $ 16.20 | $ 16.20 | $ 32.40 | $ 20.00 | $ 28.00 | $ 48.00 | 48.16% |
| 3,000 Gallons | $ 16.20 | $ 16.20 | $ 32.40 | $ 22.75 | $ 34.00 | $ 56.75 | 75.17% |
| 4,000 Gallons | $ 19.95 | $ 19.95 | $ 39.90 | $ 25.50 | $ 40.00 | $ 65.50 | 64.17% |
| 5,000 Gallons | $ 23.70 | $ 23.70 | $ 47.40 | $ 28.25 | $ 46.00 | $ 74.25 | 56.65% |
| 6,000 Gallons | $ 27.55 | $ 27.55 | $ 55.10 | $ 31.25 | $ 52.00 | $ 83.25 | 51.10% |
| 7,000 Gallons | $ 31.40 | $ 31.40 | $ 62.80 | $ 34.25 | $ 58.00 | $ 92.25 | 46.90% |
| 8,000 Gallons | $ 35.25 | $ 35.25 | $ 70.50 | $ 37.25 | $ 64.00 | $ 101.25 | 43.62% |
| 9,000 Gallons | $ 39.10 | $ 39.10 | $ 78.20 | $ 40.25 | $ 70.00 | $ 110.25 | 40.99% |
| 10,000 Gallons | $ 42.95 | $ 42.95 | $ 85.90 | $ 43.25 | $ 76.00 | $ 119.25 | 38.83% |

## Check Presentation *from Page 1*

the Fox Theatre Institute to our list of partners and we expect this to be a lasting partnership for many, many years to come."

Leigh Burns, Director of the FTI gave a presentation on the background of the Fox Theatre's history and contribution to the project here in Evans County. Burns has helped the FTI invest $2.7 million statewide into similar theatres and museums.

The Arts and Cultural Authority of Evans County (ACA) was awarded a financial grant in November for a total of $69,100. The funds have since been used to assist with the installation of an elevator inside the museum, fitting with current Americans with Disabilities Act (ADA) standards. The total cost of the full renovation and construction project is an estimated $3.1 million, with $2.5 million currently provided to support the building.

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**<u>If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.</u>**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Koch, and/or Sanderson (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement,**
**visit www.BroilerGrowersAntitrustSettlement.com,**
**email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

# Public Notice

## ANNUAL HYDRANT FLUSHING
## CITY OF HAGAN

As a requirement of the City of Hagan Corrosion Control Program and as mandated by the E.P.D., the City will be conducting its annual fire hydrant flushing program on Tuesday, June 13, 2023 and ending Friday, June 16, 2023. This procedure will be conducted during the hours of 8:00 a.m. and 6:00 p.m. Hydrants will be flushed throughout the entire water system, including some hydrants that are outside the city limits of Hagan.

Some residents could experience discolored water on these days, which is normal when hydrants are being flushed. If this happens, please turn on your outside water faucet and let it run until the water clears. If the brown/cloudy water problems continues after letting it run for more than 15 minutes, please notify Hagan City Hall at 739-3801.

Care should be taken to abstain from washing clothes during these hours on these days. If you have any questions concerning hydrant flushing, please contact the City of Hagan at 739-3801.

## Legal Notices

### Notice to Creditors

Having qualified as the Executor of the Estate of Clyde Eugene Shook Jr. of Burke County, North Carolina, the undersigned does hereby notify all persons, firms, and corporations having claims against the estate of said decedent to exhibit them to the undersigned on or before the 8th of August 2023, or this notice will be pleaded in the bar of their recovery. All persons, firms, and corporations indebted to the said estate will please make immediate payment to the undersigned.
This is the 10th of May.

Rachel Shook Morris
6995 Rhodhiss Road
Connelly Springs, NC 28612

Tiffany N. Belvin
Attorney for Estate
PO Box 753
Morganton, NC 28680

Publish: May 10, 17, 24, 31, 2023.

### Notice to Creditors

Having qualified as the Executor of the Estate of John Howard Louis McElrath Sr. of Burke County, North Carolina, the undersigned does hereby notify all persons, firms, and corporations having claims against the estate of said decedent to exhibit them to the undersigned on or before the 8th of August, or this notice will be pleaded in the bar of their recovery. All persons, firms, and corporations indebted to the said estate will please make immediate payment to the undersigned.
This is the 10th of May 2023.

Vanya Lejon McElrath
1540 NC 126
Morganton, NC 28655

Tiffany N. Belvin
Attorney for Estate
PO Box 753
Morganton, NC 28680

Publish: May 10, 17, 24, 31, 2023.

### OSCAR MICHAEL DONEY, III, deceased
Burke County Estate file 23 E 377
NOTICE TO CREDITORS

Having qualified as Administrator of the Estate of Oscar Michael Doney, III, late of Burke County, North Carolina, this is to notify all persons having a claim against said Estate to present such claims to the undersigned at the address recited below no later than 14 August 2023, or same will be pleaded in bar of their recovery. All persons indebted to said Estate, please make immediate payment to the undersigned at the address recited below. This 8th day of May 2023.
MELANIE ROCKETTE, Administrator
ESTATE OF OSCAR MICHAEL DONEY, III
c/o W. LEE LATTIMORE
Attorney for the Administrator
LITTLE, LATTIMORE & LEDFORD, P.A.
20 North Main Street, Marion NC 28752
828-652-8003
Publish: May 10, 17, 24, 31, 2023.

**PUBLIC NOTICE** is hereby given that Western Piedmont Council of Governments will hold a public hearing at its regular meeting on Tuesday, May 23, 2023 to receive comments on the WPCOG FY 2023-2024 budget. Copies of the budget are available at the office of WPCOG, 1880 2nd Ave NW, Hickory, NC. The meeting will begin at 6:45pm at the Old Rock School, Waldensian Room; 400 Main St. W; Valdese, NC 28690, at which time any persons wishing to be heard may appear.
**Publish: May 17, 2023.**

### PUBLIC NOTICE

The Individuals with Disabilities Education Act (IDEA-Part B, Public Law 108.446) Project is presently being amended. The Project describes the special education programs that the North Carolina Schools for the Deaf and Blind proposes for Federal funding for the 2023-2024 School Year.

Interested persons are encouraged to review amendments to the Project and make comments concerning the implementation of special education under this Federal Program. All comments will be considered prior to submission of the amended Project to the North Carolina Department of Public Instruction in Raleigh, North Carolina.

The IDEA-Part B Project is open to the public for review and comments during the week of May 23-26, 2023 in the offices of:

Governor Morehead School for the Blind,
Mr. Matthew Mescall, Principal
301 Ashe Avenue
Raleigh, NC 27606
1-919-733-6192

North Carolina School for the Deaf
Mark D. Patrick, School Director
517 West Fleming Drive
Morganton, NC 28655
1-828-432-5200

Eastern North Carolina School for the Deaf
Mrs. Lisa Robbins, Director of Business and Finance
1311 US-301
Wilson, NC 27893
1-252-237-2450

**Publish: May 17, 18, 19, 2023.**

23 SP 50 NOTICE OF FORECLOSURE SALE NORTH CAROLINA, BURKE COUNTY Under and by virtue of a Power of Sale contained in that certain Deed of Trust executed by Kaye Decker Harris dated April 25, 2008 recorded on May 7, 2008 in Book 1762, Page 565 of the Burke County Public Registry ("Deed of Trust"), conveying certain real property in Burke County to William R. Echols, Trustee, for the benefit of Wells Fargo Bank, N.A.. Default having been made of the note thereby secured by the said Deed of Trust, and the undersigned, having been substituted as Trustee in said Deed of Trust, and the holder of the note evidencing said default having directed that the Deed of Trust be foreclosed, the undersigned Substitute Trustee will offer for sale at the courthouse door of the county courthouse where the property is located, or the usual and customary location at the county courthouse for conducting the sale on May 18, 2023 at 11:00 AM, and will sell to the highest bidder for cash the following described property situated in Burke County, North Carolina, to wit: Being all of Lot 2 of the Minor Subdivision of Troy Decker Property according to a plat of the same recorded in Plat Book 27 at Page 3 in the Office of the Register of Deeds for Burke County, North Carolina. Save and except any releases, deeds of release or prior conveyances of record. Said property is commonly known as 2028 Old Homeplace Road, Connelly Springs, NC 28612; Parcel ID: 0086925583 A cash deposit (no personal checks) of five percent (5%) of the purchase price, or Seven Hundred Fifty Dollars ($750.00), whichever is greater, payable to Bell Carrington Price & Gregg, PLLC, will be required at the time of the sale. Following the expiration of the statutory upset bid period, all the remaining amounts are immediately due and owing. Pursuant to N.C. Gen. Stat. § 45-21.30, if the highest bidder at the sale, resale, or any upset bidder fails to comply with its bid upon the tender of a deed for the real property, or after a bona fide attempt to tender such a deed, the clerk of superior court may, upon motion, enter an order authorizing a resale of the real property. The defaulting bidder at any sale or resale or any defaulting upset bidder is liable for the bid made, and in case a resale is had because of such default, shall remain liable to the extent that the final sale price is less than the bid plus all the costs of any resale. Any deposit or compliance bond made by the defaulting bidder shall secure payment of the amount, if any, for which the defaulting bidder remains liable under N.C. Gen. Stat. § 45-21.30. THIRD PARTY PURCHASERS MUST PAY THE EXCISE TAX AND THE RECORDING COSTS FOR THEIR DEED. Said property to be offered pursuant to this Notice of Sale is being offered for sale, transfer and conveyance **"AS IS WHERE IS."** There are no representations of warranty relating to the title or any physical, environmental, health or safety conditions existing in, on, at, or relating to the property being offered for sale. This sale is made subject to any and all superior liens, including taxes and special assessments. To the best of the knowledge and belief of the undersigned, the current owner(s) of the property is Kaye Decker Harris. An Order for possession of the property may be issued pursuant to N.C. Gen. Stat. § 45-21.29, in favor of the purchaser and against the party or parties by the clerk of superior court of the county in which the property is sold. Any person who occupies the property pursuant to a rental agreement entered into or renewed on or after October 1, 2007, may, after receiving the notice of sale, terminate the rental agreement by providing written notice of termination to the landlord, to be effective on a date stated in the notice that is at least 10 days, but no more than 90 days, after the sale date contained in the notice of sale, provided that the mortgagor has not cured the default at the time the tenant provides the notice of termination. The notice shall also state that upon termination of a rental agreement, the tenant is liable for rent due under the rental agreement prorated to the effective date of the termination [N.C. Gen. Stat. § 45-21.16(b)(2)]. If the trustee is unable to convey title to this property for any reason, the sole remedy of the purchaser is the return of the deposit. Reasons of such inability to convey include, but are not limited to, the filing of a bankruptcy petition prior to the confirmation of the sale and reinstatement of the loan without the knowledge of the trustee. If the validity of the sale is challenged by any party, the trustee, in their sole discretion, if they believe the challenge to have merit, may request the court to declare the sale to be void and return the deposit. The purchaser will have no further remedy. Cape Fear Trustee Services, LLC, Substitute Trustee, Attorney, Aaron Seagroves, NCSB No. 50979 Matthew Cogswell, NCSB No. 58827 5550 77 Center Drive, Suite 160 Charlotte, NC 28217 PHONE: 980-201-3840 File No.: 22-52552 59420

Publish: May 10, 17, 2023.

### NOTICE

NORTH CAROLINA
BURKE COUNTY

The undersigned having qualified as Executix of the Estate of Edgar Allen Milholen, deceased, late of Burke County, North Carolina, this is to notify all persons having claims against said Estate to present them to the undersigned in care of Susan L. Haire at Starnes Aycock Law Firm, 118 North Sterling Street, Morganton, North Carolina 28655 on or before the 25th day of July, 2023, or this Notice will be pleaded in bar of their recovery. All persons indebted to said estate will please make immediate payment to the undersigned.

This the 24th day of April, 2023.

Sherry Darlene Bonner,
Executrix for the
Estate of Edgar Allen Milholen

PUBLISH: April 26, May 3, 10 and 17, 2023.

Reuse. Repurpose. Really Save!

Take a fresh look at the Classifieds, the original way to shop green!

classified 434.978.7202

Stuff Your Wallet!

Place Your Yard Sale Ad Today

classified 434.978.7202

Your Ticket to
BUY.
SELL.
SAVE.
TICKET
TICKET

classified 434.978.7202

Find your next best friend

classified 434.978.7202

## Legal Display Ads

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Koch, and/or Sanderson (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement,**
**visit www.BroilerGrowersAntitrustSettlement.com,**
**email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

Find your next best friend
classified 434.978.7202

Looking for a New Vehicle?

classified 434.978.7202

Advertise Your
Yard Sales
1 day $29
2 days $39
(Includes online rain insurance)

classified 434.978.7202

Businesses & Services Directory

Gutters

• GUTTERS •
Limited Lifetime Warranty on Material & Labor
METAL ROOFING ALSO AVAILABLE
OVER 35 YEARS EXPERIENCE
MK Builder Remodeler LLC
828-320-9717

Excavation

Excavating & Grading Work
Retaining Walls
Licensed and Insured
FREE ESTIMATE!
Call 828-493-3449

Roofing & Related

A Step Above Handyman Services and More
We Aim To Please You
*Over 25 Years Experience*
All phases of remodeling - roofing, flooring, framing, decks, baths, kitchens and much more.
* * $99 Gutter Cleaning * *
Veteran / Senior Citizen Discount
WILL BEAT ANY WRITTEN COMPETITORS PRICE!!!
Matt Howard Sr
828-391-1605

Home Improvements

Joseph's Home Improvements
• All phases of Roofing • Interior/ Exterior Painting • Bathroom/Kitchen • Flooring • Decking• Chimney Sweeps • Power Washing• Experienced • Free Estimate • Senior/Military Discount
Call Joseph 828-334-3271

A Step Above Handyman Services and More
We Aim To Please You
*Over 25 Years Experience*
All phases of remodeling - roofing, flooring, framing, decks, baths, kitchens and much more.
* * $99 Gutter Cleaning * *
Veteran / Senior Citizen Discount
WILL BEAT ANY WRITTEN COMPETITORS PRICE!!!
Matt Howard Sr
828-391-1605

Joseph's Home Improvements
• All phases of Roofing • Interior/ Exterior Painting • Bathroom/Kitchen • Flooring • Decking• Chimney Sweeps • Power Washing• Experienced • Free Estimate • Senior/Military Discount
Call Joseph 828-334-3271

Tree Service

ROCKY TOP TREE SERVICES & LANDSCAPING
• Removals • Trimming • Topping • Excavating • Stump Grinding • Fencing
24 Hour Emergency Service
26 Years in Business.
Licensed & Insured. Reasonable rates.
Free estimates
828-493-3449

Miscellaneous Services & Repair

MWR
Our Services include
•Waterproofing of Crawlspace/Basement
•Toxic Mold removal / Testing/Cleaning
•Structural repairs/ Floor leveling
•Encapsulated Systems
•Retaining walls/Culverts
15% discount for Military & Seniors. A+ rating with BBB
• Free Estimates / Inspections
Office # 828-455-2365
MWR MOLD WATERPROOFING REPAIRS

Roofing & Related

DAVID'S ROOFING
SHINGLES, METAL, RUBBER ROOFING, TPO & PAINTING
"Limited Lifetime Warranty for 30+ Year Shingles"
Mobile Home Roof Coating
All Types Remodeling Also!!
*Hail & Wind Damage Claims*
32 Years Experience
All Work Guaranteed

Call David Gillespie
828-713-4154

Stump Removal

KELLER'S STUMP GRINDING SERVICE
FREE ESTIMATE
*No Job Too Big or Small!!*
109 KELLER AVE.
MORGANTON, NC 28655
CALL 828-430-0643

• ROOFING •
Limited Lifetime Warranty on Material & Labor
METAL ROOFING ALSO AVAILABLE
OVER 35 YEARS EXPERIENCE
MK Builder Remodeler LLC
828-320-9717

Tree Service

828-442-7224
TREE SERVICE
Mike Carr

M&M
FORESTRY ENTERPRISES, LLC

• Bucket Truck Services
• Trimming, Shaping, Full Take Down
• Stump Grinding, Brush Chipping
• Lot Clearing & Logging
• Excavation Services
• Log Length Firewood
•24 HR Emergency Storm Clean Up
FULLY INSURED
FREE ESTIMATES

Roofing & Related

ALL SEASON CONTRACTING CO.
Shingle Roofing & Gutters
New construction, Re roofs, Tear-offs, Repair, etc. Misc. Home Repairs, All Work Guaranteed. Free Estimates
Call 828-584-3859

AN AFFORDABLE TREE SERVICE & LANDSCAPING
*Removals, Topping, Stump Grinding, Firewood, Landscaping, Dirt Work, Lawn Service, Fencing, Retaining Walls*
20 Years in Business
Licensed & Fully Insured
Accepts MC & VISA
CALL 828-838-6571

FIND IT HERE
classified 434.978.7202

GET THE RESULTS YOU SO MUCH DESERVE!
classified 434.978.7202

## NATION AND WORLD BRIEFS FROM WIRE REPORTS

### Trump to Flynn: 'We're going to bring you back'

NEW YORK – Former President Donald Trump called into an event hosted by his former national security adviser Michael Flynn over the weekend, telling his ex-adviser, "We're going to bring you back."

Trump spoke via telephone at an event for Flynn's "ReAwaken America Tour" held at the former president's Miami resort. The retired lieutenant general, a top figure in the far-right movement, has been one of the leading proponents of Trump's efforts to overturn the 2020 presidential election.

During the call, Flynn is seen holding a cellphone up to a microphone as Trump, on the line, says to Flynn, "You just have to stay healthy because we're bringing you back. We're going to bring you back."

Flynn, who resigned from the Trump administration less than a month after Trump's inauguration in 2017, was charged later that year with lying to the FBI about conservations he had with the Russians on Trump's behalf. He twice pleaded guilty, but Trump ultimately pardoned him in the final weeks of his presidency.

### EU countries to ban products which fuel deforestation

BRUSSELS – The 27 European Union countries have formally adopted new rules that should help the bloc reduce its contribution to global deforestation by regulating the trade in a series of goods.

Under the legislation, companies trading palm oil, cattle, wood, coffee, cocoa, rubber and soy will need to verify that the goods they sell in the EU have not led to deforestation and forest degradation anywhere in the world since 2021. The regulation also covers derived products such as chocolate or printed paper.

Forests are an important natural means of removing greenhouse gas emissions from the atmosphere.

### Russian lawmakers vote to scrap Cold War armed forces deal

MOSCOW – Russian lawmakers on Tuesday voted unanimously to formally pull out of a key Cold War-era security deal, more than eight years after Moscow halted its participation.

The vote came less than a week after President Vladimir Putin introduced a draft bill on May 10 "denouncing" the Treaty of Conventional Armed Forces in Europe, which aimed to prevent Cold War rivals from massing forces at or near mutual borders. The deal was signed in November 1990, but not fully ratified until two years later.

Russia first announced its intention to completely withdraw from the treaty in early 2015. On Tuesday, Putin's designated envoy told the State Duma that NATO countries had "made it impossible" for Russia to remain in the treaty by allowing for the alliance's expansion into Central and Eastern Europe.

### Syria's president invited to UAE-hosted COP28 climate

DUBAI, United Arab Emirates – Syria's embattled President Bashar Assad received an invitation to attend the upcoming COP28 climate talks in Dubai later this year, even as the yearslong war in his country over his rule grinds on.

A brutal crackdown by Assad's government on demonstrators in a 2011 Arab Spring uprising challenging his rule descended into a civil war and consequently became a regional conflict. The war has killed half a million people and displaced half of Syria's population.

ARE YOU WORRIED ABOUT YOUR AC?

GREAT NEWS SAVANNAH!
Air Therm is excited to present our exciting new
$99.00 Whole Home service agreement that covers ALL home units.
Includes 2 seasonal tune-ups for each system and 15% off all repairs.
Scott Efird
Bill Efird
We don't treat you like a customer. We treat you like our Grandma!

AIR THERM
License No. CN210560
(912)-234-7268
www.AIRTHERMSAVANNAH.com

Contact us today to find out how to save 15% and reduce your chances of a major repair by 60%.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Koch, and/or Sanderson (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement,**
**visit www.BroilerGrowersAntitrustSettlement.com,**
**email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

CLARK'S
Termite & Pest Control
AN ANTICIMEX COMPANY
GET SPRING READY
CALL CLARKS AND GET
$25 OFF* NEW SERVICE
*Must be applied to initial yearly pest control service or first month of yearly mosquito plan. Must agree to an annual plan. Discount must be applied to new service only. Expires 06/31/23
• Termite Control
• Bed Bug Treatment
• Mosquito Control
• Fire Ant Control
• Stinging Insect Control
YEAR-ROUND PEST CONTROL
COVERAGE AGAINST 30+ PESTS
10% Off for First Responders and Military
QualityPro
GREENPRO CERTIFIED
912-306-3201

Enjoy the ease of
Showering Safely
So you can stay in the home you love!

Introducing the ALL NEW Walk-In Shower!

*Upgrade your bathroom, upgrade your life.* With a new walk-in shower, you can make sure your bathroom ages as gracefully as you do. This shower was designed by experts, with you in mind, focusing on safety and convenience when it matters most. Discover how a walk-in shower can help reduce the risk of falling, giving you the freedom to enjoy your bathroom again.

✓ Commercial Grade Non-Slip Floor
✓ *Optional* Barrier Free Wheelchair Accessible
✓ Luxurious 8" Rainfall Shower Head
✓ Professionally Installed in 1 day
✓ Easy-to-reach Shower Wand
✓ Fold Down Safety Seat
✓ Ergo L Shaped Grab Bar
✓ Lifetime Warranty

Call today and receive exclusive savings of up to
$750 OFF
FOR A LIMITED TIME ONLY
Call Toll-Free 912-335-0182
SAFE STEP WALK-IN SHOWER
www.WhySafeStep.com
With purchase of a new Safe Step Walk-In Shower. Not applicable with any previous walk-in shower purchase. No cash value. Must present offer at time of purchase.

Call Now Toll-Free
912-335-0182
for more information and ask about our Senior Discounts

FINANCING AVAILABLE WITH APPROVED CREDIT

Ease of Use

LIFETIME LIMITED WARRANTY

BBB

CSLB 983603 F13000002885 13HV08744300

# Classifieds

To Advertise, visit our website: **Classifieds.the-daily-record.com**
- Public Notices/Legals email: **Legals@the-daily-record.com**
- Business & Services email: **TheDailyRecordBusSer@gannett.com**
- To post job openings, visit: **The-daily-record.com/jobs**

**TO ADVERTISE**
Visit Our Website:
**Classifieds.the-daily-record.com**

**All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. The Wooster Daily Record reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. The Wooster Daily Record shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.**

Assorted

Stuff
all kinds of things...

**Wanted to Buy**

Mr. Baseball is coming to Ohio, buying sports cards & memorabilia. 203-767-2407

Careers

Jobs
new beginnings...

**General**

Full Time Driver/Laborer Construction Crew
K&M Builders
Paid Holidays/Bonuses!
Apply 330-464-5577

Professional Service
all your needs...

**Clean Up and Removal**

FREE Appliance & Scrap Metal Removal. Also taking cars. Call or Text 330-365-6332

**Home Maintenance**

GOT LEAKS?
BASEMENT WATERPROOFING
WET LEAKY BASEMENT? NO OUTSIDE DIGGING! NO MESS!
330-441-9230
50 yrs exp. Sr & Vet Disc

**Landscaping**

CONN'S NURSERY
SPRING CLEANUP
(419)368-3284
Landscape maintenance & design, mulching, shrub & tree trimming & stump grinding. Free estimates

**Roofing - Siding**

LOOK HERE!
SIDING WINDOWS
ROOFING
Name Brand Vinyl siding, Windows, Shingle or Metal roofs Installed
330-441-9230
50 yrs exp. Sr & Vet Disc

**Professional Service**

**Professional Service**

A&J SEAMLESS GUTTER
5" & 6" Seamless Gutter
Gutter Leaf Guard Systems
330.724.1060
Get the competitions prices & then call us.
www.ajseamlessguttersakron.com

Your Source Public Notices for the latest...

Your Source
Public Notices
for the latest...

Your Source Public Notices for the latest...

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Koch, and/or Sanderson (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

Automotive

Wheels
best deal for you...

**Autos Wanted**

TOP $$CASH$$ PAID FOR JUNK CARS & UNWANTED VEHICLES
(330) 988-9625

Vehicles
Recreation
RVs, motorcycles, etc.

**Hunt-Fish-Camp**

Mansfield Gun Show May 20, 9-4, May 21. 9-3. Adm. $6. Richland Co. Fairgrounds. Under 18 must be with adult. 330-268-9386.

**Govt Public Notices**

**Govt Public Notices**

2023 First Public Hearing - CHIP
WOOSTER, ORRVILLE, and WAYNE COUNTY PARTNERSHIP
COMMUNITY HOUSING IMPACT and PRESERVATION (CHIP) PROGRAM APPLICATION: 1ST HEARING
(FY 2023-2025)
May 26, 2023
9:00am, Wooster City Hall, Council Chambers, 538 N. Market St., Wooster, Oh 44691
The City of Wooster, City of Orrville, and Wayne County intend to, as a single Partnership, apply to the Ohio Development Services Agency, Office of Community Development, for funding under the Community Housing Impact and Preservation (CHIP) Program, utilizing federal funds through the Community Development Block Grant (CDBG) and HOME programs, administered through the State of Ohio Development Services Agency, in addition to funding through the Ohio Housing Trust Fund (OHTF).
As a Partnership, the City of Wooster (Applicant) may apply for, on behalf of Wayne County, the City of Orrville (with the Rittman also participating), and itself, approximately $1,600,000 in CHIP grants (including CDBG, HOME, and OHTF funds). The CHIP program provides direct financial aid (grants and loans) to low-to-moderate income families to cover the cost of certain home repairs and rehabilitations, down-payments on new home purchases, and/or monthly rent. The program also provides direct financial aid to landlords making repairs to housing units committed to serving low-to-moderate income residents for a period of time, in addition to covering local program administration costs.
The City, with its Partners, will conduct the first of two public hearings on Friday, May 26, 2023 at 9:00am at Wooster City Hall in Council Chambers at 538 N. Market St., Wooster, Ohio 44691, to inform citizens and organizations about the CHIP program, with details on eligible activities and program requirements. Those unable to attend are welcome to submit comments and questions, as described below.
A second public hearing will be held for each of the specific grant applications after the projects and funding amounts have been decided.
Special auxiliary aids for handicapped persons are available upon request. At least five (5) days' notice is required prior to a meeting. Requests must be made to Lynne DePaulo, 330-263-5242, during regular working hours. Questions and comments on the CDBG or CHIP program may also be made to Jonathan Millea by email at jmillea@woosteroh.com, by phone at 330-263-5250, or at the address listed below.
For more information about the CHIP Program, please visit www.woosteroh.com/chip
City of Wooster
Administration Department
538 N. Market Street
Wooster Ohio 44691
May 17 2023 LWOO0011055

PROTECT YOUR HOME 365 DAYS A YEAR

LeafFilter
GUTTER PROTECTION
BACKED BY A YEAR-ROUND
CLOG-FREE GUARANTEE
Trustpilot
THE NATION'S #1 GUTTER GUARD
WE INSTALL YEAR-ROUND!
ACCREDITED BUSINESS
LIFETIME WARRANTY
A COMPANY OF LEAFHOME

1
Micromesh
2
uPVC Frame
3
Hanger
4
New or Existing Gutter

**Stay Off The Ladder**
Eliminates gutter cleaning for life – guaranteed.

**Keeps Out All Debris**
Completely sealed system protects your gutters — and entire home — from damaging debris.

EXCLUSIVE LIMITED TIME OFFER!

**15% OFF** YOUR ENTIRE PURCHASE* + **10% OFF** SENIORS & MILITARY! + **5% OFF** TO THE FIRST 50 CALLERS ONLY!**

"LeafFilter was a great investment for our home."
–Bill & Jan M. ★★★★★

CALL US TODAY FOR A FREE ESTIMATE **877-637-1146**

FINANCING THAT FITS YOUR BUDGET![1]
**Promo Code: 364**
[1]Subject to credit approval. Call for details.

[2]The leading consumer reporting agency conducted a 16 month outdoor test of gutter guards in 2010 and recognized LeafFilter as the "#1 rated professionally installed gutter guard system in America." *For those who qualify. One coupon per household. No obligation estimate valid for 1 year. **Must present at time of estimate. See Representative for full warranty details. Manufactured in Plainwell, Michigan and processed at LMT Mercer Group in Ohio.
AR #0366920922, CA #1035795, CT #HIC.0649905, FL #CBC056678, IN #RCE-51604, IA #C127230, LA #559544, Suffolk HIC License #H-52229, MI # 2102212986, #262000022, #262000403, #2106212946, MD #MHIC111225, MA #176447, MT #226192, MN #IR731804, NE #50145, NM #408693, NJ #13VH09953900, #H-19114, OR #218294, PA #PA069383, RI #41354, TN #7656, UT #423330, VA #2705169445, WA #LEAFFNW822JZ, WV #WV056912

# Exhibit G

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013 and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by broiler chicken growers who allege that Sanderson and other companies unlawfully conspired to artificially reduce the amounts they paid to broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that it did anything wrong and has asserted defenses to the claims against it.

Plaintiffs are broiler chicken growers who raised broilers for Tyson, Perdue, Pilgrim's Pride, Koch, and/or Sanderson (together, "Defendants") and/or other integrators (referred to as an Alleged "Co-Conspirator" below). Plaintiffs represent a class of broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?** Sanderson will pay $17,750,000 into a Settlement Fund, which will be used to pay Settlement Class members, attorneys' fees and litigation expenses, and costs for notice and Settlement administration. Sanderson will also offer certain cooperation in the ongoing litigation against the remaining non-settling Defendant and has agreed to certain restrictions on its ability to enforce arbitration provisions against broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by broiler chicken growers against Sanderson. Sanderson Settlement §10.

**Am I eligible to receive a payment from the Settlement?** You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by **any** Defendant **or any** Alleged Co-Conspirator to provide Broiler Grow-Out Services **at any time** between January 27, 2013 and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?** If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by **December 13, 2023**, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?** If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in separate lawsuits related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by **July 31, 2023**. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by **July 31, 2023**. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.** The Court will hold a hearing at **2:00 p.m. on August 25, 2023** to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement amount, and litigation expenses not to exceed $2.5 million. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**
**For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

(Continued from previous page)

not projected to exceed 328 million again until January 2024. Layer hen numbers reported by the USDA as of March 1, 2023, were 312.9 million, which represents a decrease of 3.8 percent compared with the layer hen inventory a year ago. However, the USDA also reported that the hatch from October 2022 through February 2023 increased 4.5 percent as compared with the prior-year period, indicating that layer flocks may increase in the future.

For the third quarter of fiscal 2023, Cal-Maine Foods will pay a cash dividend of approximately $2.20 per share to holders of its common and Class A common stock. Pursuant to Cal-Maine Foods' variable dividend policy, for each quarter in which the company reports net income, the company pays a cash dividend to shareholders in an amount equal to one-third of such quarterly income. Following a quarter for which the company does not report net income, the company will not pay a dividend with respect to that quarter or for a subsequent profitable quarter until the company is profitable on a cumulative basis computed from the date of the most recent quarter for which a dividend was paid. The amount paid per share will vary based on the number of outstanding shares on the record date. The dividend is payable on May 11, 2023, to holders of record on April 26, 2023.

## Cobb names Mutimer VP of EMEA and Asia-Pacific

**SILOAM SPRINGS, Ark.** — Cobb-Vantress announces the appointment of Roy Mutimer to vice president EMEA and Asia-Pacific, effective as of May 1.

**Mutimer**

"In this critical role for Cobb, Roy brings previous experience leading this integral part of our business," said Joyce J. Lee, president of Cobb. "Both of these regions are dynamic and complex and Roy's proven business acumen and customer relationships will help ensure our many distributor partnerships, as well as joint ventures, have a trusted source of continuity during this transition."

Mutimer has more than 30 years of experience in the poultry industry and began his career with the UK Veterinary Investigation Service in 1981 before joining Cobb UK Ltd. in 1995. During his tenure with Cobb, he has held roles in the United Kingdom and United States, covering laboratories, quality assurance, and animal welfare. He most recently served as managing director of European operations, with responsibility for production, sales, and technical services

"I am thrilled at the opportunity I have been given to renew my connection with our customers in Asia-Pacific while continuing to support our EMEA customer base," Mutimer said. "It is extremely reassuring for me to know that I have the support of our highly dedicated, world class teams in Asia-Pacific and EMEA. I know that together we will be able to make great progress as we work to take advantage of the exciting opportunities that are coming our way."

NASDA FOUNDATION

## NASDA Foundation selected by USDA to establish the Northeast Regional Food Business Center

**ARLINGTON, Va. —** The National Association of State Departments of Agriculture Foundation is celebrating being selected by the USDA to establish the Northeast Regional Food Business Center. The food business center will help farmers, ranchers and other food businesses access new markets and navigate federal, state and local resources, thereby closing the gaps to success.

The Northeast Regional Food Business Center will work specifically in 11 states: Connecticut, Delaware, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island and Vermont.

NASDA Foundation Senior Director Chris Jones shared the orga-

# Exhibit H

# Settlement Administrator Angeion Group Announces Proposed Settlement In Broiler Grow-Out Services Class Action

NEWS PROVIDED BY
**Angeion Group →**
17 May, 2023, 15:00 ET

**If You Were Paid to Provide Broiler Grow-Out Services at Any Time Between January 27, 2013, and December 31, 2019, A Class Action Settlement Totaling $17,750,000 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

PHILADELPHIA, May 17, 2023 /PRNewswire/ -- Sanderson Farms, Inc. (Food Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) (together "Sanderson") have agreed to settle a class action lawsuit brought against them by Broiler chicken growers who allege that Sanderson unlawfully conspired to artificially reduce the amounts they paid to Broiler chicken growers for Broiler Grow-Out Services. Sanderson denies that they did anything wrong and have asserted defenses to the claims against them.

Plaintiffs are Broiler chicken growers that raised broilers for Sanderson ("Defendant"). Plaintiffs represent a class of Broiler chicken growers who have similar claims against Defendants and the Alleged Co-Conspirators.

**What does the Settlement provide?**
Sanderson will pay $17.75 million into a Settlement Fund to settle the class action antitrust, and PSA claims against them and to provide certain cooperation to Plaintiffs in this litigation

against the remaining Defendants (the "Sanderson Settlement"). In addition, Sanderson has agreed to certain restrictions on its ability to enforce arbitration provisions against Broiler chicken growers and on its ability to enforce provisions restricting collective or class actions brought by Broiler chicken growers against Koch. Koch Settlement § 10.e.

**Am I eligible to receive a payment from the Settlement?**

You may be eligible to receive a payment if you reside in the U.S. or its territories and were paid by any Defendant or any Alleged Co-Conspirator to provide Broiler Grow-Out Services at any time between January 27, 2013, and December 31, 2019. To learn who the Defendants and Alleged Co-Conspirators are, visit www.BroilerGrowersAntitrustSettlement.com.

**How do I get a payment from the Settlement?**

If you received a Pre-Populated Claim Form and the information contained therein is correct, you do not need to do anything further to receive a payment. If you disagree with the information contained in the Pre-Populated Claim Form you received, you may submit the Claim Form with corrected information and documentation. If you received an Unpopulated Claim Form, you must complete and submit that Claim Form by December 13, 2023, to receive a payment from the Settlement Fund. You may access a Claim Form from the website and submit it online or download and mail it to the address on the Claim Form. Claim Forms are also available by calling 1-833-907-3700 or emailing Info@BroilerGrowersAntitrustSettlement.com.

**What are my rights?**

If you are a Class member and do nothing, you will be bound by the Settlement and will give up any right to sue Sanderson in a separate lawsuit related to the legal claims in this lawsuit. If you want to keep your right to separately sue Sanderson, you must exclude yourself from the Settlement by July 31, 2023. If you do not exclude yourself, you may object to the Settlement and/or ask for permission to appear and speak at the Fairness Hearing but only if you do so by July 31, 2023. Complete information is available at www.BroilerGrowersAntitrustSettlement.com.

**The Court's hearing.**

The Court will hold a hearing at 2:00 p.m. CT on August 25, 2023 to decide whether to approve the Settlement, grant the requested attorneys' fees of up to one-third of the gross Settlement

amount, unreimbursed litigation costs and expenses not to exceed $2.5 million, and the proposed plan of allocation and distribution. You or your own lawyer may appear and speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. The hearing may occur remotely, over a Zoom platform, or it may occur in person, at the United States District Court for the District of Oklahoma, located at 101 N. 5th St., Muskogee, OK 74401. Please check www.BroilerGrowersAntitrustSettlement.com for updates as to the location of the hearing.

**This notice is only a summary.**

**For more information, including the full Notice and Settlement Agreement, visit www.BroilerGrowersAntitrustSettlement.com, email Info@BroilerGrowersAntitrustSettlement.com, or call 1-833-907-3700.**

**Media Contact:**

Angeion Group

Shiri Lasman

(215) 563-4116

SOURCE Angeion Group

# Exhibit I

***IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)***

**OPT OUT REQUESTS**

| | **Sanderson Settlement:** | |
|---|---|---|
| | | |
| 1 | A Shirk & Sons (Andrew Shirk) | Timely |
| 2 | Warner Farm / Warner Farms (Jack Warner, Jr.) | Timely |
| 3 | Tinh M Le | Timely |
| 4 | Paul & Lois Crawford | Timely |
| 5 | Shady Oaks Farm (John M. Borntrager) | Timely |
| 6 | Maple Leaf Farms (Jason L. Borntrager) | Timely |
| 7 | Trinity Poultry Farm (Trina B. McClendon) | Timely |
| 8 | Elysian Fields (Paul D Chesnik) | Timely |
| 9 | Purgatory Farm (Michelle Chesnik) | Timely |
| 10 | Anthony & Christy Grigsby | Timely |
| 11 | James Fox | Timely |
| 12 | Stephen A. Witmer | Timely |