IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)** | MDL No. 6:20-2977-RJS-CMR<br><br>Hon. Chief Judge Robert J. Shelby<br><br>Hon. Cecilia M. Romero |

## JOINT STATUS REPORT

Plaintiffs[1] and Defendant Pilgrim's Pride Corporation ("Pilgrim's") have met and conferred and submit this joint status report summarizing the current state of this litigation.

### I. PENDING MOTIONS

Pending before the Court are the following motions:

- Plaintiffs' Motion and Memorandum of Law in Support of Motion for Class Certification (ECF No. 454) (argument heard July 14, 2023)

- Pilgrim's' Motion and Memorandum of Law in Support of Motion to Exclude Certain Opinions of Plaintiffs' Expert Witness Hal J. Singer Pursuant to Federal Rule of Evidence 702 (ECF No. 456) (argument heard July 13, 2023)

- Plaintiffs' Motion and Memorandum of Law in Support of Motion to Exclude Certain Opinions Offered by Pilgrim's' Proffered Experts (ECF No. 455)

   o Plaintiffs continue to believe that their *Daubert* motion raises straightforward arguments that do not require complex analysis and can be decided on the papers without oral argument. Should it please the Court, however, Plaintiffs are available at the Court's convenience for argument on Plaintiffs' *Daubert* motion.

   o As Pilgrim's previously stated, Pilgrim's disagrees. When the Court does entertain that *Daubert* motion, Pilgrim's believes it would be helpful to the Court to hold oral argument.

---

[1] "Plaintiffs" includes Haff Poultry, Inc., Nancy Butler, Johnny Upchurch, Jonathan Walters, Myles Weaver, Marc McEntire, Karen McEntire, and Mitchell Mason, on behalf of themselves and all others similarly situated.

## II.   UPDATE ON SETTLEMENT FUND DISTRIBUTIONS

Tyson and Perdue: The Court ordered distribution of the Tyson and Perdue Settlement Funds on November 16, 2022. ECF No. 422. There is a remainder in the Tyson and Perdue Settlement Funds due to uncashed and undeliverable checks. Plaintiffs intend to bring a motion for the Court to authorize a supplemental distribution of the remainder of the Tyson and Perdue Settlement Funds to authorized claimants who cashed their checks and participated in the initial distribution. Plaintiffs expect to bring that motion in the near future.

Koch: The Court ordered distribution of the Koch Settlement Fund on September 22, 2023. ECF No. 781. That distribution process is underway and Plaintiffs will advise the Court if a supplemental distribution of any remainder of the Koch Settlement Fund is necessary.

Sanderson: The Court ordered final approval of the Sanderson Settlement on November 1, 2023. ECF No. 565. The claims deadline is currently December 13, 2023. ECF No. 709 at 3. Once Plaintiffs have processed all claims, they will promptly bring a motion for distribution of the Sanderson Settlement Fund to all authorized claimants.

## III.   UPCOMING MOTIONS

The summary judgment schedule has been vacated until Plaintiffs' Motion for Class Certification and Pilgrim's' Motion to Exclude Certain Opinions of Plaintiffs' Expert Witness Hal J. Singer have been decided by this Court. As such, the Parties await the Court's guidance on the timing of summary judgment briefing.

Dated: November 17, 2023                                                          Respectfully submitted,

/s/ Gary I. Smith, Jr.                                                                          /s/ David E. Ross
Gary I. Smith, Jr.*                                                                       Marc E. Kasowitz*
Kyle G. Bates*                                                                            Hector Torres*
**HAUSFELD LLP**                                                                   David E. Ross*
600 Montgomery St, Ste 3200                                                  Kevin Cyrulnik*
San Francisco, CA 94111                                                         Henry Brownstein*
Telephone: (415) 633-1908                                                      **KASOWITZ BENSON TORRES LLP**
Facsimile: (415) 633-4980                                                        1633 Broadway
Email: gsmith@hausfeld.com                                                  New York, NY 10019
Email: kbates@hausfeld.com                                                  Tel: 212-506-1700
                                                                                                    Fax: 212-506-1800
Michael D. Hausfeld*                                                              mkasowitz@kasowitz.com
James J. Pizzirusso*                                                                htorres@kasowitz.com

Melinda R. Coolidge*
Samantha S. Derksen*
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeld.com
Email: jpizzirusso@hausfeld.com
Email: mcoolidge@hausfeld.com
Email: sderksen@hausfeld.com

Daniel J. Walker*
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Email: dwalker@bm.net

Patrick F. Madden*
Eric L. Cramer*
Ellen T. Noteware*
David A. Langer*
Michaela L. Wallin*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: pmadden@bm.net
Email: ecramer@bm.net
Email: enoteware@bm.net
Email: dlanger@bm.net
Email: mwallin@bm.net

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs
Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
502 West Sixth Street
Tulsa, OK 74119
Telephone: (918) 699-8914

dross@kasowitz.com
kcyrulnik@kasowitz.com
hbrownstein@kasowitz.com

Larry D. Ottaway, OK Bar #6816
Amy Sherry Fischer, OK Bar #16651
**FOLIART HUFF OTTAWAY & BOTTOM**
201 Robert S. Kerr. Ave., 12th Floor
Oklahoma City, OK 73102
Tel: 405-232-4633
Fax: 405-232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com

*Counsel for Pilgrim's Pride Corporation*

* admitted *pro hac vice*

Facsimile: (918) 587-9708
Email: driggs@riggsabney.com
Email: don_bingham@riggsabney.com
Email: kkoepsel@riggsabney.com

William A. Edmondson (OBA No. 2628)
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
Email: dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

Larry D. Lahman (OBA No. 5166)
Roger L. Ediger (OBA 19449)
**MITCHELL DECLERK, PLLC**
202 West Broadway Avenue
Enid, OK 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-8890
Email: ldl@mdpllc.com
Email: rle@mdpllc.com

Vincent J. Esades*
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com

Warren T. Burns*
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: wburns@burnscharest.com

Gregory L. Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive

Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001
Email: gldavis@knology.net

Charles D. Gabriel*
**CHALMERS & ADAMS, LLC**
13200 Strickland Rd, Suite 114-177
Raleigh, NC 27613
Telephone: (919) 803-2635
Facsimile: (678) 735-5905
Email: cdgabriel@chalmersadams.com

Larry S. McDevitt*
David M. Wilkerson*
**VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
Email: lmcdevitt@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

Harlan Hentges (OBA No. 17911)
**HENTGES & ASSOCIATES, PLLC**
102 East Thatcher Street
Edmond, OK 73034
Telephone: (405) 340-6554
Facsimile: (405) 340-6562
Email: harlan@organiclawyers.com

John C. Whitfield*
Caroline R. Taylor*
**WHITFIELD COLEMAN BULLOCK, PPLC**
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
Facsimile: (270) 825-1163
Email: jwhitfield@wcbfirm.com
Email: caroline@wbmllp.com

J. Dudley Butler*
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Drive
Benton, MS 39039

Telephone: (662) 673-0091
Facsimile: (662) 673-0091
Email: jdb@farmandranchlaw.com

Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202)789-1813
Email: danielc@cuneolaw.com

David S. Muraskin*
**PUBLIC JUSTICE, PC**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5245
Facsimile: (202) 232-7203
Email: dmuraskin@publicjustice.net

Kellie Lerner*
Meegan F. Hollywood*
Benjamin Steinberg*
**ROBINS KAPLAN, LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: KLerner@RobinsKaplan.com
Email: MHollywood@RobinsKaplan.com
Email: bsteinberg@robinskaplan.com

M. Stephen Dampier*
**DAMPIER LAW FIRM**
55 North Section Street
P.O. Box 161
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800
Email: stevedampier@dampierlaw.com

Michael L. Silverman*
**ROACH LANGSTON BRUNO, LLP**
205 North Michigan Avenue, Suite 810

Chicago, IL 60601
Telephone: (773) 969-6160
Email: msilverman@rlbfirm.com

Grant L. Davis*
Thomas C. Jones*
Timothy C. Gaarder*
Thomas E. Ruzicka, Jr.*
**DAVIS BETHUNE & JONES, LLC**
1100 Main St, Ste 2930
Kansas City, MO 64105
Telephone: (816) 421-1600
Email: gdavis@dbjlaw.net
Email: tjones@dbjlaw.net
Email: tgaarder@dbjlaw.net
Email: truzicka@dbjlaw.net

Robert J. Bonsignore*
**BONSIGNORE TRIAL LAWYERS, PLLC**
23 Forest St.
Medford, MA 02155
Telephone: (781) 350-0000
Email: rbonsignore@classactions.us

*Additional Class Counsel for Plaintiffs and the Proposed Class*

* admitted *pro hac vice*