**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO II)** | MDL No. 6:20-2977-RJS-CMR<br><br>Hon. Chief Judge Robert J. Shelby<br><br>Hon. Cecilia M. Romero |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF A SUPPLEMENTAL SCHEDULE REGARDING PLAINTIFFS' PROPOSED CLASS SETTLEMENT WITH PILGRIM'S PRIDE CORPORATION**

Now that the Court has issued Orders preliminarily approving the proposed class settlement with Pilgrim's Pride Corporation ("PPC") and notice to the Settlement Class thereof,[1] Plaintiffs move for a supplemental schedule relating to final approval of the Settlement. Plaintiffs hereby submit the following supplemental proposed schedule of events relating to their proposed settlement with PPC.  For clarity, this schedule includes the three deadlines (for Commencement of Direct Notice, Commencement of Publication Notice, and for Settlement Class Members to Opt Out of the Class or Object to the Settlement) that were previously set by the Court.[2]  Plaintiffs' proposed supplemental schedule is set forth below:

| Event | Timeline |
|---|---|
| Commencement of Direct Notice to the Class | **September 19, 2024[3]** |
| Commencement of Publication Notice to the Class | **September 19, 2024[4]** |
| Submission of motion for attorneys' fees, expenses, and service awards for the class representatives | **November 3, 2024[5]** |

---

[1] ECF Nos. 617 and 618.

[2] *See* ECF No. 618.

[3] This deadline is 30 days after the Court's Order approving Plaintiffs' Notice Plan, and was previously set by the Court's August 20, 2024 Order Approving Issuance of Notice to the Settlement Class.

[4] This deadline is 30 days after the Court's Order approving Plaintiffs' Notice Plan, and was previously set by the Court's August 20, 2024 Order Approving Issuance of Notice to the Settlement Class.

[5] November 3, 2024 is a Sunday, so by operation of Federal Rule of Civil Procedure 6 Plaintiffs' motion for attorneys' fees, expenses, and service awards would be due on Monday, November 4.

| Deadline for Class Members to Opt Out of the Class or Object to the Settlement | **December 3, 2024[6]** |
|---|---|
| Plaintiffs' Notice to the Court Identifying Persons or Entities Requesting Exclusion from the Class and Completion of the Notice Program | **December 13, 2024[7]** |
| Submission of motion and memorandum in support of final approval of the Settlement Agreements and any responses by parties to any objections filed by any Class members | **December 13, 2024[8]** |
| Fairness Hearing[9] | |
| Claims Deadline | **April 17, 2025[10]** |

Plaintiffs will submit a Proposed Order with the foregoing supplemental schedule concurrently with this Motion.

Dated:  August 27, 2024

Respectfully submitted,

*/s/ Kyle G. Bates\**
Kyle G. Bates*
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
Telephone: (415) 744-1966
Facsimile (212) 202-4322
kbates@hausfeld.com

Gary I. Smith, Jr.*
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 633-4980
gsmith@hausfeld.com

---

[6] This deadline is 105 days after the Court's Order approving Plaintiffs' Notice Plan, and was previously set by the Court's August 20, 2024 Order Approving Issuance of Notice to the Settlement Class.
[7] This deadline is 115 days after the Court's Order approving Plaintiffs' Notice Plan.
[8] This deadline is 115 days after the Court's Order approving Plaintiffs' Notice Plan.
[9] On a date to be set by the Court, but no earlier than **January 6, 2025** (139 days after an Order approving the Notice Plan).
[10] This deadline is 240 days after the Court's Order approving Plaintiffs' Notice Plan.

Michael D. Hausfeld*
James J. Pizzirusso*
Melinda R. Coolidge*
Samantha S. Derksen*
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
mhausfeld@hausfeld.com
jpizzirusso@hausfeld.com
mcoolidge@hausfeld.com
sderksen@hausfeld.com

Eric L. Cramer*
Patrick F. Madden*
Ellen T. Noteware*
Michaela L. Wallin*
David Langer*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
pmadden@bm.net
enoteware@bm.net
mwallin@bm.net
dlanger@bm.net

Daniel J. Walker*
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs
Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
502 West Sixth Street
Tulsa, OK 74119

Telephone: (918) 699-8914
Facsimile: (918) 587-9708
driggs@riggsabney.com
don_bingham@riggsabney.com
kkoepsel@riggsabney.com

William A. Edmondson (OBA No. 2628)
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the*
*Proposed Class*

Larry D. Lahman (OBA No. 5166)
Roger L. Ediger (OBA 19449)
**MITCHELL DECLERK, PLLC**
202 West Broadway Avenue
Enid, OK 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-8890
ldl@mdpllc.com
rle@mdpllc.com

Warren T. Burns*
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

Gregory L. Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive
Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001
gldavis@gregdavislaw.com

Charles D. Gabriel*
**CHALMERS & ADAMS LLC**
North Fulton Satellite Office
5755 North Point Parkway, Suite 251

4

Alpharetta, GA 30022
Telephone: (678) 735-5903
Facsimile: (678) 735-5905
cdgabriel@cpblawgroup.com

Larry S. McDevitt*
David M. Wilkerson*
**VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Harlan Hentges (OBA No. 17911)
**HENTGES & ASSOCIATES, PLLC**
102 East Thatcher Street
Edmond, OK 73034
Telephone: (405) 340-6554
Facsimile: (405) 340-6562
harlan@organiclawyers.com

John C. Whitfield*
**WHITFIELD COLEMAN MONTOYA, PLLC (TN)**
518 Monroe Street
Nashville, TN 37208
Telephone: (615) 921-6500
Facsimile: (615) 921-6501
jwhitfield@wcbfirm.com

J. Dudley Butler*
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Drive
Benton, MS 39039
Telephone: (662) 673-0091
Facsimile: (662) 673-0091
jdb@farmandranchlaw.com

Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202)789-1813
Danielc@cuneolaw.com

5

Leah M. Nicholls*
**PUBLIC JUSTICE, PC**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Facsimile: (202) 232-7203
lnicholls@publicjustice.net

Kellie Lerner*
Meegan F. Hollywood*
Benjamin Steinberg*
**ROBINS KAPLAN, LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
KLerner@RobinsKaplan.com
MHollywood@RobinsKaplan.com
BSteinberg@RobinsKaplan.com

M. Stephen Dampier*
**DAMPIER LAW FIRM**
55 North Section Street
P.O. Box 161
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800
stevedampier@dampierlaw.com

Michael L. Silverman*
**ROACH LANGSTON BRUNO LLP**
205 North Michigan Avenue, Suite 810
Chicago, IL 60601
Telephone: (773) 969-6160
msilverman@rlbfirm.com

Grant L. Davis*
Thomas C. Jones*
Timothy Gaarder*
Thomas E. Ruzicka, Jr.*
**DAVIS BETHUNE & JONES, LLC**
1100 Main Street, Suite 2930
Kansas City, MO 64105
Telephone: (816) 421-1600
gdavis@dbjlaw.net
tgaarder@dbjlaw.net
tjones@dbjlaw.net

6

truzicka@dbjlaw.net

Robert Bonsignore, Esq.*
**BONSIGNORE, TRIAL LAWYERS, PLLC**
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
rbonsignore@class-actions.us

***Additional Class Counsel for Plaintiffs
and the Proposed Class***

* admitted *pro hac vice*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kyle Bates
Kyle Bates